*AIA Document A201/CMa*

# General Conditions of the Contract for Construction

*Where the Construction Manager is NOT a Constructor*

**1992 CONSTRUCTION MANAGER-ADVISER EDITION**

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES; CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS MODIFICATION.*

## TABLE OF ARTICLES

1. GENERAL PROVISIONS

2. OWNER

3. CONTRACTOR

4. ADMINISTRATION OF THE CONTRACT

5. SUBCONTRACTORS

6. CONSTRUCTION BY OWNER OR BY OTHER CONTRACTORS

7. CHANGES IN THE WORK

8. TIME

9. PAYMENTS AND COMPLETION

10. PROTECTION OF PERSONS AND PROPERTY

11. INSURANCE AND BONDS

12. UNCOVERING AND CORRECTION OF WORK

13. MISCELLANEOUS PROVISIONS

14. TERMINATION OR SUSPENSION OF THE CONTRACT

Copyright 1975, 1980, ©1992 by The American Institute of Architects, 1735 New York Avenue, N.W., Washington, D.C. 20006-5292. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution.


CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.


AIA DOCUMENT A201/CMa • GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

A201/CMa-1992   1

# INDEX

Acceptance of Nonconforming Work...............9.6.6, 9.9.3, **12.3**
Acceptance of Work ..........................9.6.6, 9.8.2, 9.9.3, 9.10.1, 9.10.3
**Access to Work** ..........................................**3.16**, 6.2.1, 12.1
Accident Prevention ....................................................4.6.6, 10
Acts and Omissions..............3.2.1, 3.2.2, 3.3.2, 3.12.8, 3.18, 4.6.6,
    4.6.2, 4.7.9, 8.3.1, 10.1.4, 10.2.5, 13.4.2, 13.7, 14.1
Addenda..................................................................1.1.1, 3.11
**Additional Costs, Claims for** ..........4.7.6, **4.7.7**, 4.7.9, 6.1.1, 10.3
Additional Inspections and Testing ..............4.6.10, 9.8.2, 12.2.1, 13.5
**Additional Time, Claims for** ..............4.7.6, **4.7.8**, 4.7.9, 8.3.2, 10.3
**ADMINISTRATION OF THE CONTRACT** .............3.3.3, 4, 9.4, 9.5
Advertisement or Invitation to Bid ...........................................1.1.1
Aesthetic Effect ...................................................4.6.20, 4.9.1
**Allowances** ...................................................................3.8
All-risk Insurance ...........................................................11.3.1.1
**Applications for Payment** ..............4.6.9, 7.3.7, 9.2, **9.3**, 9.4, 9.5.1,
    9.6.3, 9.8.3, 9.10.1, 9.10.3, 9.10.4, 11.1.3, 14.2.4
Approvals ..............2.4, 3.3.3, 3.5, 3.10.3, 3.12.4 through 3.12.8,
    3.18.3, 4.6.12, 9.3.2, 11.3.1.4, 13.4.2, 13.5
**Arbitration** ..............................................4.5, 4.7.4, **4.9**,
    8.3.1, 10.1.2, 11.3.9, 11.3.10
**Architect** ...................................................................**4.1**
Architect, and Certificate for Payment ..................................4.6.9
Architect, Definition of ....................................................4.1.1
Architect, Extent of Authority ...............2.4.1, 3.12.6, 4.6.6, 4.7.2,
    5.2, 6.3, 7.1.2, 7.2.1, 7.4, 9.2, 9.3.1, 9.4, 9.5, 9.6.3, 9.8.2,
    9.8.3, 9.10.1, 9.10.3, 12.1, 12.2.1, 13.5.1, 13.5.2, 14.2.2, 14.2.4
Architect, Limitations of Authority and Responsibility .............3.3.3,
    3.12.8, 3.12.11, 4.6.5, 4.6.6, 4.6.10, 4.6.12,
    4.6.17, 4.6.19, 4.6.20, 4.7.2, 5.2.1, 7.4, 9.6.4
Architect's Additional Services and Expenses ...................2.4, 9.8.2,
    11.3.1.1, 12.2.1, 12.2.4, 13.5.2, 13.5.3, 14.2.4
Architect's Administration
    of the Contract ..........................4.6, 4.7.6, 4.7.7, 4.8, 9.4, 9.5
Architect's Approvals ...................................2.4.1, 3.5.1, 3.10.3,
    3.12.6, 3.12.8, 3.18.3, 4.6.12
Architect's Authority to Reject Work ............3.5.1, 4.6.10, 12.1.2, 12.2.1
Architect's Copyright .........................................................1.3
Architect's Decisions ..........................4.6.10, 4.6.12, 4.6.18, 4.6.19,
    4.6.20, 4.7.2, 4.7.6, 4.8.1, 4.8.4, 4.9, 6.3, 8.1.3,
    8.3.1, 9.2, 9.4, 9.5.1, 9.8.2, 9.9.1, 10.1.2, 13.5.2, 14.2.2, 14.2.4
Architect's Inspections .......................................4.6.5, 4.6.16, 4.7.6, 9.4.3,
    9.8.2, 9.9.2, 9.10.1, 13.5
Architect's Instructions ..............4.6.10, 4.6.12, 7.4.1, 9.4.3, 12.1, 13.5.2
Architect's Interpretations ....................................4.6.18, 4.6.19, 4.7.7
Architect's On-Site Observations ......................4.6.5, 4.6.9, 4.7.6,
    9.4.3, 9.5.1, 9.10.1, 13.5
Architect's Project Representative ..........................................4.6.17
Architect's Relationship with Contractor ...1.1.2, 3.2.1, 3.2.2, 3.3.3, 3.5.1,
    3.7.3, 3.11, 3.12.8, 3.12.11, 3.16, 3.18, 4.6.6, 4.6.7, 4.6.10, 4.6.12, 4.6.19,
    5.2, 6.2.2, 7.3.4, 9.8.2, 10.1.2, 10.1.4, 10.1.5, 11.3.7, 12.1, 13.5
Architect's Relationship with Construction Manager .............1.1.2, 2.4.1,
    3.12.6, 3.12.8, 4.6.8, 4.6.10, 4.6.14, 4.6.16, 4.6.18, 6.3.1, 9.7.1, 9.8,
    9.9.1, 9.9.2, 9.10.1, 9.10.2, 9.10.3, 12.2.4, 13.5.1, 13.5.2, 13.5.4, 14.2.4
Architect's Relationship with Subcontractors ................1.1.2, 4.6.6, 4.6.7,
    4.6.10, 5.3.1, 9.6.3, 9.6.4, 11.3.7
Architect's Representations ...................................9.4.3, 9.5.1, 9.10.1
Architect's Site Visits ...........................4.6.5, 4.6.9, 4.6.16, 4.7.6, 9.4.3,
    9.5.1, 9.8.2, 9.9.2, 9.10.1, 13.5

Asbestos .................................................10.1.2, 10.1.3, 10.1.4
Attorneys' Fees ...................................................3.18.1, 9.10.2, 10.1.4
Award of Separate Contracts ......................................................6.1.1
**Award of Subcontracts and Other Contracts for**
    **Portions of the Work**................................................**5.2**
**Basic Definitions** ....................................................**1.1**
Bidding Requirements ..................................1.1.1, 1.1.7, 5.2.1, 11.4.1
**Boiler and Machinery Insurance** ...............................**11.3.2**
Bonds, Lien ............................................................9.10.2
Bonds, Performance and Payment ............7.3.6.4, 9.10.3, 11.3.9, 11.4
Building Permit...........................................................2.2.3, 3.7.1
**Capitalization** ..........................................................**1.4**
Certificate of Substantial Completion .......................................9.8.2
**Certificates for Payment**.........4.6.8, 4.6.9, 9.3.3, **9.4**, 9.5, 9.6.1, 9.6.6,
    9.7.1, 9.8.3, 9.10.1, 9.10.3, 13.7, 14.1.1.3, 14.2.4
Certificates of Inspection, Testing or Approval ............3.12.11, 13.5.4
Certificates of Insurance......................................9.3.2, 9.10.2, 11.1.3
**Change Orders**............1.1.1, 2.4.1, 3.8.2.4, 3.11.1, 4.6.13, 4.7.3, 5.2.3,
    7.1, **7.2**, 7.3.2, 8.3.1, 9.3.1.1, 9.10.3, 11.3.1.2, 11.3.4, 11.3.9, 12.1.2
Change Orders, Definition of ................................................7.2.1
**Changes** ..................................................................**7.1**
**CHANGES IN THE WORK** ..........................3.11, 4.6.13, 4.6.14, **7**,
    8.3.1, 9.3.1.1, 10.1.3
Claim, Definition of.............................................................4.7.1
**Claims and Disputes** .............................**4.7**, 4.8, 4.9, 6.2.5, 8.3.2,
    9.3.1.2, 9.3.3, 9.10.4, 10.1.4
**Claims and Timely Assertion of Claims** ..........................**4.9.6**
**Claims for Additional Cost** ..............4.7.6, **4.7.7**, 4.7.9, 6.1.1, 10.3
**Claims for Additional Time** ..............4.6.9, 4.7.6, **4.7.8**, 4.7.9, 8.3.2
**Claims for Concealed or Unknown Conditions** ...................**4.7.6**
Claims for Damages .........3.18, 4.7.9, 6.1.1, 6.2.5, 8.3.2, 9.5.1.2, 10.1.4
Claims Subject to Arbitration ....................................4.7.2, 4.8.4, 4.9.1
**Cleaning Up** .........................................................**3.15**, 6.3
**Commencement of Statutory Limitation Period** ..................**13.7**
Commencement of the Work, Conditions Relating to .........2.1.2, 2.2.1,
    3.2.1, 3.2.2, 3.7.1, 3.10.1, 3.12.6, 4.7.7, 5.2.1,
    6.2.2, 8.1.2, 8.2.2, 9.2, 11.1.3, 11.3.6, 11.4.1
Commencement of the Work, Definition of ...............................8.1.2
Communications, Owner to Architect ......................................2.2.6
Communications, Owner to Construction Manager ................2.2.6
Communications Facilitating
    Contract Administration .......................................3.9.1, 4.6.7, 5.2.1
Completion, Conditions Relating to .........3.11, 3.15, 4.6.5, 4.6.16, 4.7.2,
    9.4.2, 9.8, 9.9.1, 9.10, 11.3.5, 12.2.2, 13.7.1
**COMPLETION, PAYMENTS AND** ..............................**9**
**Completion, Substantial** .....................4.6.16, 4.7.5.2, 8.1.1,
    8.1.3, 8.2.3, **9.8**, 9.9.1, 12.2.2, 13.7
Compliance with Laws .........1.3, 3.6, 3.7, 3.13, 4.1.1, 10.2.2, 11.1, 11.3,
    13.1, 13.5.1, 13.5.2, 13.6, 14.1.1, 14.2.1.3
Concealed or Unknown Conditions ........................................4.7.6
Conditions of the Contract ......................................1.1.1, 1.1.7, 6.1.1
Consent, Written ..........1.3.1, 3.12.8, 3.14.2, 4.7.4, 4.9.5, 9.3.2, 9.8.2,
    9.9.1, 9.10.2, 9.10.3, 10.1.2, 10.1.3, 11.3.1, 11.3.1.4, 11.3.11, 13.2, 13.4.2
**CONSTRUCTION BY OWNER OR BY**
    **OTHER CONTRACTORS** ...................................1.1.4, **6**
Construction Change Directive, Definition of ...........................7.3.1
**Construction Change Directives** ..........1.1.1, 4.6.13, 7.1, **7.3**, 9.3.1.1
**Construction Manager** ......................................................**4.2**
Construction Manager, and Building Permits ............................2.2.3

