IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DRIVE<br>PEORIA, IL 61615-1431<br><br>    Plaintiff,<br><br>  vs.<br><br>INDIAN RIVER SCHOOL DISTRICT<br>31 HOOSIER STREET<br>SELBYVILLE, DE 19975<br><br>  and<br><br>EDIS COMPANY<br>110 S. POPLAR STREET<br>WILMINGTON, DE 19805<br><br>  and<br><br>BECKER MORGAN GROUP, INC.<br>309 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19904<br><br>    Defendants. | C.A. NO.<br><br>JURY TRIAL DEMANDED |

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Harry R. Blackburn to represent the Plaintiff, RLI Insurance Company in this matter.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Harry R. Blackburn, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Pennsylvania Supreme Court, U.S. District Court for the Eastern District of Pennsylvania, and U.S. Court of Appeals for the Third Circuit, New Jersey Supreme Court, U.S. District Court for the District of New Jersey, U.S. District Court for the Northern District of New York, and Supreme Court of Connecticut, and U.S. District Court District of Connecticut, and U.S. Court of Federal Claims, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
HARRY R. BLACKBURN, ESQUIRE

Dated: December 12, 2005

ABER, GOLDLUST, BAKER, & OVER

_____
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
Attorneys for Plaintiff, RLI Insurance Company

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

DATE: _____

Client/Blackburn & Assoc/RLI Insurance/Pro Hac Vice Motion & Order-Blackburn