AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

RLI INSURANCE COMPANY, Plaintiff

V.

INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, & BECKER MORGAN GROUP, INC., Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 858

TO: (Name and address of Defendant)

INDIAN RIVER SCHOOL DISTRICT
31 HOOSIER STREET
SELBYVILLE, DE 19975

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PERRY F. GOLDLUST (DSB #770)
ABER, GOLDLUST, BAKER & OVER
702 KING STREET, SUITE 600
P. O. BOX 1675
WILMINGTON, DE 19899-1675

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

12/14/05

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/21/05 | |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ACCEPTED BY MARY ANNE CORDREY AT 31 HOOSIER STREET SELBYVILLE, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.