## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| | : | C.A. NO.: 05-858 |
| Plaintiff, | : | |
| | : | |
| v. | : | ENTRY OF APPEARANCE |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, | : | |
| EDIS COMPANY, & BECKER MORGAN | : | |
| GROUP, INC., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

PLEASE enter the appearance of Paul Cottrell, Esquire and Tighe, Cottrell & Logan, P.A., as attorneys for Defendant, Becker Morgan Group, Inc.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

TIGHE, COTTRELL & LOGAN, P.A.

BY:_____
      Paul Cottrell (DE 2391)
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE 19899
      (302) 658-6400
      Attorney for Defendant Becker Morgan
      Group, Inc.

DATE: January 3, 2006