**CERTIFICATE OF SERVICE**

I, PAUL COTTRELL, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served, via First Class U.S. mail, on this 3rd day of January, 2006 upon the following:

Perry F. Goldlust, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

Donald L. Logan, Esq.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Harry R. Blackburn, Esq.
Francine D. Wilensky, Esq.
Harry R. Blackburn & Associates, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, PA 19102

Kevin Amadio, Esq.
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

_____
Paul Cottrell, Esquire (DE 2391)