IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Donald L. Logan, Esquire and Tighe, Cottrell & Logan, P.A., as attorneys for Defendant, EDIS Company. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

TIGHE, COTTRELL & LOGAN, P.A.

_____
Donald L. Logan, Esquire
DE I.D. # 2604
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
d.logan@lawtcl.com

Dated: January 6, 2006