IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Donald L. Logan, Esquire, hereby certify that true and correct copies of the foregoing Entry of Appearance was served, via First Class mail, postage pre-paid on this 6th day of January, 2006 upon the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

Harry R. Blackburn, Esquire
Francine D. Wilensky, Esquire
Harry R. Blackburn & Associates, P.C.
1610 Spruce Street
Philadelphia, PA 19103
*Attorneys for Plaintiff RLI*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

By Hand-Delivery
Paul Cottrell, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

_____
Donald L. Logan, Esquire
DE I.D. # 2604