IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | C.A. No. 05-858 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| INDIAN RIVER SCHOOL DISTRICT, ) | |
| EDIS COMPANY, and ) | |
| BECKER MORGAN GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned counsel that the time within which Defendant Indian River School District may answer, move or otherwise plead in response to the Complaint is extended to and including January 27, 2006.

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A | ABER, GOLDLUST, BAKER & OVER |
| /s/ James S. Green | /s/ Perry F. Goldlust |
| JAMES S. GREEN, ESQ. (DE0481) | PERRY F. GOLDLUST, ESQ. (DE0770) |
| 222 Delaware Avenue, Suite 1500 | 702 King Street, Suite 600 |
| P. O. Box 68 | P. O. Box 1675 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1675 |
| (302) 888-0600 | (302) 472-4900 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Indian River School District | |

SO ORDERED this _____ day of _____, 2006.

_____
J.

51696 v1