# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI. INSURANCE COMPANY ) | Civil Action No.: 05-858-JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

## AFFIDAVIT OF THEODORE H. DWYER, JR.

STATE OF DELAWARE         )
                          )
COUNTY OF NEW CASTLE      )

I, Theodore H. Dwyer, Jr. being duly sworn, and based on my own personal knowledge, state as follows:

1. I am 61 years old, a U.S. Citizen and a resident of the State of Delaware.

2. I am employed by Crystal Holdings, Inc. I have been employed by Crystal Holdings, Inc. for 26 years. My title is President of EDiS Company.

3. In furtherance of my duties in connection with the project at issue in this case, I acquired personal knowledge of the contractual relationships between the parties involved in the project.

4. As a result of this knowledge, I can attest that: (a) EDiS Company and Becker Morgan Group, Inc. ("BMG") were engaged by the Indian River School District to provide Construction Management and Architectural services, respectively, for the project at issue in this case, (b) neither EDiS Company nor BMG had a contractual relationship with McDaniel Plumbing and Heating, Inc or RLI Insurance Company with regard to this project.

By: _____
Theodore H. Dwyer, Jr.
President, EDiS Company

SWORN TO AND SUBSCRIBED before me this 18TH day of January, 2006.

_____
NOTARY PUBLIC

My commission expires:

FRANCES F. WILLIAMS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 30, 2008

2