IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| vs. | : | C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their undersigned counsel that the time within which Plaintiff RLI Insurance Company may answer, move or otherwise plead in response to the Defendants' EDiS Company and Becker Morgan Group, Inc.'s Motion to Dismiss is extended to and including March 8, 2006.

_____
PERRY F. GOLDLUST (DSB #770)
ABER, GOLDLUST, BAKER, & OVER
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
Attorneys for Plaintiff, RLI Insurance Company

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
FRANCINE D. WILENSKY, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123

_____
PAUL COTTRELL (DSB #2391)
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@lawtcl.com
Attorney for Becker Morgan Group, Inc.

_____
DONALD L. LOGAN (DSB #2604)
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
d.logan@lawtcl.com
Attorney for EDiS Company

DATE: __1/31/06__


    **IT IS SO ORDERED** this _____ day of _____ 2006.


_____
United States District Judge