IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>INDIAN RIVER SCHOOL DISTRICT,<br>EDIS COMPANY, and BECKER<br>MORGAN GROUP, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. NO. 05 858 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John Hilser to represent the Plaintiff, RLI Insurance Company in this matter.

ABER, GOLDLUST, BAKER, & OVER

_____
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
pgoldlust@gablawde.com
Attorneys for Plaintiff, RLI Insurance Company

DATED: February 2, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, John Hilser, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 1/3/06

Harry R. Blackburn & Associates, P.C.
1528 Walnut Street
Philadelphia, PA 19102
T: 215-985-0123
F: 215-985-0124

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## CERTFICATE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that two true and correct copies of the foregoing *Motion and Order for Admission Pro Hac Vice* were served on this 2nd day of February 2006 upon the following as indicated below:

*By Electronic Filing*
James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500 PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

*By U.S. Mail, Postage Pre-Paid*
Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA  19103

*By Electronic Filing*
Donald L. Logan, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street
P. O. Box 1031
Wilmington, DE 19899
*Attorney for EDiS Company, Inc.*

*By Electronic Filing*
Paul Cottrell, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street
P. O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

ABER, GOLDLUST, BAKER, & OVER

*[signature]*

PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

DATED:   February 2, 2006

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
FRANCINE D. WILENSKY, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123