IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05 858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP, INC. | : |
| Defendants. | : |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for John Hilser, Esquire is hereby granted.

_____
United States District Judge

DATE: _____