# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | **C.A. NO. 05-858 JJF** |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDIS COMPANY, AND** : | |
| **BECKER MORGAN GROUP, INC.,** : | |
| : | |
| **Defendants.** : | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants, EDIS Company and Becker Morgan Group, Inc's Joint Motion Pursuant to Rule 12(b)(6) and, in the alternative pursuant to Rule 56(b), Plaintiff, RLI Insurance Company's response thereto, and oral argument of counsel, if any, it is hereby ORDERED that the Defendants' motion is DENIED.

_____

J.

Client/Blackburn/RLI Insurance/Order 12(b)(6)