IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> INDIAN RIVER SCHOOL DISTRICT, : <br> EDIS COMPANY, AND : <br> BECKER MORGAN GROUP, INC., : <br> : <br> Defendants. : | C.A. NO. 05-858 JJF <br><br> JURY TRIAL DEMANDED |

## CERTFICATE OF SERVICE

    I, Perry F. Goldlust, Esquire, hereby certify that on March 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below.

J Paul Cottrell, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

Donald L. Logan, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Edis Company*

James S. Green, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

        ABER, GOLDLUST, BAKER, & OVER

        /s/ Perry F. Goldlust
        PERRY F. GOLDLUST (DSB #770)
        702 King Street, Suite 600
        P. O. Box 1675
        Wilmington, DE  19899-1675
        (302) 472-4900
        pgoldlust@gablawde.com
        *Attorneys for Plaintiff, RLI Insurance Company*

DATED:     March 8, 2006

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123

Client/Blackburn/RLI Insurance/Certificate of Service