# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*
704 KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: p.cottrell@lawtcl.com

BRANCH OFFICES:

19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 505
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

May 11, 2006

**VIA: HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801

    RE:    RLI Insurance Company vs. Indian River School et. al.
            Civil Action No.: 05-858-JJF
            Our File No.: 6981

Dear Judge Farnan:

    Please find enclosed two (2) courtesy copies of *Defendant EDIS Company and Becker Morgan Group, Inc.'s Joint Reply Brief in Support of their Motion to Dismiss the Complaint of Plaintiff RLI Insurance Company*, which was filed electronically on May 11, 2006.

    Pursuant to Local Rule 7.1.4, I am also requesting that your Honor allow the parties to present oral argument on this matter at a time that is convenient to the Court.

    Thank you for your consideration of the enclosed Brief, as well as my request for oral arguments. Please do not hesitate to contact me should you have any questions or concerns.

    Respectfully,

    TIGHE, COTTRELL & LOGAN, P.A.

    By: _/s/ Paul Cottrell_
    Paul Cottrell DE #2391

Enclosure:

cc:    All counsel of Record (via: CM/ECF w/o enclosure)
        Clerk of the Court (via: CM/ECF w/o enclosure)