IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP, INC., | : | |
| Defendants. | : | |

**ORDER**

At Wilmington, the ___20___ day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants, Edis Company, and Becker Morgan Group, Inc.'s Joint Motion To Dismiss The Complaint Of Plaintiff, RLI Insurance Company (D.I. 10) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE