IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, on June 20, 2006, the Court denied Defendants Joint Motion To Dismiss The Complaint (D.I. 21, 22);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than Monday, July 10, 2006, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

June 22, 2006
DATE

UNITED STATES DISTRICT JUDGE