LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920
SENDER'S DIRECT FAX NO. (302) 792-7484
E-Mail: pgoldlust@gablawde.com

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

July 10, 2006

**VIA EMAIL & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
 District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801

RE:   RLI Insurance Company v. Indian River School District, et al.
      Civil Action No. 1:05-cv-00858-JJF
      Our File No. 4861.003

Dear Judge Farnan:

The parties have conferred on the Court's Scheduling Order and have agreed, subject to the approval of the Court, to the attached Order.

Very truly yours,

*[signature]*
Perry F. Goldlust

/lem

Attachment

cc:   John E. Hilser, Esquire (VIA EMAIL & U.S. MAIL)
      Paul Cottrell, Esquire (VIA EMAIL & HAND DELIVERY)
      Donald L. Logan, Esquire (VIA EMAIL & HAND DELIVERY)
      Kevin Amadio, Esquire (VIA EMAIL & U.S. MAIL)
      James S. Green, Esquire (VIA EMAIL & HAND DELIVERY)