## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| **Plaintiff,** | : | |
| vs. | : | **C.A. NO. 05-858 JJF** |
| INDIAN RIVER SCHOOL DISTRICT, | : | |
| EDIS COMPANY, AND | : | **JURY TRIAL DEMANDED** |
| BECKER MORGAN GROUP, INC., | : | |
| **Defendants.** | : | |

### RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.** The parties will exchange by **July 31, 2006** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Joinder of other Parties.** All motions to join other parties shall be filed on or before **July 31, 2006**.

3.    **Discovery.**

(a)    Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **October 31, 2006**.

(b)    Maximum of **25** interrogatories, including contention interrogatories, for each party.

(c)    Maximum of **25** requests for admission by each party.

(d)     Maximum of **10** depositions by each party excluding expert depositions.
Depositions shall not commence until the discovery required by Paragraph 3 (a, b and c) is
completed.

(e)     Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are
due from the plaintiff(s) by **February 28, 2007**; from the defendant (s) by **March 30, 2007**.

(f)     Any party desiring to depose an expert witness shall notice and complete
said deposition no later than thirty (30) days from receipt of said expert's report, unless
otherwise agreed in writing by the parties or ordered by the Court.

4.     **Discovery Disputes.**

(a)     A party seeking discovery which the opposing party refuses to provide
shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and
Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the
filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to
the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of
the motion. No reply is permitted.

(b)     All papers shall set forth in a plain and concise manner the issue(s) in
dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)     Upon receipt of the Answer, the movant shall notify Chambers by e-mail at
jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d)     Upon receipt of the movant's e-mail, the Court will determine whether a
conference is necessary and advise the parties accordingly.

(e)     There is no limit on the number of Rule 37 motions a party may file, unless
otherwise ordered by the Court.

5.    **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **September 15, 2006**.

6.    **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **June 30, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.    **Markman.** A Markman Hearing will be held on **N/A**. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.    **Applications by Motion.**

(a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)    No facsimile transmissions will be accepted.

(c)    No telephone calls shall be made to Chambers.

(d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9.    **Pretrial Conference and Trial.**  After reviewing the parties' Proposed

Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling

Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the

Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held

within sixty (60) to ninety (90) days of the Pretrial Conference.

_____              _____
July 13, 2006
DATE                                 UNITED STATES DISTRICT JUDGE