IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, the undersigned, do hereby certify on this 31st day of July, 2006 that a true and correct copy of Defendant Indian River School District's Required Initial Disclosures and this Notice of Service were served via hand delivery upon the following:

PERRY F. GOLDLUST, ESQ.
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675

PAUL COTTRELL, ESQ.
TIGHE, COTTRELL & LOGAN
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

DONALD L. LOGAN, ESQ.
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

53823 v1

2

**SEITZ, VAN OGTROP & GREEN, P.A.**

**/s/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**
**jgreen@svglaw.com**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
Attorneys for Defendant
Indian River School District

Of Counsel:

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322

2