IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, the undersigned, do hereby certify on this 15th day of August, 2006 that true and correct copies of Defendant Indian River School District's First Request for Production of Documents and First Set of Interrogatories to Plaintiff and this Notice of Service were served via hand delivery upon the following:

PERRY F. GOLDLUST, ESQ.
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675

PAUL COTTRELL, ESQ.
TIGHE, COTTRELL & LOGAN
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

DONALD L. LOGAN, ESQ.
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899

53823 v1

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant
Indian River School District

Of Counsel:

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322