IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY**<br>9025 N. LINDBERGH DRIVE<br>PEORIA, IL 61615-1431<br><br>  Plaintiff,<br><br>  vs.<br><br>**INDIAN RIVER SCHOOL DISTRICT**<br>31 HOOSIER STREET SELBYVILLE,<br>DE 19975<br><br>  and<br><br>**EDIS COMPANY**<br>110 S. POPLAR STREET<br>WILMINGTON, DE 19805<br><br>  and<br><br>**BECKER MORGAN GROUP, INC.**<br>309 SOUTH GOVERNORS AVENUE<br>DOVER, DE 19904<br>  Defendants. | CIVIL ACTION<br><br>NO. 05 858 JJF<br><br>JURY TRIAL DEMANDED |

**INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)**

Now comes, Plaintiff RLI Insurance Company ("RLI"), by and through its undersigned attorneys, and pursuant to F.R.C.P. 26(a)(1) and D.Del LR 16.2 makes Initial Self- Disclosures as follows:

**(A) Individuals**

Pursuant to F.R.C.P. 26 (a)(1)(A), the following individuals are likely to have discoverable information that the disclosing party may use to support its claims:

1.      Timothy E. Winship, Esquire is an agent of Plaintiff and may be contacted through undersigned counsel;

>   Director - Surety Claims
>   **RLI Surety**
>   9025 N. Lindbergh Drive
>   Peoria, IL 61615

2.      Gregory C. Weer, Construction Project Manager from Indian River School District;

>   Supervisor of Building & Grounds
>   31 Hoosier Street
>   R.D.2, Box 156
>   Selbyville, DE 19975

3.      Brad A. Hastings, AIA, Becker Morgan Group Inc.;

>   312 West Main Street, Suite 300
>   Salisbury, MD 21801

4.      Christian J. McCone, Project Manager from EDIS;

>   110 S. Popular Street
>   Suite 400
>   P.O. Box 2697
>   Wilmington, DE 19805

5.      Joseph M. Zimmer, Inc., contractors;

>   Joseph M. Zimmer, Jr.
>   2225 Northwood Dr.
>   Salisbury, MD 21801

6.      Mr. Louis M. Baldassarre

>   Senior Project Manager
>   **Cashin Spinelli & Ferretti, LLC**
>   1515 DeKalb Pike
>   Blue Bell, PA 19422

7.  David S. Berry, Esquire

    Sr. Bond Claims Analyst
    **RLI Surety**
    9025 N. Lindbergh Drive
    Peoria, IL 61615

8.  William H. McDaniel
    205 Old Churchmans Road
    New Castle, Delaware 19720

9.  Defendants

## (B) Documents

Pursuant to F.R.C.P. 26 (a)(1)(B), the disclosing parties may use the following documents, data compilations and things to support its claims:

1. The written Standard AIA Form Contract, captioned "Standard Form of Agreement Between Owner and Contractor for a Stipulated Sum," between Indian River School District and McDaniel Plumbing & Heating, Inc. for mechanical, plumbing, and automatic temperature control at Sussex Central High School, located in Georgetown, Delaware. A true and correct copy of the contract is attached hereto as Exhibit "1."

2. Performance and Payment Bond SSB 365 837, a true and correct copy of which is attached hereto as Exhibit "2."

3. Brad Hasting's letter of October 11, 2004 to Gregory C. Weer, a true and correct copy of which is attached hereto as Exhibit "3."

4. Gregory C. Weer's letter of October 11, 2004 to William McDaniel, a true and correct copy of which is attached hereto as Exhibit "4."

5. Efforts to locate additional, data compilations and things which Plaintiff RLI may

use to support its claims are ongoing and Plaintiff RLI's discovery responses will be supplemented as require.

### (C) Damages

Pursuant to F.R.C.P. 26(a)(1)(c), the following is a computation of damages claimed by Plaintiff RLI and documents upon which such computation is based;

1.  Though damages continue to rise as the instant litigation proceeds, at last calculation, Plaintiff RLI's damages were $897,837.32.

2.  The computation of damages claimed is based upon the following documents:

    (i)   Amounts paid out by Plaintiff RLI;

    (ii)  Costs of additional investigation, legal counsel, costs, and claims; and

    (iii) Losses incurred by Plaintiff RLI.

3.  Efforts to locate additional documents, upon which the computation of damages claimed is based, are ongoing and Plaintiff RLI's discovery responses will be supplemented as required.

                                                            ABER, GOLDLUST, BAKER & OVER

                                                            /s/ Perry F. Goldlust (DSB #770)
                                                            PERRY F. GOLDLUST (DSB #770)
                                                            702 King Street, Suite 600
                                                            P. O. Box 1675
                                                            Wilmington, DE  19899-1675
                                                            (302) 472-4900
                                                            pgoldlust@gablawde.com
                                                            Attorneys for Plaintiff RLI Insurance Company

DATED:  August 31, 2006