# EXHIBIT 4

# Indian River School District

"Brightening Our Children's Future"

Lois M. Hobbs
Superintendent

Earl J. Savage
Assistant Superintendent

Dr. Susan S. Bunting
Director of Instruction

Joseph L. Headman, Jr.
Administrative Assistant

Patrick C. Miller
Director of Business & Finance

Dr. Michael R. Owens
Director of Personnel

October 11, 2004

BY CERTIFIED MAIL/RETURN
RECEIPT REQUESTED

Mr. William McDaniel
McDaniel Plumbing & Heating, Inc.
205D Old Churchman's Road
New Castle, DE 19720

RE: Sussex Central High School

Dear Mr. McDaniel:

It is with regret that Indian River School District ("Indian River"), without prejudice to any other rights or remedies available to it, hereby gives written notice to McDaniel Plumbing & Heating, Inc. ("McDaniel") that, effective upon receipt, Indian River terminates McDaniel's services pursuant to ¶ 14.2 of the General Conditions, as amended by the Supplementary Conditions, of the Contract between Indian River and McDaniel dated August 28, 2002. In accordance with ¶ 14.2.2 of the General Conditions, Indian River has received certification by the Architect that sufficient cause exists to justify such action.

Pursuant to ¶ 14.2.1 of the General Conditions, McDaniel has repeatedly refused or failed to supply enough properly skilled workers or provide proper materials on the Project. McDaniel's substantial and material breaches of the Contract have resulted in substantial delay in completing the Project which has affected other trade contractors and Indian River's ability to occupy the building.

Pursuant to ¶ 14.2.2 of the General Conditions, Indian River may take possession of all materials, equipment, tools and construction equipment and machinery located at the Project. With the exception of materials stored at the site, or elsewhere, for which McDaniel has been paid, McDaniel is directed to remove its property from the Project by 6:00 p.m. EST on October 15, 2004. Any property remaining on Indian River property after the deadline will be considered abandoned.

31 Hoosier Street, R.D. 2, Box 156, Selbyville, Delaware 19975 • (302) 436-1000 • Fax (302) 436-1034

The Indian River School District is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age.

Mr. William McDaniel
October 11, 2004
Page 2

      Pursuant to ¶ 14.2.3 of the General Conditions, McDaniel is entitled to no further payments under the Contract.

      The foregoing information justifying the termination of McDaniel for cause is nonexclusive. This letter relates solely to the Contract between Indian River and McDaniel. This letter does not constitute an admission, waiver or release of any rights (which rights Indian River expressly preserves) or defenses of Indian River with respect to the Contract and any separate agreements it may have with other parties concerning the subject property.

      Very truly yours,

      INDIAN RIVER SCHOOL DISTRICT

      By: *[signature]*
      Gregory C. Weer
      Construction Project Manager

Cc:   RLI Insurance Company
      EDIS Company
      James D. Griffin, Esq.

Encl.:  Becker Morgan Group Letter to Indian River School District dated 10/11/04