IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY,** | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05-858 JJF |
| **INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC.,** | : JURY TRIAL DEMANDED |
| Defendants. | : |

**CERTFICATE OF SERVICE**

    I, Perry F. Goldlust, Esquire, hereby certify that on August 31, 2006, I electronically filed PLAINTIFF RLI INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1) with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below. I further certify that a true and correct copy of the foregoing document will be served via hand delivery upon the following counsel:

J. PAUL COTTRELL, ESQUIRE
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza
Suite 500
Wilmington, DE 19801
***Attorney for Becker Morgan Group, Inc.***

DONALD L. LOGAN, ESQUIRE
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza
Suite 500
Wilmington, DE 19801
***Attorney for Edis Company***

JAMES S. GREEN, ESQUIRE
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
***Attorney for Indian River School District***

ABER, GOLDLUST, BAKER, & OVER


/s/ Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

DATED:  August 31, 2006


Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123

Client/Blackburn/RLI Insurance/Certificate of Service-Initial Disclosures RLI Ins