IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | C.A. NO. 05-858 JJF |
| | : | |
| **INDIAN RIVER SCHOOL DISTRICT,** | : | |
| **EDIS COMPANY, AND** | : | **JURY TRIAL DEMANDED** |
| **BECKER MORGAN GROUP, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 13th day of September 2006 that true and correct copies of Plaintiff RLI Insurance Company's Answers to Interrogatories and Request for Production of Documents to Defendant Indian River and this Notice of Service were served via overnight mail upon the following:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Paul Cottrell, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Donald Logan, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

ABER, GOLDLUST, BAKER, & OVER

/s/ Perry F. Goldlust (DSB #770)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
FRANCINE D. WILENSKY, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123


DATED:      September 14, 2006


Client/Blackburn & Assoc/RLI Insurance/Certificate of Service-Interrogatories & Production