IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858 JJF |
| Plaintiff, ) | |
| vs. ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) EDIS COMPANY, AND BECKER MORGAN ) GROUP, INC. ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Paul Cottrell, Esquire, hereby certify that on this 28th day of September, 2006, I electronically filed *Defendant Becker Morgan Group, Inc.'s Answers to the Complaint of Plaintiff, RLI Insurance Co.* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
kamadio@venzie.com

Donald L. Logan, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for EDiS Company, Inc.*

By: /s/ Paul Cottrell
Paul Cottrell (DE ID No.: 2391)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@lawtcl.com