IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**DEFENDANT BECKER MORGAN GROUP, INC.'S
REQUIRED INITIAL DISCLOSURES**

Defendant Becker Morgan Group, Inc. (hereinafter referred to as "BMG"), by its undersigned attorney, makes the following Initial Disclosures pursuant to F.R. Civ. P. 26(a)(1) and D. Del. L. R. 16.2:

**A.    Individuals likely to have discoverable information that Defendants may use to support its claims.**

Defendant reserves the right to supplement the list of persons identified below as a result of further investigation, discovery, or otherwise.  Defendant additionally reserves the right to rely upon information in the possession of any other person identified by the initial disclosures of other parties to this action.

1.   Brad A. Hastings, AIA
     Vice President - Becker Morgan Group, Inc.
     Port Exchange Building
     312 West Main Street,
     Suite 300,
     Salisbury, MD 21801
     (410) 546-9100

        Mr. Hastings possesses general information related to BMG's role as the architect on the Sussex Central High School construction project ("Project").

2.      Theodore H. Dwyer, Jr.
President - EDiS Company
110 S. Poplar Street
Suite 400
PO Box 2697
Wilmington, DE 19805
(302) 421-5700

      Mr. Dwyer may posses general Project information and information related to EDiS' role as the construction manager on the Project.

3.      Sandra C. Carpenter
Project Manager for BMG
Port Exchange Building
312 West Main Street,
Suite 300,
Salisbury, MD 21801
(410) 546-9100

      Ms. Carpenter possesses knowledge regarding the daily activities of BMG on the Project site.

4.      Dave Van der Vossen
Director – Allen & Shariff Corporation
205 E. Market St.
Salisbury, MD 21801
(410) 341-0200

      Mr. Van der Vossen may possess information related to the engineering analysis performed by Allen & Shariff on the plumbing and mechanical work on the project.

5.      Don Hocking, P.E.
Allen & Shariff Corporation
205 E. Market St.
Salisbury, MD 21801
(410) 341-0200

      Mr. Hocking may possess information related to the engineering analysis

       performed by Allen & Shariff on the plumbing and mechanical work on the project.

6.      Gregory C. Weer
        Indian River School District (hereinafter "IRSD")
        Supervisor of Building and Grounds
        31 Hoosier Street
        R.D. 2, Box 156
        Selbyville, DE 19975
        (302) 436-1000

7.      Chris McCone
        Project Manager – EDiS Company
        110 S. Poplar Street
        Suite 400
        PO Box 2697
        Wilmington, DE 19805
        (302) 421-5700

**B.**    **Documents, data, compilations and tangible things in the possession, custody or control of Defendant that Plaintiff may use to support its claims.**

      Defendants reserve the right to supplement this response at such time as documents come to its attention as a result of further investigation, discovery, or otherwise. Defendants additionally reserve the right to rely upon documents identified by the initial disclosures of other parties to this action.

      BMG is in possession of Drawings, Specifications, Material Data and Addendums for the project; Project Correspondence files for all trade contracts including applications for payment and contractor correspondence; consultant and owner correspondence; Meeting Minutes and Construction Manager monthly reports; RFI files; BMG Invoices and contract information; Samples.

      The originals and/or copies of most of the documents listed above are located at BMG's

office at Port Exchange Building, 312 West Main Street, Suite 300, Salisbury, MD 21801.

**C.    A computation of damages claimed**.

  1. Answering Defendant reserves the right to supplement this response at such time as documents come to its attention as a result of further investigation, discovery, or otherwise. Answering Defendant additionally reserves the right to rely upon documents identified by the initial disclosures of other parties to this action.

**D.    The existence of any insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in this case.**

  1. CNA Ins. Co., 2 Wisconsin Cir., Suite 900, Chevy Chase, MD 20815.

  2. A copy of the Policy Declarations page is attached hereto as Exhibit "A".

               **TIGHE, COTTRELL & LOGAN, P.A.**

               /s/ Paul Cottrell
               Paul Cottrell (DE ID No.: 2391)
               First Federal Plaza, Suite 500
               P.O. Box 1031
               Wilmington, DE  19899
               (302) 658-6400
               p.cottrell@lawtcl.com
               Attorney for Becker Morgan Group, Inc.

Dated:  September 28, 2006