# EXHIBIT A

ARCHITECTS/ENGINEERS PROGRAM



## POLICY DECLARATIONS

| AGENCY | BRANCH | PREFIX | POLICY NUMBER | |
|---|---|---|---|---|
| 056125 | 969 | AEA | 11-402-49-66 | INSURANCE IS PROVIDED BY CONTINENTAL CASUALTY COMPANY, CNA PLAZA, CHICAGO, IL 60685, A STOCK INSURANCE COMPANY, HEREIN CALLED WE, US, OR OUR. |

**NOTICE**

THIS IS A CLAIMS-MADE POLICY. PLEASE READ THIS POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.

1. NAMED INSURED:

   BECKER MORGAN GROUP, INC.
   BECKER MORGAN MOORE OLDS &
       RICHTER INC.
   BECKER/MORGAN ARCHITECTS, INC.

2. ADDRESS:

   312 West Main Street
   Suite 300
   Salisbury, Maryland 21801

3. **POLICY TERM:**   From: 03/11/2006   To: 03/11/2007   AT 12:01 a.m. Standard time at **your** address shown above.

4. KNOWLEDGE DATE:   03/11/98

5. DEDUCTIBLE:
   a. $   50,000   Purchased Deductible
   b. $      N/A   Deductible Credit
   c. $   50,000   is Deductible per **claim** (including **claim expenses**)
   d. $      N/A   is Aggregate Deductible per **policy year** (including **claim expenses**)

6. LIMIT OF LIABILITY:
   a. $ 2,000,000   Per **claim** limit of liability (including **claim expenses**)
   b. $ 2,000,000   Aggregate limit of liability per **policy year** (including **claim expenses**)

7. INCEPTION DATE:   03/11/98 is the date of the first policy issued to **you** and continuously renewed by us.

_____
Authorized Representative

127806

G-136512-A17
(ED. 07/03)

-1-