**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI  INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

       I, Paul Cottrell, Esquire, hereby certify that on this 28ᵗʰ day of September, 2006, I electronically filed *Defendant Becker Morgan Group, Inc.'s Required Initial Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
kamadio@venzie.com

Donald L. Logan, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for EDiS Company, Inc.*

By:  /s/ Paul Cottrell
      Paul Cottrell (DE ID No.: 2391)
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE  19899
      (302) 658-6400
      p.cottrell@lawtcl.com