IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**DEFENDANT EDiS COMPANY'S**
**REQUIRED INITIAL DISCLOSURES**

Defendant EDiS Company (hereinafter referred to as "EDiS"), by its undersigned attorney, makes the following Initial Disclosures pursuant to F.R. Civ. P. 26(a)(1) and D. Del. L. R. 16.2:

**A.   Individuals likely to have discoverable information that Defendants may use to support its claims.**

Defendant reserves the right to supplement the list of persons identified below as a result of further investigation, discovery, or otherwise. Defendant additionally reserves the right to rely upon information in the possession of any other person identified by the initial disclosures of other parties to this action.

1. Theodore H. Dwyer, Jr.
   President - EDiS Company
   110 S. Poplar Street
   Suite 400
   PO Box 2697
   Wilmington, DE 19805
   (302) 421-5700

      Mr. Dwyer possesses general Project information and information related to EDiS' role as the construction manager on the Sussex Central High School construction project ("Project").

2.     Ernie Lotus
   Superintendent/Field Manager EDiS
   110 S. Poplar Street
   Suite 400
   PO Box 2697
   Wilmington, DE 19805
   (302) 421-5700

   Mr. Lotus possesses knowledge regarding the activities of EDiS on the Project site.

3.     Chris McCone
   Project Manager – EDiS Company
   110 S. Poplar Street
   Suite 400
   PO Box 2697
   Wilmington, DE 19805
   (302) 421-5700

   Mr. McCone possesses knowledge regarding the activities of EDiS on the Project site.

4.     Brad A. Hastings, AIA
   Vice President - Becker Morgan Group, Inc.
   Port Exchange Building
   312 West Main Street,
   Suite 300,
   Salisbury, MD 21801
   (410) 546-9100

   Mr. Hastings may possess general information related to Becker Morgan Group, Inc.'s role as the architect on the Project.

5.     Sandra C. Carpenter
   Project Manager for BMG
   Port Exchange Building
   312 West Main Street,
   Suite 300,
   Salisbury, MD 21801
   (410) 546-9100

       Ms. Carpenter may possess knowledge regarding BMG's activities on the Project site.

6.     Dave Van der Vossen
   Director – Allen & Shariff Corporation
   205 E. Market St.
   Salisbury, MD 21801
   (410) 341-0200

   Mr. Van der Vossen may possess information related to the engineering analysis performed by Allen & Shariff on the plumbing and mechanical work on the project.

7.     Don Hocking, P.E.
   Allen & Shariff Corporation
   205 E. Market St.
   Salisbury, MD 21801
   (410) 341-0200

   Mr. Hocking may possess information related to the engineering analysis performed by Allen & Shariff on the plumbing and mechanical work on the project.

8.     Gregory C. Weer
   Indian River School District (hereinafter "IRSD")
   Supervisor of Building and Grounds
   31 Hoosier Street
   R.D. 2, Box 156
   Selbyville, DE 19975
   (302) 436-1000

9.     Joseph I. Headmen
   Supervisor of Nutritional Services
   IRSD Educational Complex
   31 Hoosier Street
   R.D. 2, Box 156
   Selbyville, DE 19975
   (302) 436-1000

**B.      Documents, data, compilations and tangible things in the possession, custody or control of Defendant that Plaintiff may use to support its claims.**

Defendants reserve the right to supplement this response at such time as documents come to its attention as a result of further investigation, discovery, or otherwise. Defendants additionally reserve the right to rely upon documents identified by the initial disclosures of other parties to this action.

1. EDiS is in possession of Drawings, Specifications, Material Data and Addendums for the project; Project Correspondence files for all trade contracts including applications for payment and contractor correspondence; consultant and owner correspondence; Meeting Minutes and Construction Manager monthly reports; RFI files; EDiS Invoices and contract information; Samples.

2. The originals and/or copies of most of the documents listed above are located EDiS' office at 110 South Poplar Street, Suite 400, PO Box 2697, Wilmington, DE 19805-0697.

**C.  A computation of damages claimed.**

1. Answering Defendant reserves the right to supplement this response at such time as documents come to its attention as a result of further investigation, discovery, or otherwise. Answering Defendant additionally reserves the right to rely upon documents identified by the initial disclosures of other parties to this action.

**D.  The existence of any insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in this case.**

2. None

                                        TIGHE, COTTRELL & LOGAN, P.A.

                                        /s/ Donald L. Logan
                                        Donald L. Logan, Esquire
                                        DE I.D. # 2604
                                        One Customs House, Suite 500
                                        P.O. Box 1031
                                        Wilmington, Delaware 19899
                                        (302) 658-6400
                                        d.logan@lawtcl.com

DATED:   October 5, 2006