IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, and subject to the Court's approval, that the Rule 16 Scheduling Order dated July 13, 2006, be amended as follows:

3. **Discovery**

(a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **December 31, 2006**.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **April 30, 2007**; from the defendant(s) by **May 31, 2007**.

**(SIGNATURES ON NEXT PAGE)**

| | |
|---|---|
| /s/ Perry F. Goldlust | /s/ Paul Cottrell |
| Perry F. Goldlust, Esquire | Paul Cottrell (#2391) |
| Aber, Goldlust, Baker & Over | One Custom House Square |
| 702 King Street, Suite 600 | 704 N. King Street, Suite 500 |
| P.O. Box 1675 | P.O. Box 1031 |
| Wilmington, DE 19899-1675 | Wilmington, DE 19899 |
| *Attorney for Plaintiff RLI* | tel. 302.658.6400 |
| | fax. 302.658.9836 |
| | e-mail: p.cottrell@lawtcl.com |
| | *Attorney for Defendant* |
| | *Becker Morgan Group, Inc.* |
| Dated: October 31, 2006 | Dated: October 31, 2006 |

| | |
|---|---|
| /s/ James S. Green | /s/ Donald L. Logan |
| James S. Green, Esquire | Donald L. Logan, Esquire |
| Seitz, Van Ogtrop & Green, PA | Tighe, Cottrell & Logan, PA |
| 222 Delaware Avenue, Suite 1500 | One Custom House Square, |
| PO Box 68 | 704 N. King Street, Suite 500 |
| Wilmington, DE 19899 | P.O. Box 1031 |
| *Attorney for Indian River School District* | Wilmington, DE 19899 |
| | *Attorney for EDiS Company, Inc.* |
| Dated: October 31, 2006 | Dated: October 31, 2006 |

**SO ORDERED this _____ day of _____, 2006.**

_____
**The Honorable Joseph J. Farnan**