IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | Civil Action No.: 05-858 JJF |
| Plaintiff, | |
| vs. | |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, hereby certify that on this 31[th] day of October, 2006, I electronically filed the foregoing *Stipulation to Amend the Rule 16 Case Scheduling Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Attorneys for Plaintiff RLI**

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

Harry R. Blackburn, Esq.
Francine D. Wilensky, Esq.
John Hillser, Esq.
Harry R. Blackburn & Associates, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, PA 19102

**Attorneys for Defendant Indian River School District**

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

**Attorneys for EDiS**

    Donald L. Logan, Esquire
    Tighe, Cottrell & Logan, PA
    First Federal Plaza, Suite 500
    704 N. King Street, P.O. Box 1031
    Wilmington, DE 19899

                                       TIGHE, COTTRELL & LOGAN, P.A.

                              By:   /s/ Paul Cottrell
                                     Paul Cottrell (DE ID No.: 2391)
                                     First Federal Plaza, Suite 500
                                     P.O. Box 1031
                                     Wilmington, DE  19899
                                     tel. 302.658.6400
                                     fax. 302.658.9836
                                     e-mail: p.cottrell@lawtcl.com
                                     *Attorney for Defendant*
                                           *Becker Morgan Group, Inc.*