## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY,** : | |
| Plaintiff, : | |
| vs. : | C.A. NO. 05-858 JJF |
| **INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC.,** : | JURY TRIAL DEMANDED |
| Defendants. : | |

## NOTICE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that on November 16, 2006, true and correct copies of PLAINTIFF'S FIRST SET OF INTERROGATORIES ADDRESSED TO DEFENDANTS were sent by first class, U.S. mail, postage prepaid, to the following counsel of record:

J. PAUL COTTRELL, ESQUIRE
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza
Suite 500
Wilmington, DE 19801
***Attorney for Becker Morgan Group, Inc.***

DONALD L. LOGAN, ESQUIRE
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza
Suite 500
Wilmington, DE 19801
***Attorney for Edis Company***

JAMES S. GREEN, ESQUIRE
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
***Attorney for Indian River School District***

        ABER, GOLDLUST, BAKER, & OVER

        /s/ Perry F. Goldlust
        PERRY F. GOLDLUST (DSB #770)
        702 King Street, Suite 600
        P. O. Box 1675
        Wilmington, DE  19899-1675
        (302) 472-4900
        pgoldlust@gablawde.com
        *Attorneys for Plaintiff, RLI Insurance Company*

DATED:   November 16, 2006

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123