IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858 JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Paul Cottrell, Esquire, hereby certify that on December 1, 2006, true and correct copies of *Defendant, Becker Morgan Group, Inc.'s First Request for Production Directed to Plaintiff* was sent by first class, U.S. mail, postage prepaid, to the following counsel of record:

**Attorneys for Plaintiff RLI**

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

**Attorneys for Defendant Indian River School District**

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

**Attorneys for EDiS**

    Donald L. Logan, Esquire
    Logan & Associates, PA
    First Federal Plaza, Suite 100
    PO. Box 89
    704 N. King Street,
    Wilmington, DE 19899

                                        **TIGHE & COTTRELL, P.A.**

                                          /s/   Paul Cottrell
                                        Paul Cottrell, Esquire (DE #2391)
                                        First Federal Plaza, Suite 500
                                        P.O. Box 1031
                                        Wilmington, Delaware 19899
                                        (302) 658-6400
                                        p.cottrell@lawtcl.com