IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

_____I, Victoria K. Petrone, Esquire, hereby certify that true and correct copies of *EDIS Company's First Set of Interrogatories Directed to Plaintiff* were served, on this 1st day of December, 2006 upon the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorney for Plaintiff RLI*
(via hand delivery)

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*
(via hand delivery)

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

*and*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Attorneys for Indian River School District*
(via U.S. first class mail)

By:   /s/ Victoria K. Petrone
      Victoria K. Petrone, Esquire
      DE I.D. # 4210