**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

_____I, Victoria K. Petrone, Esquire, hereby certify that true and correct copies of *EDIS Company's First Request for Production of Documents Directed to Plaintiff* were served, on this 1st day of December, 2006, upon the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorney for Plaintiff RLI*
(via hand delivery)

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*
(via hand delivery)

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

and

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Attorneys for Indian River School District*
(via U.S. first class mail)

By:   /s/ Victoria K. Petrone
       Victoria K. Petrone, Esquire
       DE I.D. # 4210