**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Paul Cottrell, Esquire, hereby certify that on December 21, 2006, true and correct copies of *Defendant, Becker Morgan Group, Inc.'s Answers to Plaintiff's First Set of Interrogatories* were sent to the following counsel of record as indicated:

<u>By hand delivery:</u>

**Attorneys for Plaintiff RLI**

    Perry F. Goldlust, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899-1675

**Attorneys for EDiS**

    Donald L. Logan, Esquire
    Logan & Associates, PA
    First Federal Plaza, Suite 100
    PO. Box 89
    704 King Street,
    Wilmington, DE 19899

<u>By first class, U.S. mail, postage prepaid:</u>

**Attorneys for Defendant Indian River School District**

| | |
|---|---|
| James S. Green, Esquire | Kevin Amadio, Esquire |
| Seitz, Van Ogtrop & Green, PA | Venzie Phillips & Warshawer |
| 222 Delaware Avenue, Suite 1500 | 2032 Chancellor Street |
| PO Box 68 | Philadelphia, PA 19103 |
| Wilmington, DE 19899 | |

**TIGHE & COTTRELL, P.A.**

  /s/   Paul Cottrell
Paul Cottrell, Esquire (DE #2391)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.cottrell@lawtcl.com