IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858 JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Paul Cottrell, Esquire, hereby certify that on December 21, 2006, true and correct copies of *Defendant, Becker Morgan Group, Inc.'s Response to the Plaintiff's Request for Production* were sent to the following counsel of record as indicated:

By hand delivery:

**Attorneys for Plaintiff RLI**

    Perry F. Goldlust, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899-1675


**Attorneys for EDiS**

    Donald L. Logan, Esquire
    Logan & Associates, PA
    First Federal Plaza, Suite 100
    PO. Box 89
    704 King Street,
    Wilmington, DE 19899

<u>By first class, U.S. mail, postage prepaid:</u>

**Attorneys for Defendant Indian River School District**

| | |
|---|---|
| James S. Green, Esquire<br>Seitz, Van Ogtrop & Green, PA<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE 19899 | Kevin Amadio, Esquire<br>Venzie Phillips & Warshawer<br>2032 Chancellor Street<br>Philadelphia, PA 19103 |

**TIGHE & COTTRELL, P.A.**

  /s/   Paul Cottrell
Paul Cottrell, Esquire (DE #2391)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.cottrell@lawtcl.com