IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| vs. | : | C.A. NO. 05-858 JJF |
| **INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC.,** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 3rd day of January 2007 that true and correct copies of Plaintiff RLI Insurance Company's Answers to Defendant EDiS Company's First Set of Requests for Production of Documents and this Notice of Service were served via first class mail, postage pre-paid, upon the following:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Paul Cottrell, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

Donald Logan, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Edis Company*

1

             ABER, GOLDLUST, BAKER, & OVER

             /s/ Perry F. Goldlust (DSB #770)
             PERRY F. GOLDLUST (DSB #770)
             702 King Street, Suite 600
             P. O. Box 1675
             Wilmington, DE  19899-1675
             (302) 472-4900
             pgoldlust@gablawde.com
             *Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123


DATED:  January 3, 2007