IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. NO. 05-858 JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, | : | |
| EDIS COMPANY, AND | : | JURY TRIAL DEMANDED |
| BECKER MORGAN GROUP, INC., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 5th day of January 2007 that true and correct copies of PLAINTIFF RLI INSURANCE COMPANY'S ANSWERS TO DEFENDANT BECKER MORGAN GROUP INC.'S REQUESTS FOR ADMISSIONS were served upon counsel for the defendants as follows:

VIA FIRST CLASS MAIL, POSTAGE PRE-PAID:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Donald Logan, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 King Street
P.O. Box 89
Wilmington, DE 19899
*Attorney for Edis Company*

VIA FIRST CLASS MAIL, POSTAGE PRE-PAID & FACSIMILE:

Paul Cottrell, Esquire
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
***Attorney for Becker Morgan Group, Inc.***

        ABER, GOLDLUST, BAKER, & OVER

        /s/ Perry F. Goldlust (DSB #770)
        PERRY F. GOLDLUST (DSB #770)
        702 King Street, Suite 600
        P. O. Box 1675
        Wilmington, DE 19899-1675
        (302) 472-4900
        pgoldlust@gablawde.com
        *Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN HILSER, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, Pa. 19102
(215) 985-0123


DATED:    January 5, 2007

Client/Blackburn & Assoc/RLI Insurance/Certificate of Service-Interrogatories-Answers Becker