# United States District Court

_____DISTRICT OF_____

| | |
|---|---|
| RLI INSURANCE COMPANY, Plaintiff | |
| V. | SUBPOENA IN A CIVIL CASE |
| INDIAN RIVER SCHOOL DISTRICT, EDIS | |
| COMPANY AND BECKER MORGAN GROUP, INC., | CASE NUMBER:1        05-858 JJF |
| Defendants. | |

TO:    Chesapeake Testing and Balancing, Inc.
       400 Needwood Avenue
       Easton, MD  21601

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

All documents regarding the construction of the Sussex High School Project, including your entire project file.

| PLACE | DATE AND TIME |
|---|---|
| Chesapeake Testing and Balancing, Inc. 400 Needwood Avenue Easton, MD  21601 | January 22, 2007, 2:30 p.m. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ | DECEMBER 28, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
PERRY F. GOLDLUST, ABER, GOLDLUST, BAKER & OVER
702 KING STREET, SUITE 600, P. O. BOX 1675, WILMINGTON, DE  19899-1675, (302) 472-4900

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

_____

1 If action is pending in district other than district of issuance, state district under case number.

# RETURN OF SERVICE

| State of | County of | **United States District Court Court** |
|---|---|---|

Case Number: 05-858 JJF   Court Date: 1/22/2007

Plaintiff:
**RLI INSURANCE COMPANY**

vs.

Defendant:
**INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY AND BECKER MORGAN GROUP, INC.**

Received by BRANDYWINE PROCESS SERVERS, LTD to be served on **CHESAPEAKE TESTING AND BALANCING, INC., 400 NEEDWOOD AVE, EASTON, MD 21601**.

I, Jonathan Adam Amos, do hereby affirm that on the **2nd day of January, 2007** at **11:28 am, I:**

**SUBSTITUTE - BUSINESS OFFICE:**  served by delivering a true copy of the **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me, to: **DAVID WEISMAN** as **VICE PRESIDENT**, a person employed therein and authorized to accept service for**CHESAPEAKE TESTING AND BALANCING, INC.** at the address of: **400 NEEDWOOD AVE, EASTON, MD 21601**, the within named person's usual place of business, in compliance with State Statutes.

**Description** of Person Served: Age: 40,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 150,  Hair: Grey, Glasses: N

I certify under the penalties of perjury that I have no interest in the above action, I am over 18 years of age and I have proper authority in the jurisdiction in which the service was made, and I have personal knowledge of the facts set forth herein.

Jonathan Adam Amos
Process Server

**BRANDYWINE PROCESS SERVERS, LTD**
**P.O.B. 1360**
**Wilmington, DE  19899**
**(800) 952-2288**

Our Job Serial Number: 2006003656

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n