# United States District Court

_____ DISTRICT OF _____

RLI INSURANCE COMPANY, Plaintiff
V.
INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY AND BECKER MORGAN GROUP, INC., Defendants.

SUBPOENA IN A CIVIL CASE

CASE NUMBER:1     05-858 JJF

TO:  Joseph M. Zimmer, Inc.
     8860 Citation Road
     Baltimore, MD  21221

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

All documents regarding the construction of the Sussex High School Project, including your entire project file.

| PLACE | DATE AND TIME |
|---|---|
| Joseph M. Zimmer, Inc.<br>8860 Citation Road<br>Baltimore, MD  21221 | January 22, 2007, 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | DECEMBER 28, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
PERRY F. GOLDLUST, ABER, GOLDLUST, BAKER & OVER
702 KING STREET, SUITE 600, P. O. BOX 1675, WILMINGTON, DE  19899-1675, (302) 472-4900

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

1 If action is pending in district other than district of issuance, state district under case number.

| | |
|---|---|
| RLI INSURANCE COMPANY )<br>PLAINTIFF(S) )<br>)<br>V. )<br>)<br>INDIAN RIVER SCHOOL DISTRICT )<br>DEFENDANT(S) )<br>) | Case #   05-858 JJF |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| I served | JOSEPH M. ZIMMER, INC. |
| with the | SUBPOENA IN A CIVIL CASE |
| by serving | RHONDA HUGHES, CONTROLLER |
| on | JANUARY 4, 2007 at 12:30 PM |
| at | 8860 CITATION RD., ESSEX, MD 21221 |

DESCRIPTION

| FEMALE<br>SEX | CAUCASIAN<br>RACE | 50-55<br>AGE | GREY<br>HAIR |
|---|---|---|---|
| 5' 6"<br>HEIGHT | 150-160 LBS<br>WEIGHT | | BROWN<br>EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Wednesday, January 10, 2007, Baltimore, MD.

_____
LEE CONNER
C & C Legal Support Services, Inc.
2522 N. Calvert Street
Baltimore, MD  21218
(410) 366-9109 , (410) 366-9403 (Fax)
Job #23749