# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S NOTICE OF DEPOSITION OF DAVID S. BERRY

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Indian River School District ("IRSD"), through its undersigned attorneys, will take the deposition upon oral examination of David S. Berry, an officer, director or managing agent of Plaintiff RLI Insurance Company, regarding all matters relevant to this action by stenographic means before an officer authorized to administer oaths beginning at 10:00 AM on Wednesday, February 14, 2007 and continuing thereafter until completed at the offices of Seitz, Van Ogtrop & Green, PA, 222 Delaware Avenue, Suite 1500, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that you are invited to attend the deposition and cross examine the witness in accordance with Federal Rule of Civil Procedure 30.

57578 v1

        Respectfully Submitted,

        **SEITZ, VAN OGTROP & GREEN, P.A.**

        <u>**/s/ James S. Green**</u>
        **JAMES S. GREEN, ESQ. (DE0481)**
        **jgreen@svglaw.com**
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
        Attorneys for Defendant
        Indian River School District

Of Counsel:

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322

cc:  Wilcox & Fetzer

57578 v1

## CERTIFICATE OF SERVICE

I, James S. Green, Esquire, hereby certify that on this 19th day of January 2007, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**/s/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**