AO88 (DE Rev. 01/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| RLI INSURANCE COMPANY | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| INDIAN RIVER SCHOOL DIST., EDiS Co., et al. | Case Number:[1] 05-858 |

TO: William H. McDaniel
McDaniel Plumbing & Heating, Inc.
205 Old Churchmans Road
New Castle, Delaware 19720

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Seitz, Van Ogtrop & Green, P.A.  222 Delaware Ave., Suite 1500, Wilmington, DE | DATE AND TIME  3/1/2007 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents in yor possession containing information on any matter related to the performance and payment bond between McDaniel Plumbing and Heating, Inc. and RLI Insurance Company, Bond No.: SSB 365 837, the performance and the termination of McDaniel from the Sussex Central High School Project, and any claim made in this litigation.

| PLACE  Seitz, Van Ogtrop & Green, P.A.  222 Delaware Ave., Suite 1500, Wilmington, DE | DATE AND TIME  3/1/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  1/31/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donald L. Logan, Esq. (#2604) and Victoria K. Petrone, Esq. (#4210) (Attorneys for Defendant EDiS Company)
Logan & Associates, LLC, One Customs House, Suite 100, P.O. Box 89, Wilmington, DE 19899 (302) 655-8000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.