IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| vs. | : | C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF RLI INSURANCE COMPANY'S
<u>NOTICE OF DEPOSITION OF PATRICK MILLER</u>**

**TO:**  James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
**Attorney for Indian River School District**

Donald Logan, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 King Street
P.O. Box 89
Wilmington, DE  19899
**Attorney for Edis Company**

Paul Cottrell, Esquire
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899
**Attorney for Becker Morgan Group, Inc.**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30,

Plaintiff RLI Insurance Company, through its undersigned counsel, will take the oral

deposition of Patrick Miller, 31 Hoosier Street, Selbyville, Maryland, 19975, regarding all

matters relevant to this action and related to the documents more fully described in the attached subpoena duces tecum by stenographic means before an officer authorized to administer oaths beginning at 10:00 a.m. on March 27, 2007, and continuing thereafter until completed at the offices of Seitz, Van Ogtrop & Green, 222 Delaware Avenue, Suite 1500, Wilmington, Delaware, 19899.

ABER, GOLDLUST, BAKER, & OVER

/s/ Perry F. Goldlust (DSB #770)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
MICHAEL ACOSTA, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, PA  19102
(215) 985-0123


DATED:     February 16, 2007




Client/Blackburn & Assoc/RLI Insurance/Notice of Deposition-Miller

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

_____ DISTRICT OF
DELAWARE_____

| | |
|---|---|
| RLI INSURANCE COMPANY, Plaintiff<br>V.<br>INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY AND BECKER MORGAN GROUP, INC.,<br>Defendants. | SUBPOENA IN A CIVIL CASE<br><br>CASE NUMBER:1    05-858 JJF |

TO:    PATRICK MILLER
       31 HOOSIER STREET
       SELBYVILLE, DE  19975

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| SEITZ, VAN OGTROP & GREEN, 222 DELAWARE AVENUE, SUITE 1500, WILMINGTON, DE, 19899 | MARCH 27, 2007; 10:00 AM |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

**All documents regarding the construction of the Sussex High School Project, including your entire project file.**

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | **FEBRUARY 16, 2007** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**PERRY F. GOLDLUST, ABER, GOLDLUST, BAKER & OVER**
**702 KING STREET, SUITE 600, P. O. BOX 1675, WILMINGTON, DE  19899-1675, (302) 472-4900**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D  on Reverse)

**SUBPOENA.USD**

---

1 If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **SERVED** | | |
| **SERVED ON (PRINT NAME)** | **MANNER OF SERVICE** | |
| **SERVED ON (PRINT NAME)** | **TITLE** | |

## DELCARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
           **DATE**                                                **SIGNATURE OF SERVER**

                                      _____
                                      **ADDRESSS OF SERVER**

                                      _____

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

  (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

  (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party servicing the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

  (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
       (i) fails to allow reasonable time for compliance
       (ii) requires a person who is not a party or an officer of a party to      travel to a place more than 100 miles from the place where that
     person resides, is employed or regularly transacts  business  in person, except that, subject to the provisions of clause (c)(3)(b)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
       (iii) requires disclosure of privileged or other protected matter and   no exception or waiver applies, or
       (iv) subjects a person to undue burden.
(B) If a subpoena
       (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
       (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
       (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is

addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO A SUBPOENA.**

        (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

        (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. NO. 05-858 JJF |
| | : |
| INDIAN RIVER SCHOOL DISTRICT, | : |
| EDIS COMPANY, AND | : JURY TRIAL DEMANDED |
| BECKER MORGAN GROUP, INC., | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 16th day of February 2007 that true and correct copies of **PLAINTIFF RLI INSURANCE COMPANY'S NOTICE OF DEPOSITION OF PATRICK MILLER** were served upon counsel for the defendants as follows:

VIA HAND DELIVERY:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
**Attorney for Indian River School District**

Donald Logan, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 King Street
P.O. Box 89
Wilmington, DE 19899
**Attorney for Edis Company**

Paul Cottrell, Esquire
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
**Attorney for Becker Morgan Group, Inc.**

                        ABER, GOLDLUST, BAKER, & OVER

                        /s/ Perry F. Goldlust (DSB #770)
                        PERRY F. GOLDLUST (DSB #770)
                        702 King Street, Suite 600
                        P. O. Box 1675
                        Wilmington, DE  19899-1675
                        (302) 472-4900
                        pgoldlust@gablawde.com
                        *Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
MICHAEL ACOSTA, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 9th Floor
Philadelphia, PA  19102
(215) 985-0123


DATED:     February 16, 2007


Client/Blackburn & Assoc/RLI Insurance/Notice of Deposition-Miller