IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI. INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**DEFENDANT EDIS COMPANY'S**
**RE-NOTICE OF DEPOSITION OF WILLIAM H. MCDANIEL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Defendant, EDIS Company, through its undersigned counsel, will take the oral deposition of William H. McDaniel, regarding all matters relevant to this action and related to the documents more fully described in the attached subpoena duces tecum by stenographic means before an officer authorized to administer oaths beginning at 10:00 am on Thursday, April 5, 2007, and continuing thereafter until completed at the offices of Seitz, Van Ogtrop & Green, 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19899.

LOGAN & ASSOCIATES, LLC

   /s/ Donald L. Logan
Donald L. Logan, Esquire  DE  # 2604
Victoria K. Petrone, Esquire DE #4210
One Customs House, Suite 100
P.O. Box 89
Wilmington, Delaware 19899
(302) 655-8000
(302) 655-8005 Fax
dlogan@loganllc.com
Dated:   February 27, 2007      vpetrone@loganllc.com