IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI. INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Donald L. Logan, Esquire, hereby certify that true and correct copies of the attached Re-Notice of Deposition and Subpoena directed to William H. McDaniel was served, via electronic mail on this 27th day of February, 2007 upon the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Harry R. Blackburn, Esquire
Francine D. Wilensky, Esquire
Harry R. Blackburn & Associates, P.C.
1610 Spruce Street
Philadelphia, PA 19103
*Attorneys for Plaintiff RLI*

Paul Cottrell, Esquire
Tighe & Cottrell, PA
One Customs House, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Attorney for Indian River School District*

LOGAN & ASSOCIATES, LLC

   /s/ Donald L. Logan
Donald L. Logan, Esquire  DE # 2604