IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S NOTICE OF DEPOSITION OF DAVID S. BERRY

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Indian River School District ("IRSD"), through its undersigned attorneys, will take the deposition upon oral examination of David S. Berry, an officer, director or managing agent of Plaintiff RLI Insurance Company, regarding all matters relevant to this action by stenographic means before an officer authorized to administer oaths beginning at 10:00 AM on Thursday, March 8, 2007 and continuing thereafter until completed at the offices of Venzie, Phillips & Warshawer, 2032 Chancellor Street, Philadelphia, Pennsylvania.

**PLEASE TAKE FURTHER NOTICE** that you are invited to attend the deposition and cross examine the witness in accordance with Federal Rule of Civil Procedure 30.

Respectfully Submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant
Indian River School District

Of Counsel:

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322