IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05 858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP, INC. | : |
| Defendants. | : |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John E. Shields, Jr. to represent the Plaintiff, RLI Insurance Company in this matter.

                                    ABER, GOLDLUST, BAKER, & OVER

                                    PERRY F. GOLDLUST (DSB #770)
                                    702 King Street, Suite 600
                                    P.O. Box 1675
                                    Wilmington, DE 19899-1675
                                    (302) 472-4900
                                    pgoldlust@gablawde.com
                                    Attorneys for Plaintiff, RLI Insurance Company

DATED: March 15, 2007