## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, John E. Shields, Jr., certify that I am eligible for admission to this Court; that I am admitted, am practicing and am a member in good standing of the Bars of Pennsylvania and New Jersey; and that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
             John E. Shields, Jr.

Date: March 15, 2007

*Applicant's Address:*
Harry R. Blackburn & Associates, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19103