IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | **C.A. NO. 05 858 JJF** |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDIS COMPANY, and BECKER** : | |
| **MORGAN GROUP, INC.** : | |
| : | |
| Defendants. : | |

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for John E. Shields, Jr., Esquire is hereby granted.

_____
United States District Judge

DATE: _____