IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 15th day of March 2007 that true and correct copies of Motion and Order for Admission Pro Hac Vice of John E. Shields, Jr., Esquire and this Notice of Service were served via first class mail, postage pre-paid, upon the following:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorneys for Indian River School District*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Attorneys for Indian River School District*

Paul Cottrell, Esquire
Tighe & Cottrell
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorneys for Becker Morgan Group, Inc.*

Donald Logan, Esquire
Logan & Associates, PA
704 N. King Street, Suite 100
P. O. Box 89
Wilmington, DE 19899
***Attorney for Edis Company***

                                        ABER, GOLDLUST, BAKER, & OVER

                                        /s/ Perry F. Goldlust (DSB #770)
                                        PERRY F. GOLDLUST (DSB #770)
                                        702 King Street, Suite 600
                                        P. O. Box 1675
                                        Wilmington, DE 19899-1675
                                        (302) 472-4900
                                        pgoldlust@gablawde.com
                                        *Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, Pa. 19103
(215) 985-0123


DATED:       March 15, 2007