IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| Plaintiff | ) | Civil Action No.: 05-858-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, AND BECKER | ) | |
| MORGAN GROUP, INC., | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certifications, the undersigned moves the admission *pro hac vice* of Lucy H. Halatyn, Esquire, of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 30 South 17th Street, Philadelphia, Pennsylvania 19103, to represent William McDaniel of McDaniel Plumbing and Heating, Inc., <u>a non-party witness</u>, whose deposition has been noticed by a party to this matter.

                                                 **COHEN, SEGLIAS, PALLAS,**
                                                 **GREENHALL & FURMAN, P.C.**

                                                 */s/ Robert Beste*
                                               Robert K. Beste, Jr., Esq. (I.D. No. 154)
                                               1007 Orange Street, Nemours Bldg., Suite 1130
                                               Wilmington, Delaware 19801
                                               (302) 425-5089

Date: March 16, 2007

## CERTIFICATION OF COUSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing, as a member of the following bars: the Commonwealth of Pennsylvania, the Commonwealth of Massachusetts, the State of New York, the State of New Jersey and the United States District Court for the District of New Jersey; and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Lucy H. Halatyn, Esquire (PA Bar No. 94963)
Cohen Seglias Pallas Greenhall & Furman, P.C.
30 South 17th Street, 19th Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 564-1700
Fax:   (267) 238-4446

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
                   :  SS
COUNTY OF NEW CASTLE :

On this __16__ day of March 2007, I, Robert K. Beste, Jr., Esquire, personally caused the be served a copy of the Motion for Admission *Pro Hac Vice* of Lucy H. Halatyn, upon counsel at the addresses and in the manner indicated.

### VIA ELECTRONIC FILING

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 King Street, Box 1031
One Customs House
Wilmington, DE 19899

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite #600
P.O. Box 1675
Wilmington, Delaware 19899

James S. Green, Esquire
Sietz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

Donald L. Logan, Esquire
Vicky Petrone, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 King Street, P.O. Box 89
Wilmington, Delaware 19899

_____
Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.
1007 Orange St., Suite 1130
Wilmington, DE 19801
(302) 425-5089

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| Plaintiff | ) | Civil Action No.: 05-858-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, AND BECKER | ) | |
| MORGAN GROUP, INC., | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This _____ day of _____, 2007, the Court having considered the Motion for Admission P*ro Hac Vice* of Lucy H. Halatyn, Esquire in the above action; now, therefore,

**IT IS HEREBY ORDERED** that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
**United States District Judge**