IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858 JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

### DEFENDANT BECKER MORGAN GROUP, INC.'S
### RE-NOTICE OF DEPOSITION OF LOUIS M. BALDASSARRE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendant Becker Morgan Group, Inc., through its undersigned counsel, will take the oral deposition of Mr. Louis M. Baldassarre, Senior Project Manager, Cashin Spinelli & Ferretti, LLC, regarding all matters relevant to this action and related to the documents more fully described in the attached subpoena duces tecum by stenographic means before an officer authorized to administer oaths beginning at 11:30 AM on Thursday, April 26, 2007, and continuing thereafter until completed at the offices of Seitz, Van Ogtrop & Green, 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19899.

                **TIGHE & COTTRELL, P.A.**

              By: /s/ Paul Cottrell
                 Paul Cottrell, Esquire (DE #2391)
                 First Federal Plaza, Suite 500
                 P.O. Box 1031
                 Wilmington, Delaware 19899
                 (302) 658-6400
                 p.cottrell@lawtcl.com

Dated: March 23, 2007
cc: Esquire Deposition Service