IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Paul Cottrell, Esquire hereby certify that on this 23rd day of March, 2007, I caused a true and correct copy of the foregoing documents to be served upon the following by CM/ECF Electronic Filing:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

Donald L. Logan, Esquire
Logan and Associates, P.A.
One Customs House, Suite 100
PO Box 89
704 King Street
Wilmington, DE 19899
*Attorney for EDiS Company, Inc.*

By: /s/ Paul Cottrell
Paul Cottrell, Esq. DE I.D. # 2391
One Custom House, Suite 500
PO Box 1031
Wilmington, DE 19899