# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. NO. 05-858 JJF |
| | : |
| **INDIAN RIVER SCHOOL DISTRICT,** | : |
| **EDIS COMPANY, AND** | : JURY TRIAL DEMANDED |
| **BECKER MORGAN GROUP, INC.,** | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 4th day of April 2007 that true and correct copies of the attached Subpoena to Allen & Shariff Corp. and this Notice of Service were served via electronic mail upon the following:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorneys for Indian River School District*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Attorneys for Indian River School District*

Paul Cottrell, Esquire
Tighe & Cottrell
One Customs House, Suite 500
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
*Attorneys for Becker Morgan Group, Inc.*

1

Donald Logan, Esquire
Logan & Associates, PA
One Customs House
704 N. King Street, Suite 100
P. O. Box 89
Wilmington, DE 19899
*Attorney for Edis Company*

ABER, GOLDLUST, BAKER, & OVER

/s/ Perry F. Goldlust (DSB #770)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

Of Counsel:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, Pa. 19103
(215) 985-0123


DATED:    April 4, 2007


Client/Blackburn & Assoc/RLI Insurance/Notice of Service-Subpoena