IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, hereby certify that on this 27th day of April, 2007, I electronically filed the foregoing *Second Stipulation to Amend the Rule 16 Case Scheduling Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Local Counsel for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Local Counsel for Defendant Indian River School District*

Donald L. Logan, Esquire
Victoria Petrone, Esquire
Logan & Associates, P.A.
One Customs House
704 N. King Street, Suite 100
Wilmington, DE 19899
*Attorneys for EDiS*

TIGHE & COTTRELL, P.A.

By: /s/ Paul Cottrell
Paul Cottrell (DE ID No.: 2391)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Defendant Becker Morgan Group, Inc.*