IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | : |
| Plaintiff | : |
| vs. | : CIVIL ACTION |
| | : |
| INDIAN RIVER SCHOOL DISTRICT | : NO.: 05-858 JJF |
| et al. | : |
| Defendants | : |

**NOTICE OF SERVICE**

I, the undersigned, do hereby certify on the 3rd day of August 2007 that true and correct copies of Plaintiff RLI Insurance Company Motion to Compel Defendants' Compliance with U.S. District Court for the District of Delaware's Default Statndard for the Discovery of Electronic Discovery (E-Discovery) along with Plaintiff's Brief in Support of same were served via first class mail, postage pre-paid, upon the following:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Donald Logan, Esquire
Logan & Associates, PA
704 N. King Street, Suite 100
P. O. Box 89
Wilmington, DE 19899

Paul Cottrell, Esquire
Tighe & Cottrell
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

**OF COUNSEL:**
HARRY R. BLACKBURN, ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985 0123, ext. 105
hblackburn@hrblackburn.com

**ABER, GOLDLUST, BAKER & OVER**
702 King Street, P.O. Box 1675
Wilmington, Delaware 19899
(302) 472-4900
pgoldlust@baglawde.com

BY: _____
PERRY F. GOLDLUST, ESQUIRE
Attorneys for Plaintiff,
RLI Insurance Company