# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH E-DISCOVERY DEFAULT STANDARD

AND NOW, this _____ day of _____, 2007, having considered plaintiff's motion and the opposition thereto, it is hereby ordered that plaintiff RLI Insurance Company's motion to compel defendants' compliance with the United States District Court for the District of Delaware's "Default Standard" for discovery of electronic evidence be and hereby is DENIED.

                                                                    _____
                                                                                      Judge

60595 v1