**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**ORDER**

AND NOW, the Court, having considered *Plaintiff's Motion to Compel Defendants' Compliance with U.S. District Court for the District of Delaware's Default Standard for Discovery of Electronic Discovery,* and any response thereto, does hereby FIND and ORDER,

Plaintiff's *Motion* is DENIED and no further discovery or extension to the discovery deadline is permitted.

_____
The Honorable Joseph J. Farnan, Jr.