# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

_____I, Victoria K. Petrone, Esquire, hereby certify that the foregoing *Defendant EDIS Company's Answering Brief In Opposition to Plaintiff's Motion to Compel* was served on this 20th day of August, 2007 upon the following:

**Via CM/ECF notification:**

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorney for Plaintiff RLI Insurance Co.*

Paul Cottrell, Esquire
Tighe & Cottrell, PA
First Federal Plaza, Suite 500
704 N. King Street, P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

**Via First Class U.S. Mail, Postage Pre-paid:**

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
*Of Counsel, Defendant Indian River School District*

Harry R. Blackburn, Esquire
Harry R. Blackburn & Associates, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
*Of Counsel, Plaintiff RLI Insurance Co.*

By: __/s/ Victoria K. Petrone__
Victoria K. Petrone, Esquire, DE #4210