**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| RLI INSURANCE COMPANY, | ) |
|  | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| INDIAN RIVER SCHOOL DISTRICT, | ) |
| EDIS COMPANY AND BECKER MORGAN | ) |
| GROUP, INC., | ) |
| Defendants. | ) |

## STATEMENT

I, Donald L. Logan, Esquire, counsel to Defendant EDiS Company, hereby certify that no genuine issues of material fact exist with regard to the facts argued in support of EDiS Company's Motion for Summary Judgment.

LOGAN & ASSOCIATES, LLC

  /s/ Donald L. Logan
Donald L. Logan, Esquire (DE #2604)