IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY AND BECKER MORGAN GROUP, INC., | ) |
| Defendants. | ) |

## ORDER

AND NOW, the Court, having considered *Defendant EDiS Company's Motion for Summary Judgment* and any response thereto, does hereby FIND and ORDER;

Summary judgment is GRANTED and all claims by RLI Insurance Company against EDiS Company are dismissed with prejudice.

_____
The Honorable Joseph J. Farnan, Jr.