IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S
### MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that defendant Indian River School District moves, pursuant to Civil Rule 56, for Summary Judgment in its favor and against plaintiff RLI Insurance Company as set forth in the proposed form of Order for the reasons and upon the grounds set forth in the accompanying Brief. In addition to the Brief, Indian River School District relies upon the Declaration of Patrick C. Miller, and its exhibits.

Respectfully Submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant
Indian River School District

Of Counsel:

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322