IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>INDIAN RIVER SCHOOL DISTRICT,   )<br>EDIS COMPANY, and   )<br>BECKER MORGAN GROUP, INC.,   )<br>)<br>Defendants.   ) | C.A. No. 05-858<br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S
STATEMENT ON MOTION FOR SUMMARY JUDGMENT**

Defendant Indian River School District, by its attorneys, files this Statement certifying that no genuine issues of material fact exist with regard to the facts argued in support of the motion.

Respectfully Submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant
Indian River School District

Of Counsel:
K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322