IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S
<u>CERTIFICATE OF SERVICE</u>**

I, James S. Green, Esquire, hereby certify that on this 28th day of September, 2007, I electronically filed the Motion for Summary Judgment, proposed form of Order, Statement on Summary Judgment Motion, Brief in Support of Motion for Summary Judgment, and the Declaration of Patrick C. Miller, with its exhibits with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)