*AIA Document A101/CMa*

# Standard Form of Agreement Between Owner and Contractor

*where the basis of payment is a STIPULATED SUM*
1992 Construction Manager-Adviser Edition - Electronic Format

THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES: CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.

The 1992 Edition of AIA Document A201/CMa, General Conditions of the Contract for Construction, Construction Manager-Adviser Edition, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

Copyright 1975, 1980, © 1992 by The American Institute of Architects, 1735 New York Avenue N.W., Washington D.C. 20006-5292. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will be subject to legal prosecution.

## AGREEMENT

made as of the <u>Twenty-Eighth</u> day of <u>August</u> in the year of <u>Two Thousand Two.</u>
*(In words, indicate day, month and year)*

BETWEEN the Owner:
*(Name and address)*
<u>Indian River School District</u>
<u>31 Hoosier Street</u>
<u>RD 2, Box 156</u>
<u>Selbyville, Delaware  19975</u>

and the Contractor:
*(Name and address)*
<u>Mc Daniel Plumbing & Heating</u>
<u>205 D Old Churchmans Road</u>
<u>New Castle, Delaware  19720</u>

For the following Project:
*(Include detailed description of Project, location, address and scope.)*
<u>Sussex Central High School</u>
<u>RR 6, Box 130</u>
<u>Georgetown, Delaware  19947</u>
<u>Contract SC-B-14 Mechanical, Plumbing & ATC</u>

The Construction Manager is:
*(Name and address)*
<u>EDIS Company</u>
<u>110 S. Poplar Street, Suite 400</u>
<u>Wilmington, Delaware  19801</u>

The Architect is:
*(Name and address)*
<u>Becker Morgan Group</u>
<u>Port Exchange</u>
<u>312 West Main Street, Suite 300</u>
<u>Salisbury, Maryland 21801</u>

The Owner and Contractor agree as set forth below.

EXHIBIT McDaniel 5

## ARTICLE 1
## THE CONTRACT DOCUMENTS

© 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. AIA DOCUMENT A101/CMa • OWNER-CONTRACTOR AGREEMENT • CONSTRUCTION MANAGER-ADVISER EDITION - AIA® - WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: sc-b-14 mcdaniel p & h.aia -- 10/16/2002. AIA License Number 1003994, which expires on 8/1/2003.

Electronic Format  A101/CMa-1992
1

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 9.

## ARTICLE 2
## THE WORK OF THIS CONTRACT

The Contractor shall execute the entire Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others, or as follows:
Contract No. SC-B-14 Mechanical, Plumbing & ATC

## ARTICLE 3
## DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

3.1     The date of commencement is the date from which the Contract Time of Paragraph 3.2 is measured, and shall be the date of this Agreement, as first written above, unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

Unless the date of commencement is established by a notice to proceed issued by the Owner, the Contractor shall notify the Owner, through the Construction Manager, in writing not less than five days before commencing the Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

3.2     The Contractor shall achieve Substantial Completion of the entire Work not later than
*(Insert the calendar date or number of calendar days after the date of commencement. Also insert any requirements for earlier Substantial Completion of certain portions of the Work, if not stated elsewhere in the Contract Documents.)*
as described in the Project Specifications

subject to adjustments of this Contract Time as provided in the Contract Documents.
*Insert provisions, if any, for liquidated damages relating to failure to complete on time.)*

## ARTICLE 4
## CONTRACT SUM

4.1     The Owner shall pay the Contractor in current funds for the Contractor's performance of the Contract the Contract Sum of Four Million Three Hundred Thirty Five Thousand Five Hundred Dollars ($ 4,335,500. ), subject to additions and deductions as provided in the Contract Documents.

4.2     The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date until which that amount is valid.)*

| | |
|---|---|
| Base Bid: | $4,289,000. |
| Alt. #1: | 33,000. |
| Alt. #2: | 4,500. |
| Alt. #3: | 9,000. |
| Alt. #4: | 0. |
| Alt. #5: | 0. |
| Total Contract Amount: | $4,335,500. |

4.3     Unit prices, if any, are as follows:

## ARTICLE 5
## PROGRESS PAYMENTS

© 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. AIA DOCUMENT A101/CMa • OWNER-CONTRACTOR AGREEMENT • CONSTRUCTION MANAGER-ADVISER EDITION - AIA® - WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: sc-b-14 mcdaniel p & h.aia -- 10/16/2002. AIA License Number 1003994, which expires on 8/1/2003.
Electronic Format A101/CMa-1992

5.1  Based upon Applications for Payment submitted by the Contractor to the Construction Manager, and upon Project Applications and Certificates for Payment issued by the Construction Manager and Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

5.2  The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

5.3  Provided an Application for Payment is submitted to the Construction Manager not later than the 25th day of a month, the Owner shall make payment to the Contractor not later than the 4th day of the second month. If an Application for Payment is received by the Construction Manager after the application date fixed above, payment shall be made by the Owner not later than sixty (60) days after the Construction Manager receives the Application for Payment.

5.4  Each Application for Payment shall be based upon the Schedule of Values submitted by the Contractor in accordance with the Contract Documents. The Schedule of Values shall allocate the entire Contract Sum among the various portions of the Work and be prepared in such form and supported by such data to substantiate its accuracy as the Construction Manager or Architect may require. This schedule, unless objected to by the Construction Manager or Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

5.5  Applications for Payment shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

5.6  Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

5.6.1  Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the Schedule of Values, less retainage of five percent ( 5 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute may be included as provided in Subparagraph 7.3.7 of the General Conditions;

5.6.2  Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of five percent ( 5 %);

5.6.3  Subtract the aggregate of previous payments made by the Owner; and

5.6.4  Subtract amounts, if any, for which the Construction Manager or Architect has withheld or nullified a Certificate for Payment as provided in Paragraph 9.5 of the General Conditions.

