# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/Cma

PAGE 1 OF 3 PAGES

| Distribution to: | |
|---|---|
| OWNER | ☐ |
| CONSTRUCTION MANAGER | ☐ |
| ARCHITECT | ☐ |
| CONTRACTOR | ☐ |

**TO OWNER:**
Indian River School District
31 Hoosier St
Selbyville, DE

**PROJECT:**
Sussex Central High School

APPLICATION NO:
PERIOD TO: 10/25/2002
PROJECT NOS: 40211-01

**FROM CONTRACTOR:**
McDaniel Plumbing & Heating, Inc
205 Old Churchmans Rd
New Castle, DE 19720
302-322-3074 - Fax
302-322-3075

VIA CONSTRUCTION MANAGER:
EDiS Company

VIA ARCHITECT:
Becker Morgan Group

CONTRACT DATE: 9/28/2001

**CONTRACT FOR:**
B-14 Mechanical, Plumbing & ATC

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM ............................. | $ | 4,335,500.00 |
| 2. Net change by Change Orders ......................... | $ | |
| 3. CONTRACT SUM TO DATE (Line 1+ 2) ........ | $ | 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE .... | $ | 55,000.00 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a. 5 % of Completed work | $ | 2,750.00 |
| (Columns D + E on G703) | | |
| b. % of Stored Material | $ | |
| (Column F on G703) | | |
| Total Retainage (Line 5a + 5b or | $ | 2,750.00 |
| total in Column 1 of G703) | | |
| 6. TOTAL EARNED LESS RETAINAGE ............. | $ | 52,250.00 |
| (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | - |
| (Line 6 prior Certificate) | | |
| 8. CURRENT PAYMENT DUE .............................. | $ | 52,250.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 4,283,250.00 |
| (Line 3 less Line 6) | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned contractor certifies that to the best of the contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 10/21/02

State of: Delaware
County of: New Castle
Subscribed and sworn to before me this 21 day of October 2002

Notary Public: _____
My Commission expires: 8-3-2006

JOSEPH T. MCKESS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission expires Aug. 3, 2006

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certifies to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the contract documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................... $ 52,250.00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the continuation sheet that are changed to conform to the amount certified.)

Construction Manager:
By: _____ Date: 10/31/02

Architect:
BECKER MORGAN GROUP
By: _____ Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/Cma       PAGE  1  OF 3  PAGES

TO OWNER:
Indian River School District

FROM CONTRACTOR:
McDaniel Plumbing & Heating, Inc
2050 Old Churchmans Rd
New Castle, DE 19720
302-322-3074 - Fax
302-322-3075

CONTRACT FOR:   B-14 Mechanical, Plumbing & ATC

31 Hoosier St
Selbyville, DE

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
EDIS Company

VIA ARCHITECT:
Becker Morgan Group

APPLICATION NO:
PERIOD TO: 11/25/2002
PROJECT NOS: 40211-01
CONTRACT DATE: 09/28/2001
APPLICATION NO:
PERIOD TO: 11/25/2002
PROJECT NOS: 40211-01

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**RECEIVED**
DEC 0 2 2002
**EDIS**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ...................   $   4,335,500.00
2. Net change by Change Orders ............   $         —
3. CONTRACT SUM TO DATE (Line 1+ 2) ........   $   4,335,500.00
4. TOTAL COMPLETED & STORED TO DATE .....   $     127,500.00
   (Column G on G703)
5. RETAINAGE:
   a.   5 % of Completed work           $   6,375.00
        (Columns D + E on G703)
   b.     % of Stored Material          $
        (Column F on G703)
   Total Retainage (Line 5a + 5b or
   total in Column 1 of G703) .........   $      6,375.00
6. TOTAL EARNED LESS RETAINAGE ..........   $    121,125.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 prior Certificate) ...........   $     52,250.00
8. CURRENT PAYMENT DUE .................   $   68,875.00   O.K.   R.S.
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                      $ 4,214,375.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the contractor's knowledge, infor-
mation and belief the Work covered by this Application for Payment has been completed
in accordance with the Contract Documents, that all amounts have been paid by the
Contractor for Work for which previous Certificates for Payment were issued and pay-
ments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: _____   Date: 11/25/02

State of:   Delaware
County of:  New Castle
Subscribed and sworn to before
me this  25 day of November, 2002

Notary Public: _____
My Commission Expires: 8-3-2006

JOSEPH T. WICHESS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission expires Aug. 3, 2006

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising this application, the Construction Manager and Architect certifies to the Owner
that to the best of their knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the contract documents, and
the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .........................   $ 68,875.00
(Attach explanation if amount certified differs from the amount applied for. Initial
all figures on this application and on the continuation sheet that are changed to
conform to the amount certified.)

