# EXHIBIT B

Case 1:05-cv-00858-JJF   Document 91-5   Filed 09/28/2007   Page 2 of 2

RII Insurance Company v Indian River School District, et al.          Brad A. Hastings, 05/02/07

Page 21

```
 1      A.   Similar process and we were selected
 2   at that time to do that as well, yes.
 3      Q.   What specifically, specifically what
 4   were you selected to do, you being Becker
 5   Morgan?
 6      A.   To provide the renovations to a
 7   number of existing schools as well as design
 8   for the two new high schools.
 9      Q.   Do you recall approximately when
10   that took place, when the selection and when
11   that was put to contract?
12      A.   I would say 2000.
13      Q.   So they re-requested your
14   qualifications in that context?
15      A.   Yes, sir.
16      Q.   And selected your firm.
17      A.   Yes, sir.
18      Q.   Out of perhaps some others.
19      A.   That's correct.
20      Q.   And that was to design renovations
21   for some of the existing schools and to
22   design two new structures to be two new high
23   schools.
24      A.   Yes, sir.
```