# EXHIBIT C

Case 1:05-cv-00858-JJF   Document 91-6   Filed 09/28/2007   Page 2 of 4

RLI Insurance Company v. Indian River School District, et al.                    Theodore H. Dwyer, Jr., 05/30/07

Page 48

1  if I'm wrong, that as a result of the process
2  that you've described up to now, there was no
3  general contractor that was hired for this
4  project; instead, there was construction
5  management and there were several, I guess I
6  would call them large subcontracts let to, in
7  combination to build the school; is that --
8      A.   Generally speaking, there was a
9  separate construction manager; there was no
10 general contractor.  There were multiple
11 trade contractors who are primes; they have
12 contracts directly with the school district.
13     Q.   Prime was the word I was searching
14 for.
15          How many primes were there on
16 Sussex Central?
17     A.   I don't remember, but it was about
18 20.
19     Q.   And tell me about your company's
20 role in soliciting or reviewing bids from
21 those primes for Sussex Central.
22     A.   Well, what we do specifically is
23 described them in the contract.  But what we
24 do is, in general, we take the documents from

1   the architects and engineers, put the
2   documents out to bid using the public bid
3   process, open the bids publicly and then
4   recommend award of contracts to the owner.
5            Before we recommend an award we
6   have a bid review meeting.  There are
7   limitations of what you can do in a bid
8   review meeting when you're doing public work
9   because you're basically required to take the
10  low bidder.  If the low bidder can
11  demonstrate that he has a history of doing
12  the kind of work that he's bidding on and he
13  can provide a bond and if he can do those two
14  things and there's no reason for him not to
15  be awarded the contract because of
16  nonperformance in the past, then he gets the
17  job.
18       Q.   Now, let's talk about the mechanical
19  contract, the mechanical prime contract here.
20            Do you recall how many
21  qualified contractors bid for that piece of
22  the Sussex Central project?
23       A.   I don't.
24       Q.   McDaniel Plumbing & Heating was

1  ultimately awarded the prime contract for
2  mechanical work on Sussex Central; is that
3  correct?
4       A.   That's correct.
5       Q.   Now, the bid review meeting, you've
6  told me a little bit about that and you've
7  told me about there being certain limitations
8  because of this being a public works
9  project.  But within those limitations, what
10 took place at the bid review meeting for the
11 mechanical prime contractor?
12      A.   I don't know.
13      Q.   Were you at it?
14      A.   No.  I don't even know if we had one
15 to be honest with you.
16      Q.   Okay.  What was your personal role
17 in the Sussex Central project at the outset?
18           You signed the contract,
19 correct?
20      A.   Yes.
21      Q.   Did you put together the proposal?
22      A.   Part of the presentation, yes.
23      Q.   How many other people -- you were
24 the president of the company at the time.