IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**DEFENDANT, BECKER MORGAN GROUP, INC.'S
CERTIFICATION THAT NO MATERIAL FACT SUPPORTING ITS MOTION FOR
SUMMARY JUDGMENT IS IN DISPUTE**

I, Patrick McGrory, Esq., as counsel for Defendant, Becker Morgan Group, Inc., hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of the foregoing motion for summary judgment.

TIGHE & COTTRELL, P.A.

By: /s/ Patrick McGrory
Paul Cottrell, Esquire (DE # 2391)
Patrick McGrory, Esq. (DE # 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.mcgrory@tighecottrell.com

Dated: September 28, 2007