112106

# Harry R. Blackburn
## & Associates, P.C.   Attorneys at Law

November 20, 2006

*Michael J. Acosta**

*Of Counsel*
*Federico Calaf-LeGrand~*

**Also Admitted in NJ*

*~Admitted Only in PR*

**Via Facsimile & First Class Mail**
K. Gerard Amadio, Esquire
Venzie, Phillips and Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

*Direct Dial*
*Ext. 110*
*email: macosta@hrblackburn.com*

Re:   **RLI Insurance Company**
      **v. Indian River School District, et al.**
      **United District Court for the District of Delaware**
      **Civil Action No. 1:05-cv-00858-JJF**

|  |  |
|---|---|
| Principal: | McDaniel Plumbing & Heating |
| Projects: | Indian River School District |
| Your File Nos: | 163615 |
| Our File No.: | 729.004 |

Dear Mr. Amadio:

Pursuant to our conversation last week, please allow this correspondence to provide you with a breakdown of RLI's damages incurred as a result of the above captioned litigation.

<u>Damages</u>

| | |
|---|---|
| Paid Completion Costs | $147,042.00 |
| Investigation Costs | $76,138.32.00 |
| Overpayment | $366,049.00 |
| Contract Balance | $308,608.00 |
| TOTAL DAMAGES CLAIMED | $897,837.32 |

This figure represents the amount of RLI's damages contained in their Initial Disclosure of August 31, 2006. Additionally, this amount does not include the interest as well any

1528 Walnut Street, 9th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
208 Kings Highway South, Cherry Hill, New Jersey 08034 (856) 795-5758 Fax: (856) 428-1255
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
5160 N. Harbor City Blvd, Melbourne, Florida 32940 (321) 751-8100 Fax: (321) 751-8104

Harry R. Blackburn
   & Associates, P.C.

*K. Gerard Amadio, Esquire*
*November 20, 2006*
*Page 2*

---

additional costs incurred since August 31, 2006.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

MICHAEL J. ACOSTA

MJA/cs

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\Amadio, K. 11-20-06.wpd