# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | C.A. No. 05-858 |
| Plaintiff, ) | |
| v. ) | JURY TRIAL DEMANDED |
| INDIAN RIVER SCHOOL DISTRICT, ) EDIS COMPANY, and ) BECKER MORGAN GROUP, INC., ) | |
| Defendants. ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of defendant Indian River School District's motion in limine to motion in limine to strike plaintiff's expert report and exclude testimony, and the responses thereto, it is hereby ORDERED that:

1. the motion be, and hereby is, GRANTED.

2. the expert report served by plaintiff RLI Insurance Company and prepared by Progressive Construction Management, Inc. is hereby stricken and the expert who prepared the report is precluded from testifying at trial

_____
J.

1