# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S
## CERTIFICATE OF SERVICE

I, James S. Green, Esquire, hereby certify that on this 15th day of October, 2007, I electronically filed the Motion in Limine to Strike Expert Report and Exclude Testimony (with exhibits), proposed form of Order, Brief in Support of Motion with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ James S. Green
**JAMES S. GREEN, ESQ. (DE0481)**