IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff : | |
| vs. : | CIVIL ACTION |
| : | |
| INDIAN RIVER SCHOOL DISTRICT : | NO. : 05-858 |
| *et al.* : | |
| Defendants : | |

ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the Motion for Summary Judgement of Indian River School District and Plaintiff's Response thereto, it is hereby **ORDERED** that:

1. Partial Summary Judgment on Count I of RLI's Complaint is **DENIED** and the allegations set forth by RLI against Indian River School District in Count I may be pursued at trial;

2. Summary Judgment on Counts II and III of RLI's Complaint is **GRANTED** and judgment is entered in favor of Indian River School District and against RLI.

_____
J.