**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | NO. 05-858 |
| : | |
| INDIAN RIVER SCHOOL DISTRICT, : | |
| EDiS COMPANY and : | JURY TRIAL DEMAND |
| BECKER MORGAN GROUP, INC. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on October 18, 2007, I electronically filed the foregoing Plaintiff RLI Insurance Company's Reply Brief in Response to Defendant, Indian River School District's, Motion for Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below.

>Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
>p.cottrell@tighecottrell.com
>*Attorney for Becker Morgan Group, Inc.*
>
>Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
>dlogan@loganllc.com
>*Attorney for EDiS Company*
>
>James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
>jgreen@svglaw.com
>*Attorney for Indian River School District*

>  /s/ Perry F. Goldlust
>**PERRY F. GOLDLUST, ESQUIRE**
>*Attorney for Plaintiff, RLI Insurance Company*

Dated: October 18, 2007

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Summary Judgment\Response to IRSD\Certificate of Service.wpd