# EXHIBIT B



Your Total Project Solution

EDiS Company
110 South Poplar Street
Suite 400
P.O. Box 2697
Wilmington, DE 19805-0697

Tel. (302) 421-5700
Fax. (302) 421-5715

www.EDiSCompany.com

30 April 2004

Mr. William McDaniel
McDaniel Plumbing & Heating, Inc.
205D Old Churchmans Road
New Castle, Delaware 19720

Re: Sussex Central High School
    Outstanding Issues Delaying Work 3rd Notice

Dear Mr. McDaniel:

References:
a. EDiS Company Letter to McDaniel Plumbing & Heating, Subject: Outstanding Issues Delaying Work, dated 18 March 2004.
b. EDiS Company Letter to McDaniel Plumbing & Heating, Subject: Outstanding Issues Delaying Work 2nd Notice, dated 6 April 2004.
c. EDiS Company Letter to McDaniel Plumbing & Heating, Subject: Missing Items in Mechanical Room, dated 14 April 2004.
d. EDiS Company Letter to McDaniel Plumbing & Heating, Subject: Areas 'C', 'D' & 'E" Above Ceiling Inspections, dated 23 April 2004.

This letter is notification that we consider your attempt to regain the schedule to be unsatisfactory. Referenced above is some correspondence that we have sent you regarding your inability to complete your contract work in a timely manner. We have repeatedly discussed in the progress meetings, on the telephone and on-site the need for you to increase your work force to regain the schedule.

You must take immediate action to complete your work and regain the schedule. This includes providing additional manpower, more materials, and working overtime or weekends. Your priorities of work must be coordinated with the project sequence of activities.

You will be held responsible for any damages caused by your inability or reluctance to complete your work. This will include, but not be limited to, any and all temporary mechanical systems needed to protect the completed work and to open the building on time.

EXHIBIT
McDaniel 17
PENGAD-Bayonne, N.J.

2 of 2

A copy of this letter is being forwarded to your bonding company. Until you show significant improvement in the completion of your work we are going to hold an additional 5 percent retainage from your payment applications.

Sincerely,

Christian J. McCone
Project Manager

cc:
IRSD, Mr. Greg Weer
EDiS, Mr. Theodore Dwyer
EDiS, Mr. Ernie Luoto
Mr. Don Logan, Esq.
RLI Insurance Company
File