# EXHIBIT D

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
 2                         - - -

 3   RLI INSURANCE COMPANY,   :  CIVIL ACTION

 4            Plaintiff
                                 :
 5
         vs.
 6                               :
     INDIAN RIVER SCHOOL
 7   DISTRICT and EDiS
     COMPANY and BECKER          :
 8   MORGAN GROUP, INC.,

 9            Defendants    :   NO. 05-858

10
                             - - -
11
              Oral deposition of PATRICK C.
12
     MILLER, taken at the law offices of Seitz,
13
     Van Ogtrop & Green, P.A., 222 Delware Avenue,
14
     Suite 1500, Wilmington, Delaware, on Tuesday,
15
     March 27, 2007, at 10:15 a.m., before Karyn
16
     M. Geftman, a Registered Professional
17
     Reporter, an Approved Reporter of the United
18
     States District Court, pursuant to notice.
19

20

21
                KARYN M. GEFTMAN & ASSOCIATES
22            Registered Professional Reporters
                Certified Court Reporters (NJ)
23                     837 Margo Lane
              Penn Valley, Pennsylvania  19072
24            610-608-1040    610-747-0412 fax
                     karynrpr@comcast.net
```

Patrick C. Miller

1  A.   Yes.
2  Q.   Do you recall being notified in this
3  particular instance that RLI was requesting
4  that Indian River cease making payments to
5  McDaniel?
6  A.   No.
7  Q.   That was never --
8  A.   I don't ever recall that even today
9  being a statement from them.
10 Q.   So as we sit here today you have no
11 recollection of anyone ever telling you that
12 RLI had requested that Indian River not make
13 any further payments to Mr. McDaniel or to
14 his company.
15 A.   That's correct.
16 Q.   I'm going to show you what was
17 marked at Mr. Weer's deposition as Weer-25.
18 That's the buildings and grounds meeting
19 minutes from October 11th of 2004.
20      Can you take a look at that.
21 A.   Okay.
22 Q.   Have you seen that before?
23 A.   Yes.
24 Q.   Were you in attendance at that

Patrick C. Miller

```
 1   form.
 2       A.   Yes, sir.
 3   BY MR. SHIELDS:
 4       Q.   And have you done that on occasion
 5   in the course of your tenure?
 6       A.   Yes, sir.
 7       Q.   So if it had been reported to you
 8   that RLI had asked the school district to
 9   stop paying McDaniel, you would have stopped
10   paying McDaniel subject to further direction?
11           MR. AMADIO:   Objection to
12   form.
13       A.   Yes, sir.
14   BY MR. SHIELDS:
15       Q.   And you were not told that that was
16   -- by anyone?
17           MR. AMADIO:   Objection to
18   form.
19       A.   I do not have any recollection to
20   that.
21   BY MR. SHIELDS:
22       Q.   I'll rephrase the question.
23       A.   I have no awareness of that.
24       Q.   Did anyone from EDiS ever tell you
```

```
 1   that the bonding company had requested or
 2   directed that McDaniel not be paid after any
 3   point in time?
 4                   MR. AMADIO:  Objection to
 5   form.
 6       A.   No, sir.
 7   BY MR. SHIELDS:
 8       Q.   Did anyone from Becker Morgan ever
 9   tell you that?
10                   MR. AMADIO:  Objection to
11   form.
12       A.   Not that I'm aware of.
13   BY MR. SHIELDS:
14       Q.   As we sit here today neither EDiS
15   nor Becker Morgan has been paid since October
16   of 2004 for their work on Sussex Central; is
17   that correct?
18       A.   That is correct.
19       Q.   Are you aware of any agreement
20   between the school district and Becker Morgan
21   relating to the status of that payment, those
22   payments?
23       A.   No, sir.
24       Q.   Are you aware of any reservation of
```