# EXHIBIT E

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702/CMa*

CONSTRUCTION MANAGER-ADVISER EDITION

PAGE ONE OF THREE PAGES

TO OWNER: Indian River School District, 31 Hoosier Street, Selbyville, DE

PROJECT: Sussex Central High School

APPLICATION NO: 24

Distribution to:
☐ OWNER
☐ CONSTRUCTION MANAGER
☐ ARCHITECT
☑ CONTRACTOR

FROM CONTRACTOR: McDaniel Plumbing & Heating, 205 Old Churchmans Rd, New Castle, DE 19720

PERIOD TO: 08/31/04

PROJECT NO: 40211-04

CONTRACT DATE: 09/28/02

CONTRACT FOR: B-14 Mechanical, Plumbing & ATC

VIA CONSTRUCTION MANAGER: EDiS Company
VIA ARCHITECT: Becker Morgan Group

RECEIVED SEP 08 2004 EDiS

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................... $ 4,313,500.00
2. Net change by Change Orders ........................... $ 74,971.00 [?]
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................ $ 4,388,471.00
4. TOTAL COMPLETED & STORED TO DATE
   (Column G on G703) ........................................ $ 4,265,540.00
5. RETAINAGE:
   a. 5 % of Completed Work
      (Column D + E on G703)
   b. 5 % of Stored Material
      (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) .............................. $ 213,277.00
6. TOTAL EARNED LESS RETAINAGE .................. $ 4,052,263.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) .......... $ 3,945,863.00
8. CURRENT PAYMENT DUE ................................. $ 106,400.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE .. $ 298,208.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $12,588.00 | $1,000.00 |
| Total approved this Month | $2,383.00 | |
| TOTALS | $15,971.00 | $1,000.00 |
| NET CHANGES by Change Order | $14,971.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: McDaniel Plumbing & Heating

By: _____ Date: _____

State of: Delaware    County of: New Castle
Subscribed and sworn to before me this 31st day of August 2005
Notary Public: Christina F. Rapuano
My Commission expires: March 17, 2006

CHRISTINA M. RAPUANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission expires March 17, 2006

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Construction Manager and Architect certify to the Owner that to the best of their knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ....................................... $ 106,400.00
*(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that changed to conform to the amount certified.)*

CONSTRUCTION MANAGER:
By: _____ Date: 9/13/04

ARCHITECT:
By: _____ Date: 9.15.04

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702/CMa · APPLICATION AND CERTIFICATION FOR PAYMENT · CONSTRUCTION MANAGER-ADVISER EDITION · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

EXHIBIT [stamp] 3/21/06

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE 2 OF 3 PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 24
APPLICATION DATE: 08/31/04
PERIOD TO: 08/31/04
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | Mobilization | $60,000.00 | $60,000.00 | | | $60,000.00 | 100.00% | | $3,000.00 |
| | Bond | $55,000.00 | $55,000.00 | | | $55,000.00 | 100.00% | | $2,750.00 |
| | Sanitary U/G | $140,000.00 | $140,000.00 | | | $140,000.00 | 100.00% | | $7,000.00 |
| | Sanitary A/G | $210,000.00 | $210,000.00 | | | $210,000.00 | 100.00% | | $10,500.00 |
| | Storm U/G | $95,000.00 | $95,000.00 | | | $95,000.00 | 100.00% | | $4,750.00 |
| | Storm A/G | $83,000.00 | $83,000.00 | | | $83,000.00 | 100.00% | | $4,150.00 |
| | Domestic A/G | $180,000.00 | $180,000.00 | | | $180,000.00 | 100.00% | | $9,000.00 |
| | Gas Piping | $36,000.00 | $36,000.00 | | | $36,000.00 | 100.00% | | $1,800.00 |
| | Fuel Oil Piping | $8,000.00 | $8,000.00 | | | $8,000.00 | 100.00% | | $400.00 |
| | Chilled Water Piping | $400,000.00 | $395,000.00 | $5,000.00 | | $400,000.00 | 100.00% | | $20,000.00 |
| | Fixtures | $290,000.00 | $280,000.00 | $10,000.00 | | $290,000.00 | 100.00% | | $14,500.00 |
| | HVAC Equipment | $660,000.00 | $660,000.00 | | | $660,000.00 | 100.00% | | $33,000.00 |
| | GRDs | $23,000.00 | $20,000.00 | $3,000.00 | | $23,000.00 | 100.00% | | $1,150.00 |
| | Water Storage Tank | $80,000.00 | $75,000.00 | $5,000.00 | | $80,000.00 | 100.00% | | $4,000.00 |
| | Fire Dampers | $10,000.00 | $10,000.00 | | | $10,000.00 | 100.00% | | $500.00 |
| | Louvers | $15,000.00 | $15,000.00 | | | $15,000.00 | 100.00% | | $750.00 |
| | Exhaust Fan | $115,000.00 | $115,000.00 | | | $115,000.00 | 100.00% | | $5,750.00 |
| | Dust Collectors | $12,000.00 | $9,000.00 | $3,000.00 | | $12,000.00 | 100.00% | | $600.00 |
| | Engine & Welding Duct | $18,500.00 | | $18,500.00 | | $18,500.00 | 100.00% | | $925.00 |
| | Water Heaters | $30,000.00 | $30,000.00 | | | $30,000.00 | 100.00% | | $1,500.00 |
| | Boiler Breeching | $12,000.00 | $12,000.00 | | | $12,000.00 | 100.00% | | $600.00 |
| | Boilers | $95,000.00 | $93,000.00 | $2,000.00 | | $95,000.00 | 100.00% | | $4,750.00 |
| | Fuel Oil Pumps | $5,000.00 | $5,000.00 | | | $5,000.00 | 100.00% | | $250.00 |
| | Fuel Oil Tank | $26,000.00 | $26,000.00 | | | $26,000.00 | 100.00% | | $1,300.00 |
| | Pumps - Heating/Cooling | $54,000.00 | $54,000.00 | | | $54,000.00 | 100.00% | | $2,700.00 |
| | Pumps - Wells | $55,000.00 | $55,000.00 | | | $55,000.00 | 100.00% | | $2,750.00 |
| | Air Compressor & Filters | $12,000.00 | $6,000.00 | $6,000.00 | | $12,000.00 | 100.00% | | $600.00 |
| | Grease Trap | $3,500.00 | $3,500.00 | | | $3,500.00 | 100.00% | | $175.00 |
| | Glycol | $17,500.00 | | $17,500.00 | | $17,500.00 | 100.00% | | $875.00 |
| | Gas Accessories | $22,000.00 | $22,000.00 | | | $22,000.00 | 100.00% | | $1,100.00 |
| | Booster Pump | $15,000.00 | $15,000.00 | | | $15,000.00 | 100.00% | | $750.00 |

