IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY** : | |
| : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| vs. : | **NO. 05-858** |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDiS COMPANY and** : | **JURY TRIAL DEMAND** |
| **BECKER MORGAN GROUP, INC.** : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, the Court, having considered *Defendant Becker Morgan Group, Inc.'s Motion for Summary Judgment* and Plaintiff RLI Insurance Company's response thereto, does hereby FIND and ORDER;

Summary judgment is DENIED.

_____
The Honorable Joseph J. Farnan, Jr.

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Summary Judgment\Opposition to Motions of EDIS and BK\Order - Becker Morgan.wpd