**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **vs.** | : | **NO. 05-858** |
| | : | |
| **INDIAN RIVER SCHOOL DISTRICT,** | : | |
| **EDiS COMPANY and** | : | **JURY TRIAL DEMAND** |
| **BECKER MORGAN GROUP, INC.** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on October 18, 2007, I electronically filed

the foregoing Plaintiff RLI Insurance Company's Combined Answering Brief in Opposition to the

Motions for Summary Judgment of Defendants EDiS Company and Becker Morgan Group, Inc.

with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of

record listed below.

> Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
> p.cottrell@tighecottrell.com
> *Attorney for Becker Morgan Group, Inc.*
>
> Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
> dlogan@loganllc.com
> *Attorney for EDiS Company*
>
> James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
> jgreen@svglaw.com
> *Attorney for Indian River School District*

> /s/ Perry F. Goldlust
> **PERRY F. GOLDLUST, ESQUIRE**

Dated: October 18, 2007                          *Attorney for Plaintiff, RLI Insurance Company*

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Summary Judgment\Opposition to Motions of EDIS and BK\Certificate of Service.wpd