IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION |
| : | NO. 05-858 |
| INDIAN RIVER SCHOOL DISTRICT : | |
| and : | |
| EDiS COMPANY : | JURY TRIAL DEMAND |
| and : | |
| BECKER MORGAN GROUP, INC. : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of Indian River School District's Motion in Limine to strike the expert report of Progressive Construction Management, Inc. and to preclude the testimony of Damian Cassin at trial, as well as Plaintiff RLI Insurance Company's Answer thereto, it is hereby **ORDERED** that said Motion is **DENIED** without prejudice.

It is further **ORDERED** that RLI Insurance Company is to provide Defendants with the information required under F.R.Civ.P. 26(a)(2)(A) within fifteen (15) days of the date of this Order. RLI Insurance Company is also to produce its expert witness, Damian Cassin, for deposition to be conducted pursuant to Rule 26(b)(4) upon notice by Defendants.

BY THE COURT:

_____
J.