# EXHIBIT A

**From:**       Elsie Louie
**To:**         dlogan@loganllc.com;  kamadio@venzie.com;  p.cottrell@tighecottrell.com;
pmcgrory@tighecottell.com;  vpetrone@loganllc.com
**Date:**       7/31/07 5:38PM
**Subject:**    RLI Insurance Co v. IRSD, et al., USDC, Dist of DE, Civil Action #1:05-cv-00858-JJF
(729.004)

Dear Counsel:

I have been instructed by Mr. Blackburn to forward the attached copy of the Report of Damian Cassin
(PCM) which is being submitted on behalf of RLI.  Please be advised that Mr. Baldassarre's report will be
forwarded to you later today.  Thank you.

Very truly yours,
Elsie Louie
Harry R. Blackburn & Associates
215-985-0123 x 101

This email transmission contains information from the law firm of
Harry R. Blackburn & Associates which is confidential and/or
legally privileged.  The information is intended only for the use of
the individual or entity to whom this email is addressed.  If you are
not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or the taking of any action in reliance on the contents
of this emailed information or any attachments thereto is strictly prohibited.
In this regard, if you have received this email in error, please notify us
by telephone immediately.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you
that any U.S. federal tax advice contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the
Internal Revenue Code or (b) promoting,
marketing or recommending to another party any transaction or matter


**CC:**         Harry Blackburn;  John Shields