IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| vs. | : | NO. 05-858 |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, | : | |
| and | : | |
| EDiS COMPANY | : | JURY TRIAL DEMAND |
| and | : | |
| BECKER MORGAN GROUP, INC. | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on October 25, 2007, I electronically filed the foregoing Plaintiff RLI Insurance Company's Response to Defendant Indian River School District's Motion in Limine to Strike Plaintiff's Expert Report and to Exclude Testimony with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

> James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
> jgreen@svglaw.com
> **_Attorney for Indian River School District_**
>
> Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
> p.cottrell@tighecottrell.com
> **_Attorney for Becker Morgan Group, Inc._**
>
> Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
> dlogan@loganllc.com
> **_Attorney for EDiS Company_**

                                        /s/ Perry F. Goldlust
                                   **PERRY F. GOLDLUST, ESQUIRE**
Dated: October 25, 2007            **_Attorney for Plaintiff RLI Insurance Company_**

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Motion in Limine\Answer to IRSD\Certificate of Service.wpd