IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858-JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

**MOTION TO JOIN DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S MOTION IN LIMINE TO STRIKE PLAINTIFF'S EXPERT REPORT AND EXCLUDE TESTIMONY**

Defendant, Becker Morgan Group, Inc., by and through their attorneys, move to join and adopt the Motion In Limine to Strike Plaintiff's Expert Report and Exclude Testimony filed by co-defendants, Indian River School District and respectfully moves this Honorable Court for an Order that the PCM Report be stricken, and that the expert who prepared the report be precluded from providing any testimony at trial.

**TIGHE & COTTRELL, P.A.**

/s/ Patrick McGrory
Paul Cottrell (DE ID No.: 2391)
Patrick McGrory (DE ID No.: 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@tighecottrell.com
*Attorneys for Becker Morgan Group, Inc.*

Dated: October 26, 2007