## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) |
| | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| INDIAN RIVER SCHOOL, DISTRICT, | ) |
| EDIS COMPANY, AND BECKER MORGAN | ) |
| GROUP, INC. | ) |
| Defendants. | ) |

### MOTION TO JOIN DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S MOTION IN LIMINE TO STRIKE PLAINTIFF'S EXPERT REPORT AND EXCLUDE TESTIMONY

Defendant, EDiS Company, by and through its attorneys, moves to join and adopt the Motion In Limine to Strike Plaintiff's Expert Report and Exclude Testimony filed by co-defendant, Indian River School District and respectfully moves this Honorable Court for an Order that the PCM Report be stricken, and that the expert who prepared the report be precluded from providing any testimony at trial.

LOGAN & ASSOCIATES, LLC

  /s/ Donald L. Logan
Donald L. Logan, Esquire (DE ID 2604)
Victoria K. Petrone, Esquire (DE ID 4210)
One Corporate Commons
100 W. Commons Blvd., Suite 300
New Castle, Delaware 19720
(302) 655-8000
(302) 655-8005 (fax)
Dlogan@loganllc.com
Vpetrone@loganllc.com
*Attorneys for EDiS Company*

Dated: October 26, 2007