**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

_____I, Donald L. Logan, Esquire, hereby certify that true and correct copies of the foregoing *Defendant EDiS Company's Reply Brief in Support of its Motion for Summary Judgment* were served on this 29th day of October 2007 upon the following as indicated below:

*By Electronic Filing*
Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

*By Electronic Filing*
James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

*By Electronic Filing*
Harry R. Blackburn, Esquire
Francine D. Wilensky, Esquire
Harry R. Blackburn & Associates, P.C.
1610 Spruce Street
Philadelphia, PA 19103
*Attorneys for Plaintiff RLI*

*By Electronic Filing*
Paul Cottrell, Esquire
Patrick R. McGrory, Esquire
Tighe & Cottrell, P.A.
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

*By First Class U.S. Mail, Postage Pre-paid*
Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

By:   /s/ Donald L. Logan
Donald L. Logan, Esquire (DE #2604)