**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **RLI INSURANCE COMPANY** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | **NO. 05-858** |
| vs. : | |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDiS COMPANY and** : | **JURY TRIAL DEMAND** |
| **BECKER MORGAN GROUP, INC.** : | |
| : | |
| **Defendants.** : | |

***ANSWERING MOTION OF PLAINTIFF, RLI INSURANCE COMPANY,***
***TO MOTIONS TO JOIN INDIAN RIVER SCHOOL DISTRICT'S MOTION***
***IN LIMINE OF EDiS COMPANY AND BECKER MORGAN GROUP, INC.***

Plaintiff, RLI Insurance Company, by and through counsel, hereby files this Response to the Motions filed by defendants EDiS Company and Becker Morgan Group, Inc. on October 26, 2007 joining the Motion in Limine of Indian River School District and incorporates by reference its Answering Motion and Brief in Support thereof as if set forth at length herein.

**ABER, GOLDLUST, BAKER & OVER**

/s/   Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
702 King Street, P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff RLI Insurance Company*

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
THOMAS P. MULDOON, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Summary Judgment\Plaintiff Opposition to Motions of EDIS and BK\Answering Motion to Motions to Join.wpd