**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **RLI INSURANCE COMPANY** : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | NO. 05-858 |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDiS COMPANY and** : | **JURY TRIAL DEMAND** |
| **BECKER MORGAN GROUP, INC.** : | |
| : | |
| Defendants. : | |

### *CERTIFICATE OF SERVICE*

I, Perry F. Goldlust, Esquire, hereby certify that on October 30, 2007, I electronically filed the foregoing Answering Motion of Plaintiff, RLI Insurance Company, to Motions filed by defendants EdiS Company and Becker Morgan Group, Inc. with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below.

| | |
|---|---|
| Paul Cottrell, Esquire | James S. Green, Esquire |
| TIGHE & COTTRELL, P.A. | SEITZ, VAN OGTROP & GREEN, P.A. |
| p.cottrell@tighecottrell.com | jgreen@svglaw.com |
| ***Attorney for Becker Morgan Group, Inc.*** | ***Attorney for Indian River School District*** |
| | |
| Donald L. Logan, Esquire | Kevin G. Amadio, Esquire |
| LOGAN & ASSOCIATES, LLC | VENZIE, PHILLIPS & WARSHAWER |
| dlogan@loganllc.com | kamadio@venzie.com |
| ***Attorney for EDiS Company*** | ***Co-Counsel for IRSD*** |

**ABER, GOLDLUST, BAKER & OVER**

  /s/ Perry F. Goldlust
PERRY F. GOLDLUST, ESQUIRE
*Attorney for Plaintiff, RLI Insurance Company*

Q:\RLI Surety.729\McDaniel.004\Indian River\Pleadings\Summary Judgment\Plaintiff Opposition to Motions of EDIS and BK\Certificate of Service - Answering Motion.wpd