112106

# Harry R. Blackburn
## & Associates, P.C.  Attorneys at Law

November 20, 2006

*Michael J. Acosta\**

*Of Counsel*
*Federico Calaf-LeGrand~*

*\*Also Admitted in NJ*
*~Admitted Only in PR*

*Direct Dial*
*Ext. 110*
*email: macosta@hrblackburn.com*

**Via Facsimile & First Class Mail**
K. Gerard Amadio, Esquire
Venzie, Phillips and Warshawer
2032 Chancellor Street
Philadelphia, PA 19103

Re:  **RLI Insurance Company**
**v. Indian River School District, et al.**
**United District Court for the District of Delaware**
**Civil Action No. 1:05-cv-00858-JJF**

| | |
|---|---|
| **Principal:** | McDaniel Plumbing & Heating |
| **Projects:** | Indian River School District |
| **Your File Nos:** | 163615 |
| **Our File No.:** | 729.004 |

Dear Mr. Amadio:

Pursuant to our conversation last week, please allow this correspondence to provide you with a breakdown of RLI's damages incurred as a result of the above captioned litigation.

### Damages

| | |
|---|---|
| Paid Completion Costs | $147,042.00 |
| Investigation Costs | $76,138.32.00 |
| Overpayment | $366,049.00 |
| Contract Balance | $308,608.00 |
| TOTAL DAMAGES CLAIMED | $897,837.32 |

This figure represents the amount of RLI's damages contained in their Initial Disclosure of August 31, 2006. Additionally, this amount does not include the interest as well any

---

1528 Walnut Street, 9th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
208 Kings Highway South, Cherry Hill, New Jersey 08034 (856) 795-5758 Fax: (856) 428-1255
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
5160 N. Harbor City Blvd, Melbourne, Florida 32940 (321) 751-8100 Fax: (321) 751-8104

Harry R. Blackburn
& Associates, P.C.

*K. Gerard Amadio, Esquire*
*November 20, 2006*
*Page 2*

---

additional costs incurred since August 31, 2006.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

MICHAEL J. ACOSTA

MJA/cs

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\Amadio, K. 11-20-06.wpd