IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | NO. 05-858 |
| **INDIAN RIVER SCHOOL DISTRICT** | : | |
| and | : | |
| **EDiS COMPANY** | : | JURY TRIAL DEMAND |
| and | : | |
| **BECKER MORGAN GROUP, INC.** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

To:   Paul Cottrell, Esquire
      **TIGHE, COTTRELL & LOGAN, P.A.**
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE 19899
      *Attorney for Becker Morgan Group, Inc.*


**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and District of Delaware Local Civil Rules, the plaintiff, RLI Insurance Company, will take the deposition by oral examination of **Robert M. Maffia,** expert witness for Becker Morgan

Group, at the offices of **Aber, Goldlust, Baker & Over**, 702 King Street, Suite 600, Wilmington, DE 19899-1675 commencing at 9:30 a.m. on December 19, 2007.

The oral examination shall be before a notary public or other person authorized by law to administer oaths, for purposes of discovery or use as evidence in this case, or both. The deposition shall be recorded by stenographic means. The deposition will continue from day to day until completed.

        Respectfully submitted:
        **ABER, GOLDLUST, BAKER & OVER**

        /s/   Perry F. Goldlust
        PERRY F. GOLDLUST (DSB #770)
        702 King Street, P.O. Box 1675
        Wilmington, DE 19899-1675
        (302) 472-4900
        pgoldlust@gablawde.com
        *Attorneys for Plaintiff RLI Insurance Company*

DATE:  November 21, 2007

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
THOMAS P. MULDOON, JR., ESQUIRE
**HARRY R. BLACKBURN & ASSOCIATES, P.C.**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Notice of Dep-Maffia-BMG.wpd