## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | NO. 05-858 |
| **INDIAN RIVER SCHOOL DISTRICT** | : | |
| and | : | |
| **EDiS COMPANY** | : | JURY TRIAL DEMAND |
| and | : | |
| **BECKER MORGAN GROUP, INC.** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF DEPOSITION

To:   Donald L. Logan, Esquire
**TIGHE, COTTRELL & LOGAN, P.A.**
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Edis Company*

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and District of Delaware Local Civil Rules, the plaintiff, RLI Insurance Company, will take the deposition by oral examination of **James M. McKay,** expert witness for EDIS, at the offices

of **Aber, Goldlust, Baker & Over**, 702 King Street, Suite 600, Wilmington, DE 19899-1675 commencing at 9:30 a.m. on December 17, 2007.

The oral examination shall be before a notary public or other person authorized by law to administer oaths, for purposes of discovery or use as evidence in this case, or both. The deposition shall be recorded by stenographic means. The deposition will continue from day to day until completed.

    Respectfully submitted:
    **ABER, GOLDLUST, BAKER & OVER**

    /s/   Perry F. Goldlust
    PERRY F. GOLDLUST (DSB #770)
    702 King Street, P.O. Box 1675
    Wilmington, DE 19899-1675
    (302) 472-4900
    pgoldlust@gablawde.com
    *Attorneys for Plaintiff RLI Insurance Company*

DATE: November 21, 2007

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
THOMAS P. MULDOON, JR., ESQUIRE
**HARRY R. BLACKBURN & ASSOCIATES, P.C.**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Notice of Dep-McKay-EDIS.wpd