## CERTIFICATE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that on November 21, 2007, I electronically filed the foregoing Notice of Deposition for James M. McKay with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

> James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
> jgreen@svglaw.com
> ***Attorney for Indian River School District***
>
> Kevin G. Amadio, Esquire (VENZIE, PHILLIPS & WARSHAWER)
> kamadio@venzie.com
> ***Attorney for Indian River School District***
>
> Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
> p.cottrell@tighecottrell.com
> ***Attorney for Becker Morgan Group, Inc.***
>
> Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
> dlogan@loganllc.com
> ***Attorney for EDiS Company***

   /s/ Perry F. Goldlust
**PERRY F. GOLDLUST, ESQUIRE**
***Attorney for Plaintiff RLI Insurance Company***

Dated: November 21, 2007

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Cert of Service re McKay Dep.wpd