IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| **Plaintiff** | : | |
| vs. | : | CIVIL ACTION |
| | : | |
| **INDIAN RIVER SCHOOL DISTRICT** | : | NO. : 05-858 |
| *et al.* | : | |
| **Defendants** | : | |

**PLAINTIFF, RLI INSURANCE COMPANY'S,
PROPOSED JURY VERDICT SHEET**

1. Do you find that Indian River School District breached its contractual obligations with RLI Insurance Company?

    _____ YES        _____ NO

    If you answer YES to Question 1, proceed to Question and **DO NOT** answer Questions 8 through 12.

2. Do you find that EDiS was negligent in making representations concerning the work performed by McDaniel Plumbing and Heating that was contrary to its contractual duties and obligations?

    _____ YES        _____ NO

    If you answered **YES** to Question 2, proceed to Question 3.
    If you answered **NO** to Question 2, proceed to Question 5.

3. Do you find that RLI Insurance Company incurred financial damages as a result of EDIS' negligent misrepresentations?

    _____ YES        _____ NO

> If you answered **YES** to Question 3, proceed to Question 4.
> If you answered **NO** to Question 3, proceed to Question 5.

4. What amount do you determine to be RLI Insurance Company's financial damages?

    $ _____

5. Do you find that Becker Morgan Group was negligent in making representations concerning the work performed by McDaniel Plumbing and Heating that was contrary to its contractual duties and obligations?

    _____ YES          _____ NO

    > If you answered **YES** to Question 5, proceed to Question 6.
    > If you answered **NO** to Question 5, proceed to Question 5.

6. Do you find that RLI Insurance Company incurred financial damages as a result of Becker Morgan's negligent misrepresentations?

    _____ YES          _____ NO

    > If you answered **YES** to Question 6, proceed to Question 7.
    > If you answered **NO** to Question 6, proceed to Question 8.

7. What amount do you determine to be RLI Insurance Company's financial damages?

    $ _____

8. Do you find in favor of Indian River School District on its counterclaim against RLI Insurance Company?

    _____ YES          _____ NO

    > If you answered **YES** to Question 8, proceed to Question 9.
    > If you answered **NO** to Question 8, proceed no further and notify the Bailiff.

9. Do you find that Indian River School District incurred financial damages as a result of the actions of RLI Insurance Company?

    _____ YES      _____ NO

    If you answered **YES** to Question 9, proceed to Question 10.
    If you answered **NO** to Question 9, proceed no further and notify the Bailiff.

10. In what amount do you determine to be Indian River School District's financial damages?

    $_____

11. Did Indian River School District fail take reasonable actions to mitigate its damages?

    _____ YES      _____ NO

    If **YES**, in what amount do you find Indian River School District failed to mitigate its damages?

    $_____

12. In order to determine the amount of Indian River School District's financial damages, subtract the amount entered in Question 11 from the amount entered in Question 10 and enter said amount below

| | |
|---|---|
| Amount from Question 10 | $ |
| Minus | - |
| Amount from Question 11 | $_____ |
| | |
| Total Amount | $_____ |

    _____
    JURY FOREPERSON