IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>    ) C.A. No. 05-858<br>    Plaintiff,    )<br>    )<br>    v.    ) JURY TRIAL DEMANDED<br>    )<br>INDIAN RIVER SCHOOL DISTRICT, )<br>EDiS COMPANY, and    )<br>BECKER MORGAN GROUP, INC.,    )<br>    )<br>    Defendants.    ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Respectfully submitted:

**ABER, GOLDLUST, BAKER & OVER**

/s/   Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
702 King Street, P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff RLI Insurance Company*

DATE: December 3, 2007

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
**HARRY R. BLACKBURN & ASSOCIATES, P.C.**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123