IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP, INC., | : |
| Defendants. | : |

### ORDER

At Wilmington, the 4th day of December 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff shall notify the Court and opposing counsel within 15 days of this Order whether it intends to remedy the deficiencies in Mr. Cassin's report;

2. If Plaintiff elects to not remedy the deficiencies in Mr. Cassin's report, Defendant's Motion in Limine to Strike Plaintiff's Expert Report and Exclude Testimony (D.I. 92) will be **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE