IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RLI INSURANCE COMPANY                         :
                                              :
       Plaintiff,                            :
                                              :
v.                                            : Civil Action No. 05-858-JJF
                                              :
INDIAN RIVER SCHOOL DISTRICT,                 :
EDIS COMPANY, and BECKER MORGAN               :
GROUP                                         :
                                              :
       Defendants.                           :

### O R D E R

WHEREAS, the Court held a pretrial conference in the above captioned matter on Thursday, December 6, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A pretrial conference shall be held on **Thursday, June 5, 2008 at 10:00 a.m.**

2) The parties shall file their Motions in Limine **no later than Monday, June 2, 2008.**

3) Trial shall commence on **July 21, 2008 at 9:30 a.m.** in Courtroom No. 4B, Boggs Federal Building, Wilmington, Delaware.

December 7, 2007
    DATE

                                  /s/ Joseph J. Farnan
                                  UNITED STATES DISTRICT JUDGE