# Harry R. Blackburn
## & Associates, P.C.   Attorneys at Law

Harry R. Blackburn*+~

December 18, 2007

*Of Counsel*
*Federico Calaf-LeGrand~*

*Also Admitted in NJ*

+Also Admitted in CT

~Admitted Only in PR

Direct Dial
Ext. 102
email: hblackburn@hrblackburn.com

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Re:   **RLI Insurance Company v. Indian River School District, et al.**
      **United States District Court for the District of Delaware**
      **Civil Action No. 1:05-cv-00858-JJF**
      **Our File No. 729.004**

Dear Judge Farnan:

As the Court's file will reflect, this office represents the plaintiff in the above-captioned matter.

On December 4, 2007, Your Honor issued a Memorandum Opinion and Order regarding the Indian River School District's Motion in *Limine* to Strike Plaintiff's Expert Report and Exclude Testimony of Damian Cassin of Progressive Construction Management. In the Order, Your Honor directed us to notify you and opposing counsel within fifteen (15) days whether RLI intended to remedy the deficiencies in Mr. Cassin's report as set forth in your Memorandum Opinion.

Having conferred with my client, I write to advise the Court that RLI does in fact intend to obtain an amended report from Mr. Cassin addressing those deficient areas.

In addition, I write to confirm the discussion on this issue at the Pretrial Conference with Your Honor on December 6, 2007. It is my understanding that Mr. Cassin's amended report must be served on opposing counsel not later than January 28, 2008. Opposing counsel will then have thirty (30) days from that date to serve rebuttal reports.

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\Farnan, J 12-17-07.wpd

1528 Walnut Street, 4th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
74 South Main Street, Medford, New Jersey 08055 (856) 795-5758 Fax: (856) 428-1255
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
21 West Fee Avenue, Suite D, Melbourne, Florida 32901 (321) 722-0770 Fax: (321) 722-0830

Harry R. Blackburn
& Associates, P.C.

*The Honorable Joseph J. Farnan, Jr.*
*December 18, 2007*
*Page 2*

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

    Very truly yours,

    */s/ Harry R. Blackburn*
    HARRY R. BLACKBURN

    */s/ Perry F. Goldlust*
    PERRY F. GOLDLUST (DSB #770)
    ABER GOLDLUST BAKER & OVER
    702 KING STREET, SUITE 600
    P. O. BOX 1675
    WILMINGTON, DE 19899-1675
    (302) 472-4900; (302) 472-4920 FAX
    pgoldlust@gablawde.com

HRB/cmh
cc:   Victoria K. Petrone, Esquire
      James S. Green, Esquire
      Kevin G. Amadio, Esquire
      Paul Cottrell, Esquire