# EXHIBIT 1

John Shields
___

From:       John Shields [JShields@hrblackburn.com]
Sent:       Monday, June 18, 2007 2:07 PM
To:         VPetrone@loganllc.com.
Subject:    RLI v. IRSD

Dear Vicki:
   I hope you are well. Since the case did not settle at mediation, can you obtain dates to schedule Mr. McCone's deposition? Thank you.

John E. Shields, Jr., Esquire
Harry R. Blackburn & Associates
215-985-0123 ext. 112

Via Email
This email transmission contains information from the law firm of Harry R. Blackburn & Associates which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity to whom this email is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information or any attachments thereto is strictly prohibited.
In this regard, if you have received this email in error, please notify us by telephone immediately.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

# EXHIBIT 2

John Shields

| | |
|---|---|
| From: | John Shields [JShields@hrblackburn.com] |
| Sent: | Thursday, July 05, 2007 4:20 PM |
| To: | Tom Muldoon |
| Subject: | Fwd: RE: RLI v. IRSD |

FYI.
John: We are not prepared to take Mr. McCone's trial deposition at this time, and suggest we do so after the expert reports are completed.

-----Original Message-----
From: John Shields [mailto:JShields@hrblackburn.com]
Sent: Monday, June 18, 2007 2:08 PM
To: VPetrone@loganllc.com.
Subject: RLI v. IRSD

Dear Vicki:
   I hope you are well. Since the case did not settle at mediation, can you obtain dates to schedule Mr. McCone's deposition? Thank you.

John E. Shields, Jr., Esquire
Harry R. Blackburn & Associates
215-985-0123 ext. 112

Via Email
This email transmission contains information from the law firm of Harry R. Blackburn & Associates which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity to whom this email is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure,

copying, distribution or the taking of any action in reliance on the contents of this emailed information or any attachments thereto is strictly prohibited.
In this regard, if you have received this email in error, please notify us by telephone immediately.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

# EXHIBIT 3

**Harry R. Blackburn**
**& Associates, P.C.**   Attorneys at Law

John E. Shields, Jr.~*

Of Counsel
Federico Calaf-LaGrana~

*Also Admitted in NJ

~Also Admitted in CT

~Admitted Only in PR

Direct Dial
Ext. 103
email: jshields@hrblackburn.com

July 10, 2007

Via First Class Mail

Donald L. Logan, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 N. King Street, P.O. Box 89
Wilmington, DE 19899

    RLI Insurance Company v. Indian River School District, et al.
    United States District Court for the District of Delaware
    Civil Action No. 1:05-cv-00858-JJF
    Our File No. 729.004

Dear Mr. Logan:

  At your earliest convenience, kindly provide me with dates for EDIS' project manager, Chris McCone for deposition. Recently, Victoria Petrone, Esquire, informed me that she was not willing to produce Mr. McCone for deposition until after the expert reports are completed. This is unacceptable and therefore, should you not be willing to produce Mr. McCone for deposition, please inform me of the same so that the issue may be raised with the Court.

  Furthermore, we ask that all critical path method schedules and fee schedules for the project in question be produced on disc for review by our expert witness. Only paper copies of a limited number of CPM, and fee schedules have been produced and, therefore, in order for a full and complete analysis to be performed, we ask that the these schedules be produced in their Microsoft Project Format on CD-Rom for analysis. I ask that this information be provided to me within fourteen (14) days of the date of this letter.

Q:\RLI Surety.725\McDaniel.004\Indian River\Ltr\Logan, D  07-10-07.wpd
1528 Walnut Street, 9th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
208 Kings Highway South, Cherry Hill, New Jersey 08034 (856) 795-5758 Fax: (856) 428-1255
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
5160 N. Harbor City Blvd, Melbourne, Florida 32940 (321) 751-8100 Fax: (321) 751-8104

Henry E. Gallagher
& Associates, P.C.

