**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on February 19, 2008, I electronically filed the foregoing Plaintiff's Motion to Compel the Deposition of Christian McCone Pursuant to Delaware Local Rule 37.1 with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below.

| | |
|---|---|
| Paul Cottrell, Esquire | Email: p.cottrell@tighecottrell.com |
| Patrick McGrory, Esquire | Email: pmcgrory@tighecottrell.com |

**TIGHE, COTTRELL & LOGAN, P.A.**
*Attorney for Becker Morgan Group, Inc.*

| | |
|---|---|
| Donald L. Logan, Esquire | Email: dlogan@loganllc.com |
| Victoria K. Petrone, Esquire | Email: vpetrone@loganllc.com |

**TIGHE, COTTRELL & LOGAN, P.A.**
*Attorney for EDiS Company*

James S. Green, Esquire    Email: jgreen@svglaw.com
**SEITZ, VAN OGTROP & GREEN, P.A.**
*Attorney for Indian River School District*

ABER, GOLDLUST, BAKER & OVER

/s/ Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
SAAGAR B. SHAH (DSB #4148)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
sshah@gablawde.com
Attorneys for Plaintiff

Dated: February 19, 2008

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Cert of Service re Motion to Compel McCone Dep.wpd