IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY. : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. NO. 05 858 (JFF) |
| : | |
| INDIAN RIVER SCHOOL DISTRICT, : | |
| EDiS COMPANY and : | JURY TRIAL DEMAND |
| BECKER MORGAN GROUP, INC., : | |
| Defendants. : | |

**PLAINTIFF'S NOTICE OF MOTION TO COMPEL THE DEPOSITION OF
CHRISTIAN MCCONE PURSUANT TO DELAWARE LOCAL RULE 37.1**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Friday, April 11, 2008, at 2:00 p.m. or sooner thereafter as counsel may be heard, the undersigned counsel, Perry F. Goldlust, and Harry R. Blackburn, of the law firm of Harry R. Blackburn & Associations, P.C., will move before the United States District Court for the District of Delaware pursuant to Delaware Local Rule 37.1 for an Order compelling the discovery deposition of Christian McCone, employee of Defendant EDIS Company.

In support of this application, counsel will rely upon the Motion filed with the Court on February 19, 2008, another copy of which is attached to this Notice of Motion.

**ABER, GOLDLUST, BAKER & OVER**

/s/ Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
SAAGAR B. SHAH (DSB #4148)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
sshah@gablawde.com
Attorneys for Plaintiff

DATED: February 28, 2008

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Notice of Motion to Compel McCone Deposition.wpd