## CERTIFICATE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that on February 28, 2008, I electronically filed the foregoing Plaintiff's Notice of Motion to Compel the Deposition of Christian McCone Pursuant to Delaware Local Rule 37.1 with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below.

Paul Cottrell, Esquire                                    Email: p.cottrell@tighecottrell.com
Patrick McGrory, Esquire                            Email: pmcgrory@tighecottrell.com
**TIGHE, COTTRELL & LOGAN, P.A.**
*Attorney for Becker Morgan Group, Inc.*

Donald L. Logan, Esquire                            Email: dlogan@loganllc.com
Victoria K. Petrone, Esquire                        Email: vpetrone@loganllc.com
**TIGHE, COTTRELL & LOGAN, P.A.**
*Attorney for EDiS Company*

James S. Green, Esquire                              Email: jgreen@svglaw.com
**SEITZ, VAN OGTROP & GREEN, P.A.**
*Attorney for Indian River School District*

                                                                 ABER, GOLDLUST, BAKER & OVER

                                                                 /s/ Perry F. Goldlust
                                                                 PERRY F. GOLDLUST (DSB #770)
                                                                 SAAGAR B. SHAH (DSB #4148)
                                                                 702 King Street, Suite 600
                                                                 P.O. Box 1675
                                                                 Wilmington, DE 19899-1675
                                                                 (302) 472-4900
                                                                 pgoldlust@gablawde.com
                                                                 sshah@gablawde.com
                                                                 Attorneys for Plaintiff

Dated: February 28, 2008