**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 JJF |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that Defendant Indian River School District shall present a

Renewed Motion to Strike Plaintiff's Expert Report on April 11, 2008 at 2:00 p.m.

Respectfully Submitted,

**SEITZ, VAN OGTROP & GREEN, P.A.**

**/s/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**
**jgreen@svglaw.com**
**222 Delaware Ave., Suite 1500**
**P.O. Box 68**
**Wilmington, DE 19899**
**(302) 888-0600**
**Attorneys for Defendant**
**Indian River School District**

Of Counsel:

K. Gerard Amadio, Esq.
Venzie, Phillips & Warshawer
2032 Chancellor St.
Philadelphia, PA 19103
(215) 567-3322