# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIAN RIVER SCHOOL DISTRICT, )<br>EDIS COMPANY, and )<br>BECKER MORGAN GROUP, INC., )<br>)<br>Defendants. ) | C.A. No. 05-858 JJF<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of defendant Indian River School District's renewed motion in limine to strike plaintiff's expert report and exclude testimony, and the responses thereto, it is hereby ORDERED that:

1. the motion be, and hereby is, GRANTED.

2. the original and revised expert reports served by plaintiff RLI Insurance Company and prepared by Damien Cassin of Progressive Construction Management, Inc. are hereby stricken and Mr. Cassin is precluded from testifying at trial.

3. Plaintiff shall reimburse defendant Indian River School District for its expenses in connection with the renewed motion to strike, including counsel and expert fees. Defendant Indian River School District shall submit an affidavit within ten days setting forth its expenses for approval by the Court.

_____
J.