# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S
CERTIFICATE OF SERVICE**

I, James S. Green, Esquire, hereby certify that on the 29th day of February 2008, I electronically filed Indian River School Districts Renewed Motion *in Limine* to Strike RLI's Expert Report, with its exhibits, supporting opening brief and certification of B. Keith Hughes with the clerk of the court using CM/ECF which will send notification of such filing to counsel of record.

**/s/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**