# Kevin Amadio

**From:** John Shields [jshields@HRBLACKBURN.COM]
**Sent:** Thursday, January 24, 2008 11:01 AM
**To:** Kevin Amadio
**Cc:** Victoria Petrone; p.cottrell@tighecottrell.com; Patrick McGrory; pgoldlust@gablawde.com; Harry Blackburn
**Subject:** RE: RLI v. IRSD

Understood.

---

**From:** Kevin Amadio [mailto:kamadio@venzie.com]
**Sent:** Thursday, January 24, 2008 10:49 AM
**To:** John Shields
**Cc:** 'Victoria Petrone'; p.cottrell@tighecottrell.com; 'Patrick McGrory'; pgoldlust@gablawde.com; Harry Blackburn
**Subject:** RE: RLI v. IRSD

By "everything," I make reference to the court's entire opinion. Although the paragraph you mention is certainly an important one, it can only be understood in the context of the entire opinion, which expounds upon and clarifies the deficiencies that must be corrected in the report.

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
215.567.3322
215.864.9292 (fax)
267.243.1904 (mobile)

NOTICE: This electronic mail transmission constitutes a legal communication that is confidential and/or privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 215.567.3322, so that our address records can be corrected.

---

**From:** John Shields [mailto:jshields@HRBLACKBURN.COM]
**Sent:** Thursday, January 24, 2008 10:16 AM
**To:** Kevin Amadio
**Cc:** Victoria Petrone; p.cottrell@tighecottrell.com; Patrick McGrory; pgoldlust@gablawde.com; Harry Blackburn
**Subject:** RE: RLI v. IRSD

Dear Kevin:

That's fair. By everything I trust you mean those things referenced in the first full paragraph on page 16 of the Court's 12/4 Opinion.

---

**From:** Kevin Amadio [mailto:kamadio@venzie.com]
**Sent:** Thursday, January 24, 2008 8:42 AM
**To:** John Shields
**Cc:** 'Victoria Petrone'; p.cottrell@tighecottrell.com; 'Patrick McGrory'; pgoldlust@gablawde.com; Harry Blackburn
**Subject:** RE: RLI v. IRSD

Good Morning, John:

I agree to the extension to 2/4, but with two provisos: (1) I will not consent to any further extension; and (2) RLI must provide everything what the judge required by 2/4.

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
215.567.3322
215.864.9292 (fax)
267.243.1904 (mobile)


NOTICE: This electronic mail transmission constitutes a legal communication that is confidential and/or privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 215.567.3322, so that our address records can be corrected.

---

**From:** John Shields [mailto:jshields@HRBLACKBURN.COM]
**Sent:** Wednesday, January 23, 2008 4:07 PM
**To:** kamadio@venzie.com
**Cc:** Victoria Petrone; p.cottrell@tighecottrell.com; Patrick McGrory; pgoldlust@gablawde.com; Harry Blackburn
**Subject:** RLI v. IRSD

Dear Kevin:

I hope you are well. As we discussed this morning, Damian Cassin is working on the amendments to his original report but he has been extremely busy of late and he will need a bit more time to complete the required work. We are seeking one additional week, to 2/4 for submission of the revised report. Of course, the defense would have the same amount of additional time to complete its investigation and determine whether to challenge the amended report.

Please confirm your consent to this request. Thank you for your kind consideration.