## *PCM/CASSIN MISSING EXHIBITS*

| Exhibit No. | Exhibit No. | Exhibit No. | Exhibit No. |
|---|---|---|---|
| 1 | 57 | 152 | 201 |
| 7 | 63 | 155 | 202 |
| 8 | 66 | 156 | 203 |
| 9 | 67 | 157 | 204 |
| 10 | 68 | 158 | 205 |
| 11 | 71 | 159 | 207 |
| 12 | 73 | 160 | 209 |
| 13 | 74 | 161 | 210 |
| 14 | 76 | 162 | 211 |
| 15 | 84 | 164 | 212 |
| 16 | 85 | 168 | 218 |
| 17 | 99 | 169 | 219 |
| 19 | 100 | 170 | 224 |
| 20 | 103 | 172 | 226 |
| 22 | 105 | 177 | 227 |
| 23 | 113 | 179 | 228 |
| 24 | 115 | 181 | 229 |
| 31 | 122 | 182 | 230 |
| 38 | 124 | 188 | 234 |
| 39 | 126 | 189 | 235 |
| 40 | 131 | 191 | 236 |
| 48 | 135 | 192 | 241 |
| 51 | 137 | 193 | 242 |
| 52 | 139 | 194 | 243 |
| 53 | 144 | 195 | 244 |
| 54 | 145 | 198 | 245 |
| 55 | 148 | 199 | 246 |
| 56 | 149 | 200 | 247 |