

Construction Solutions

# B. KEITH HUGHES, PSP

## Professional Experience

| | |
|---|---|
| Sept. 2006 - **Present** | FTI Consulting, Inc.<br>Rockville, Maryland<br>Senior Consultant |

Mr. Hughes is responsible for construction consulting assignments including scheduling, claims analysis, productivity analysis, and cost analysis from inception through resolution. Mr. Hughes represents contractors, subcontractors, owners, design professionals, and sureties on many different types of construction projects. Mr. Hughes serves as an arbitrator on the American Arbitration Association Panel of Construction Arbitrators. Mr. Hughes has been qualified as an expert in the area of construction scheduling, time impact analysis, and labor productivity analysis.

| | |
|---|---|
| 1985 - 2006 | Rodgers Construction Management Associates, Inc.<br>Rockville, MD<br>Vice President |

Responsible for the overall supervision and coordination of consulting assignments undertaken by the firm; also conducted seminars on CPM Scheduling and Job Site Documentation for the Associated Builders and Contractors as well as for other organizations; actively involved in the evaluation, development, negotiation, and final resolution of a variety of disputes arising from the construction process; directed and participated in all phases of the analysis from initial review and evaluation of contract records to the development of claim strategies which identified and illustrated each relevant aspect of the issues in dispute; testified as an expert witness in support of conclusions and opinions he had developed. Additionally, served as an arbitrator for the American Arbitration Association in the resolution of numerous cases involving construction related disputes. Mr. Hughes also developed, monitored, and updated CPM schedules for many different types of construction projects including hospitals, schools, high-rise office and residential buildings, hotels, recreation centers, mass transit, highways, and bridge construction. The clients served by Mr. Hughes included owners, general contractors, subcontractors, sureties, as well as material fabricators and suppliers.

# B. KEITH HUGHES, PSP

## Education

Bachelor of Architecture
College of Architecture and Urban Studies
Virginia Polytechnic Institute and
State University Blacksburg, Virginia

Post Graduate Course Work
Washington-Alexandria Center Virginia Polytechnic Institute and
State University Alexandria, Virginia

Significant projects on which Mr. Hughes provided consulting and analytical services include the following:

- Biology/Physics Building, University of Connecticut, Storrs, Connecticut
- Renovation of Old Main, Wayne State University, Detroit, Michigan
- Federal Law Enforcement Training Center, Building 76, Glynco, Georgia
- High Technology Center, Montgomery College, Germantown, Maryland
- HUD Plaza Waterproofing and Enhancements, Washington, D.C.
- The Lutheran Church of Saint Andrew, Silver Spring, Maryland
- Washington Suburban Sanitary Commission Headquarters Building, Laurel, Maryland
- University of Maryland, College of Business and Management, College Park, Maryland
- Pitney Bowes Corporate Headquarters, Stamford, Connecticut
- Courtyard by Marriott Hotel, Herndon, Virginia
- The Lord Baltimore Hotel (Historic Restoration), Baltimore, Maryland
- Hubble Space Telescope Science Institute, Johns Hopkins University, Baltimore, Maryland
- Harbour Place Condominiums, Norfolk, Virginia
- The Fairfax Life Care Facility, Fairfax, Virginia
- 6-Twelve Corporate Headquarters Building, Gaithersburg, Maryland
- CCNV Shelter for the Homeless, Washington, D.C.

## Professional Affiliations

Panel of Arbitrators of the American Arbitration Association
Associated Builders and Contractors, Inc. - Metropolitan Washington Chapter
The Association for the Advancement of Cost Engineering, Planning & Scheduling
    Professional