| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float | 2002 A S O N D | 2003 J F M A M J J A S O N D | 2004 J F M A M J J A S O N D | 2005 J F A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Site Work** | | | | | | | | | | | | | |
| 44 | Mobilize for BPA Construction | 1 | 0 | 100 | 05AUG02A | 09AUG02A | 05AUG02A | 09AUG02A | | ▼Mobilize for BPA Construction | | | |
| 45 | Start Construction | 0 | 0 | 100 | 08AUG02A | | 08AUG02A | | | ◆ Start Construction | | | |
| 47 | Install Silt Fence | 1 | 0 | 100 | 09AUG02A | 09AUG02A | 09AUG02A | 09AUG02A | | ▼Install Silt Fence | | | |
| 48 | Stabilize Construction Entrance | 1 | 0 | 100 | 28AUG02A | 05SEP02A | 28AUG02A | 05SEP02A | | ▼Stabilize Construction Entrance | | | |
| 49 | Clean Out Ditch | 1 | 0 | 100 | 05SEP02A | 18SEP02A | 05SEP02A | 18SEP02A | | ▼Clean Out Ditch | | | |
| 50 | Strip Topsoil - Ponds & Building | 1 | 1 | 0 | 18SEP02A | 18NOV02 | 18SEP02A | 30JAN04 | 313 | | | ▼Strip Topsoil - Ponds & Building | |
| 51 | Excavate Ponds & Prep Building | 5 | 1 | 80 | 28SEP02A | 19NOV02 | 28SEP02A | 02FEB04 | 313 | | | ▼Excavate Ponds & Prep Building | |
| 57 | Install Force Main on Route 313 | 41 | 16 | 61 | 14OCT02A | 09DEC02 | 14OCT02A | 02AUG04 | 429 | | | ▼Install Force Main o | |
| 52 | Install Pond Structures | 1 | 0 | 100 | 08NOV02A | 14NOV02A | 08NOV02A | 14NOV02A | | Install Pond Structures | | | |
| 53 | Stabilize Ponds | 1 | 0 | 100 | 15NOV02A | | 15NOV02A | | | ▼Stabilize Ponds | | | |
| 54 | Strip Topsoil Remainder of Site | 20 | 20 | 0 | 20NOV02 | 17DEC02 | 03FEB04 | 01MAR04 | 313 | | | ▼Strip Topsoil Remainder of Site | |
| 55 | Install Sanitary Sewer System | 60 | 60 | 0 | 18DEC02 | 11MAR03 | 02MAR04 | 24MAY04 | 313 | | | ▼Install Sanitary Sewer Syst | |
| 59 | Construct Pump Station | 80 | 80 | 0 | 07JAN03* | 28APR03 | 13APR04 | 02AUG04 | 329 | | | ▼Construct Pump Sta | |
| 56 | Install Storm Sewer System | 90 | 90 | 0 | 15JAN03 | 20MAY03 | 30MAR04 | 02AUG04 | 313 | | | ▼Install Storm Sewer | |
| 58 | Install Water Mains | 20 | 20 | 0 | 12MAR03 | 08APR03 | 06JUL04 | 02AUG04 | 343 | | | ▼Install Water Mains | |
| 60-68 | Roadwork | 252 | 252 | 0 | 19MAY03* | 05MAY04 | 15AUG03 | 02AUG04 | 63 | | | ▼Roadwork | |
| **Building A - Administration** | | | | | | | | | | | | | |
| 71 | Rain Delays | 1 | 0 | 100 | 15OCT02A | 15OCT02A | 15OCT02A | 15OCT02A | | ▼Rain Delays | | | |
