



| Activity ID | Activity Description | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| **Building A - Administration** | | | | | |
| 1-10-116 | DWV & Domestic Piping Rough In | 1 | 90 | 01JUL03A | 31AUG04 |
| 1-10-117 | HVAC Piping Rough In | 0 | 100 | 26AUG03A | |
| 1-10-114 | Install Ductwork & VAVs | 0 | 100 | 03SEP03A | 30JUN04A |
| 1-10-118 | Test Ductwork & Piping | 1 | 80 | 20FEB04A | 31AUG04 |
| 1-10-119 | Ductwork Insulation | 1 | 90 | 20FEB04A | 31AUG04 |
| 12-31-129 | Install GRDs | 0 | 100 | 12JUL04A | 16AUG04A |
| **Building C - Classrooms** | | | | | |
| 2-7-178 | DWV/Domestic/Gas Piping Rough In | 0 | 100 | 01JUL03A | 31DEC03A |
| 2-7-180 | HVAC Piping Rough In | 0 | 100 | 01JUL03A | 31DEC03A |
| 2-7-176 | Install Ductwork & VAVs (VAV 9/30/03) | 0 | 100 | 15JUL03A | 17MAY04A |
| 2-7-181 | Test Ductwork & Piping | 0 | 100 | 23DEC03A | 17MAY04A |
| 2-7-182 | Ductwork Insulation | 0 | 100 | 31DEC03A | 17MAY04A |
| 12-31-208 | Setting Plumbing Fixtures | 0 | 100 | 03FEB04A | 14JUN04A |
| 12-31-209 | Install GRDs | 0 | 100 | 02MAR04A | 16MAR04A |
| **Building D - Classrooms** | | | | | |
| 2-7-239 | DWV/Domestic/Gas Rough In | 0 | 100 | 14AUG03A | 17MAY04A |
| 2-7-240 | HVAC Piping Rough In | 0 | 100 | 14AUG03A | 17MAY04A |
| 2-7-237 | Install Ductwork & VAVs (9/30 VAV Starts) | 0 | 100 | 09OCT03A | 03FEB04A |
| 2-7-242 | Ductwork Insulation | 0 | 100 | 26NOV03A | 03FEB04A |
| 2-7-241 | Test Ductwork & Piping | 0 | 100 | 06JAN04A | 17MAY04A |

Start Date 18NOV02
Finish Date 10JAN05
Data Date 31AUG04

Early Bar
Target Bar
Progress Bar
Critical Activity

RL21 Sheet 1 of 2

Mechanical Activities

6.31.2003 Target vs. 8.31.2004 Update

| Date | Revision | Checked | Approved |
|---|---|---|---|

© Primavera Systems, Inc.

Mechanical Activities — 6.31.2003 Target vs. 8.31.2004 Update — Sheet 2 of 2

| Activity ID | Activity Description | Rem Dur | % | Early Start | Early Finish |
|---|---|---|---|---|---|
| 12-31-291 | Install GRDs | 0 | 100 | 02MAR04A | 13APR04A |
| 12-31-290 | Setting Plumbing Fixtures | 0 | 100 | 08MAR04A | 15JUN04A |
| **Building E - Classrooms** | | | | | |
| 12-31-365 | DWV/Domestic/Gas Rough In (Tie from 1/10) | 0 | 100 | 03SEP03A | 28FEB04A |
| 12-31-366 | HVAC Piping Rough In | 0 | 100 | 17SEP03A | 28FEB04A |
| 12-31-364 | Install Ductwork & VAVs (St from DJR) | 0 | 100 | 02JAN04A | 28FEB04A |
| 12-31-368 | Ductwork Insulation | 0 | 100 | 25FEB04A | 16MAR04A |
| 12-31-367 | Test Ductwork & Piping | 0 | 100 | 16MAR04A | 16MAR04A |
| 12-31-371 | Install GRDs | 4 | 20 | 30MAR04A | 03SEP04 |
| 12-31-378 | Setting Plumbing Fixtures | 0 | 100 | 20MAY04A | 19JUL04A |
| **Building F - Gym/Cafe/Mech** | | | | | |
| 12-31-428 | Mechanical Rough In | 4 | 80 | 12SEP03A | 03SEP04 |
| 240 | Mechanical Room Piping | 0 | 100 | 04JAN04A | 13JUL04A |
| 12-31-433 | Install GRDs | 0 | 100 | 11JUN04A | 30AUG04A |
| 12-31-432 | Set Plumbing Fixtures (add tie 464 Judge) | 5 | 50 | 06JUL04A | 06SEP04 |
| **Building B - Auditorium-VoAg** | | | | | |
| 266 | Mechanical Rough | 6 | 81 | 08NOV03A | 07SEP04 |
| 12-31-498 | Set Plumbing Fixtures | 10 | 0 | 16SEP04 | 29SEP04 |

Start Date: 18NOV02  
Finish Date: 10JAN05  
Data Date: 31AUG04  

RL21

© Primavera Systems, Inc.