Construction Manager, Claims against .................................... 4.7.2
Construction Manager, Communications through ................. 4.6.7
Construction Manager, and Construction Schedule ......... 3.10.1, 3.10.2
Construction Manager, Definition of ................................................. 4.2.1
Construction Manager, and Documents and Samples at the Site ... 3.11.1
Construction Manager, Extent of Authority ............. 3.12.6, 3.12.8, 4.3,
 4.6.3, 4.6.11, 7.1.2, 7.2.1, 7.3.1, 8.3.1, 9.2.1, 9.3.1, 9.4.1, 9.4.3,
 9.8.2, 9.8.3, 9.9.1, 12.1.1, 12.2.1, 12.2.4, 14.2.2, 14.2.4
Construction Manager, Limitations of
 Authority and Responsibility ............................. 4.6.6, 4.6.10, 13.4.2
Construction Manager, and Submittals ..................................... 3.10.3
Construction Manager's Additional
 Services and Expenses ............................................. 12.2.1, 12.2.4
Construction Manager's Administration
 of the Contract ..................................................... 4.6, 9.4, 9.5
Construction Manager's Approval ................................... 2.4.1, 3.10.3
Construction Manager's Authority
 to Reject Work ...................................................... 4.6.10, 12.2.1
Construction Manager's Decisions ...................... 7.3.6, 7.3.7, 7.3.8,
 9.3.1, 9.4.1, 9.5.1
Construction Manager's Inspections ...... 4.6.10, 9.4.3, 9.8.2, 9.9.2, 12.1.1
Construction Manager's On-Site Observations ........................... 9.5.1
Construction Manager's Relationship with Architect .......... 1.1.2, 4.6.8,
 4.6.10, 4.6.11, 4.6.14, 4.6.16, 4.6.18, 6.3.1, 9.2.1, 9.4.2,
 9.4.3, 9.5.1, 9.6.1, 9.6.3, 9.8.2, 9.8.3, 9.9.1, 9.10.1, 9.10.2, 9.10.3,
 11.1.3, 12.2.4, 13.5.1, 13.5.2, 13.5.4, 14.2.2, 14.2.4
Construction Manager's Relationship with Contractor ......... 3.2.1, 3.2.2,
 3.3.1, 3.3.3, 3.5.1, 3.7.3, 3.10.1, 3.10.2, 3.10.3, 3.11.1, 3.12.5, 3.12.6,
 3.12.8, 3.12.9, 3.12.10, 3.12.11, 3.13.2, 3.14.2, 3.15.2, 3.16.1, 3.17.1,
 3.18.1, 3.18.3, 4.6.3, 4.6.4, 4.6.6, 4.6.11, 5.2, 6.2.1, 6.2.2, 7.1.2,
 7.2.1, 7.3.4, 7.3.6, 7.3.9, 8.3.1, 9.2.1, 9.3.1, 9.4.1, 9.4.2, 9.4.3,
 9.7.1, 9.8.2, 9.9.1, 9.10.1, 9.10.2, 9.10.3, 10.1.1, 10.1.2,
 10.1.5, 10.2.6, 11.3.7, 12.1, 13.5.1, 13.5.2, 13.5.3, 13.5.4
Construction Manager's Relationship
 with Owner ............................................. 2.2.3, 4.6.1, 4.6.2, 10.1.6
Construction Manager's Relationship with Other
 Contractors and Owner's Own Forces ........................... 4.6.3
Construction Manager's Relationship
 with Subcontractors ........................... 4.6.10, 5.3.1, 9.6.3, 9.6.4
Construction Manager's Representations .......................... 9.4.3, 9.5.1
Construction Manager's Site Visits ................................... 9.4.4, 9.5.1
Construction Schedules, Contractor's ....................... 3.10, 4.6.3, 4.6.4
Contingent Assignment of Subcontracts ........................................ 5.4
Continuing Contract Performance ............................................... 4.7.4
Contract, Definition of ..................................................... 1.1.2
CONTRACT, TERMINATION OR
 SUSPENSION OF THE ............................................. 4.7.7, 5.4.1.1, 14
Contract Administration ........................................ 3.3.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating to .......... 3.7.1, 3.10,
 5.2, 9.2, 11.1.3, 11.3.6, 14.4.1
Contract Documents, The ................................................. 1.1, 1.2, 7
Contract Documents, Copies Furnished and Use of ........ 1.3, 2.2.5, 5.3
Contract Documents, Definition of ............................................. 1.1.1
Contract Performance During Arbitration ............................ 4.7.4, 4.9.3
Contract Sum ................................... 3.8, 4.7.6, 4.7.7, 4.8.4, 5.2.3, 7.2, 7.3,
 9.1, 9.7, 11.3.1, 12.2.4, 12.3, 14.2.4
Contract Sum, Definition of .................................................. 9.1.1
Contract Time ................................................ 4.7.6, 4.7.8.1, 4.8.4, 7.2.1.3, 7.3,
 8.2.1, 8.3.1, 9.7, 12.1.1
Contract Time, Definition of ................................................. 8.1.1
CONTRACTOR ......................................................................... 3
Contractor, Definition of ............................................... 3.1.1, 6.1.2
Contractor's Bid .............................................................. 1.1.1
Contractor's Construction Schedule ............................................. 3.10
Contractor's Employees ........................... 3.3.2, 3.4.2, 3.8.1, 3.9, 3.18,
 4.6.6, 4.6.10, 8.1.2, 10.2, 10.3, 11.1.1, 14.2.1.1
Contractor's Liability Insurance ........................................ 11.1, 11.3.1.5
Contractor's Relationship with Other Contractors and
 Owner's Own Forces ..................... 3.12.5, 3.14.2, 4.6.3, 4.6.7, 6, 12.2.5
Contractor's Relationship with Subcontractors ............ 1.2.4, 3.3.2, 3.18.1,
 3.18.2, 5.2, 5.3, 5.4, 9.6.2, 11.3.7, 11.3.8, 14.2.1.2
Contractor's Relationship with the Architect ............ 1.1.2, 3.2.1, 3.2.2, 3.3.3,
 3.5.1, 3.7.3, 3.7.4, 3.10.1, 3.10.3, 3.11.1, 3.12.6, 3.12.8, 3.12.9,
 3.16.1, 3.18, 4.6.6, 4.6.7, 4.6.10, 4.6.12, 4.6.19, 5.2, 6.2.2, 7.3.4,
 9.2.1, 9.3.1, 9.8.2, 9.10.2, 9.10.3, 10.1.2, 10.1.5, 10.2.6, 11.3.7, 12.1, 13.5
Contractor's Relationship with the Construction Manager ........... 1.1.2,
 3.2.1, 3.2.2, 3.3.1, 3.3.3, 3.5.1, 3.7.3, 3.7.4, 3.10.1, 3.10.2, 3.10.3,
 3.11.1, 3.12.5, 3.12.6, 3.12.8, 3.12.9, 3.12.11, 3.13.2, 3.14.2, 3.15.2,
 3.16.1, 3.17.1, 3.18.1, 3.18.3, 4.6.3, 4.6.4, 4.6.6, 5.2, 6.2.1, 6.2.2,
 7.1.2, 7.2.1, 7.3.4, 7.3.6, 7.3.9, 8.3.1, 9.2.1, 9.3.1, 9.4.1, 9.4.2, 9.4.3,
 9.7.1, 9.8.2, 9.9.1, 9.10.1, 9.10.2, 9.10.3, 10.1.1, 10.1.2, 10.1.5,
 10.2.6, 11.3.7, 12.1, 13.5.1, 13.5.2, 13.5.3, 13.5.4
Contractor's Representations ........... 1.2.2, 3.5.1, 3.12.7, 6.2.2, 8.2.1, 9.3.3
Contractor's Responsibility for
 Those Performing the Work ........................... 3.3.2, 3.18, 4.6.6, 10
Contractor's Review of Contract Documents ................ 1.2.2, 3.2, 3.7.3
Contractor's Right to Stop the Work ........................................ 9.7
Contractor's Right to Terminate the Contract ............................... 14.1
Contractor's Submittals ................ 3.10, 3.11, 3.12, 4.6.12, 5.2.1, 5.2.3,
 7.3.6, 9.2, 9.3.1, 9.8.2, 9.9.1, 9.10.2, 9.10.3, 10.1.2, 11.4.2
Contractor's Superintendent ............................................ 3.9, 10.2.6
Contractor's Supervision and Construction Procedures ......... 1.2.4, 3.3,
 3.4, 4.6.6, 8.2.2, 8.2.3, 10
Contractual Liability Insurance ........................ 11.1.1.7, 11.2.1, 11.3.1.5
Coordination and Correlation ............ 1.2.2, 1.2.4, 3.3.1, 3.10, 3.12.7, 6.2.1
Copies Furnished of Drawings and Specifications ......... 1.3, 2.2.5, 3.11
Correction of Work .............................. 2.3, 2.4, 3.2.1, 4.6.1, 9.8.2, 9.9.1,
 12.1.2, 12.2, 13.7.1.3
Cost, Definition of .................................................. 7.3.6
Costs ................................. 2.4, 3.2.1, 3.7.4, 3.8.2, 3.15.2, 4.7.6, 4.7.7, 4.7.8.1,
 5.2.3, 6.1.1, 6.2.3, 6.3.1, 7.3.3.3, 7.3.6, 7.3.7, 9.7, 9.8.2, 9.10.2,
 11.3.1.2, 11.3.1.3, 11.3.4, 11.3.9, 12.1, 12.2.1, 12.2.4, 12.2.5, 13.5, 14
Cutting and Patching ............................................ 3.14, 6.2.6
Damage to Construction of
 Owner or Other Contractors .......................... 3.14.2, 6.2.4, 9.5.1.5,
 10.2.1.2, 10.2.5, 10.3, 11.1, 11.3, 12.2.5
Damage to the Work ............... 3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.3, 11.3
Damages, Claims for .................... 3.18, 6.1.1, 6.2.5, 8.3.2, 9.5.1.2, 10.1.4
Damages for Delay ........................................ 6.1.1, 8.3.3, 9.5.1.6, 9.7
Date of Commencement of the Work, Definition of .................... 8.1.2
Date of Substantial Completion, Definition of ............................ 8.1.3
Day, Definition of ......................................................... 8.1.4
Decisions of the Architect ..................... 4.6, 4.7, 6.3, 8.1.3, 8.3.1, 9.2, 9.4,
 9.5.1, 9.8.2, 9.9.1, 10.1.2, 13.5.2, 14.2.2, 14.2.4
Decisions of the Construction Manager ........ 4.3, 7.3.6, 7.3.7, 7.3.8, 9.3.1,
 9.4.1, 9.4.3, 9.5.1
Decisions to Withhold Certification .......................... 9.5, 9.7, 14.1.1.3
Defective or Nonconforming Work, Acceptance,
 Rejection and Correction of ............ 2.3, 2.4, 3.5.1, 4.6.1, 4.6.10, 4.7.5, 9.5,
 9.8.2, 9.9.1, 10.2.5, 12, 13.7.1.3
Defective Work, Definition of ............................................. 3.5.1
Definitions ............... 1.1, 2.1.1, 3.1, 3.5.1, 3.12.1, 3.12.2, 3.12.3,
 4.1.1, 4.2.1, 4.7.1, 5.1, 6.1.1, 7.2.1, 7.3.1, 7.3.6, 8.1, 9.1, 9.8.1
Delays and Extensions of Time ............. 4.7.1, 4.7.8.1, 4.7.8.2, 6.1.1,
 6.2.3, 7.2.1.3, 7.3.1, 7.3.4, 7.3.5, 7.3.8, 7.3.9, 8.1.1, 8.3, 10.3.1, 14.1.1.4
Disputes ........................................ 4.7, 4.8, 4.9, 6.2.5, 6.3, 7.3.8, 9.3.1.2
Documents and Samples at the Site ....................................... 3.11
Drawings, Definition of .................................................. 1.1.5
Drawings and Specifications,
 Use and Ownership of .......................... 1.1.1, 1.3, 2.2.5, 3.11, 5.3
Duty to Review Contract Documents and Field Conditions .............. 3.2
Effective Date of Insurance ........................................ 8.2.2, 11.1.2
Emergencies ............................................................. 4.7.7, 10.3
Employees, Contractor's ............. 3.3.2, 3.4.2, 3.8.1, 3.9, 3.18.1, 3.18.2,
 4.6.6, 4.6.10, 8.1.2, 10.2, 10.3, 11.1.1, 14.2.1.1
Equipment, Labor, Materials and ............... 1.1.3, 1.1.6, 3.4, 3.5.1,
 3.8.2, 3.12.2, 3.12.3, 3.12.7, 3.12.11, 3.13, 3.15.1, 4.6.12, 6.2.1,
 7.3.6, 9.3.2, 9.3.3, 11.3, 12.2.4, 14.1.2, 14.2.1, 14.2.2