5.7  The progress payment amount determined in accordance with Paragraph 5.6 shall be further modified under the following circumstances:

5.7.1  Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to one hundred percent ( 100 %) of the Contract Sum, less such amounts as the Construction Manager recommends and the Architect determines for incomplete Work and unsettled claims; and

5.7.2  Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Subparagraph 9.10.3 of the General Conditions.

5.8  Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Subparagraphs 5.6.1 and 5.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

## ARTICLE 6
## FINAL PAYMENT

Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when (1) the Contract has been fully performed by the Contractor except for the Contractor's responsibility to correct nonconforming Work as

© 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. AIA DOCUMENT A101/CMa • OWNER-CONTRACTOR AGREEMENT • CONSTRUCTION MANAGER-ADVISER EDITION - AIA® - WARNING: Unlicensed photocopying violates U.S. Copyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: sc-b-14 mcdaniel p & h.aia -- 10/16/2002. AIA License Number 1003994, which expires on 8/1/2003.

Electronic Format A101/CMa-1992

provided in Subparagraph 12.2.2 of the General Conditions and to satisfy other requirements, if any, which necessarily survive final payment; and (2) a final Project Certificate for Payment has been issued by the Construction Manager and Architect; such final payment shall be made by the Owner not more than 30 days after the issuance of the final Project Certificate for Payment, or as follows:

## ARTICLE 7
## MISCELLANEOUS PROVISIONS

**7.1** Where reference is made in this Agreement to a provision of the General Conditions or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**7.2** Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

**7.3** Temporary facilities and services:
*(Here insert temporary facilities and services which are different from or in addition to those included elsewhere in the Contract Documents.)*

**7.4** Other Provisions:
*(Here list any special provisions affecting the Contract.)*

## ARTICLE 8
## TERMINATION OR SUSPENSION

**8.1** The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of the General Conditions.

**8.2** The Work may be suspended by the Owner as provided in Article 14 of the General Conditions.

## ARTICLE 9
## ENUMERATION OF CONTRACT DOCUMENTS

**9.1** The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

**9.1.1** The Agreement is this executed Standard Form of Agreement Between Owner and Contractor, AIA Document A101/CMa, 1992 Construction Manager-Adviser Edition.

**9.1.2** The General Conditions are the General Conditions of the Contract for Construction, AIA Document A201/CMa, 1992 Construction Manager-Adviser Edition. **as amended, modified and supplemented.**

**9.1.3** The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated 7-10-02, and are as follows:

| Document | Title | Pages |
|---|---|---|
| AIA A201/CMa 1992 | | |

**9.1.4** The Specifications are those contained in the Project Manual dated as in Subparagraph 9.1.3, and are as follows:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

| Section | Title | Pages |
|---|---|---|
| Project Manual for Sussex Central High School dated 7-10-02. | | |

**9.1.5** The Drawings are as follows, and are dated unless a different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

© 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. AIA DOCUMENT A101/CMa • OWNER-CONTRACTOR AGREEMENT • CONSTRUCTION MANAGER-ADVISER EDITION - AIA® - WARNING: Unlicensed photocopying violates U.S. opyright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in accordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: sc-b-14 mcdaniel p & h.aia -- 10/16/2002. AIA License Number 1003994, which expires on 8/1/2003.
Electronic Format A101/CMa-1992

| Jmber | Title | | Pages |
|---|---|---|---|

See Drawings Index, Specification Secction 00850.

9.1.6   The Addenda, if any, are as follows:

| Number | Date | Pages |
|---|---|---|
| Addendum No. 1 dated 7-24-02 | | |
| Addendum No. 2 dated 8-5-02 | | |
| Addendum No. 3 dated 8-12-02 | | |
| Addendum No. 4 dated 8-13-02 | | |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

9.1.7   Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents which are intended to form part of the Contract Documents. The General Conditions provide that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

Contractor's Proposal dated 8-15-02
Letter of Intend dated 8-28-02
Certificate of Insurance dated 9-06-02
Performance Bond dated 9-5-02
Labor & Material Payment Bond dated 9-5-02

This Agreement is entered into as of the day and year first written above and is executed in at least four original copies of which one is to be delivered to the Contractor, one each to the Construction Manager and Architect for use in the administration of the Contract, and the remainder to the Owner.

**OWNER**
Indian River School District
_____
*(Signature)*

Lois M. Hobbs Superintendent
*(Printed name and title)*

**CONTRACTOR**
McDaniel Plumbing & Heating
_____
*(Signature)*

Jamie Morris, Treasurer
*(Printed name and title)*

© 1992 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. AIA DOCUMENT A101/CMa •
IER-CONTRACTOR AGREEMENT • CONSTRUCTION MANAGER-ADVISER EDITION - AIA® - WARNING: Unlicensed photocopying violates U.S.
yright laws and is subject to legal prosecution. This document was electronically produced with permission of the AIA and can be reproduced in
ccordance with your license without violation until the date of expiration as noted below. expiration as noted below. User Document: sc-b-14
icdaniel p & h.aia -- 10/16/2002. AIA License Number 1003994, which expires on 8/1/2003.
Electronic Format A101/CMa-1992