CONSTRUCTION MANAGER:   BECKER MORGAN GROUP
ARCHITECTURE ENGINEERING LAND PLANNING INTERIOR DESIGN
By: _____   Date: 16 DEC 02
ARCHITECT:
By: _____   Date: 12/2/02

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor
named herein. Issuance, payment and acceptance of payment are without prejudice
to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/Cna                                   PAGE 1 OF 3 PAGES

**APPLICATION AND CERTIFICATE FOR PAYMENT**

TO OWNER:
Indian River School District
31 Hoosier St
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating, Inc.
205 Old Churchmans Rd
New Castle, DE 19720
302-322-3075
302-322-3074 - Fax

CONTRACT FOR:
B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
EDiS Company
VIA ARCHITECT:
Becker Morgan Group

APPLICATION NO: 3
PERIOD TO: 12/31/2002
PROJECT NOS: 40211-01

CONTRACT DATE: 09/28/2001

Distribution to:
☐ OWNER
☐ CONSTRUCTION Manager
☐ ARCHITECT
☐ CONTRACTOR

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................ $ 4,335,500.00
2. Net change by Change Orders ................... $ 
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........... $ 4,335,500.00
4. TOTAL COMPLETED & STORED TO DATE ..... $ 132,500.00
   (Column G on G703)
5. RETAINAGE:
   a. ___5___ % of Completed work ............ $ 6,625.00
      (Columns D + E on G703)
   b. _____ % of Stored Material ............ $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   total in Column 1 of G703) .................... $ 6,625.00
6. TOTAL EARNED LESS RETAINAGE ............. $ 125,875.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 prior Certificate) ......................... $ 121,125.00
8. CURRENT PAYMENT DUE .......................... $ 4,750.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                                $ 4,209,625.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned contractor certifies that to the best of the contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 12/21/02

State of: Delaware    County of: New Castle
Subscribed and sworn to before
me this 26 day of December 2002
Notary Public: _____
My Commission expires: 8-3-2006

JOSEPH T. WICHESS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 3, 2006

**CERTIFICATE FOR PAYMENT**

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certifies to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the contract documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................... $ 4,750.00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the continuation sheet that are changed to conform to the amount certified.)

Construction Manager:
By: _____ Date: 1-23-03

Architect:
By: _____ Date: 1.14.03

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/Cma — PAGE 1 OF 3 PAGES

TO OWNER:
Indian River School District
31 Hoosier St
Selbyville, DE

PROJECT:
Sussex Central High School

APPLICATION NO.:
PERIOD TO: 01/31/2003
PROJECT NOS. 40211-01

| Distribution to: | |
|---|---|
| OWNER | ☐ |
| CONSTRUCTION Manager | ☐ |
| ARCHITECT | ☐ |
| CONTRACTOR | ☐ |

FROM CONTRACTOR:
McDaniel Plumbing & Heating, Inc
285 Old Churchmans Rd
New Castle, DE 19720
302-322-3075
302-322-3074 - Fax

CONTRACT FOR:    B-14 Mechanical, Plumbing & ATC

VIA CONSTRUCTION MANAGER:
EDiS Company

VIA ARCHITECT:
Becker Morgan Group

CONTRACT DATE: 09/28/2001

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM ........... | $ 4,335,500.00 |
| 2. Net change by Change Orders ........... | $ |
| 3. CONTRACT SUM TO DATE (Line 1+2) ........... | $ 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE ........... | $ 187,500.00 |
| 5. RETAINAGE: | |
|   a.  5 % of Completed work | $ 9,375.00 |
|     (Columns D + E on G703) | |
|   b. _____ % of Stored Material | $ |
|     (Column F on G703) | |
|   Total Retainage (Line 5a + 5b or | |
|   total in Column 1 of G703) | $ 9,375.00 |
| 6. TOTAL EARNED LESS RETAINAGE ........... | $ 178,125.00 |
|   (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ 125,875.00 |
|   (Line 6 prior Certificate) ........... | |
| 8. CURRENT PAYMENT DUE ........... | $ 52,250.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ 4,157,375.00 |
|   (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned contractor certifies that to the best of the contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 1/25/03

State of: Delaware
County of: New Castle
Subscribed and sworn to before
me this 27 day of JANUARY 2003
Notary Public: _____
My Commission expires: 8-3-2006

JOSEPH T. WICHESS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission expires Aug. 3, 2006

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certifies to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the contract documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........... $ 52,250.00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this application and on the continuation sheet that are changed to conform to the amount certified.)

Construction Manager:
By: _____   Date: 2/5/13

Architect: BECKER MORGAN GROUP
By: _____   Date: 7 FEB 03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

FEB 1 2003
2-11-03

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

PROJECT:
Sussex Central High School

APPLICATION NO: 5

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO: 02/28/03

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

VIA CONSTRUCTION MANAGER:

VIA ARCHITECT:

PROJECT NO: 40211-01

CONTRACT FOR: B-14 Mechanical, Plumbing & A/C

CONTRACT DATE: 09/28/02

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ......................................... $ 4,335,500.00
   Net change by Change Orders
2. CONTRACT SUM TO DATE (Line 1 ± 2) ...................... $ 4,335,500.00
3. TOTAL COMPLETED & STORED TO DATE ............... $ 261,365.00
   (Column G on G703)
4. RETAINAGE:
   a.  5  % of Completed Work
       (Column D + E on G703)          $ 13,218.25
   b.     % of Stored Material
       (Column F on G703)              $
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) .................................... $ 13,218.25
5. TOTAL EARNED LESS RETAINAGE ........................ $ 251,146.75
   (Line 4 less Line 5 Total)
6. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............... 178,125.00
7. CURRENT PAYMENT DUE ................................... $ 73,021.75
8. BALANCE TO FINISH INCLUDING RETAINAGE
   (Line 3 less Line 6)                                $ 4,084,353.25

OK
QS

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

EDiS
Company

RECEIVED
MAR 1 0 2003

Becker Morgan Group

CONTRACTOR:

By: *Christina M. Cacquard*    Date: 3/5/03

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this  5th  day of  March  2003
Notary Public:
My Commission Expires:

Cheryl Ann Hurtt, Notary Public
State of Delaware
My Commission Expires August 8, 2003

No Commission Expires

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ 73,021.75
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By:                                    Date: 3/11/03