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292

G703-1992

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE 2 OF 3 PAGES

IA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
contractor's signed certification is attached.
I tabulations below, amounts are stated to the nearest dollar.
se Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 24
APPLICATION DATE: 08/31/04
PERIOD TO: 08/31/04
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | Balance Valves | $8,000.00 | $8,000.00 | | | $8,000.00 | 100.00% | | $400.00 |
| | Kitchen | $10,000.00 | $10,000.00 | | | $10,000.00 | 100.00% | | $500.00 |
| | Allowance | $10,000.00 | $6,269.00 | | | $6,269.00 | 62.69% | $3,731.00 | $313.45 |
| | Man Hour (840) Allowance | $14,500.00 | $4,000.00 | | | $4,000.00 | 27.59% | $10,500.00 | $200.00 |
| | Ductwork | $440,000.00 | $426,400.00 | $13,600.00 | | $440,000.00 | 100.00% | | $22,000.00 |
| | Welded Duct | $7,000.00 | $7,000.00 | | | $7,000.00 | 100.00% | | $350.00 |
| | Insulation | $265,000.00 | $254,200.00 | $10,800.00 | | $265,000.00 | 100.00% | | $13,250.00 |
| | Water Treatment | $216,100.00 | $216,100.00 | | | $216,100.00 | 100.00% | | $10,805.00 |
| | Spiral Duct | $39,000.00 | $39,000.00 | | | $39,000.00 | 100.00% | | $1,950.00 |
| | Pump House | $17,000.00 | $17,000.00 | | | $17,000.00 | 100.00% | | $850.00 |
| | ATC | $320,000.00 | $303,000.00 | | | $303,000.00 | 94.69% | $17,000.00 | $15,150.00 |
| | A/G Gas & Fuel Oil | $5,000.00 | $5,000.00 | | | $5,000.00 | 100.00% | | $250.00 |
| | Concrete Pads | $9,000.00 | $9,000.00 | | | $9,000.00 | 100.00% | | $450.00 |
| | Testing, Adjusting & Balancing | $69,000.00 | | $17,600.00 | | $17,600.00 | 25.51% | $51,400.00 | $880.00 |
| | Excavation | $16,500.00 | $16,500.00 | | | $16,500.00 | 100.00% | | $825.00 |
| | O&M Manuals | $1,200.00 | | | | $0.00 | 0.00% | $1,200.00 | $0.00 |
| | As-Built Drawings | $4,200.00 | $2,100.00 | | | $2,100.00 | 50.00% | $2,100.00 | $105.00 |
| | Alternate #1 - Auxiliary Gym | $33,000.00 | $33,000.00 | | | $33,000.00 | 100.00% | | $1,650.00 |
| | Alternate #2 - Storage Area | $4,500.00 | $4,500.00 | | | $4,500.00 | 100.00% | | $225.00 |
| | Alternate #3 - Classrooms | $9,000.00 | $9,000.00 | | | $9,000.00 | 100.00% | | $450.00 |
| | CO#1 Fume Hood Services | $2,300.00 | $2,300.00 | | | $2,300.00 | 100.00% | | $115.00 |
| | CO#2 Add Intialheater Rm F138 | $771.00 | $771.00 | | | $771.00 | 100.00% | | $38.55 |
| | CO#3 Delete (4) L-11 fixtures | ($1,000.00) | | | | | 0.00% | ($1,000.00) | $0.00 |
| | CO#4 Wellness Center | $9,517.00 | $9,517.00 | | | $9,517.00 | 100.00% | | $475.85 |
| | CO#5 Overflow nozzles | $3,383.00 | $3,383.00 | | | $3,383.00 | 100.00% | | $169.15 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | GRAND TOTALS | $4,350,471.00 | $4,153,540.00 | $112,000.00 | $0.00 | $4,265,540.00 | 98.05% | $84,931.00 | $213,277.00 |

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-6292

G703-1992