Donald L. Logan, Esquire
July 10, 2007
Page 2

Thank you for your attention to this matter. I await receipt of the requested information.

Very truly yours,

*[signature]*

JOHN E. SHIELDS, JR.

JEH/ks

cc:   James S. Green, Esquire
      Paul Cottrell, Esquire
      Tim Winship

# EXHIBIT 4

Harry B. Blackburn
Associates, P.C.     Attorneys at Law

September 11, 2007

K. Gerard Amadio, Esquire
VENZIE, PHILLIPS & WARSHAWER
1032 Chancellor Street
Philadelphia, PA 19103

  Re: *RLI Insurance Company v. Indian River School District, et al.*
    *United States District Court for the District of Delaware*
    *Civil Action No. 1:05-cv-00858-JJF*
    <u>Our File No. 729.004</u>

Dear Mr. Amadio:

  On May 18, 2007, in your email to all counsel involved in this matter, you indicated that in the event that the mediation of the Indian River claims was not a success, you would be willing to produce Chris McCone for deposition despite the passing of the discovery deadlines currently in place. Therefore, at your earliest convenience, I ask that you provide me with several dates in which Mr. McCone is available for deposition so that he may be properly noticed to appear. I would like to receive this information from you within the next ten (10) days as we would prefer to have the deposition completed by the end of October. Once I receive dates Mr. McCone is available, we will be in contact with other counsel to determine mutually convenient dates.

  Furthermore, I have enclosed for your file a letter from Louis M. Baldassarre dated September 10, 2007 detailing his publication and expert involvement. I have also enclosed the most recent copy of Mr. Baldassarre's Curriculum Vitae for your review. These documents are being produced in accordance with Federal Rule of Civil Procedure 26.

  This will also confirm that I have received your objection to reopening discovery in regard to this matter. Ms. Petrone and Mr. McGrory also oppose any request by RLI to extend discovery. Despite the unanimous objections, we will nevertheless seek an extension via Petition to the court.

Q:\RLI Surety.729\McDaniel.004\Indian River\LtrAmadio, K. 9-11-07 letter.wpd
1528 Walnut Street, 4th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
208 Kings Highway South, Cherry Hill, New Jersey 08034 (856) 795-5758 Fax: (856) 428-1255
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
21 West Fee Avenue, Suite D, Melbourne, Florida 32901 (321) 722-0770 Fax: (321) 722-0830

Harvey B. Rubenstein
& Associates, P.A.

K. Gerard Amadio, Esquire
VENZIE, PHILLIPS & WARSHAWER
September 11, 2007
Page 2

On September 6, 2007, Ms. Petrone requested information regarding the specific additional discovery raised by the approximately 6,000 to 7,000 pages of documents produced by EDiS. She also inquired as to which witnesses we intend to seek to re-depose in light of this production.

Unfortunately, at this time, given the volume of documents produced, we have only reviewed approximately 25%-30% of those documents at this time and, therefore, we are unable to fully and completely respond to Ms. Petrone's query. Once we complete our document review, we will, of course, set forth in detail the individuals and issues raised in these late tendered documents.

Should you have any questions, please feel free to contact me.

Very truly yours,

THOMAS P. MULDOON, JR.

TPM/cmh
Enclosure
cc:    Victoria K. Petrone, Esquire
       J. Paul Cottrell, Esquire
       Patrick McGrory, Esquire

# EXHIBIT 5

## John Shields

**From:** John Shields [JShields@hrblackburn.com]
**Sent:** Thursday, September 27, 2007 11:10 AM
**To:** Tom Muldoon
**Subject:** Fwd: RE: Chris McCone Deposition
**Attachments:** Message Text.txt; Message Text.txt

Gentlemen: Mr. Blackburn's office wrote recently about obtaining a date for the rescheduled deposition of Chris McCone. As you know, Mr. McCone is still in Kuwait. He has not responded to my inquiry regarding setting up a new date. I will continue to reach out to him and advise as soon as I receive a response. I attach below my email concerning the cost of this deposition, and I am concerned about payment. Therefore, I must request payment in advance from all parties; half from RLI and the other half divided between IRSD, EDiS and BMG, which corresponds to the split in time for questioning.