| 72 | Layout Foundations | 4 | 4 | 0 | 15NOV02A | 21NOV02 | 15NOV02A | 26NOV02 | 3 | ▲Layout Foundations | | | |
| 73 | Footers & Piers | 15 | 15 | 0 | 22NOV02 | 12DEC02 | 27NOV02 | 17DEC02 | 3 | ▼Footers & Piers | | | |
| 74 | Pedestals | 5 | 5 | 0 | 03DEC02 | 09DEC02 | 27FEB03 | 05MAR03 | 62 | ▼Pedestals | | | |
| 75 | Block Wall Below Grade | 10 | 10 | 0 | 06DEC02 | 19DEC02 | 04MAR03 | 17MAR03 | 62 | ▼Block Wall Below Grade | | | |
| 76 | Backfill Foundations | 2 | 2 | 0 | 20DEC02 | 23DEC02 | 18MAR03 | 19MAR03 | 62 | ▼Backfill Foundations | | | |
| 82 | Drill Elevator Hole | 3 | 3 | 0 | 20DEC02 | 24DEC02 | 29JUL04 | 02AUG04 | 418 | | | ▼Drill Elevator Hole | |
| 77 | Underslab Utilities | 15 | 15 | 0 | 24DEC02 | 13JAN03 | 20MAR03 | 09APR03 | 62 | ▼Underslab Utilities | | | |
| 78 | Underslab Stone/Insulation | 2 | 2 | 0 | 14JAN03 | 15JAN03 | 10APR03 | 11APR03 | 62 | ▼Underslab Stone/Insulation | | | |
| 79 | Slab on Grade | 10 | 10 | 0 | 16JAN03 | 29JAN03 | 14APR03 | 25APR03 | 62 | ▼Slab on Grade | | | |
| 86 | Erect Steel & Metal Deck | 11 | 11 | 0 | 05FEB03* | 19FEB03 | 28APR03 | 12MAY03 | 58 | ▼Erect Steel & Metal Deck | | | |
| 81 | Slab on Metal Deck | 11 | 11 | 0 | 19FEB03 | 05MAR03 | 09JUN03 | 23JUN03 | 78 | ▼Slab on Metal Deck | | | |
| 104 | Set Roof Drains & Curbs | 6 | 6 | 0 | 19FEB03 | 26FEB03 | 01JUL04 | 08JUL04 | 355 | | | ▼Set Roof Drains & Curb | |
| 90 | Set Masonry Door Frames | 6 | 6 | 0 | 19FEB03 | 26FEB03 | 26JUL04 | 02AUG04 | 372 | | | ▼Set Masonry Door F | |
| 80 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 19FEB03 | 21FEB03 | 29JUL04 | 02AUG04 | 375 | | | ▼Set Fire Dampers & | |
| 97 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 05MAR03 | 26MAR03 | 23JUN03 | 15JUL03 | 78 | ▼Exterior Metal Stud & Sheath | | | |
| 91 | Masonry At Stair A 166 | 11 | 11 | 0 | 05MAR03 | 19MAR03 | 11MAY04 | 25MAY04 | 308 | | | ▼Masonry At Stair A 166 | |
| 93 | Exterior CMU Backup | 4 | 4 | 0 | 19MAR03 | 24MAR03 | 25MAY04 | 28MAY04 | 308 | | | ▼Exterior CMU Backup | |
| 95 | Interior CMU Partitions | 47 | 47 | 0 | 24MAR03 | 27MAY03 | 28MAY04 | 02AUG04 | 308 | | | ▼Interior CMU Partiti | |
| 98 | Interior Metal Studs | 0 | 0 | 0 | 26MAR03* | | 15JUL03 | | 78 | ◆ Interior Metal Studs | | | |
| 106 | Mechanical Rough | 31 | 31 | 0 | 26MAR03 | 07MAY03 | 05MAY04 | 16JUN04 | 289 | | | ▼Mechanical Rough | |