Execution and Progress of the Work ......1.2.3, 3.4.1, 3.5.1, 4.6.5, 4.6.6,
    4.7.4, 4.7.8, 6.2.2, 7.1.3, 8.2, 8.3, 9.5, 9.9.1, 10.2.3, 10.2.4
**Execution, Correlation and Intent** of the
    Contract Documents ...............................................**1.2**, 3.7.1
Extensions of Time .......................4.7.1, 4.7.8, 7.2.1.3, 8.3, 10.3.1
Failure of Payment by Contractor ...........................9.5.1.3, 14.2.1.2
Failure of Payment by Owner .....................................4.7.7, 9.7, 14.1.3
Faulty Work (See Defective or Nonconforming Work)
**Final Completion and Final Payment** ......4.6.1, 4.6.16, 4.7.2, 4.7.5,
    **9.10**, 11.1.2, 11.1.3, 11.3.5, 12.3.1, 13.7
Financial Arrangements, Owner's ..................................................2.2.1
Fire and Extended Coverage Insurance ............11.3.1.1, 11.3.5, 11.3.7
**GENERAL PROVISIONS** .....................................................................**1**
**Governing Law** ...............................................................................**13.1**
Guarantees (See Warranty and Warranties)
Hazardous Materials ...........................................................10.1, 10.2.4
Identification of Contract Documents .......................................1.2.1
Identification of Subcontractors and Suppliers ...........................5.2.1
**Indemnification** .................3.17, **3.18**, 9.10.2, 10.1.4, 11.3.1.2, 11.3.7
**Information and Services Required of the Owner** .........2.1.2, **2.2**,
    4.7.4, 6.2.6, 9.3.2, 9.6.1, 9.6.4, 9.8.3, 9.9.2,
    9.10.3, 10.1.4, 11.2; 11.3, 13.5.1, 13.5.2
**Injury or Damage to Person or Property** .................................**4.7.9**
Inspections ............................3.3.3, 3.3.4, 3.7.1, 4.6.5, 4.6.6, 4.6.16,
    4.7.6, 9.4.3, 9.8.2, 9.9.2, 9.10.1, 12.1.1, 13.5
Instructions to Bidders ........................................................................1.1.1
Instructions to the Contractor ..........3.8.1, 4.6.13, 5.2.1, 7, 12.1, 13.5.2
Insurance ....................4.7.9, 6.1.1, 7.3.6.4, 9.3.2, 9.8.2, 9.9.1, 9.10.2, 11
**Insurance, Boiler and Machinery** ......................................**11.3.2**
**Insurance, Contractor's Liability** ............................**11.1**, 11.3.13
Insurance, Effective Date of ......................................8.2.2, 11.1.2
**Insurance, Loss of Use** .................................................................**11.3.3**
**Insurance, Owner's Liability** ...................................**11.2**, 11.3.1.3
**Insurance, Property** ....................................................10.2.5, **11.3**
Insurance, Stored Materials .......................................9.3.2, 11.3.1.4
**INSURANCE AND BONDS** ...............................................................**11**
Insurance Companies, Consent to Partial Occupancy ......9.9.1, 11.3.11
Insurance Companies, Settlement with .................................11.3.10
Intent of the Contract Documents .....................1.2.3, 3.12.4, 4.6.10,
    4.6.12, 4.6.19, 4.6.20, 7.4
**Interest** ................................................................................................**13.6**
**Interpretation** ................1.2.5, 1.4, **1.5**, 4.1.1, 4.7.1, 5.1, 6.1.2, 8.1.4
Interpretations, Written ...................................................4.6.18, 4.6.19, 4.7.7
Joinder and Consolidation of Claims Required .................................4.9.5
**Judgment on Final Award**...........................................4.9.1, 4.9.4.1, **4.9.7**
**Labor and Materials**, Equipment ..................1.1.3, 1.1.6, **3.4**, 3.5.1,
    3.8.2, 3.12.2, 3.12.3, 3.12.7, 3.12.11, 3.13,
    3.15.1, 4.6.12, 6.2.1, 7.3.6, 9.3.2, 9.3.3, 12.2.4, 14.1.2, 14.2.1, 14.2.2
Labor Disputes ..............................................................................8.3.1
Laws and Regulations ..................................1.3, 3.6, 3.7, 3.13, 4.1.1,
    4.9.5, 4.9.7, 9.9.1, 10.2.2, 11.1, 11.3, 13.1, 13.4.1, 13.5.1, 13.5.2, 13.6
Liens ...................................................2.1.2, 4.7.2, 4.7.5.1, 8.2.2, 9.3.3, 9.10.2
**Limitation on Consolidation or Joinder** ............................**4.9.5**
Limitations, Statutes of .................................................4.9.4.2, 12.2.6, 13.7
Limitations of Authority ......................................3.3.1, 4.6.12, 4.6.17,
    5.2.2, 5.2.4, 7.4, 11.3.10
Limitations of Liability ..........2.3, 3.2.1, 3.5.1, 3.7.3, 3.12.8, 3.12.11, 3.17,
    3.18, 4.6.10, 4.6.12, 4.6.19, 6.2.2, 9.4.3, 9.6.4, 9.10.4, 10.1.4,
    10.2.5, 11.1.2, 11.2.1, 11.3.7, 13.4.2, 13.5.2
Limitations of Time, General................2.2.1, 2.2.4, 3.2.1, 3.7.3, 3.8.2,
    3.10, 3.12.5, 3.15.1, 4.6.1, 4.6.12, 4.6.18, 4.7.2, 4.7.3, 4.7.4, 4.7.6,
    4.7.9, 4.9.4.2, 5.2.1, 5.2.3, 6.2.4, 7.3.4, 7.4, 8.2, 9.2, 9.5, 9.6.2, 9.8,
    9.10, 11.1.3, 11.3.1, 11.3.2, 11.3.5, 11.3.6, 12.2.1, 12.2.2, 13.5, 13.7, 14.3
Limitations of Time, Specific ............................2.1.2, 2.2.1, 2.4, 3.10,
    3.11, 3.15.1, 4.6.1, 4.6.18, 4.7, 4.8, 4.9, 5.3, 5.4, 7.3.5, 7.3.9,
    8.2, 9.3.1, 9.3.3, 9.4.1, 9.6.1, 9.7, 9.8.2, 9.10.2, 11.1.3,
    11.3.6, 11.3.10, 11.3.11, 12.2.2, 12.2.4, 12.2.6, 13.7, 14.1, 14.2.2
**Loss of Use Insurance** ..................................................................**11.3.3**
Material Suppliers ..........................1.3.1, 3.12.1, 4.6.7, 4.6.10, 5.2.1,
    9.3.1, 9.3.1.2, 9.3.3, 9.4.3, 9.6.5, 9.10.4

Materials, Hazardous ..............................................................10.1, 10.2.4
Materials, Labor, Equipment and ...............1.1.3, 1.1.6, 3.4.1, 3.5.1, 3.8.2,
    3.12.2, 3.12.3, 3.12.7, 3.12.11, 3.13, 3.15.1,
    4.6.12, 6.2.1, 7.3.6, 9.3.2, 9.3.3, 12.2.4, 14.1.2, 14.2.1, 14.2.2
Means, Methods, Techniques, Sequences and
    Procedures of Construction.........................3.3.1, 4.6.6, 4.6.12, 9.4.3
**Minor Changes in the Work** .................1.1.1, 4.6.13, 4.7.7, 7.1, **7.4**
**MISCELLANEOUS PROVISIONS** ..................................................**13**
Modifications, Definition of ......................................................................1.1.1
Modifications to the Contract .....................................1.1.1, 1.1.2, 3.7.3,
    3.11, 4.1.2, 4.6.1, 5.2.3, 7, 8.3.1, 9.7
**Mutual Responsibility** ...................................................................**6.2**
**Nonconforming Work, Acceptance of** .................................**12.3**
Nonconforming Work, Rejection and Correction of .........2.3.1, 4.7.5.2,
    9.5.2, 9.8.2, 12, 13.7.1.3
Notice .............2.3, 2.4, 3.2.1, 3.2.2, 3.7.3, 3.7.4, 3.9, 3.12.8, 3.12.9, 3.17,
    4.7, 4.8.4, 4.9, 5.2.1, 5.3, 5.4.1.1, 8.2.2, 9.4.1, 9.5.1, 9.6.1, 9.7,
    ...9.10, 10.1.2, 10.2.6, 11.1.3, 11.3, 12.2.2, 12.2.4, 13.3, 13.5.1, 13.5.2, 14
**Notice, Written**.........................2.3, 2.4, 3.9, 3.12.8, 3.12.9, 4.7, 4.8.4,
    4.9, 5.2.1, 5.3, 5.4.1.1, 8.2.2, 9.4.1, 9.5.1, 9.7, 9.10,
    10.1.2, 10.2.6, 11.1.3, 11.3, 12.2.2, 12.2.4, **13.3**, 13.5.2, 14
Notice of Testing and Inspections .......................................13.5.1, 13.5.2
Notice to Proceed .............................................................................8.2.2
**Notices, Permits, Fees and** .................2.2.3, **3.7**, 3.13, 7.3.6.4, 10.2.2
Observations, Architect's On-Site ...................4.6.5, 4.6.9, 4.6.10, 4.7.6,
    9.4.4, 9.5.1, 9.10.1, 12.1.1, 13.5
Observations, Construction Manager's On-Site ................9.4.4, 12.1.1
Observations, Contractor's ..................................................1.2.2, 3.2.2
Occupancy .......................................................9.6.6, 9.8.1, 9.9, 11.3.11
On-Site Inspections by the Architect .....................4.6.5, 4.6.16, 4.7.6,
    9.4.4, 9.8.2, 9.9.2, 9.10.1
On-Site Observations by the Architect......................4.6.5, 4.6.9, 4.7.6,
    9.4.4, 9.5.1, 9.10.1, 13.5
On-Site Observations by the Construction Manager ............9.4.4, 9.5.1
Orders, Written ......................2.3, 3.9, 4.7.7, 7, 8.2.2, 11.3.9, 12.1,
    12.2, 13.5.2, 14.3.1
Other Contracts and Contractors ....................1.1.4, 3.14.2, 4.6.7, 4.9.5,
    ..................................................6, 11.3.7, 12.1.2, 12.2.5
**OWNER** ..................................................................................................**2**
Owner, Definition of ..............................................................................2.1
**Owner, Information and Services**
    **Required of the** .............................2.1.2, **2.2**, 4.6.2, 4.6.4, 6, 9,
    10.1.4, 10.1.6; 11.2, 11.3, 13.5.1; 14.1.1.5, 14.1.3
Owner's Authority .......................3.8.1, 5.2.1, 5.2.4, 5.4.1; 7.3.1; 8.2.2,
    9.3.1, 9.3.2, 11.4.1, 12.2.4, 13.5.2, 14.2, 14.3.1
Owner's Financial Capability ..........................................2.2.1, 14.1.1.5
**Owner's Liability Insurance** ..................................................**11.2**
Owner's Loss of Use Insurance ..................................................11.3.3
Owner's Relationship with Subcontractors.........1.1.2, 5.2.1, 5.4.1, 9.6.4
**Owner's Right to Carry Out the Work** ..........2.4, 12.2.4, 14.2.2.2
**Owner's Right to Clean Up** ....................................................**6.3**
**Owner's Right to Perform Construction with Own Forces**
    **and to Award Other Contracts** ........................................**6.1**
**Owner's Right to Stop the Work** ........................................2.3, 4.7.7
Owner's Right to Suspend the Work ........................................14.3
Owner's Right to Terminate the Contract..............................14.2
**Ownership and Use of Architect's Drawings,**
    **Specifications and Other Documents**............1.1.1, **1.3**, 2.2.5, 5.3
**Partial Occupancy or Use** .................................9.6.6, **9.9**, 11.3.11
**Patching, Cutting and** ........................................................**3.14**, 6.2.6
**Patents, Royalties and** ...................................................................**3.17**
**Payment, Applications for** ...............4.6.9, 9.2, **9.3**, 9.4, 9.5.1, 9.8.3,
    9.10.1, 9.10.3, 9.10.4, 14.2.4
**Payment, Certificates for** ....................4.6.9, 4.6.16, 9.3.3, **9.4**, 9.5,
    9.6.1, 9.6.6, 9.7.1, 9.8.3, 9.10.1, 9.10.3, 13.7, 14.1.1.3, 14.2.4
**Payment, Failure of** .........4.7.7, 9.5.1.3, **9.7**, 9.10.2, 14.1.1.3, 14.2.1.2
**Payment, Final** .......................4.6.1, 4.6.16, 4.7.2, 4.7.5, **9.10**, 11.1.2,
    11.1.3, 11.3.5, 12.3.1
**Payment Bond, Performance**
    **Bond and** ..............................................7.3.6.4, 9.10.3, 11.3.9, **11.4**

AIA DOCUMENT A201/CMa • GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION
CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE
OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed
photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