ARCHITECT:
By:                                    Date: 3/11/03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

BECKER MORGAN GROUP
17-03

BECKER MORGAN GROUP

5

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/CMa

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

| | Distribution to: |
|---|---|
| | ☐ OWNER |
| | ☐ CONSTRUCTION MANAGER |
| | ☐ ARCHITECT |
| | ☐ CONTRACTOR |

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:

VIA ARCHITECT:
Becker Morgan Group
EDiS Company

APPLICATION NO: 6

PERIOD TO: 03/20/03

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

RECEIVED MAR 28 2003 EDiS

FROM CONTRACTOR:
R.S. of Churchmans Rd
New Castle, DE 19720

McDaniel Plumbing & Heating

CONTRACT FOR: B-14 Mechanical, Plumbing & A/C

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| ORIGINAL CONTRACT SUM | $ | 4,335,500.00 |
| Net change by Change Orders | $ | 4,335,500.00 |
| CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 360,865.00 |
| TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | |
| RETAINAGE: | | |
| a. 5 % of Completed Work (Column D + E on G703) | | |
| b. 5 % of Stored Material (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | 18,343.25 |
| TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ | 348,521.75 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 251,146.75 |
| CURRENT PAYMENT DUE | $ | 97,375.00 |
| BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 3,986,978.25 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 3/25/03

State of: DE County of: NCC
Subscribed and sworn to before me this 25 day of March 2003
Notary Public: Christina M. Rapuano
My Commission Expires: 3/17/05

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . $ 97,375.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

CONSTRUCTION MANAGER:

By: _____ Date: 3/24/03

ARCHITECT:

By: _____ Date: 4-17-03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CHRISTINA M. RAPUANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 17, 2005

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/CMa

| | |
|---|---|
| **CONSTRUCTION MANAGER-ADVISER EDITION** | |
| PAGE ONE OF THREE PAGES | |

**TO OWNER:**
Indian River School District
31 Hoosier Street
Selbyville, DE

**PROJECT:**
Sussex Central High School

**APPLICATION NO:** 7

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**FROM CONTRACTOR:**
Mechanical Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

**PERIOD TO:** 04/26/03

**PROJECT NO:** 40211-01

**CONTRACT FOR:** B-14 Mechanical, Plumbing & A/C

**VIA CONSTRUCTION MANAGER:**
EDiS Company
Becker Morgan Group

**VIA ARCHITECT:**

**CONTRACT DATE:** 09/28/02

RECEIVED
APR 2 9 2003
EDiS

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................... $ 4,335,500.00
2. Net change by Change Orders ..............................
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................. 4,335,500.00
4. TOTAL COMPLETED & STORED TO DATE ............. 458,993.00
   (Column G on G703)
5. RETAINAGE:
   a.      5    % of Completed Work
           (Column D + E on G703)
   b.      5    % of Stored Material
           (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column 1 of G703) ............................ $ 22,949.65
6. TOTAL EARNED LESS RETAINAGE .................... 436,043.35
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ........... 348,521.75
8. CURRENT PAYMENT DUE ................................ 87,521.60
9. BALANCE TO FINISH, INCLUDING RETAINAGE ...... 3,899,456.65
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| **TOTALS** | | |
| NET CHANGES by Change Order | $0.00 | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_    Date: _[signature]_

State of: _[illegible]_    County of: Kent
Subscribed and sworn to before me this 25 day of March, 2003
Notary Public: _[signature]_
My Commission Expires: March 17, 2005

[Notary stamp: DESIREE ARDAMANI NOTARY PUBLIC - STATE OF DELAWARE My Commission Expires March 17, 2005]

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED ............. $ 87,521.60**

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _[signature]_    Date: 5/1/03

ARCHITECT:
By: _[signature]_    Date: 22 MAY 03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

MAY 23 2003

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa–1992

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-11 Mechanical, Plumbing & ATC

PROJECT: Sussex Central High School

VIA CONSTRUCTION MANAGER:
Becker Morgan Group

VIA ARCHITECT:
EDiS Company

APPLICATION NO: 8

PERIOD TO: 05/26/03

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**RECEIVED JUN 0 2 2003**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 | | |
| 2. Net change by Change Orders | $ | | |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,335,500.00 | | |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 772,993.00 | | |
| 5. RETAINAGE: | | | |
| a. $ % of Completed Work (Column D + E on G703) | $ 38,649.65 | | |
| b. $ % of Stored Material (Column F on G703) | $ | | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 38,649.65 | | |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ 734,343.35 | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 436,043.35 | | |
| 8. CURRENT PAYMENT DUE | $ 298,300.00 | | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 3,601,156.65 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: Delaware  County of: New Castle
Subscribed and sworn to before me this 2nd day of May
Notary Public: Christina M. Rapuano
My Commission expires:

## CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED .......... $ 298,300.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

ARCHITECT:
By: _____ Date: 6/19/03
CONSTRUCTION MANAGER:
By: BECKER MORGAN GROUP Date: 6-19-03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CHRISTINA M. RAPUANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 17, 2005

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

JUN 20 2003

AIA DOCUMENT G702/CMa

# APPLICATION AND CERTIFICATE FOR PAYMENT

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
Mechanel Plumbing & Heating
1295 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & A/C

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
EDiS Company

VIA ARCHITECT:
Becker Morgan Group

| | |
|---|---|
| APPLICATION NO: | 9 |
| PERIOD TO: | 06/26/03 |
| PROJECT NO: | 40211-01 |
| CONTRACT DATE: | 09/28/02 |