On another issue, Mr. Blackburn advised in his letter of August 30 that a supplemental production of documents would be forthcoming within two weeks (responding to Kevin Amadio's request of August 2). We have not received anything to date. When can we expect the documents?

Vicky

---

**From:** Victoria Petrone
**Sent:** Thursday, May 17, 2007 10:54 AM
**To:** jshields@hrblackburn.com; hblackburn@hrblackburn.com; 'kamadio@venzie.com'; p.cottrell@tighecottrell.com; 'Patrick McGrory'
**Cc:** Donald Logan
**Subject:** Chris McCone Deposition

Gentlemen: we are finalizing the arrangements for the deposition of Chris McCone, which has proven to be quite an undertaking. The deposition is estimated to cost around $15,000.00. I recently discussed with John Shields the fact that the defendants also want to question Chris and suggested that RLI take the first scheduled day and the defendants could take the second day. Since this deposition will constitute Chris's trial testimony we also have to decide how we are going organize the questioning in terms of background questions, cross examination, etc. I have not received a response yet, but on the basis of splitting the time, I suggest that RLI pay for half of the costs and the defendants cumulatively pay the other half.

Please let me have your thoughts on this. I will not finalize the deposition until we have reached an agreement regarding payment. Deposits are going to be required shortly so please get back to me as soon as possible.

---

Victoria K. Petrone, Esquire
Logan & Associates, LLC
One Customs House, Suite 100
704 N. King Street, P.O. Box 89
Wilmington, DE 19899
p: 302.655.8000
f: 302.655.8005

1

# EXHIBIT 6

## John Shields

| | |
|---|---|
| From: | John Shields [JShields@hrblackburn.com] |
| Sent: | Wednesday, November 07, 2007 1:25 PM |
| To: | Kevin Amadio |
| Cc: | Harry Blackburn; Temp Temp; vpetrone@loganllc.com; p.cottrell@tighecottrell.com |
| Subject: | RE: RLI v. EDiS, et al |

Dear Kevin:

Those dates are fine.

When will we hear from the defense counsel about dates for each of your experts' depositions? Also (to Vickie) where do we stand on the dep of Chris McCone?

John E. Shields, Jr., Esquire
Harry R. Blackburn & Associates
215-985-0123 ext. 112

Via Email

This email transmission contains information from the law firm of Harry R. Blackburn & Associates which is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity to whom this email is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information or any attachments thereto is strictly prohibited.
In this regard, if you have received this email in error, please notify us by telephone immediately.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

# EXHIBIT 7

# John Shields

| | |
|---|---|
| From: | John Shields [JShields@hrblackburn.com] |
| Sent: | Friday, November 09, 2007 10:24 AM |
| To: | 'Victoria Petrone'; Kevin Amadio |
| Cc: | Harry Blackburn; Temp Temp; 'Patrick McGrory'; 'Donald Logan'; p.cottrell@tighecottrell.com |
| Subject: | RE: RLI v. EDiS, et al |

Dear Kevin:

That is incorrect. We agreed to defer Mr. McCone's discovery deposition until after the mediation given the potential of settlement. We have requested dates for it ever since, and it has never been suggested that we were not entitled to it, just that the logistics were difficult. We would like to set this up as soon as possible.

John E. Shields, Jr., Esquire
Harry R. Blackburn & Associates
215-985-0123 ext. 112

Via Email
This email transmission contains information from the law firm of Harry R. Blackburn & Associates which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this emailed information or any attachments thereto is strictly prohibited.
In this regard, if you have received this email in error, please notify us by telephone immediately.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.