Start Date 18NOV02  
Finish Date 28JUL04  
Data Date 18NOV02  
Run Date 20FEB08 11:08  

© Primavera Systems, Inc.

Early Bar  
Float Bar  
Progress Bar  
Critical Activity

ED01

EDiS 18 Nov 2002 Project Schedule  
with Total Float Bar Shown

Sheet 1 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 94 | Exterior Brick Veneer | 19 | 19 | 0 | 26MAR03 | 21APR03 | 06JUL04 | 30JUL04 | 333 |
| 105 | Roofing/Flashing & Sheetmetal | 17 | 17 | 0 | 27MAR03 | 18APR03 | 09JUL04 | 02AUG04 | 335 |
| 92 | Masonry At Stair A 160 | 11 | 11 | 0 | 16APR03* | 30APR03 | 19JUL04 | 02AUG04 | 327 |
| 102 | Install Curtainwall | 2 | 2 | 0 | 21APR03 | 22APR03 | 30JUL04 | 02AUG04 | 333 |
| 103 | Install Aluminum Windows | 2 | 2 | 0 | 21APR03 | 22APR03 | 30JUL04 | 02AUG04 | 333 |
| 107 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 07MAY03 | 28MAY03 | 16JUN04 | 07JUL04 | 289 |
| 108 | Sprinkler Rough 2nd Floor | 16 | 16 | 0 | 28MAY03 | 18JUN03 | 07JUL04 | 28JUL04 | 289 |
| 109 | Sprinkler Stand Pipe | 4 | 4 | 0 | 18JUN03 | 23JUN03 | 28JUL04 | 02AUG04 | 289 |

**Building C - Classrooms**

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 116 | Footers & Piers | 10 | 10 | 0 | 13DEC02 | 26DEC02 | 18DEC02 | 31DEC02 | 3 |
| 117 | Pedestals | 3 | 3 | 0 | 20DEC02 | 24DEC02 | 27MAR03 | 31MAR03 | 69 |
| 118 | Block Wall Below Grade | 5 | 5 | 0 | 25DEC02 | 31DEC02 | 01APR03 | 07APR03 | 69 |
| 119 | Backfill Foundations | 2 | 2 | 0 | 01JAN03 | 02JAN03 | 08APR03 | 09APR03 | 69 |
| 120 | Underslab Utilities | 10 | 10 | 0 | 03JAN03 | 16JAN03 | 10APR03 | 23APR03 | 69 |
| 121 | Underslab Stone/Insulation | 2 | 2 | 0 | 17JAN03 | 20JAN03 | 24APR03 | 25APR03 | 69 |
| 122 | Slab on Grade | 10 | 10 | 0 | 21JAN03 | 03FEB03 | 28APR03 | 09MAY03 | 69 |
| 126 | Erect Steel & Metal Deck | 11 | 11 | 0 | 19FEB03* | 05MAR03 | 12MAY03 | 26MAY03 | 58 |
| 129 | Set Masonry Door Frames | 4 | 4 | 0 | 05MAR03 | 10MAR03 | 11JUN03 | 16JUN03 | 70 |
| 124 | Slab on Metal Deck | 11 | 11 | 0 | 05MAR03 | 19MAR03 | 19JUL04 | 02AUG04 | 357 |
| 123 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 05MAR03 | 07MAR03 | 29JUL04 | 02AUG04 | 365 |
| 130 | Exterior CMU Backup& Stair C | 6 | 6 | 0 | 10MAR03 | 17MAR03 | 16JUN03 | 23JUN03 | 70 |
| 134 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 17MAR03 | 07APR03 | 23JUN03 | 15JUL03 | 70 |
| 132 | Interior CMU Partitions | 4 | 4 | 0 | 17MAR03 | 20MAR03 | 28JUL04 | 02AUG04 | 356 |
| 135 | Interior Metal Studs | 0 | 0 | 0 | 07APR03* |  | 15JUL03 |  | 70 |
| 141 | Mechanical Rough | 21 | 21 | 0 | 07APR03 | 05MAY03 | 18MAY04 | 15JUN04 | 290 |
| 131 | Exterior Brick Veneer | 22 | 22 | 0 | 07APR03 | 06MAY03 | 16JUN04 | 15JUL04 | 311 |
| 138 | Set Roof Drains & Curbs | 5 | 5 | 0 | 08APR03* | 14APR03 | 08JUL04 | 14JUL04 | 326 |
| 139 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 06MAY03 | 22MAY03 | 15JUL04 | 02AUG04 | 311 |
| 137 | Install Aluminum Windows | 6 | 6 | 0 | 06MAY03 | 13MAY03 | 26JUL04 | 02AUG04 | 318 |
| 142 | Sprinkler Rough 1st Floor | 13 | 13 | 0 | 26MAY03* | 11JUN03 | 15JUN04 | 01JUL04 | 275 |
| 144 | Sprinkler Stand Pipe | 2 | 2 | 0 | 11JUN03 | 12JUN03 | 01JUL04 | 02JUL04 | 275 |
| 143 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 11JUN03 | 25JUN03 | 19JUL04 | 02AUG04 | 287 |