Payments, Progress ............4.7.4, 9.3, 9.6, 9.8.3, 9.10.3, 13.6, 14.2.3
PAYMENTS AND COMPLETION ............................................. 9, 14
Payments to Subcontractors ..................................5.4.2, 9.5.1.3, 9.6.2,
     9.6.3, 9.6.4, 11.3.8, 14.2.1.2
     ........................................................10.1.2, 10.1.3, 10.1.4
PCB
Performance Bond and Payment Bond.........7.3.6.4, 9.10.3, 11.3.9, 11.4
Permits, Fees and Notices ..............2.2.3, 3.7, 3.13, 7.3.6.4, 10.2.2
PERSONS AND PROPERTY, PROTECTION OF .....................10
Polychlorinated Biphenyl....................................10.1.2, 10.1.3, 10.1.4
Product Data, Definition of ......................................................3.12.2
Product Data and Samples, Shop Drawings.........3.11, 3.12, 4.2.7
Progress and Completion ...............................................4.6.5, 4.7.4, 8.2
Progress Payments .............4.7.4, 9.3, 9.6, 9.8.3, 9.10.3, 13.6, 14.2.3
Project, Definition of the............................................................1.1.4
Project Manual, Definition of the ..............................................1.1.7
Project Manuals .........................................................................2.2.5
Project Representatives .........................................................4.6.17
Property Insurance ....................................................10.2.5, 11.3
PROTECTION OF PERSONS AND PROPERTY .....................10
Regulations and Laws .........1.3, 3.6, 3.7, 3.13, 4.1.1, 4.9.5, 4.9.7, 10.2.2,
     11.1, 11.3, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14
     .....................................................3.5.1, 4.6.10, 12.2
Rejection of Work
Releases of Waivers and Liens ..................................................9.10.2
Representations ..................1.2.2, 3.5.1, 3.12.7, 6.2.2, 8.2.1, 9.3.3,
     9.4.3, 9.5.1, 9.8.2, 9.10.1
Representatives ...........................................2.1.1, 3.1.1, 3.9, 4.1.1,
     4.6.1, 4.6.17, 5.1.1, 5.1.2, 13.2.1
Resolution of Claims and Disputes ...............................4.8, 4.9
Responsibility for Those Performing the Work ........3.3.2, 4.6.6, 6.2, 10
Retainage ........................9.3.1, 9.6.2, 9.8.3, 9.9.1, 9.10.2, 9.10.3
Review of Contract Documents and Field
     Conditions by Contractor ........................1.2.2, 3.2, 3.7.3, 3.12.7
Review of Contractor's Submittals by Owner,
     Construction Manager and Architect ........................3.10.1, 3.10.3,
     3.11, 3.12, 4.6.12, 4.6.16, 5.2.1, 5.2.3, 9.2, 9.8.2
Review of Shop Drawings, Product Data
     and Samples by Contractor .....................................................3.12.5
Rights and Remedies .........1.1.2, 2.3, 2.4, 3.5.1, 3.15.2, 4.6.10,
     4.7.6, 4.9, 5.3, 6.1, 6.3, 7.3.1, 8.3.1, 9.5.1, 9.7, 10.2.5,
     10.3, 12.2.2, 12.2.4, 13.4, 14
Royalties and Patents ........................................................3.17
Rules and Notices for Arbitration .........................................4.9.2
Safety of Persons and Property .............................................10.2
Safety Precautions and Programs .................4.6.6, 4.6.12, 10.1
Samples, Definition of ...........................................................3.12.3
Samples, Shop Drawings, Product Data and ......3.11, 3.12, 4.6.12
Samples at the Site, Documents and............................................3.11
Schedule of Values ..............................................................9.2, 9.3.1
Schedules, Construction.............................................................3.10
Separate Contracts and Contractors ...........................................1.1.4
Shop Drawings, Definition of ...................................................3.12.1
Shop Drawings, Product Data
     and Samples ........................3.11, 3.12, 4.6.11, 4.6.12, 4.6.15
Site, Use of .............................................................3.13, 6.1.1, 6.2.1
Site Inspections ........1.2.2, 3.3.4, 4.6.5, 4.6.16, 4.7.6, 9.8.2, 9.10.1, 13.5
Site Visits, Architect's.................................................4.6.5, 4.6.9, 4.7.6,
     9.4.2, 9.5.1, 9.8.2, 9.9.2, 9.10.1, 13.5
Special Inspections and Testing ...........................4.6.10, 12.2.1, 13.5
Specifications, Definition of the .............................................1.1.6
Specifications, The .............................1.1.1, 1.1.6, 1.1.7, 1.2.4, 1.3, 3.11
Statute of Limitations .................................................4.9.4.2, 12.2.6, 13.7
Stopping the Work .............................................2.3, 4.7.7, 9.7, 10.1.2, 10.3, 14.1
Stored Materials .........................6.2.1, 9.3.2, 10.2.1.2, 11.3.1.4, 12.2.4
Subcontractor, Definition of .........................................................5.1.1
SUBCONTRACTORS ........................................................5
Subcontractors, Work by .........1.2.4, 3.3.2, 3.12.1, 4.6.6, 4.6.10, 5.3, 5.4
Subcontractual Relations ............5.3, 5.4, 9.3.1.2, 9.6.2, 9.6.3, 9.6.4,
     10.2.1, 11.3.7, 11.3.8, 14.1.1, 14.1.3, 14.2.1.2
Submittals.....................1.3, 3.2.3, 3.10, 3.11, 3.12, 4.6.12, 5.2.1, 5.2.3,
     7.3.6, 9.2, 9.3.1, 9.8.2, 9.9.1, 9.10.2, 9.10.3, 11.1.3

Subrogation, Waivers of ..............................6.1.1, 11.3.5, 11.3.7
Substantial Completion ...........................................4.6.16, 8.1.1, 8.1.3,
     8.2.3, 9.8, 9.9.1, 12.2.1, 12.2.2, 13.7
Substantial Completion, Definition of ..........................................9.8.1
Substitution of Subcontractors ........................................5.2.3, 5.2.4
Substitution of Architect ................................................................4.4
Substitution of Construction Manager............................................4.4
Substitutions of Materials ...........................................................3.5.1
Sub-subcontractor, Definition of .................................................5.1.2
Subsurface Conditions .................................................................4.7.6
Successors and Assigns ..............................................................13.2
Superintendent ................................................................3.9, 10.2.6
Supervision and Construction Procedures ............1.2.4, 3.3, 3.4,
     4.6.6, 4.7.4, 6.2.4, 7.1.3, 7.3.4, 8.2, 8.3.1, 10, 12, 14
Surety ...................................4.8.1, 4.8.4, 5.4.1.2, 9.10.2, 9.10.3, 14.2.2
Surety, Consent of ....................................................9.10.2, 9.10.3
Surveys ....................................................................2.2.2, 3.18.3
Suspension by the Owner for Convenience ........................14.3
Suspension of the Work ........................................4.7.7, 5.4.2, 14.1.1.4, 14.3
Suspension or Termination of the Contract ..............4.7.7, 5.4.1.1, 14
Taxes .........................................................................3.6, 7.3.6.4
Termination by the Contractor ...........................................14.1
Termination by the Owner for Cause ..................5.4.1.1, 14.2
Termination of the Architect ........................................................4.4
Termination of the Construction Manager ...................................4.4
Termination of the Contractor ...................................................14.2.2
TERMINATION OR SUSPENSION OF THE CONTRACT ........14
Tests and Inspections ........3.3.3, 4.6.10, 4.6.16, 9.4.3, 12.2.1, 13.5
TIME ..................................................................................8
Time, Delays and Extensions of ......................4.7.8, 7.2.1, 8.3
Time Limits, Specific ........................................2.1.2, 2.2.1, 2.4, 3.10,
     4.6.18, 4.7, 4.8.1, 4.8.3, 4.8.4, 4.9.1, 4.9.4.1, 4.9.4.2, 5.3, 5.4,
     7.3.5, 7.3.9, 8.2, 9.2, 9.3.1, 9.3.3, 9.4.1, 9.6.1, 9.7, 9.8.2, 9.10.2,
     11.1.3, 11.3.6, 11.3.10, 11.3.11, 12.2.2, 12.2.4, 12.2.6, 13.7, 14
Time Limits on Claims .................4.7.2, 4.7.3, 4.7.6, 4.7.9, 4.8, 4.9
Title to Work.........................................................................9.3.2, 9.3.3
UNCOVERING AND CORRECTION OF WORK ....................12
Uncovering of Work ...............................................................12.1
Unforeseen Conditions .................................................4.7.6, 8.3.1, 10.1
Unit Prices .............................................................................7.1.4, 7.3.3.2
Use of Documents ...................................1.1.1, 1.3, 2.2.5, 3.12.7, 5.3
Use of Site............................................................3.13, 6.1.1, 6.2.1
Values, Schedule of .........................................................9.2, 9.3.1
Waiver of Claims: Final Payment.....................4.7.5, 4.9.1, 9.10.3
Waiver of Claims by the Architect ............................................13.4.2
Waiver of Claims by the Contractor.................9.10.4, 11.3.7, 13.4.2
Waiver of Claims by the Owner ........................4.7.5, 4.9.1, 9.9.3,
     9.10.3, 11.3.3, 11.3.5, 11.3.7, 13.4.2
Waiver of Liens .......................................................................9.10.2
Waivers of Subrogation ......................................6.1.1, 11.3.5, 11.3.7
Warranty and Warranties ...............................3.5, 4.6.16, 4.7.5,
     9.3.3, 9.8.2, 9.9.1, 12.2.2, 13.7.1.3
Weather Delays ..........................................................................4.7.8.2
When Arbitration May Be Demanded ..........................4.9.4
Work, Definition of ..................................................................1.1.3
Written Consent ........................................1.3.1, 3.12.8, 3.14.2, 4.7.4,
     4.9.5, 9.3.2, 9.8.2, 9.9.1, 9.10.2, 9.10.3, 10.1.2, 10.1.3,
     11.3.1, 11.3.1.4, 11.3.11, 13.2, 13.4.2
Written Interpretations .........................................4.6.18, 4.6.19, 4.7.7
Written Notice..............2.3, 2.4, 3.9, 3.12.8, 3.12.9, 4.7.1, 4.7.6, 4.7.9,
     4.8.4, 4.9.4.1, 5.2.1, 5.3, 5.4.1.1, 8.2.2, 9.4.2, 9.5.1, 9.7, 9.10,
     10.1.2, 10.2.6, 11.1.3, 11.3, 12.2.2, 12.2.4, 13.3, 13.5.2, 14
Written Orders ..........................................2.3, 3.9, 4.7.7, 7, 8.2.2,
     11.3.9, 12.1, 12.2, 13.5.2, 14.3.1

# GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION

## ARTICLE 1
## GENERAL PROVISIONS

### 1.1 BASIC DEFINITIONS

#### 1.1.1 THE CONTRACT DOCUMENTS

The Contract Documents consist of the Agreement between Owner and Contractor (hereinafter the Agreement), Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, addenda issued prior to execution of the Contract, other documents listed in the Agreement and Modifications issued after execution of the Contract. A Modification is (1) a written amendment to the Contract signed by both parties, (2) a Change Order, (3) a Construction Change Directive or (4) a written order for a minor change in the Work issued by the Architect. Unless specifically enumerated in the Agreement, the Contract Documents do not include other documents such as bidding requirements (advertisement or invitation to bid, Instructions to Bidders, sample forms, the Contractor's bid or portions of addenda relating to bidding requirements).

#### 1.1.2 THE CONTRACT

The Contract Documents form the Contract for Construction. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. The Contract may be amended or modified only by a Modification. The Contract Documents shall not be construed to create a contractual relationship of any kind (1) between the Architect and Contractor, (2) between the Construction Manager and Contractor, (3) between the Architect and Construction Manager, (4) between the Owner and a Subcontractor or Sub-subcontractor or (5) between any persons or entities other than the Owner and Contractor. The Construction Manager and Architect shall, however, be entitled to performance and enforcement of obligations under the Contract intended to facilitate performance of their duties.

#### 1.1.3 THE WORK

The term "Work" means the construction and services required by the Contract Documents, whether completed or partially completed, and includes all other labor, materials, equipment and services provided or to be provided by the Contractor to fulfill the Contractor's obligations. The Work may constitute the whole or a part of the Project.

#### 1.1.4 THE PROJECT

The Project is the total construction of which the Work performed under the Contract Documents may be the whole or a part and which may include construction by other Contractors and by the Owner's own forces including persons or entities under separate contracts not administered by the Construction Manager.

#### 1.1.5 THE DRAWINGS

The Drawings are the graphic and pictorial portions of the Contract Documents, wherever located and whenever issued, showing the design, location and dimensions of the Work, generally including plans, elevations, sections, details, schedules and diagrams.

#### 1.1.6 THE SPECIFICATIONS

The Specifications are that portion of the Contract Documents consisting of the written requirements for materials, equipment, construction systems, standards and workmanship for the Work, and performance of related services.

#### 1.1.7 THE PROJECT MANUAL

The Project Manual is the volume usually assembled for the Work which may include the bidding requirements, sample forms, Conditions of the Contract and Specifications.

### 1.2 EXECUTION, CORRELATION AND INTENT

**1.2.1** The Contract Documents shall be signed by the Owner and Contractor as provided in the Agreement. If either the Owner or Contractor or both do not sign all the Contract Documents, the Architect shall identify such unsigned Documents upon request.

**1.2.2** Execution of the Contract by the Contractor is a representation that the Contractor has visited the site, become familiar with local conditions under which the Work is to be performed and correlated personal observations with requirements of the Contract Documents.