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

RECEIVED
JUN 2 6 2003
EDiS

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................ $ 4,335,500.00
2. Net change by Change Orders ................... $
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............. $ 4,335,500.00
4. TOTAL COMPLETED & STORED TO DATE .............. $ 859,993.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work
      $ ____
      (Column D + E on G703)
   b. ____ % of Stored Material
      $ ____
      (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ..................... $ 42,999.65
6. TOTAL EARNED LESS RETAINAGE .................... $ 816,993.35
   (Line 4 less Line 5 total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ........ $ 734,343.35
8. CURRENT PAYMENT DUE .......................... $ 82,650.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) ........................... $ 3,518,506.65

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: _____ County of: _____
Subscribed and sworn to before me this ___ day of _____
Notary Public: Christina M. Laquana
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................ $ 82,650.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:

By: _____ Date: _____

ARCHITECT:

By: _____ Date: 7/11/03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

BECKER MORGAN GROUP
RECEIVED
JUL 14 2003
BY: ___

CHRISTINA M. LAQUANO
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES MARCH 17, 2005

7/5/03

AIA DOCUMENT G702/CMa  APPLICATION AND CERTIFICATION FOR PAYMENT  CONSTRUCTION MANAGER-ADVISER EDITION  1992 EDITION  AIA®  © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292  G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702/CMa

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

CONSTRUCTION MANAGER:
Becker Morgan Group

EDiS Company

APPLICATION NO: 10
PERIOD TO: 07/26/03
PROJECT NO: 40211-01
CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................ $ 4,335,500.00
2. Net change by Change Orders ...................
3. CONTRACT SUM TO DATE (Line 1 + 2) ............. 4,335,500.00
4. TOTAL COMPLETED & STORED TO DATE ............. 988,508.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work    $
      (Column D + E on G703)
   b. ____ % of Stored Material   $
      (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ..................... $ 49,425.40
6. TOTAL EARNED LESS RETAINAGE .................. 939,082.60
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ........ 816,993.35
8. CURRENT PAYMENT DUE .......................... 122,089.25
9. BALANCE TO FINISH, INCLUDING RETAINAGE ....... 3,396,417.40
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: _____

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 25 day of March 2003
Notary Public: Christina M. Lapiano
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ..................... $ 122,089.25
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _____  Date: 7/25/03
ARCHITECT:
By: _____  Date: 8/6/03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

OK
RS

RECEIVED
AUG 20 2003

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

## CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF THREE PAGES

*AIA DOCUMENT G702/CMa*

TO OWNER:
Indian River School District
141 Hooser Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
2015 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:

VIA ARCHITECT:

| | | Distribution to: |
|---|---|---|
| APPLICATION NO: | 11R | ☐ OWNER |
| PERIOD TO: | 08/26/03 | ☐ CONSTRUCTION |
| PROJECT NO: | 40211-01 | ☐ MANAGER |
| CONTRACT DATE: | 09/28/02 | ☐ ARCHITECT |
| | | ☐ CONTRACTOR |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

**RECEIVED SEP 09 '03 BECKER MORGAN IP**

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,435,500.00 |
| 2. Net change by Change Orders | $ | 4,335,008.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,150,508.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 1,150,508.00 |
|    (Column G on G703) | | |
| 5. RETAINAGE: | | |
|    a.     5 % of Completed Work | $ | |
|    (Column D + E on G703) | | |
|    b.     5 % of Stored Material | $ | |
|    (Column F on G703) | | |
|    Total Retainage (Lines 5a + 5b or | | 57,525.40 |
|    Total in Column I of G703) | | |
| 6. TOTAL EARNED LESS RETAINAGE | $ | |
|    (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | $ | |
|    PAYMENT (Line 6 from prior certificate) | | |
| 8. CURRENT PAYMENT DUE | $ | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
|    (Line 3 less Line 6) | $ | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | $0.00 |

$ 57,525.40

RS. 05

$ 57,525.40
$ 1,092,982.60
$ 939,082.60
$ 153,900.00
$ 3,242,517.40

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: *[signature]* Date: 

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . $ 153,900.00

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:
By: *[signature]* Date: 9/8/03

ARCHITECT:
By: *[signature]* Date: 9/15/03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

EDIS Company:
Becker Morgan Group

State of: _____ County of: _____
Subscribed and Sworn to before me this 3rd day of _____
Notary Public: *[signature]* Christina M. Morris
My Commission Expires: March 17, 2005

*[Notary seal: CHRISTINA M. MORRIS, NOTARY PUBLIC STATE OF DELAWARE, My Commission Expires March 17, 2005]*

**RECEIVED SEP 25 2003**

AIA DOCUMENT G702/CMa • APPLICATION AND CERTIFICATION FOR PAYMENT • CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • © 1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292                    G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACTOR: B-14 Mechanical, Plumbing & A/C

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
EDiS Company

VIA ARCHITECT:
Becker Morgan Group

APPLICATION NO: 12
PERIOD TO: 09/25/03
PROJECT NO: 40211-01
CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| 2. Net change by Change Orders | $ |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 3,901,088.00 |
| 5. RETAINAGE: | |
| a.     % of Completed Work (Column D + E on G703) | $ |
| b.     % of Stored Material (Column F on G703) | $ |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 1,321,457.60 |
| 8. CURRENT PAYMENT DUE | $ 1,092,982.60 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 3,014,042.40 |

$ 69,550.40

O.K.
R.S.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _____  Date: _____

State of: _____   County of: New Castle
Subscribed and sworn to before me this 29th day of September 2005
Notary Public: _____
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . $ 228,475.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _____  Date: 10/6/03