**Building D - Classrooms**

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 148 | Footers & Piers | 10 | 10 | 0 | 27DEC02 | 09JAN03 | 01JAN03 | 14JAN03 | 3 |
| 149 | Pedestals | 3 | 3 | 0 | 03JAN03 | 07JAN03 | 10APR03 | 14APR03 | 69 |
| 150 | Block Wall Below Grade | 5 | 5 | 0 | 08JAN03 | 14JAN03 | 15APR03 | 21APR03 | 69 |
| 151 | Backfill Foundations | 2 | 2 | 0 | 15JAN03 | 16JAN03 | 22APR03 | 23APR03 | 69 |
| 152 | Underslab Utilities | 10 | 10 | 0 | 17JAN03 | 30JAN03 | 24APR03 | 07MAY03 | 69 |
| 153 | Underslab Stone/Insulation | 2 | 2 | 0 | 31JAN03 | 03FEB03 | 08MAY03 | 09MAY03 | 69 |

Start Date: 18NOV02
Finish Date: 28JUL04
Data Date: 18NOV02
Run Date: 20FEB08 11:08

Early Bar
Float Bar
Progress Bar
Critical Activity

ED01

Sheet 2 of 5

EDiS 18 Nov 2002 Project Schedule
with Total Float Bar Shown

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 154 | Slab on Grade | 10 | 10 | 0 | 04FEB03 | 17FEB03 | 12MAY03 | 23MAY03 | 69 |
| 158 | Erect Steel & Metal Deck | 11 | 11 | 0 | 05MAR03* | 19MAR03 | 26MAY03 | 09JUN03 | 58 |
| 166 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 19MAR03 | 09APR03 | 23JUN03 | 15JUL03 | 68 |
| 170 | Set Roof Drains & Curbs | 6 | 6 | 0 | 19MAR03 | 26MAR03 | 07JUL04 | 14JUL04 | 339 |
| 161 | Set Masonry Door Frames | 4 | 4 | 0 | 19MAR03 | 24MAR03 | 08JUL04 | 13JUL04 | 340 |
| 156 | Slab on Metal Deck | 11 | 11 | 0 | 19MAR03 | 02APR03 | 19JUL04 | 02AUG04 | 347 |
| 155 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 19MAR03 | 21MAR03 | 29JUL04 | 02AUG04 | 355 |
| 162 | Exterior CMU Backup& Stair D | 6 | 6 | 0 | 24MAR03 | 31MAR03 | 13JUL04 | 20JUL04 | 340 |
| 164 | Interior CMU Partitions | 10 | 10 | 0 | 31MAR03 | 11APR03 | 20JUL04 | 02AUG04 | 340 |
| 167 | Interior Metal Studs | 0 | 0 | 0 | 09APR03* | | 15JUL03 | | 68 |
| 173 | Mechanical Rough | 21 | 21 | 0 | 09APR03 | 07MAY03 | 04JUN04 | 02JUL04 | 301 |
| 163 | Exterior Brick Veneer | 16 | 16 | 0 | 09APR03 | 30APR03 | 23JUN04 | 14JUL04 | 314 |
| 169 | Install Aluminum Windows | 6 | 6 | 0 | 30APR03 | 07MAY03 | 26JUL04 | 02AUG04 | 322 |
| 171 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 01MAY03* | 19MAY03 | 15JUL04 | 02AUG04 | 314 |
| 174 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 12JUN03 | 26JUN03 | 02JUL04 | 16JUL04 | 275 |