**1.2.3** The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. The Contract Documents are complementary, and what is required by one shall be as binding as if required by all; performance by the Contractor shall be required only to the extent consistent with the Contract Documents and reasonably inferable from them as being necessary to produce the intended results.

**1.2.4** Organization of the Specifications into divisions, sections and articles, and arrangement of Drawings shall not control the Contractor in dividing the Work among Subcontractors or in establishing the extent of Work to be performed by any trade.

**1.2.5** Unless otherwise stated in the Contract Documents, words which have well-known technical or construction industry meanings are used in the Contract Documents in accordance with such recognized meanings.

### 1.3 OWNERSHIP AND USE OF ARCHITECT'S DRAWINGS, SPECIFICATIONS AND OTHER DOCUMENTS

**1.3.1** The Drawings, Specifications and other documents prepared by the Architect are instruments of the Architect's service through which the Work to be executed by the Contractor is described. The Contractor may retain one contract record set. Neither the Contractor nor any Subcontractor, Sub-subcontractor or material or equipment supplier shall own or claim a copyright in the Drawings, Specifications and other documents prepared by the Architect, and unless otherwise indicated the Architect shall be deemed the author of them and will retain all common law, statutory and other reserved

rights, in addition to the copyright. All copies of them, except the Contractor's record set, shall be returned or suitably accounted for to the Architect, on request, upon completion of the Work. The Drawings, Specifications and other documents prepared by the Architect, and copies thereof furnished to the Contractor, are for use solely with respect to this Project. They are not to be used by the Contractor or any Subcontractor, Sub-subcontractor or material or equipment supplier on other projects or for additions to this Project outside the scope of the Work without the specific written consent of the Owner and Architect. The Contractor, Subcontractors, Sub-subcontractors and material or equipment suppliers are granted a limited license to use and reproduce applicable portions of the Drawings, Specifications and other documents prepared by the Architect appropriate to and for use in the execution of their Work under the Contract Documents. All copies made under this license shall bear the statutory copyright notice, if any, shown on the Drawings, Specifications and other documents prepared by the Architect. Submittal or distribution to meet official regulatory requirements or for other purposes in connection with this Project is not to be construed as publication in derogation of the Architect's copyright or other reserved rights.

### 1.4 CAPITALIZATION

**1.4.1** Terms capitalized in these General Conditions include those which are (1) specifically defined, (2) the titles of numbered articles and identified references to Paragraphs, Subparagraphs and Clauses in the document or (3) the titles of other documents published by the American Institute of Architects.

### 1.5 INTERPRETATION

**1.5.1** In the interest of brevity the Contract Documents frequently omit modifying words such as "all" and "any" and articles such as "the" and "an," but the fact that a modifier or an article is absent from one statement and appears in another is not intended to affect the interpretation of either statement.

## ARTICLE 2
## OWNER

### 2.1 DEFINITION

**2.1.1** The Owner is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The term "Owner" means the Owner or the Owner's authorized representative.

**2.1.2** The Owner upon reasonable written request shall furnish to the Contractor in writing information which is necessary and relevant for the Contractor to evaluate, give notice of or enforce mechanic's lien rights. Such information shall include a correct statement of the record legal title to the property on which the Project is located, usually referred to as the site, and the Owner's interest therein at the time of execution of the Agreement and, within five days after any change, information of such change in title, recorded or unrecorded.

### 2.2 INFORMATION AND SERVICES REQUIRED OF THE OWNER

**2.2.1** The Owner shall, at the request of the Contractor, prior to execution of the Agreement and promptly from time to time thereafter, furnish to the Contractor reasonable evidence that financial arrangements have been made to fulfill the Owner's obligations under the Contract. *[Note: Unless such reasonable evidence were furnished on request prior to the execution of the Agreement, the prospective contractor would not be required to execute the Agreement or to commence the Work.]*

**2.2.2** The Owner shall furnish surveys describing physical characteristics, legal limitations and utility locations for the site of the Project, and a legal description of the site.

**2.2.3** Except for permits and fees which are the responsibility of the Contractor under the Contract Documents, the Owner shall secure and pay for necessary approvals, easements, assessments and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities. Unless otherwise provided under the Contract Documents, the Owner, through the Construction Manager, shall secure and pay for the building permit.

**2.2.4** Information or services under the Owner's control shall be furnished by the Owner with reasonable promptness to avoid delay in orderly progress of the Work.

**2.2.5** Unless otherwise provided in the Contract Documents, the Contractor will be furnished, free of charge, such copies of Drawings and Project Manuals as are reasonably necessary for execution of the Work.

**2.2.6** The Owner shall forward all communications to the Contractor through the Construction Manager and shall contemporaneously provide the same communications to the Architect.

**2.2.7** The foregoing are in addition to other duties and responsibilities of the Owner enumerated herein and especially those in respect to Article 6 (Construction by Owner or by Other Contractors), Article 9 (Payments and Completion) and Article 11 (Insurance and Bonds).

### 2.3 OWNER'S RIGHT TO STOP THE WORK

**2.3.1** If the Contractor fails to correct Work which is not in accordance with the requirements of the Contract Documents as required by Paragraph 12.2 or persistently fails to carry out Work in accordance with the Contract Documents, the Owner, by written order signed personally or by an agent specifically so empowered by the Owner in writing, may order the Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise this right for the benefit of the Contractor or any other person or entity.

### 2.4 OWNER'S RIGHT TO CARRY OUT THE WORK

**2.4.1** If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a seven-day period after receipt of written notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may after such seven-day period give the Contractor a second written notice to correct such deficiencies within a second seven-day period. If the Contractor within such second seven-day period after receipt of such second notice fails to commence and continue to correct any deficiencies, the Owner may, without prejudice to other remedies the Owner may have, correct such deficiencies. In such case an appropriate Change Order shall be issued deducting from payments then or thereafter due the Contractor the cost of correcting such deficiencies, including compensation for the Construction

Manager's and Architect's and their respective consultants' additional services and expenses made necessary by such default, neglect or failure. Such action by the Owner and amounts charged to the Contractor are both subject to prior approval of the Architect, after consultation with the Construction Manager. If payments then or thereafter due the Contractor are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner.

## ARTICLE 3
## CONTRACTOR

### 3.1 DEFINITION

**3.1.1** The Contractor is the person or entity identified as such in the Agreement and is referred to throughout this Agreement as if singular in number. The term "Contractor" means the Contractor or the Contractor's authorized representative.

**3.1.2** The plural term "Contractors" refers to persons or entities who perform construction under Conditions of the Contract that are administered by the Construction Manager, and that are identical or substantially similar to these Conditions.

### 3.2 REVIEW OF CONTRACT DOCUMENTS AND FIELD CONDITIONS BY CONTRACTOR

**3.2.1** The Contractor shall carefully study and compare the Contract Documents with each other and with information furnished by the Owner pursuant to Subparagraph 2.2.2 and shall at once report to the Construction Manager and Architect errors, inconsistencies or omissions discovered. The Contractor shall not be liable to the Owner, Construction Manager or Architect for damage resulting from errors, inconsistencies or omissions in the Contract Documents unless the Contractor recognized such error, inconsistency or omission and knowingly failed to report it to the Construction Manager and Architect. If the Contractor performs any construction activity knowing it involves a recognized error, inconsistency or omission in the Contract Documents without such notice to the Construction Manager and Architect, the Contractor shall assume appropriate responsibility for such performance and shall bear an appropriate amount of the attributable costs for correction.

**3.2.2** The Contractor shall take field measurements and verify field conditions and shall carefully compare such field measurements and conditions and other information known to the Contractor with the Contract Documents before commencing activities. Errors, inconsistencies or omissions discovered shall be reported to the Construction Manager and Architect at once.

**3.2.3** The Contractor shall perform the Work in accordance with the Contract Documents and submittals approved pursuant to Paragraph 3.12.

### 3.3 SUPERVISION AND CONSTRUCTION PROCEDURES

**3.3.1** The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention. The Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under this Contract, subject to overall coordination of the Construction Manager as provided in Subparagraphs 4.6.3 and 4.6.4.

**3.3.2** The Contractor shall be responsible to the Owner for acts and omissions of the Contractor's employees, Subcontractors and their agents and employees, and other persons performing portions of the Work under a contract with the Contractor.

**3.3.3** The Contractor shall not be relieved of obligations to perform the Work in accordance with the Contract Documents either by activities or duties of the Construction Manager or Architect in their administration of the Contract, or by tests, inspections or approvals required or performed by persons other than the Contractor.

**3.3.4** The Contractor shall inspect portions of the Project related to the Contractor's Work in order to determine that such portions are in proper condition to receive subsequent Work.

### 3.4 LABOR AND MATERIALS

**3.4.1** Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, construction equipment and machinery, water, heat, utilities, transportation, and other facilities and services necessary for proper execution and completion of the Work, whether temporary or permanent and whether or not incorporated or to be incorporated in the Work.

**3.4.2** The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Contract. The Contractor shall not permit employment of unfit persons or persons not skilled in tasks assigned to them.

### 3.5 WARRANTY

**3.5.1** The Contractor warrants to the Owner, Construction Manager and Architect that materials and equipment furnished under the Contract will be of good quality and new unless otherwise required or permitted by the Contract Documents, that the Work will be free from defects not inherent in the quality required or permitted, and that the Work will conform with the requirements of the Contract Documents. Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal usage. If required by the Construction Manager or Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment.

### 3.6 TAXES

**3.6.1** The Contractor shall pay sales, consumer, use and similar taxes for the Work or portions thereof provided by the Contractor which are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect.

### 3.7 PERMITS, FEES AND NOTICES

**3.7.1** Unless otherwise provided in the Contract Documents, the Owner shall secure and pay for the building permit and the Contractor shall secure and pay for all other permits and governmental fees, licenses and inspections necessary for proper execution and completion of the Work which are customarily secured after execution of the Contract and which are legally required when bids are received or negotiations concluded.

**3.7.2** The Contractor shall comply with and give notices required by laws, ordinances, rules, regulations and lawful orders of public authorities bearing on performance of the Work.

**3.7.3** It is not the Contractor's responsibility to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, building codes, and rules and regulations. However, if the Contractor observes that portions of the Contract Documents are at variance therewith, the Contractor shall promptly notify the Construction Manager, Architect and Owner in writing, and necessary changes shall be accomplished by appropriate Modification.

**3.7.4** If the Contractor performs Work knowing it to be contrary to laws, statutes, ordinances, building codes, and rules and regulations without such notice to the Construction Manager, Architect and Owner, the Contractor shall assume full responsibility for such Work and shall bear the attributable costs.

## 3.8 ALLOWANCES

**3.8.1** The Contractor shall include in the Contract Sum all allowances stated in the Contract Documents. Items covered by allowances shall be supplied for such amounts and by such persons or entities as the Owner may direct, but the Contractor shall not be required to employ persons or entities against which the Contractor makes reasonable objection.

**3.8.2** Unless otherwise provided in the Contract Documents:

.1 materials and equipment under an allowance shall be selected promptly by the Owner to avoid delay in the Work;

.2 allowances shall cover the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade discounts;

.3 Contractor's costs for unloading and handling at the site, labor, installation costs, overhead, profit and other expenses contemplated for stated allowance amounts shall be included in the Contract Sum and not in the allowances;

.4 whenever costs are more than or less than allowances, the Contract Sum shall be adjusted accordingly by Change Order. The amount of the Change Order shall reflect (1) the difference between actual costs and the allowances under Clause 3.8.2.2 and (2) changes in Contractor's costs under Clause 3.8.2.3.

## 3.9 SUPERINTENDENT

**3.9.1** The Contractor shall employ a competent superintendent and necessary assistants who shall be in attendance at the Project site during performance of the Work. The superintendent shall represent the Contractor, and communications given to the superintendent shall be as binding as if given to the Contractor. Important communications shall be confirmed in writing. Other communications shall be similarly confirmed on written request in each case.

## 3.10 CONTRACTOR'S CONSTRUCTION SCHEDULE

**3.10.1** The Contractor, promptly after being awarded the Contract, shall prepare and submit for the Owner's and Architect's information and the Construction Manager's approval a Contractor's Construction Schedule for the Work. Such schedule shall not exceed time limits current under the Contract Documents, shall be revised at appropriate intervals as required by the conditions of the Work and Project, shall be related to the entire Project construction schedule to the extent required by the Contract Documents, and shall provide for expeditious and practicable execution of the Work.

**3.10.2** The Contractor shall cooperate with the Construction Manager in scheduling and performing the Contractor's Work to avoid conflict, delay in or interference with the Work of other Contractors or the construction or operations of the Owner's own forces.