ARCHITECT:
By: _____  Date: 10.11.03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CHRISTINE M. FABIANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 17, 2005

**RECEIVED**
OCT 09 2003
BY: _____

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATE FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

**CONSTRUCTION MANAGER-ADVISER EDITION**

AIA DOCUMENT G702/CMa

PAGE ONE OF THREE PAGES

| | |
|---|---|
| **TO OWNER:** | **PROJECT:** |
| Indian River School District | Sussex Central High School |
| 31 Hoosier Street | |
| Selbyville, DE | |
| **FROM CONTRACTOR:** | |
| McDaniel Plumbing & Heating | |
| 205 Old Churchmans Rd | |
| New Castle, DE 19720 | |
| **CONTRACT FOR:** H-14 Mechanical, Plumbing & ATC | |

| | |
|---|---|
| APPLICATION NO: | 13 |
| PERIOD TO: | 10/25/03 |
| PROJECT NO: | 40211-01 |
| CONTRACT DATE: | 09/28/02 |

Distribution to:
- ☐ OWNER
- ☐ CONSTRUCTION MANAGER
- ☐ ARCHITECT
- ☐ CONTRACTOR

VIA CONSTRUCTION MANAGER:
Becker Morgan Group

VIA ARCHITECT:

**RECEIVED** NOV 04 '03 BECKER-MORGAN

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 4,335,500.00 |
| 2. Net change by Change Orders | | $ | 0 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE: | | $ | 1,939,008.00 |
| (Column G on G703) | | | |
| 5. RETAINAGE: | | | |
| a. 5 % of Completed Work | | | |
| (Column D + E on G703) | $ | | |
| b. 5 % of Stored Material | | | |
| (Column F on G703) | $ | | |
| Total Retainage (Lines 5a + 5b or | | $ | 96,950.40 |
| Total in Column I of G703) | | | |
| 6. TOTAL EARNED LESS RETAINAGE: | | $ | 1,842,057.60 |
| (Line 4 less Line 5 Total) | | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | $ | 1,321,457.60 |
| PAYMENT (Line 6 from prior Certificate) | | | |
| 8. CURRENT PAYMENT DUE | | $ | 520,600.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | $ | 2,493,442.40 |
| (Line 3 less Line 6) | | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| **TOTALS** | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _[signature]_  Date:

State of: Delaware  County of:
Subscribed and sworn to before me this 25th day of March, 2005
Notary Public: Christina M. Napolitano
My Commission expires:

CHRISTINA M. NAPOLITANO
NOTARY PUBLIC - STATE OF DELAWARE
My Commission Expires March 7, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . $520,600.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _[signature]_  Date: 10/30/03

ARCHITECT:
By: _[signature]_  Date: 11.5.03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**RECEIVED** NOV 06 2003 BY:

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W., WASHINGTON DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

**AIA DOCUMENT G702/CMa**

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

| | |
|---|---|
| TO OWNER: | Indian River School District |
| | 31 Hosier Street |
| | Selbyville, DE |
| FROM CONTRACTOR: | McDaniel Plumbing & Heating |
| | 8355 Old Churchmans Rd |
| | New Castle, DE 19720 |

PROJECT: Sussex Central High School

VIA CONSTRUCTION MANAGER: EDiS Company
VIA ARCHITECT: Becker Morgan Group

| | |
|---|---|
| APPLICATION NO: | 14 |
| PERIOD TO: | 11/25/03 |
| PROJECT No: | 40211-01 |
| CONTRACT DATE: | 09/28/02 |

CONTRACT FOR: H-14 Mechanical Plumbing & A/C

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

RECEIVED
NOV 25 2003
EDiS

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| 2. Net change by Change Orders | $ |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 2,337,098.00 |
| (Column G on G703) | |
| 5. RETAINAGE: | |
| a. ____% of Completed Work | $ |
| (Column D + E on G703) | |
| b. ____% of Stored Material | $ |
| (Column F on G703) | |
| Total Retainage (Line 5a + 5b or | $ 116,850.00 |
| Total in Column I of G703) | |
| 6. TOTAL EARNED LESS RETAINAGE | $ 2,214,457.60 |
| (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR | $ 1,842,057.60 |
| PAYMENT (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE | $ 372,400.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ 2,121,042.40 |
| (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & A/C

By: _[signature]_  Date:

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 25th day of
Notary Public: _[signature]_ Christine M. Caruano
My Commission expires: March 17, 2005

_[Notary seal: CHRISTINA M. CARUANO, NOTARY PUBLIC, STATE OF DELAWARE, My Commission Expires March 17, 2005]_

## CERTIFICATE FOR PAYMENT

**AMOUNT CERTIFIED** ............. $ 372,400.00

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

_(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)_

CONSTRUCTION MANAGER:
By: _[signature]_  Date: 12/6/03

ARCHITECT:
By: _[signature]_  Date: 12-11-03

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

OK
RS.