| 175 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 26JUN03 | 11JUL03 | 16JUL04 | 30JUL04 | 275 |
| 176 | Sprinkler Stand Pipe | 2 | 2 | 0 | 11JUL03 | 14JUL03 | 30JUL04 | 02AUG04 | 275 |
| **Building E - Classrooms** | | | | | | | | | |
| 180 | Footers & Piers | 10 | 10 | 0 | 10JAN03 | 23JAN03 | 15JAN03 | 28JAN03 | 3 |
| 181 | Pedestals | 3 | 3 | 0 | 17JAN03 | 21JAN03 | 24APR03 | 28APR03 | 69 |
| 182 | Block Wall Below Grade | 5 | 5 | 0 | 22JAN03 | 28JAN03 | 29APR03 | 05MAY03 | 69 |
| 183 | Backfill Foundations | 2 | 2 | 0 | 29JAN03 | 30JAN03 | 06MAY03 | 07MAY03 | 69 |
| 184 | Underslab Utilities | 10 | 10 | 0 | 31JAN03 | 13FEB03 | 08MAY03 | 21MAY03 | 69 |
| 185 | Underslab Stone/Insulation | 2 | 2 | 0 | 14FEB03 | 17FEB03 | 22MAY03 | 23MAY03 | 69 |
| 186 | Slab on Grade | 10 | 10 | 0 | 18FEB03 | 03MAR03 | 26MAY03 | 06JUN03 | 69 |
| 190 | Erect Steel & Metal Deck | 11 | 11 | 0 | 19MAR03* | 02APR03 | 09JUN03 | 23JUN03 | 58 |
| 198 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 02APR03 | 23APR03 | 23JUN03 | 15JUL03 | 58 |
| 202 | Set Roof Drains & Curbs | 6 | 6 | 0 | 02APR03 | 09APR03 | 07JUL04 | 14JUL04 | 329 |
| 193 | Set Masonry Door Frames | 4 | 4 | 0 | 02APR03 | 07APR03 | 15JUL04 | 20JUL04 | 335 |
| 188 | Slab on Metal Deck | 11 | 11 | 0 | 02APR03 | 16APR03 | 19JUL04 | 02AUG04 | 337 |
| 187 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 02APR03 | 04APR03 | 29JUL04 | 02AUG04 | 345 |
| 194 | Exterior CMU Backup& Stair E | 7 | 7 | 0 | 07APR03 | 15APR03 | 20JUL04 | 28JUL04 | 335 |
| 196 | Interior CMU Partitions | 4 | 4 | 0 | 15APR03 | 18APR03 | 28JUL04 | 02AUG04 | 335 |
| 199 | Interior Metal Studs | 0 | 0 | 0 | 23APR03* | | 15JUL03 | | 58 |
| 205 | Mechanical Rough | 21 | 21 | 0 | 23APR03 | 21MAY03 | 04JUN04 | 02JUL04 | 291 |
| 195 | Exterior Brick Veneer | 20 | 20 | 0 | 23APR03 | 20MAY03 | 18JUN04 | 15JUL04 | 301 |
| 203 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 20MAY03* | 05JUN03 | 15JUL04 | 02AUG04 | 301 |
| 201 | Install Aluminum Windows | 6 | 6 | 0 | 20MAY03 | 27MAY03 | 26JUL04 | 02AUG04 | 308 |
| 206 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 21MAY03 | 04JUN03 | 02JUL04 | 16JUL04 | 291 |

| | |
|---|---|
| Start Date | 18NOV02 |
| Finish Date | 28JUL04 |
| Data Date | 18NOV02 |
| Run Date | 20FEB08 11:08 |

© Primavera Systems, Inc.