**3.10.3** The Contractor shall prepare and keep current, for the Construction Manager's and Architect's approval, a schedule of submittals which is coordinated with the Contractor's Construction Schedule and allows the Construction Manager and Architect reasonable time to review submittals.

**3.10.4** The Contractor shall conform to the most recent schedules.

## 3.11 DOCUMENTS AND SAMPLES AT THE SITE

**3.11.1** The Contractor shall maintain at the site for the Owner one record copy of the Drawings, Specifications, addenda, Change Orders and other Modifications, in good order and marked currently to record changes and selections made during construction, and in addition approved Shop Drawings, Product Data, Samples and similar required submittals. These shall be available to the Construction Manager and Architect and shall be delivered to the Construction Manager for submittal to the Owner upon completion of the Work.

## 3.12 SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

**3.12.1** Shop Drawings are drawings, diagrams, schedules and other data specially prepared for the Work by the Contractor or a Subcontractor, Sub-subcontractor, manufacturer, supplier or distributor to illustrate some portion of the Work.

**3.12.2** Product Data are illustrations, standard schedules, performance charts, instructions, brochures, diagrams and other information furnished by the Contractor to illustrate materials or equipment for some portion of the Work.

**3.12.3** Samples are physical examples which illustrate materials, equipment or workmanship and establish standards by which the Work will be judged.

**3.12.4** Shop Drawings, Product Data, Samples and similar submittals are not Contract Documents. The purpose of their submittal is to demonstrate for those portions of the Work for which submittals are required the way the Contractor proposes to conform to the information given and the design concept expressed in the Contract Documents. Review by the Architect is subject to the limitations of Subparagraph 4.6.12.

**3.12.5** The Contractor shall review, approve and submit to the Construction Manager, in accordance with the schedule and sequence approved by the Construction Manager, Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents. The Contractor shall cooperate with the Construction Manager in the coordination of the Contractor's Shop Drawings, Product Data, Samples and similar submittals with related documents submitted by other Contractors. Submittals made by the Contractor which are not required by the Contract Documents may be returned without action.

**3.12.6** The Contractor shall perform no portion of the Work requiring submittal and review of Shop Drawings, Product Data, Samples or similar submittals until the respective sub-

AIA DOCUMENT A201/CMa • GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

A201/CMa-1992   9

mittal has been approved by the Construction Manager and Architect. Such Work shall be in accordance with approved submittals.

**3.12.7** By approving and submitting Shop Drawings, Product Data, Samples and similar submittals, the Contractor represents that the Contractor has determined and verified materials, field measurements and field construction criteria related thereto, or will do so, and has checked and coordinated the information contained within such submittals with the requirements of the Work and of the Contract Documents.

**3.12.8** The Contractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the Construction Manager's and Architect's approval of Shop Drawings, Product Data, Samples or similar submittals unless the Contractor has specifically informed the Construction Manager and Architect in writing of such deviation at the time of submittal and the Construction Manager and Architect have given written approval to the specific deviation. The Contractor shall not be relieved of responsibility for errors or omissions in Shop Drawings, Product Data, Samples or similar submittals by the Construction Manager's and Architect's approval thereof.

**3.12.9** The Contractor shall direct specific attention, in writing or on resubmitted Shop Drawings, Product Data, Samples or similar submittals, to revisions other than those requested by the Construction Manager and Architect on previous submittals.

**3.12.10** Informational submittals upon which the Construction Manager and Architect are not expected to take responsive action may be so identified in the Contract Documents.

**3.12.11** When professional certification of performance criteria of materials, systems or equipment is required by the Contract Documents, the Construction Manager and Architect shall be entitled to rely upon the accuracy and completeness of such calculations and certifications.

### 3.13  USE OF SITE

**3.13.1** The Contractor shall confine operations at the site to areas permitted by law, ordinances, permits and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.

**3.13.2** The Contractor shall coordinate the Contractor's operations with, and secure the approval of, the Construction Manager before using any portion of the site.

### 3.14  CUTTING AND PATCHING

**3.14.1** The Contractor shall be responsible for cutting, fitting or patching required to complete the Work or to make its parts fit together properly.

**3.14.2** The Contractor shall not damage or endanger a portion of the Work or fully or partially completed construction of the Owner's own forces or of other Contractors by cutting, patching, excavating or otherwise altering such construction. The Contractor shall not cut or otherwise alter such construction by other Contractors or by the Owner's own forces except with written consent of the Construction Manager, Owner and such other Contractors; such consent shall not be unreasonably withheld. The Contractor shall not unreasonably withhold from the other Contractors or the Owner the Contractor's consent to cutting or otherwise altering the Work.

### 3.15  CLEANING UP

**3.15.1** The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. At completion of the Work the Contractor shall remove from and about the Project waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials.

**3.15.2** If the Contractor fails to clean up as provided in the Contract Documents, the Construction Manager may do so with the Owner's approval and the cost thereof shall be charged to the Contractor.

### 3.16  ACCESS TO WORK

**3.16.1** The Contractor shall provide the Owner, Construction Manager and Architect access to the Work in preparation and progress wherever located.

### 3.17  ROYALTIES AND PATENTS

**3.17.1** The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of patent rights and shall hold the Owner, Construction Manager and Architect harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents. However, if the Contractor has reason to believe that the required design, process or product is an infringement of a patent, the Contractor shall be responsible for such loss unless such information is promptly furnished to the Architect.

### 3.18  INDEMNIFICATION

**3.18.1** To the fullest extent permitted by law, the Contractor shall indemnify and hold harmless the Owner, Construction Manager, Architect, Construction Manager's and Architect's consultants, and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work, provided that such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself) including loss of use resulting therefrom, but only to the extent caused in whole or in part by negligent acts or omissions of the Contractor, a Subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge or reduce other rights or obligations of indemnity which would otherwise exist as to a party or person described in this Paragraph 3.18.

**3.18.2** In claims against any person or entity indemnified under this Paragraph 3.18 by an employee of the Contractor, a Subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this Paragraph 3.18 shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Contractor or a Subcontractor under workers compensation acts, disability benefit acts or other employee benefit acts.

**3.18.3** The obligations of the Contractor under this Paragraph 3.18 shall not extend to the liability of the Construction Manager, Architect, their consultants, and agents and

employees of any of them arising out of (1) the preparation or approval of maps, drawings, opinions, reports, surveys, Change Orders, designs or specifications, or (2) the giving of or the failure to give directions or instructions by the Construction Manager, Architect, their consultants, and agents and employees of any of them provided such giving or failure to give is the primary cause of the injury or damage.

## ARTICLE 4
## ADMINISTRATION OF THE CONTRACT

### 4.1 ARCHITECT

**4.1.1** The Architect is the person lawfully licensed to practice architecture or an entity lawfully practicing architecture identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The term "Architect" means the Architect or the Architect's authorized representative.

### 4.2 CONSTRUCTION MANAGER

**4.2.1** The Construction Manager is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The term "Construction Manager" means the Construction Manager or the Construction Manager's authorized representative.

**4.3** Duties, responsibilities and limitations of authority of the Construction Manager and Architect as set forth in the Contract Documents shall not be restricted, modified or extended without written consent of the Owner, Construction Manager, Architect and Contractor. Consent shall not be unreasonably withheld.

**4.4** In case of termination of employment of the Construction Manager or Architect, the Owner shall appoint a construction manager or architect against whom the Contractor makes no reasonable objection and whose status under the Contract Documents shall be that of the former construction manager or architect, respectively.

**4.5** Disputes arising under Paragraphs 4.3 and 4.4 shall be subject to arbitration.

### 4.6 ADMINISTRATION OF THE CONTRACT

**4.6.1** The Construction Manager and Architect will provide administration of the Contract as described in the Contract Documents, and will be the Owner's representatives (1) during construction, (2) until final payment is due and (3) with the Owner's concurrence, from time to time during the correction period described in Paragraph 12.2. The Construction Manager and Architect will advise and consult with the Owner and will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents, unless otherwise modified by written instrument in accordance with other provisions of the Contract.

**4.6.2** The Construction Manager will determine in general that the Work is being performed in accordance with the requirements of the Contract Documents, will keep the Owner informed of the progress of the Work, and will endeavor to guard the Owner against defects and deficiencies in the Work.

**4.6.3** The Construction Manager will provide for coordination of the activities of other Contractors and of the Owner's own forces with the Work of the Contractor, who shall cooperate with them. The Contractor shall participate with other Contractors and the Construction Manager and Owner in reviewing their construction schedules when directed to do so. The Contractor shall make any revisions to the construction schedule deemed necessary after a joint review and mutual agreement. The construction schedules shall constitute the schedules to be used by the Contractor, other Contractors, the Construction Manager and the Owner until subsequently revised.

**4.6.4** The Construction Manager will schedule and coordinate the activities of the Contractors in accordance with the latest approved Project construction schedule.

**4.6.5** The Architect will visit the site at intervals appropriate to the stage of construction to become generally familiar with the progress and quality of the completed Work and to determine in general if the Work is being performed in a manner indicating that the Work, when completed, will be in accordance with the Contract Documents. However, the Architect will not be required to make exhaustive or continuous on-site inspections to check quality or quantity of the Work. On the basis of on-site observations as an architect, the Architect will keep the Owner informed of progress of the Work, and will endeavor to guard the Owner against defects and deficiencies in the Work.

**4.6.6** The Construction Manager, except to the extent required by Subparagraph 4.6.4, and Architect will not have control over or charge of and will not be responsible for construction means, methods, techniques, sequences or procedures, or for safety precautions and programs in connection with the Work, since these are solely the Contractor's responsibility as provided in Paragraph 3.3, and neither will be responsible for the Contractor's failure to carry out the Work in accordance with the Contract Documents. Neither the Construction Manager nor the Architect will have control over or charge of or be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or of any other persons performing portions of the Work.

**4.6.7 Communications Facilitating Contract Administration.** Except as otherwise provided in the Contract Documents or when direct communications have been specially authorized, the Owner and Contractor shall communicate through the Construction Manager, and shall contemporaneously provide the same communications to the Architect. Communications by and with the Architect's consultants shall be through the Architect. Communications by and with Subcontractors and material suppliers shall be through the Contractor. Communications by and with other Contractors shall be through the Construction Manager and shall be contemporaneously provided to the Architect.

**4.6.8** The Construction Manager will review and certify all Applications for Payment by the Contractor, including final payment. The Construction Manager will assemble each of the Contractor's Applications for Payment with similar Applications from other Contractors into a Project Application and Project Certificate for Payment. After reviewing and certifying the amounts due the Contractors, the Construction Manager will submit the Project Application and Project Certificate for Payment, along with the applicable Contractors' Applications and Certificates for Payment, to the Architect.

**4.6.9** Based on the Architect's observations and evaluations of Contractors' Applications for Payment, and the certifications of the Construction Manager, the Architect will review

and certify the amounts due the Contractors and will issue a Project Certificate for Payment.

**4.6.10** The Architect will have authority to reject Work which does not conform to the Contract Documents, and to require additional inspection or testing, in accordance with Subparagraphs 13.5.2 and 13.5.3, whether or not such Work is fabricated, installed or completed, but will take such action only after notifying the Construction Manager. Subject to review by the Architect, the Construction Manager will have the authority to reject Work which does not conform to the Contract Documents. Whenever the Construction Manager considers it necessary or advisable for implementation of the intent of the Contract Documents, the Construction Manager will have authority to require additional inspection or testing of the Work in accordance with Subparagraphs 13.5.2 and 13.5.3, whether or not such Work is fabricated, installed or completed. The foregoing authority of the Construction Manager will be subject to the provisions of Subparagraphs 4.6.18 through 4.6.20 inclusive, with respect to interpretations and decisions of the Architect. However, neither the Architect's nor the Construction Manager's authority to act under this Subparagraph 4.6.10 nor a decision made by either of them in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect or the Construction Manager to the Contractor, Subcontractors, material and equipment suppliers, their agents or employees, or other persons performing any of the Work.

**4.6.11** The Construction Manager will receive from the Contractor and review and approve all Shop Drawings, Product Data and Samples, coordinate them with information received from other Contractors, and transmit to the Architect those recommended for approval. The Construction Manager's actions will be taken with such reasonable promptness as to cause no delay in the Work of the Contractor or in the activities of other Contractors, the Owner, or the Architect.

**4.6.12** The Architect will review and approve or take other appropriate action upon the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action will be taken with such reasonable promptness as to cause no delay in the Work of the Contractor or in the activities of the other Contractors, the Owner, or the Construction Manager, while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review of the Contractor's submittals shall not relieve the Contractor of the obligations under Paragraphs 3.3, 3.5 and 3.12. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

**4.6.13** The Construction Manager will prepare Change Orders and Construction Change Directives.

**4.6.14** Following consultation with the Construction Manager, the Architect will take appropriate action on Change Orders or Construction Change Directives in accordance with Article 7 and will have authority to order minor changes in the Work as provided in Paragraph 7.4.