DEC 12 2003

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATE FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292    G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

### CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF THREE PAGES

| | |
|---|---|
| TO OWNER:<br>Indian River School District<br>31 Hosier Street<br>Selbyville, DE | PROJECT:<br>Sussex Central High School |
| FROM CONTRACTOR:<br>McDaniel Plumbing & Heating<br>205 Old Churchmans Rd<br>New Castle, DE 19720 | |
| CONTRACT FOR: B-4 Mechanical, Plumbing & A/C | |

| APPLICATION NO.: | 15 | Distribution to: |
|---|---|---|
| PERIOD TO: | 12-24-03 | ☐ OWNER |
| PROJECT NO.: | 40211-01 | ☐ CONSTRUCTION MANAGER |
| CONTRACT DATE: | 09-28-02 | ☐ ARCHITECT |
| | | ☐ CONTRACTOR |

## CONTRACTOR'S APPLICATION FOR PAYMENT

VIA CONSTRUCTION MANAGER:
EDIS Company
Becker Morgan Group

VIA ARCHITECT:

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,335,500.00 |
| 2. Net change by Change Orders | $ | 2,977,008.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 2,977,008.00 |
| 5. RETAINAGE: | | |
| a.      % of Completed Work (Column D + E on G703) | $ | |
| b.      % of Stored Material (Column F on G703) | $ | |
| Total in Column I of G703 | $ | |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ | 127,350.40 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 2,214,457.60 |
| 8. CURRENT PAYMENT DUE | $ | 205,200.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 1,913,842.40 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGE by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _____ Date: 12/20/63

State of: Delaware   County of:
Subscribed and sworn to before me this 29th
Notary Public:
My Commission expires: March 17, 2005

*[Notary seal: CHRISTINA M. RAPPLIANO NOTARY PUBLIC STATE OF DELAWARE My Commission Expires March 17, 2005]*

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ...................... $ 205,200 00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform with the amount certified.)

CONSTRUCTION MANAGER:
By: _____ Date:
ARCHITECT:
By: _____ Date: 1/5/04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

*[Stamp: RECEIVED DEC 29 2003 EDIS]*

*[Stamp: JAN 1 2004]*

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATE FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292   G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

APPLICATION NO: 16
PERIOD TO: 01/23/04
PROJECT NO: 40211-01
CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | 4,335,500.00 |
| 2. Net change by Change Orders | |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | 4,335,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | 2,880,508.00 |
| 5. RETAINAGE | |
|    a.   5 % of Completed Work (Column D + E on G703) | $ 144,025.40 |
|    b.   5 % of Stored Material (Column F on G703) | $ |
|      Total Retainage (Lines 5a + 5b or Total in Column I of G703) | 144,025.40 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 total) | 2,736,482.60 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | 2,419,657.60 |
| 8. CURRENT PAYMENT DUE | 316,825.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | 1,599,017.40 |

### CHANGE ORDER SUMMARY

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: *[signature]* Date: 1/25/04

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 25 day of January 2004
Notary Public: *[signature]*
My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ 316,825.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER: *[signature]*
By: *[signature]* Date: 2/2/04

ARCHITECT: *[signature]*
By: *[signature]* Date: 2.5.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

EDIS Company
Becker Morgan Group

RECEIVED

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

**TO OWNER:**
Indian River School District
31 Hoosier Street
Selbyville, DE

**PROJECT:**
Sussex Central High School

**APPLICATION NO:** 17

**PERIOD TO:** 02/25/04

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**FROM CONTRACTOR:**
McDaniel Plumbing & Heating
2005 Old Churchmans Rd
New Castle, DE 19720

**VIA CONSTRUCTION MANAGER:**
EDIS Company
Becker Morgan Group

**PROJECT NO:** 40211-01

**VIA ARCHITECT:**

**CONTRACT DATE:** 09/28/02

**CONTRACT FOR:** B-14 Mechanical, Plumbing & ATC

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,335,500.00 |
| 2. Net change by Change Orders | $ | 2,948,390.55 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 4,338,571.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,103,569.00 |
| 5. RETAINAGE: | | |
| a.   5  % of Completed Work (Column D + E on G703) | $ | 155,178.45 |
| b.   5  % of Stored Material (Column F on G703) | $ | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | 155,178.45 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 total) | $ | 2,948,390.55 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 2,736,482.60 |
| 8. CURRENT PAYMENT DUE | $ | 211,907.95 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 1,390,180.45 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | $3,071.00 | |
| TOTALS | $3,071.00 | $0.00 |
| NET CHANGES by Change Order | $3,071.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _[signature]_

State of: Delaware    County of:
Subscribed and sworn to before me this ___ day
Notary Public: _[signature]_ March 12, 2005
My Commission Expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ................ $ 211,907.95

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _[signature]_  Date: 3-5-04

ARCHITECT:
By: _[signature]_  Date: 3-11-04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292

G702/CMa–1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

**TO OWNER:**
Indian River School District
31 Hoosier Street
Selbyville, DE

**PROJECT:**
Sussex Central High School

**APPLICATION NO:** 18

**PERIOD TO:** 03/25/04

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

**FROM CONTRACTOR:**
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

**VIA CONSTRUCTION MANAGER:**
EDiS Company

**PROJECT NO.:** 40211-01

**VIA ARCHITECT:**
Becker Morgan Group

**CONTRACT DATE:** 09/28/02

**CONTRACT FOR:** B-14 Mechanical, Plumbing & ATC

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| 2. Net change by Change Orders | $ 3,071.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,338,571.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 3,354,569.00 |
| 5. RETAINAGE: | |
| a. 5 % of Completed Work (Column D + E on G703) | |
| b. $ % of Stored Material (Column F on G703) | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ 167,728.45 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ 3,186,840.55 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 2,948,390.55 |
| 8. CURRENT PAYMENT DUE | $ 238,450.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 1,151,730.45 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | $3,071.00 | |
| **TOTALS** | $3,071.00 | $0.00 |
| NET CHANGES by Change Order | $3,071.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** McDaniel Plumbing & Heating