Early Bar
Float Bar
Progress Bar
Critical Activity

ED01

Sheet 3 of 5

EDiS 18 Nov 2002 Project Schedule
with Total Float Bar Shown

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 207 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 04JUN03 | 18JUN03 | 16JUL04 | 30JUL04 | 291 |
| 208 | Sprinkler Stand Pipe | 2 | 2 | 0 | 18JUN03 | 19JUN03 | 30JUL04 | 02AUG04 | 291 |
| **Building F - Gym/Cafe/Mech** | | | | | | | | | |
| 213 | Footers & Piers | 15 | 15 | 0 | 24JAN03 | 13FEB03 | 29JAN03 | 18FEB03 | 3 |
| 214 | Pedestals | 7 | 7 | 0 | 31JAN03 | 10FEB03 | 11FEB03 | 19FEB03 | 7 |
| 215 | Block Wall Below Grade | 10 | 10 | 0 | 07FEB03 | 20FEB03 | 18FEB03 | 03MAR03 | 7 |
| 216 | Backfill Foundations | 4 | 4 | 0 | 21FEB03 | 26FEB03 | 04MAR03 | 07MAR03 | 7 |
| 217 | Underslab Utilities | 20 | 20 | 0 | 26FEB03 | 25MAR03 | 07MAR03 | 03APR03 | 7 |
| 218 | Underslab Stone/Insulation | 5 | 5 | 0 | 26MAR03 | 01APR03 | 04APR03 | 10APR03 | 7 |
| 219 | Slab on Grade | 15 | 15 | 0 | 02APR03 | 22APR03 | 11APR03 | 01MAY03 | 7 |
| 222 | Erect Steel & Metal Deck | 11 | 11 | 0 | 29APR03* | 13MAY03 | 02MAY03 | 16MAY03 | 3 |
| 229 | Exterior Metal Stud & Sheath | 3 | 3 | 0 | 13MAY03 | 15MAY03 | 11JUL03 | 15JUL03 | 42 |
| 224 | Set Masonry Door Frames | 6 | 6 | 0 | 13MAY03 | 20MAY03 | 06APR04 | 13APR04 | 234 |
| 236 | Mechanical Rough | 31 | 31 | 0 | 13MAY03 | 24JUN03 | 06MAY04 | 17JUN04 | 256 |
| 233 | Set Roof Drains & Curbs | 6 | 6 | 0 | 13MAY03 | 20MAY03 | 10JUN04 | 17JUN04 | 281 |
| 220 | Slab on Metal Deck | 6 | 6 | 0 | 13MAY03 | 20MAY03 | 26JUL04 | 02AUG04 | 313 |
| 230 | Interior Metal Studs | 0 | 0 | 0 | 15MAY03* | | 15JUL03 | | 42 |
| 225 | Exterior CMU Backup | 19 | 19 | 0 | 20MAY03 | 13JUN03 | 13APR04 | 07MAY04 | 234 |
| 226 | Exterior Brick Veneer | 31 | 31 | 0 | 13JUN03 | 28JUL03 | 07MAY04 | 18JUN04 | 234 |
| 227 | Interior CMU Partitions | 27 | 27 | 0 | 13JUN03 | 22JUL03 | 25JUN04 | 02AUG04 | 269 |
| 237 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 24JUN03 | 16JUL03 | 17JUN04 | 08JUL04 | 256 |
| 239 | Sprinkler Stand Pipe | 2 | 2 | 0 | 17JUL03 | 18JUL03 | 09JUL04 | 12JUL04 | 256 |
| 240 | Mechanical Room Piping | 16 | 16 | 0 | 18JUL03 | 08AUG03 | 12JUL04 | 02AUG04 | 256 |
| 234 | Roofing/Flashing & Sheetmetal | 32 | 32 | 0 | 28JUL03* | 09SEP03 | 18JUN04 | 02AUG04 | 234 |
| 232 | Install Curtainwall/Windows | 16 | 16 | 0 | 28JUL03 | 18AUG03 | 12JUL04 | 02AUG04 | 250 |
| **Building B - Auditorium-VoAg** | | | | | | | | | |
| 243 | Footers & Piers | 15 | 15 | 0 | 14FEB03 | 06MAR03 | 19FEB03 | 11MAR03 | 3 |
| 244 | Pedestals | 7 | 7 | 0 | 21FEB03 | 03MAR03 | 26FEB03 | 06MAR03 | 3 |
| 245 | Block Wall Below Grade | 12 | 12 | 0 | 26FEB03 | 13MAR03 | 03MAR03 | 18MAR03 | 3 |
| 246 | Backfill Foundations | 3 | 3 | 0 | 14MAR03 | 18MAR03 | 19MAR03 | 21MAR03 | 3 |
| 247 | Underslab Utilities | 15 | 15 | 0 | 19MAR03 | 08APR03 | 24MAR03 | 11APR03 | 3 |
| 248 | Underslab Stone/Insulation | 10 | 10 | 0 | 09APR03 | 22APR03 | 14APR03 | 25APR03 | 3 |
| 249 | Slab on Grade | 15 | 15 | 0 | 23APR03 | 13MAY03 | 28APR03 | 16MAY03 | 3 |
| 252 | Erect Steel & Metal Deck | 10 | 10 | 0 | 14MAY03 | 27MAY03 | 19MAY03 | 30MAY03 | 3 |
| 259 | Exterior Metal Stud & Sheath | 2 | 2 | 0 | 28MAY03 | 29MAY03 | 02JUN03 | 03JUN03 | 3 |
| 266 | Mechanical Rough | 30 | 30 | 0 | 28MAY03 | 09JUL03 | 07MAY04 | 17JUN04 | 246 |
| 254 | Set Masonry Door Frames | 5 | 5 | 0 | 28MAY03 | 03JUN03 | 20MAY04 | 26MAY04 | 255 |
| 263 | Set Roof Drains & Curbs | 5 | 5 | 0 | 28MAY03 | 03JUN03 | 01JUL04 | 07JUL04 | 285 |
| 251 | Slab on Metal Deck | 5 | 5 | 0 | 28MAY03 | 03JUN03 | 27JUL04 | 02AUG04 | 303 |