**4.6.15** The Construction Manager will maintain at the site for the Owner one record copy of all Contracts, Drawings, Specifications, addenda, Change Orders and other Modifications, in good order and marked currently to record all changes and selections made during construction, and in addition approved Shop Drawings, Product Data, Samples and similar required submittals. These will be available to the Architect and the Contractor, and wil be delivered to the Owner upon completion of the Project.

**4.6.16** The Construction Manager will assist the Architect in conducting inspections to determine the dates of Substantial Completion and final completion, and will receive and forward to the Architect written warranties and related documents required by the Contract and assembled by the Contractor. The Construction Manager will forward to the Architect a final Project Application and Project Certificate for Payment upon compliance with the requirements of the Contract Documents.

**4.6.17** If the Owner and Architect agree, the Architect will provide one or more project representatives to assist in carrying out the Architect's responsibilities at the site. The duties, responsibilities and limitations of authority of such project representatives shall be as set forth in an exhibit to be incorporated in the Contract Documents.

**4.6.18** The Architect will interpret and decide matters concerning performance under and requirements of the Contract Documents on written request of the Construction Manager, Owner or Contractor. The Architect's response to such requests will be made with reasonable promptness and within any time limits agreed upon. If no agreement is made concerning the time within which interpretations required of the Architect shall be furnished in compliance with this Paragraph 4.6, then delay shall not be recognized on account of failure by the Architect to furnish such interpretations until 15 days after written request is made for them.

**4.6.19** Interpretations and decisions of the Architect will be consistent with the intent of and reasonably inferable from the Contract Documents and will be in writing or in the form of drawings. When making such interpretations and decisions, the Architect will endeavor to secure faithful performance by both Owner and Contractor, will not show partiality to either and will not be liable for results of interpretations or decisions so rendered in good faith.

**4.6.20** The Architect's decisions on matters relating to aesthetic effect will be final if consistent with the intent expressed in the Contract Documents.

**4.7 CLAIMS AND DISPUTES**

**4.7.1 Definition.** A Claim is a demand or assertion by one of the parties seeking, as a matter of right, adjustment or interpretation of Contract terms, payment of money, extension of time or other relief with respect to the terms of the Contract. The term "Claim" also includes other disputes and matters in question between the Owner and Contractor arising out of or relating to the Contract. Claims must be made by written notice. The responsibility to substantiate Claims shall rest with the party making the Claim.

**4.7.2 Decision of Architect.** Claims, including those alleging an error or omission by the Construction Manager or Architect, shall be referred initially to the Architect for action

as provided in Paragraph 4.8. A decision by the Architect, as provided in Subparagraph 4.8.4, shall be required as a condition precedent to arbitration or litigation of a Claim between the Contractor and Owner as to all such matters arising prior to the date final payment is due, regardless of (1) whether such matters relate to execution and progress of the Work or (2) the extent to which the Work has been completed. The decision by the Architect in response to a Claim shall not be a condition precedent to arbitration or litigation in the event (1) the position of Architect is vacant, (2) the Architect has not received evidence or has failed to render a decision within agreed time limits, (3) the Architect has failed to take action required under Subparagraph 4.8.4 within 30 days after the Claim is made, (4) 45 days have passed after the Claim has been referred to the Architect or (5) the Claim relates to a mechanic's lien.

**4.7.3 Time Limits on Claims.** Claims by either party must be made within 21 days after occurrence of the event giving rise to such Claim or within 21 days after the claimant first recognizes the condition giving rise to the Claim, whichever is later. Claims must be made by written notice. An additional Claim made after the initial Claim has been implemented by Change Order will not be considered unless submitted in a timely manner.

**4.7.4 Continuing Contract Performance.** Pending final resolution of a Claim including arbitration, unless otherwise agreed in writing the Contractor shall proceed diligently with performance of the Contract and the Owner shall continue to make payments in accordance with the Contract Documents.

**4.7.5 Waiver of Claims: Final Payment.** The making of final payment shall constitute a waiver of Claims by the Owner except those arising from:

   .1 liens, Claims, security interests or encumbrances arising out of the Contract and unsettled;

   .2 failure of the Work to comply with the requirements of the Contract Documents; or

   .3 terms of special warranties required by the Contract Documents.

**4.7.6 Claims for Concealed or Unknown Conditions.** If conditions are encountered at the site which are (1) subsurface or otherwise concealed physical conditions which differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature, which differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, then notice by the observing party shall be given to the other party promptly before conditions are disturbed and in no event later than 21 days after first observance of the conditions. The Architect will promptly investigate such conditions and, if they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, will recommend an equitable adjustment in the Contract Sum or Contract Time, or both. If the Architect determines that the conditions at the site are not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall so notify the Owner and Contractor in writing, stating the reasons. Claims by either party in opposition to such determination must be made within 21 days after the Architect has given notice of the decision. If the Owner and Contractor cannot agree on an adjustment in the Contract Sum or Contract Time, the adjustment shall be referred to the Architect for initial determination, subject to further proceedings pursuant to Paragraph 4.8.

**4.7.7 Claims for Additional Cost.** If the Contractor wishes to make Claim for an increase in the Contract Sum, written notice as provided herein shall be given before proceeding to execute the Work. Prior notice is not required for Claims relating to an emergency endangering life or property arising under Paragraph 10.3. If the Contractor believes additional cost is involved for reasons including but not limited to (1) a written interpretation from the Architect, (2) an order by the Owner to stop the Work where the Contractor was not at fault, (3) a written order for a minor change in the Work issued by the Architect, (4) failure of payment by the Owner, (5) termination of the Contract by the Owner, (6) Owner's suspension or (7) other reasonable grounds, Claim shall be filed in accordance with the procedure established herein.

**4.7.8 Claims for Additional Time.**

**4.7.8.1** If the Contractor wishes to make Claim for an increase in the Contract Time, written notice as provided herein shall be given. The Contractor's Claim shall include an estimate of cost and of probable effect of delay on progress of the Work. In the case of a continuing delay only one Claim is necessary.

**4.7.8.2** If adverse weather conditions are the basis for a Claim for additional time, such Claim shall be documented by data substantiating that weather conditions were abnormal for the period of time and could not have been reasonably anticipated, and that weather conditions had an adverse effect on the scheduled construction.

**4.7.9 Injury or Damage to Person or Property.** If either party to the Contract suffers injury or damage to person or property because of an act or omission of the other party, of any of the other party's employees or agents, or of others for whose acts such party is legally liable, written notice of such injury or damage, whether or not insured, shall be given to the other party within a reasonable time not exceeding 21 days after first observance. The notice shall provide sufficient detail to enable the other party to investigate the matter. If a Claim for additional cost or time related to this Claim is to be asserted, it shall be filed as provided in Subparagraphs 4.7.7 or 4.7.8.

**4.8 RESOLUTION OF CLAIMS AND DISPUTES**

**4.8.1** The Architect will review Claims and take one or more of the following preliminary actions within ten days of receipt of a Claim: (1) request additional supporting data from the claimant, (2) submit a schedule to the parties indicating when the Architect expects to take action, (3) reject the Claim in whole or in part, stating reasons for rejection, (4) recommend approval of the Claim by the other party or (5) suggest a compromise. The Architect may also, but is not obligated to, notify the surety, if any, of the nature and amount of the Claim.

**4.8.2** If a Claim has been resolved, the Architect will prepare or obtain appropriate documentation.

**4.8.3** If a Claim has not been resolved, the party making the Claim shall, within ten days after the Architect's preliminary response, take one or more of the following actions: (1) submit additional supporting data requested by the Architect, (2) modify the initial Claim or (3) notify the Architect that the initial Claim stands.

**4.8.4** If a Claim has not been resolved after consideration of the foregoing and of further evidence presented by the parties or requested by the Architect, the Architect will notify the parties in writing that the Architect's decision will be made within seven days, which decision shall be final and binding on the parties but subject to arbitration. Upon expiration of such time period, the Architect will render to the parties the Architect's written decision relative to the Claim, including any change in the Contract Sum or Contract Time or both. If there is a surety and there appears to be a possibility of a Contractor's default, the Architect may, but is not obligated to, notify the surety and request the surety's assistance in resolving the controversy.

### 4.9 ARBITRATION

**4.9.1 Controversies and Claims Subject to Arbitration.** Any controversy or Claim arising out of or related to the Contract, or the breach thereof, shall be settled by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof, except controversies or Claims relating to aesthetic effect and except those waived as provided for in Subparagraph 4.7.5. Such controversies or Claims upon which the Architect has given notice and rendered a decision as provided in Subparagraph 4.8.4 shall be subject to arbitration upon written demand of either party. Arbitration may be commenced when 45 days have passed after a Claim has been referred to the Architect as provided in Paragraph 4.7 and no decision has been rendered.

**4.9.2 Rules and Notices for Arbitration.** Claims between the Owner and Contractor not resolved under Paragraph 4.8 shall, if subject to arbitration under Subparagraph 4.9.1, be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association currently in effect, unless the parties mutually agree otherwise. Notice of demand for arbitration shall be filed in writing with the other party to the Agreement between the Owner and Contractor and with the American Arbitration Association, and copies shall be filed with the Construction Manager and Architect.

**4.9.3 Contract Performance During Arbitration.** During arbitration proceedings, the Owner and Contractor shall comply with Subparagraph 4.7.4.

**4.9.4 When Arbitration May Be Demanded.** Demand for arbitration of any Claim may not be made until the earlier of (1) the date on which the Architect has rendered a final written decision on the Claim, (2) the tenth day after the parties have presented evidence to the Architect or have been given reasonable opportunity to do so, if the Architect has not rendered a final written decision by that date, or (3) any of the five events described in Subparagraph 4.7.2.

**4.9.4.1** When a written decision of the Architect states that (1) the decision is final but subject to arbitration and (2) a demand for arbitration of a Claim covered by such decision must be made within 30 days after the date on which the party making the demand receives the final written decision, then failure to demand arbitration within said 30 days' period shall result in the Architect's decision becoming final and binding upon the Owner and Contractor. If the Architect renders a decision after arbitration proceedings have been initiated, such decision may be entered as evidence, but shall not supersede arbitration proceedings unless the decision is acceptable to all parties concerned.

**4.9.4.2** A demand for arbitration shall be made within the time limits specified in Subparagraphs 4.9.1 and 4.9.4 and Clause 4.9.4.1 as applicable, and in other cases within a reasonable time after the Claim has arisen, and in no event shall it be made after the date when institution of legal or equitable proceedings based on such Claim would be barred by the applicable statute of limitations as determined pursuant to Paragraph 13.7.

**4.9.5 Limitation on Consolidation or Joinder.** No arbitration arising out of or relating to the Contract Documents shall include, by consolidation or joinder or in any other manner, the Construction Manager, the Architect, or the Construction Manager's or Architect's employees or consultants, except by written consent containing specific reference to the Agreement and signed by the Construction Manager, Architect, Owner, Contractor and any other person or entity sought to be joined. No arbitration shall include, by consolidation or joinder or in any other manner, parties other than the Owner, Contractor, other Contractors as described in Article 6 and other persons substantially involved in a common question of fact or law whose presence is required if complete relief is to be accorded in arbitration. No persons or entities other than the Owner, Contractor or other Contractors as defined in Subparagraph 3.1.2 shall be included as an original third party or additional third party to an arbitration whose interest or responsibility is insubstantial. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of a dispute not described therein or with a person or entity not named or described therein. The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**4.9.6 Claims and Timely Assertion of Claims.** A party who files a notice of demand for arbitration must assert in the demand all Claims then known to that party on which arbitration is permitted to be demanded. When a party fails to include a Claim through oversight, inadvertence or excusable neglect, or when a Claim has matured or been acquired subsequently, the arbitrator or arbitrators may permit amendment.

**4.9.7 Judgment on Final Award.** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

## ARTICLE 5
## SUBCONTRACTORS

### 5.1 DEFINITIONS

**5.1.1** A Subcontractor is a person or entity who has a direct contract with the Contractor to perform a portion of the Work at the site. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include other Contractors or subcontractors of other Contractors.

**5.1.2** A Sub-subcontractor is a person or entity who has a direct or indirect contract with a Subcontractor to perform a portion of the Work at the site. The term "Sub-subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Sub-subcontractor or an authorized representative of the Sub-subcontractor.

### 5.2 AWARD OF SUBCONTRACTS AND OTHER CONTRACTS FOR PORTIONS OF THE WORK

**5.2.1** Unless otherwise stated in the Contract Documents or the bidding requirements, the Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Construction Manager for review by the Owner, Construction Manager and Architect the names of persons or entities (including those who are to furnish materials or equipment fabricated to a special design) proposed for each principal portion of the Work. The Construction Manager will promptly reply to the Contractor in writing stating whether or not the Owner, Construction Manager or Architect, after due investigation, has reasonable objection to any such proposed person or entity. Failure of the Construction Manager to reply promptly shall constitute notice of no reasonable objection.

**5.2.2** The Contractor shall not contract with a proposed person or entity to whom the Owner, Construction Manager or Architect has made reasonable and timely objection. The Contractor shall not be required to contract with anyone to whom the Contractor has made reasonable objection.

**5.2.3** If the Owner, Construction Manager or Architect has reasonable objection to a person or entity proposed by the Contractor, the Contractor shall propose another to whom the Owner, Construction Manager or Architect has no reasonable objection. The Contract Sum shall be increased or decreased by the difference in cost occasioned by such change and an appropriate Change Order shall be issued. However, no increase in the Contract Sum shall be allowed for such change unless the Contractor has acted promptly and responsively in submitting names as required.

**5.2.4** The Contractor shall not change a Subcontractor, person or entity previously selected if the Owner, Construction Manager or Architect makes reasonable objection to such change.

### 5.3 SUBCONTRACTUAL RELATIONS

**5.3.1** By appropriate agreement, written where legally required for validity, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities which the Contractor, by these Documents, assumes toward the Owner, Construction Manager and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner, Construction Manager and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the Contractor that the Contractor, by the Contract Documents, has against the Owner. Where appropriate, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. The Contractor shall make available to each proposed Subcontractor, prior to the execution of the subcontract agreement, copies of the Contract Documents to which the Subcontractor will be bound, and, upon written request of the Subcontractor, identify to the Subcontractor terms and conditions of the proposed subcontract agreement which may be at variance with the Contract Documents. Subcontractors shall similarly make copies of applicable portions of such documents available to their respective proposed Sub-subcontractors.

### 5.4 CONTINGENT ASSIGNMENT OF SUBCONTRACTS

**5.4.1** Each subcontract agreement for a portion of the Work is assigned by the Contractor to the Owner provided that:

.1 assignment is effective only after termination of the Contract by the Owner for cause pursuant to Paragraph 14.2 and only for those subcontract agreements which the Owner accepts by notifying the Subcontractor in writing; and

.2 assignment is subject to the prior rights of the surety, if any, obligated under bond relating to the Contract.

**5.4.2** If the Work has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted.

## ARTICLE 6
## CONSTRUCTION BY OWNER OR BY OTHER CONTRACTORS

### 6.1 OWNER'S RIGHT TO PERFORM CONSTRUCTION WITH OWN FORCES AND TO AWARD OTHER CONTRACTS

**6.1.1** The Owner reserves the right to perform construction or operations related to the Project with the Owner's own forces, which include persons or entities under separate contracts not administered by the Construction Manager. The Owner further reserves the right to award other contracts in connection with other portions of the Project or other construction or operations on the site under Conditions of the Contract identical or substantially similar to these including those portions related to insurance and waiver of subrogation. If the Contractor claims that delay or additional cost is involved because of such action by the Owner, the Contractor shall make such Claim as provided elsewhere in the Contract Documents.

**6.1.2** When the Owner performs construction or operations with the Owner's own forces including persons or entities under separate contracts not administered by the Construction Manager, the Owner shall provide for coordination of such forces with the Work of the Contractor, who shall cooperate with them.

**6.1.3** Unless otherwise provided in the Contract Documents, when the Owner performs construction or operations related to the Project with the Owner's own forces, the Owner shall be deemed to be subject to the same obligations and to have the same rights which apply to the Contractor under the Conditions of the Contract, including, without excluding others, those stated in this Article 6 and in Articles 3, 10, 11 and 12.

### 6.2 MUTUAL RESPONSIBILITY

**6.2.1** The Contractor shall afford the Owner's own forces, Construction Manager and other Contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their activities, and shall connect and coordinate the Contractor's construction and operations with theirs as required by the Contract Documents.

**6.2.2** If part of the Contractor's Work depends for proper execution or results upon construction or operations by the Owner's own forces or other Contractors, the Contractor shall, prior to proceeding with that portion of the Work, promptly

report to the Construction Manager and Architect apparent discrepancies or defects in such other construction that would render it unsuitable for such proper execution and results. Failure of the Contractor so to report shall constitute an acknowledgment that the Owner's own forces or other Contractors' completed or partially completed construction is fit and proper to receive the Contractor's Work, except as to defects not then reasonably discoverable.

**6.2.3** Costs caused by delays or by improperly timed activities or defective construction shall be borne by the party responsible therefor.

**6.2.4** The Contractor shall promptly remedy damage wrongfully caused by the Contractor to completed or partially completed construction or to property of the Owner or other Contractors as provided in Subparagraph 10.2.5.

**6.2.5** Claims and other disputes and matters in question between the Contractor and other Contractors shall be subject to the provisions of Paragraph 4.7 provided the other Contractors have reciprocal obligations.

**6.2.6** The Owner and other Contractors shall have the same responsibilities for cutting and patching as are described for the Contractor in Paragraph 3.14.

## 6.3 OWNER'S RIGHT TO CLEAN UP

**6.3.1** If a dispute arises among the Contractor, other Contractors and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish as described in Paragraph 3.15, the Owner may clean up and allocate the cost among those responsible as the Construction Manager, in consultation with the Architect, determines to be just.

## ARTICLE 7
## CHANGES IN THE WORK

### 7.1 CHANGES

**7.1.1** Changes in the Work may be accomplished after execution of the Contract, and without invalidating the Contract, by Change Order, Construction Change Directive or order for a minor change in the Work, subject to the limitations stated in this Article 7 and elsewhere in the Contract Documents.

**7.1.2** A Change Order shall be based upon agreement among the Owner, Construction Manager, Architect and Contractor; a Construction Change Directive requires agreement by the Owner, Construction Manager and Architect and may or may not be agreed to by the Contractor; an order for a minor change in the Work may be issued by the Architect alone.

**7.1.3** Changes in the Work shall be performed under applicable provisions of the Contract Documents, and the Contractor shall proceed promptly, unless otherwise provided in the Change Order, Construction Change Directive or order for a minor change in the Work.

**7.1.4** If unit prices are stated in the Contract Documents or subsequently agreed upon, and if quantities originally contemplated are so changed in a proposed Change Order or Construction Change Directive that application of such unit prices to quantities of Work proposed will cause substantial inequity to the Owner or Contractor, the applicable unit prices shall be equitably adjusted.

### 7.2 CHANGE ORDERS

**7.2.1** A Change Order is a written instrument prepared by the Construction Manager and signed by the Owner, Construction Manager, Architect and Contractor, stating their agreement upon all of the following:

.1 a change in the Work;

.2 the amount of the adjustment in the Contract Sum, if any; and

.3 the extent of the adjustment in the Contract Time, if any.

**7.2.2** Methods used in determining adjustments to the Contract Sum may include those listed in Subparagraph 7.3.3.

### 7.3 CONSTRUCTION CHANGE DIRECTIVES

**7.3.1** A Construction Change Directive is a written order prepared by the Construction Manager and signed by the Owner, Construction Manager and Architect, directing a change in the Work and stating a proposed basis for adjustment, if any, in the Contract Sum or Contract Time, or both. The Owner may by Construction Change Directive, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, the Contract Sum and Contract Time being adjusted accordingly.

**7.3.2** A Construction Change Directive shall be used in the absence of total agreement on the terms of a Change Order.

**7.3.3** If the Construction Change Directive provides for an adjustment to the Contract Sum, the adjustment shall be based on one of the following methods:

.1 mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation;

.2 unit prices stated in the Contract Documents or subsequently agreed upon;

.3 cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee; or

.4 as provided in Subparagraph 7.3.6.

**7.3.4** Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Construction Manager and Architect of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustment in the Contract Sum or Contract Time.

**7.3.5** A Construction Change Directive signed by the Contractor indicates the agreement of the Contractor therewith, including adjustment in Contract Sum and Contract Time or the method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

**7.3.6** If the Contractor does not respond promptly or disagrees with the method for adjustment in the Contract Sum, the method and the adjustment shall be determined by the Construction Manager on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the Contract Sum, a reasonable allowance for overhead and profit. In such case, and also under Clause 7.3.3.3, the Contractor shall keep and present, in such form as the Construction Manager may prescribe, an itemized accounting together with appropriate

AIA DOCUMENT A201/CMa • GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Subparagraph 7.3.6 shall be limited to the following:

.1 costs of labor, including social security, old age and unemployment insurance, fringe benefits required by agreement or custom, and workers compensation insurance;

.2 costs of materials, supplies and equipment, including cost of transportation, whether incorporated or consumed;

.3 rental costs of machinery and equipment, exclusive of hand tools, whether rented from the Contractor or others;

.4 costs of premiums for all bonds and insurance, permit fees, and sales, use or similar taxes related to the Work; and

.5 additional costs of supervision and field office personnel directly attributable to the change.

**7.3.7** Pending final determination of cost to the Owner, amounts not in dispute may be included in Applications for Payment. The amount of credit to be allowed by the Contractor to the Owner for a deletion or change which results in a net decrease in the Contract Sum shall be actual net cost as confirmed by the Construction Manager. When both additions and credits covering related Work or substitutions are involved in a change, the allowance for overhead and profit shall be figured on the basis of net increase, if any, with respect to that change.

**7.3.8** If the Owner and Contractor do not agree with the adjustment in Contract Time or the method for determining it, the adjustment or the method shall be referred to the Construction Manager for determination.

**7.3.9** When the Owner and Contractor agree with the determination made by the Construction Manager concerning the adjustments in the Contract Sum and Contract Time, or otherwise reach agreement upon the adjustments, such agreement shall be effective immediately and shall be recorded by preparation and execution of an appropriate Change Order.

### 7.4 MINOR CHANGES IN THE WORK

**7.4.1** The Architect will have authority to order minor changes in the Work not involving adjustment in the Contract Sum or extension of the Contract Time and not inconsistent with the intent of the Contract Documents. Such changes shall be effected by written order issued through the Construction Manager and shall be binding on the Owner and Contractor. The Contractor shall carry out such written orders promptly.

## ARTICLE 8
## TIME

### 8.1 DEFINITIONS

**8.1.1** Unless otherwise provided, Contract Time is the period of time, including authorized adjustments, allotted in the Contract Documents for Substantial Completion of the Work.

**8.1.2** The date of commencement of the Work is the date established in the Agreement. The date shall not be postponed by the failure to act of the Contractor or of persons or entities for whom the Contractor is responsible.

**8.1.3** The date of Substantial Completion is the date certified by the Architect in accordance with Paragraph 9.8.

**8.1.4** The term "day" as used in the Contract Documents shall mean calendar day unless otherwise specifically defined.

### 8.2 PROGRESS AND COMPLETION

**8.2.1** Time limits stated in the Contract Documents are of the essence of the Contract. By executing the Agreement the Contractor confirms that the Contract Time is a reasonable period for performing the Work.

**8.2.2** The Contractor shall not knowingly, except by agreement or instruction of the Owner in writing, prematurely commence operations on the site or elsewhere prior to the effective date of insurance required by Article 11 to be furnished by the Contractor. The date of commencement of the Work shall not be changed by the effective date of such insurance. Unless the date of commencement is established by a notice to proceed given by the Owner, the Contractor shall notify the Owner in writing not less than five days or other agreed period before commencing the Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

**8.2.3** The Contractor shall proceed expeditiously with adequate forces and shall achieve Substantial Completion within the Contract Time.

### 8.3 DELAYS AND EXTENSIONS OF TIME

**8.3.1** If the Contractor is delayed at any time in progress of the Work by an act or neglect of the Owner's own forces, Construction Manager, Architect, any of the other Contractors or an employee of any of them, or by changes ordered in the Work, or by labor disputes, fire, unusual delay in deliveries, unavoidable casualties or other causes beyond the Contractor's control, or by delay authorized by the Owner pending arbitration, or by other causes which the Architect, based on the recommendation of the Construction Manager, determines may justify delay, then the Contract Time shall be extended by Change Order for such reasonable time as the Architect may determine.

**8.3.2** Claims relating to time shall be made in accordance with applicable provisions of Paragraph 4.7.

**8.3.3** This Paragraph 8.3 does not preclude recovery of damages for delay by either party under other provisions of the Contract Documents.

## ARTICLE 9
## PAYMENTS AND COMPLETION

### 9.1 CONTRACT SUM

**9.1.1** The Contract Sum is stated in the Agreement and, including authorized adjustments, is the total amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

### 9.2 SCHEDULE OF VALUES

**9.2.1** Before the first Application for Payment, the Contractor shall submit to the Architect, through the Construction Manager, a schedule of values allocated to various portions of the Work, prepared in such form and supported by such data to substantiate its accuracy as the Construction