By: _[signature]_    Date: 3/25/04

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 25th day of March, 2005
Notary Public: _[signature]_ Christina W. Rapuano
My Commission expires: March 3rd 2004

CHRISTINA W. RAPUANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 3, 2005

_OK R.S._

## CERTIFICATE FOR PAYMENT

**AMOUNT CERTIFIED** $ 238,450.00

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

CONSTRUCTION MANAGER:
By: _[signature]_    Date: 4/5/04

ARCHITECT:
By: _[signature]_    Date: 4.7.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292    G702/CMa–1992

RECEIVED
MAR 30 2004
EDiS

RECEIVED
MAR 29 2004
EDiS

RECEIVED
APR 19 2004
BY:

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

**Distribution to:**
- ☐ OWNER
- ☐ CONSTRUCTION MANAGER
- ☐ MANAGER
- ☐ ARCHITECT
- ☐ CONTRACTOR

6

TO OWNER: Indian River School District
31 Hoosier Street
Shelbyville, DE

FROM CONTRACTOR: McDaniel Plumbing & Heating
1605 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT: Sussex Central High School

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT: EDiS Company
Becker Morgan Group

APPLICATION NO: 19
PERIOD TO: 04/25/04
PROJECT NO: 40211-01
CONTRACT DATE: 09/28/02

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| Net change by Change Orders | $ 11,588.00 |
| CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,347,088.00 ~~4,223,000.00~~ |
| TOTAL COMPLETED & STORED TO DATE | $ 3,514,169 |
| (Column G on G703) | |
| RETAINAGE: | |
| a. 5 % of Completed Work | $ 175,708.45 ~~175,128.45~~ |
| (Column D + E on G703) | |
| b. 5 % of Stored Material | $ |
| (Column F on G703) | |
| Total Retainage (Lines 5a + 5b or | $ 175,708.45 |
| Total in Column I of G703) | |
| TOTAL EARNED LESS RETAINAGE | $ 3,334,460.55 ~~3,347,048.55~~ |
| (Line 4 less Line 5 Total) | |
| LESS PREVIOUS CERTIFICATES FOR | $ 3,186,840.55 |
| PAYMENT (Line 6 from prior Certificate) | |
| CURRENT PAYMENT DUE | $ 151,620.00 ~~147,620.00~~ |
| BALANCE TO FINISH, INCLUDING RETAINAGE | $ 1,012,627.45 ~~1,000,047.45~~ |
| (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $3,071.00 | $1,000.00 |
| Total approved this Month | $9,517.00 | |
| TOTALS | $12,588.00 | $1,000.00 |
| NET CHANGES by Change Order | $11,588.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _[signature] Matthew Carmen_   Date: 4/28/04

State of: Delaware   County of: New Castle
Subscribed and sworn to before me this 28th
day of March _2005_
Notary Public: _[signature] Christine A. Bruno_
My Commission expires: _[handwritten]_

## CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED . . . . . . . . . $ 151,620.00

*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:
By: _[signature]_   Date:

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

ARCHITECT:
By: _[signature]_   Date: 12 MAY 04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

_[stamp]_ RECEIVED MAY 24 2004 BY: _[X]_

AIA DOCUMENT G702/CMa • APPLICATION AND CERTIFICATION FOR PAYMENT • CONSTRUCTION MANAGER-ADVISER EDITION • 1992 EDITION • AIA® • © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE, N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
### AIA DOCUMENT G702/CMa

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd.
New Castle, DE 19720

CONTRACT FOR: R-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:

VIA ARCHITECT:

APPLICATION NO: 20

PERIOD TO: 05/27/04

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR
CONTRACT DATE: ...

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,315,500.00 |
| 2. Net change by Change Orders | $ 11,588.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,347,088.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 3,642,169.00 |
| 5. RETAINAGE: | |
|   a. ___ % of Completed Work (Column D + E on G703) | $ 182,108.45 |
|   b. ___ % of Stored Material (Column F on G703) | $ |
|   Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 182,108.45 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ 3,460,060.55 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 3,338,460.55 |
| 8. CURRENT PAYMENT DUE | $ 121,600.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 887,027.45 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $3,071.00 | $1,000.00 |
| Total approved this Month | $9,517.00 | |
| TOTALS | $12,588.00 | $1,000.00 |
| NET CHANGES by Change Order | $11,588.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: EDiS Company
Becker Morgan Group

By: _____ Date: _____

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this ___ day of ___
Notary Public: _____
My Commission Expires: _____

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ 121,600.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _____ Date: _____
ARCHITECT:
By: _____ Date: 6.15.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa APPLICATION AND CERTIFICATE FOR PAYMENT CONSTRUCTION MANAGER-ADVISER EDITION 1992 EDITION AIA® © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON DC 20006-5292

G702/CMa-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
VIA ARCHITECT:

APPLICATION NO: 21

PERIOD TO: 06/25/04

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

RECEIVED JUL 2 2004 EDIS

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,335,500.00 |
| 2. Net change by Change Orders | | 14,971.00 |
| 3. CONTRACT SUM TO DATE (Line 1 & 2) | $ | 4,350,471.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,852,552.00 |
| 5. RETAINAGE: | | |
| a. 5 % of Completed Work (Column D + E on G703) | $ | 192,627.60 |
| b. 5 % of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 192,627.60 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ | 3,659,924.40 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | ~~3,468,040.55~~ 3,468,040.55 |
| 8. CURRENT PAYMENT DUE | $ | ~~191,883.85~~ 191,883.85 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 690,546.60 |

OK as, $191,883.85

### CHANGE ORDER SUMMARY

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $12,588.00 | $1,000.00 |
| Total approved this Month | $3,383.00 | |
| TOTALS | $15,971.00 | $1,000.00 |
| NET CHANGES by Change Order | $14,971.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _____ Date: 06/25/04

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 25th day of _____
Notary Public: _____
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

EDIS Company
Becker Morgan Group

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . $ 191,883.85

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _____ Date: _____

ARCHITECT:
By: _____ Date: 7.16.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.


RECEIVED JUL 14 2005

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATE FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE, N.W., WASHINGTON, DC 20006-5292

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
Becker Morgan Group

VIA ARCHITECT:
EDiS Company

| | |
|---|---|
| APPLICATION NO: | 22 |
| PERIOD TO: | 07/23/04 |
| PROJECT NO: | 4021l-01 |
| CONTRACT DATE: | 09/28/02 |

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,335,500.00 |
| 2. Net change by Change Orders | $ | 14,971.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 4,350,471.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,948,652.00 |
| 5. RETAINAGE: | | |
| a.  5 % of Completed Work (Column D + E on G703) | $ | 197,432.60 |
| b.  5 % of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | 197,432.60 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ | 3,751,219.40 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 3,659,924.40 |
| 8. CURRENT PAYMENT DUE | $ | 91,295.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 599,251.60 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $12,588.00 | $1,000.00 |
| Total approved this Month | $3,383.00 | |
| TOTALS | $15,971.00 | $1,000.00 |
| NET CHANGES by Change Order | $14,971.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _[signature]_ Date: 7/23/04

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 23rd day of July 2005
Notary Public: _[signature]_ Christine M. Parziano
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ 91,295.00
*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:
By: _[signature]_ Date: 7/26/04

ARCHITECT:
By: _[signature]_ Date: 7/27/04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CK
R.S.






FILE

RECEIVED
JUL 27 2004
BY: _____

APPROVED

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1745 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

AIA DOCUMENT G702/CMa

# APPLICATION AND CERTIFICATE FOR PAYMENT

CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF THREE    PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

PROJECT:
Sussex Central High School

APPLICATION NO: 23R

PERIOD TO: 07/30/04

Distribution to:
☐ OWNER
☐ CONSTRUCTION
☐ MANAGER
☐ ARCHITECT
☐ CONTRACTOR

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

VIA CONSTRUCTION MANAGER:
EDiS Company

VIA ARCHITECT:
Becker Morgan Group

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| 2. Net change by Change Orders | $ 14,971.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,350,471.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 4,153,540.00 |
| 5. RETAINAGE: | |
| a. 5 % of Completed Work (Column D + E on G703) | $ 207,677.00 |
| b. 5 % of Stored Material (Column F on G703) | $ — |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ 207,677.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 total) | 3,945,863.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | 3,743,239.40 |
| 8. CURRENT PAYMENT DUE | $ 202,623.60 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | 404,608.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $12,588.00 | $1,000.00 |
| Total approved this Month | $3,383.00 | |
| TOTALS | $15,971.00 | $1,000.00 |
| NET CHANGES by Change Order | $14,971.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _William H. McDaniel (signature)_    Date:

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 6th day of Oct.
Notary Public: _Christina M. Capriano (signature)_
My Commission Expires: March 17, 2006



CHRISTINA M. CAPRIANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 17, 2006

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . $ 202,623.60
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:
By: _(signature)_    Date: 8/11/04

ARCHITECT:
By: _(signature)_    Date: 8.13.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION
MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W., WASHINGTON, DC 20006-5292

FILE

RECEIVED
AUG 13 2004

APPROVED
BY:

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

**CONSTRUCTION MANAGER-ADVISER EDITION**

PAGE ONE OF THREE   PAGES

TO OWNER:
Indian River School District
31 Hoosier Street
Selbyville, DE

FROM CONTRACTOR:
McDaniel Plumbing & Heating
205 Old Churchmans Rd
New Castle, DE 19720

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

PROJECT:
Sussex Central High School

VIA CONSTRUCTION MANAGER:
Becker Morgan Group

VIA ARCHITECT:

APPLICATION NO: 24

PERIOD TO: 08/31/04

PROJECT NO: 40211-01

CONTRACT DATE: 09/28/02

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 4,335,500.00 |
| 2. Net change by Change Orders | $ 14,971.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 4,350,471.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 4,265,540.00 |
| (Column G on G703) | |
| 5. RETAINAGE: | |
| a. 5 % of Completed Work | $ 213,277.00 |
| (Column D + E on G703) | |
| b. 5 % of Stored Material | $ |
| (Column F on G703) | |
| Total Retainage (Lines 5a + 5b or | |
| Total in Column 1 of G703) | $ 213,277.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ 4,052,263.00 |
| (Line 4 less Line 5 total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR | $ 3,945,863.00 |
| PAYMENT (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE | $ 106,400.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ 298,208.00 |
| (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $12,588.00 | $1,000.00 |
| Total approved this Month | $3,383.00 | |
| TOTALS | $15,971.00 | $1,000.00 |
| NET CHANGES by Change Order | $14,971.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _____   Date: _____

State of: Delaware   County of: New Castle
Subscribed and sworn to before me this 31st
day of August 2005
Notary Public: Christina M. Kapuano
My Commission expires: March 17, 2005

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $ 106,400.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)

CONSTRUCTION MANAGER:

By: _____   Date: 9/13/04

ARCHITECT:

By: _____   Date: 9/15/04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

G702/CMa-1992

CHRISTINA M. KAPUANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 17, 2005