Start Date: 18NOV02
Finish Date: 28JUL04
Data Date: 18NOV02
Run Date: 20FEB08 11:08

Early Bar
Float Bar
Progress Bar
Critical Activity

ED01

EDiS 18 Nov 2002 Project Schedule
with Total Float Bar Shown

Sheet 4 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 260 | Interior Metal Studs | 0 | 0 | 0 | 29MAY03* | | 03JUN03 | | 3 |
| 255 | Exterior CMU Backup | 14 | 14 | 0 | 04JUN03 | 23JUN03 | 27MAY04 | 15JUN04 | 255 |
| 256 | Exterior Brick Veneer | 16 | 16 | 0 | 24JUN03 | 16JUL03 | 16JUN04 | 07JUL04 | 255 |
| 257 | Interior CMU Partitions | 31 | 31 | 0 | 24JUN03 | 06AUG03 | 21JUN04 | 02AUG04 | 258 |
| 267 | Sprinkler Rough 1st Floor | 30 | 30 | 0 | 10JUL03 | 20AUG03 | 18JUN04 | 29JUL04 | 246 |
| 262 | Install Curtainwall/Windows | 18 | 18 | 0 | 17JUL03 | 11AUG03 | 08JUL04 | 02AUG04 | 255 |
| 264 | Roofing/Flashing & Sheetmetal | 18 | 18 | 0 | 17JUL03* | 11AUG03 | 08JUL04 | 02AUG04 | 255 |
| 268 | Sprinkler Stand Pipe | 2 | 2 | 0 | 21AUG03 | 22AUG03 | 30JUL04 | 02AUG04 | 246 |
| **Generalized Performance** | | | | | | | | | |
| 274 | Mechanical & Plumbing | 355 | 355 | 0 | 13DEC02 | 23APR04 | 24MAR03 | 02AUG04 | 71 |
| 275 | Electrical | 355 | 355 | 0 | 13DEC02 | 23APR04 | 24MAR03 | 02AUG04 | 71 |
| 273 | Carpentry & General Works | 293 | 293 | 0 | 15APR03* | 28MAY04 | 18APR03 | 02JUN04 | 3 |
| 272 | Interior Metal Studs & Drywall | 182 | 182 | 0 | 10JUL03* | 19MAR04 | 15JUL03 | 24MAR04 | 3 |
| 276 | Finishes | 217 | 217 | 0 | 31JUL03* | 28MAY04 | 05AUG03 | 02JUN04 | 3 |
| 277 | Substantial Completion | 0 | 0 | 0 | | 28MAY04 | | 02JUN04 | 3 |
| 278 | Final Punchlist & Move In | 43 | 43 | 0 | 31MAY04 | 28JUL04 | 03JUN04 | 02AUG04 | 3 |

Start Date: 18NOV02
Finish Date: 28JUL04
Data Date: 18NOV02
Run Date: 20FEB08 11:08

© Primavera Systems, Inc.

Early Bar
Float Bar
Progress Bar
Critical Activity

ED01

EDiS 18 Nov 2002 Project Schedule
with Total Float Bar Shown

Sheet 5 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |