| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| **Site Work** | | | | | | | | | |
| 44 | Mobilize for BPA Construction | 1 | 0 | 100 | 05AUG02A | 09AUG02A | 05AUG02A | 09AUG02A | |
| 45 | Start Construction | 0 | 0 | 100 | 08AUG02A | | 08AUG02A | | |
| 47 | Install Silt Fence | 1 | 0 | 100 | 09AUG02A | 09AUG02A | 09AUG02A | 09AUG02A | |
| 48 | Stabilize Construction Entrance | 1 | 0 | 100 | 28AUG02A | 05SEP02A | 28AUG02A | 05SEP02A | |
| 49 | Clean Out Ditch | 1 | 0 | 100 | 05SEP02A | 18SEP02A | 05SEP02A | 18SEP02A | |
| 50 | Strip Topsoil - Ponds & Building | 1 | 0 | 100 | 18SEP02A | 28SEP02A | 18SEP02A | 28SEP02A | |
| 51 | Excavate Ponds & Prep Building | 5 | 1 | 80 | 28SEP02A | 27JAN03 | 28SEP02A | 24FEB04 | 280 |
| 52 | Install Pond Structures | 1 | 0 | 100 | 08NOV02A | | 08NOV02A | | |
| 53 | Stabilize Ponds | 5 | 1 | 80 | 15NOV02A | 28JAN03 | 15NOV02A | 25FEB04 | 280 |
| 54 | Strip Topsoil Remainder of Site | 20 | 0 | 100 | 26NOV02A | | 26NOV02A | | |
| 57 | Install Force Main on Route 313 | 41 | 22 | 46 | 10DEC02A | 25FEB03 | 10DEC02A | 28JUL04 | 370 |
| 52.1 | MM#8 Excavation of Ponds | 1 | 0 | 100 | 10DEC02A | 10DEC02A | 10DEC02A | 10DEC02A | |
| 57.1 | MM# 8 Croll started Force Main | 0 | 0 | 100 | 10DEC02A | | 10DEC02A | | |
| 59 | Construct Pump Station | 80 | 80 | 0 | 27JAN03* | 16MAY03 | 08APR04 | 28JUL04 | 312 |
| 55 | Install Sanitary Sewer System | 60 | 60 | 0 | 29JAN03 | 22APR03 | 26FEB04 | 19MAY04 | 280 |
| 56 | Install Storm Sewer System | 90 | 90 | 0 | 26FEB03 | 01JUL03 | 25MAR04 | 28JUL04 | 280 |
| 58 | Install Water Mains | 20 | 20 | 0 | 23APR03 | 20MAY03 | 01JUL04 | 28JUL04 | 310 |
| 60-68 | Roadwork | 252 | 252 | 0 | 19MAY03* | 05MAY04 | 12AUG03 | 28JUL04 | 60 |
| **Building A - Administration** | | | | | | | | | |
| 84 | Steel Shop Drawings | 40 | 0 | 100 | 23SEP02A | | 23SEP02A | | |
| 71 | Rain Delays | 1 | 0 | 100 | 15OCT02A | 15OCT02A | 15OCT02A | 15OCT02A | |
| 72 | Layout Foundations | 4 | 0 | 100 | 15NOV02A | 22NOV02A | 15NOV02A | 22NOV02A | |
| 73 | Footers & Piers | 15 | 3 | 80 | 02DEC02A | 29JAN03 | 02DEC02A | 03JAN03 | -18 |
| 74 | Pedestals | 5 | 1 | 80 | 16DEC02A | 27JAN03 | 16DEC02A | 07MAR03 | 29 |
| 75 | Block Wall Below Grade | 10 | 4 | 60 | 19DEC02A | 30JAN03 | 19DEC02A | 12MAR03 | 29 |
| 100 | Window Shop Drawings | 23 | 23 | 0 | 27JAN03* | 26FEB03 | 03MAY04 | 02JUN04 | 329 |
| 76 | Backfill Foundations | 2 | 2 | 0 | 31JAN03 | 03FEB03 | 13MAR03 | 14MAR03 | 29 |
| 77 | Underslab Utilities | 15 | 15 | 0 | 04FEB03 | 24FEB03 | 17MAR03 | 04APR03 | 29 |
| 78 | Underslab Stone/Insulation | 2 | 2 | 0 | 25FEB03 | 26FEB03 | 07APR03 | 08APR03 | 29 |
| 79 | Slab on Grade | 10 | 10 | 0 | 27FEB03 | 12MAR03 | 09APR03 | 22APR03 | 29 |
| 101 | Fabricate Alumnum | 40 | 40 | 0 | 27FEB03 | 23APR03 | 03JUN04 | 28JUL04 | 329 |
| 86 | Erect Steel & Metal Deck | 11 | 11 | 0 | 13MAR03* | 27MAR03 | 23APR03 | 07MAY03 | 29 |
| 81 | Slab on Metal Deck | 11 | 11 | 0 | 27MAR03 | 10APR03 | 04JUN03 | 18JUN03 | 49 |
| 104 | Set Roof Drains & Curbs | 6 | 6 | 0 | 27MAR03 | 03APR03 | 28JUN04 | 05JUL04 | 326 |
| 90 | Set Masonry Door Frames | 6 | 6 | 0 | 27MAR03 | 03APR03 | 21JUL04 | 28JUL04 | 343 |
| 80 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 27MAR03 | 31MAR03 | 26JUL04 | 28JUL04 | 346 |
| 97 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 10APR03 | 01MAY03 | 18JUN03 | 10JUL03 | 49 |
| 91 | Masonry At Stair A 166 | 11 | 11 | 0 | 10APR03 | 24APR03 | 06MAY04 | 20MAY04 | 279 |

Start Date: 18NOV02
Finish Date: 23AUG04
Data Date: 27JAN03
Run Date: 20FEB08 11:23

Early Bar
Float Bar
Progress Bar
Critical Activity

ED03

As of Meeting Minutes 1/21/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 1 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 92 | Masonry At Stair A 160 | 11 | 11 | 0 | 16APR03* | 30APR03 | 14JUL04 | 28JUL04 | 324 |
| 93 | Exterior CMU Backup | 4 | 4 | 0 | 24APR03 | 29APR03 | 20MAY04 | 25MAY04 | 279 |
| 95 | Interior CMU Partitions | 47 | 47 | 0 | 29APR03 | 02JUL03 | 25MAY04 | 28JUL04 | 279 |
| 98 | Interior Metal Studs | 0 | 0 | 0 | 01MAY03* |  | 10JUL03 |  | 49 |
| 106 | Mechanical Rough | 31 | 31 | 0 | 01MAY03 | 12JUN03 | 30APR04 | 11JUN04 | 260 |
| 94 | Exterior Brick Veneer | 19 | 19 | 0 | 01MAY03 | 27MAY03 | 01JUL04 | 27JUL04 | 304 |
| 105 | Roofing/Flashing & Sheetmetal | 17 | 17 | 0 | 01MAY03 | 23MAY03 | 06JUL04 | 28JUL04 | 307 |
| 102 | Install Curtainwall | 2 | 2 | 0 | 27MAY03 | 28MAY03 | 27JUL04 | 28JUL04 | 304 |
| 103 | Install Aluminum Windows | 2 | 2 | 0 | 27MAY03 | 28MAY03 | 27JUL04 | 28JUL04 | 304 |
| 107 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 12JUN03 | 03JUL03 | 11JUN04 | 02JUL04 | 260 |
| 108 | Sprinkler Rough 2nd Floor | 16 | 16 | 0 | 03JUL03 | 25JUL03 | 02JUL04 | 23JUL04 | 260 |
| 109 | Sprinkler Stand Pipe | 4 | 4 | 0 | 25JUL03 | 30JUL03 | 23JUL04 | 28JUL04 | 260 |
| **Building C - Classrooms** | | | | | | | | | |
| 116 | Footers & Piers | 10 | 2 | 80 | 09JAN03A | 31JAN03 | 09JAN03A | 07JAN03 | -18 |
| 120 | Underslab Utilities | 10 | 8 | 20 | 09JAN03A | 19FEB03 | 09JAN03A | 18APR03 | 42 |
| 117 | Pedestals | 3 | 0 | 100 | 21JAN03A |  | 21JAN03A |  |  |
| 118 | Block Wall Below Grade | 5 | 5 | 0 | 30JAN03 | 05FEB03 | 31MAR03 | 04APR03 | 42 |
| 119 | Backfill Foundations | 2 | 2 | 0 | 06FEB03 | 07FEB03 | 07APR03 | 08APR03 | 42 |
| 121 | Underslab Stone/Insulation | 2 | 2 | 0 | 20FEB03 | 21FEB03 | 21APR03 | 22APR03 | 42 |
| 122 | Slab on Grade | 10 | 10 | 0 | 24FEB03 | 07MAR03 | 23APR03 | 06MAY03 | 42 |
| 126 | Erect Steel & Metal Deck | 11 | 11 | 0 | 27MAR03* | 10APR03 | 07MAY03 | 21MAY03 | 29 |
| 129 | Set Masonry Door Frames | 4 | 4 | 0 | 10APR03 | 15APR03 | 06JUN03 | 11JUN03 | 41 |
| 138 | Set Roof Drains & Curbs | 5 | 5 | 0 | 10APR03* | 16APR03 | 05JUL04 | 09JUL04 | 321 |
| 124 | Slab on Metal Deck | 11 | 11 | 0 | 10APR03 | 24APR03 | 14JUL04 | 28JUL04 | 328 |
| 123 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 10APR03 | 14APR03 | 26JUL04 | 28JUL04 | 336 |
| 130 | Exterior CMU Backup& Stair C | 6 | 6 | 0 | 15APR03 | 22APR03 | 11JUN03 | 18JUN03 | 41 |
| 134 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 22APR03 | 13MAY03 | 18JUN03 | 10JUL03 | 41 |
| 127 | Erect Stair C | 6 | 6 | 0 | 22APR03 | 29APR03 | 21JUL04 | 28JUL04 | 325 |
| 132 | Interior CMU Partitions | 4 | 4 | 0 | 22APR03 | 25APR03 | 23JUL04 | 28JUL04 | 327 |
| 135 | Interior Metal Studs | 0 | 0 | 0 | 13MAY03* |  | 10JUL03 |  | 41 |
| 141 | Mechanical Rough | 21 | 21 | 0 | 13MAY03 | 10JUN03 | 13MAY04 | 10JUN04 | 261 |
| 131 | Exterior Brick Veneer | 22 | 22 | 0 | 13MAY03 | 11JUN03 | 11JUN04 | 12JUL04 | 282 |
| 142 | Sprinkler Rough 1st Floor | 13 | 13 | 0 | 10JUN03* | 26JUN03 | 10JUN04 | 28JUN04 | 261 |
| 139 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 11JUN03 | 27JUN03 | 12JUL04 | 28JUL04 | 282 |
| 137 | Install Aluminum Windows | 6 | 6 | 0 | 11JUN03 | 18JUN03 | 21JUL04 | 28JUL04 | 289 |
| 144 | Sprinkler Stand Pipe | 2 | 2 | 0 | 26JUN03 | 27JUN03 | 28JUN04 | 29JUN04 | 261 |
| 143 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 26JUN03 | 11JUL03 | 14JUL04 | 28JUL04 | 273 |
| **Building D - Classrooms** | | | | | | | | | |
| 148 | Footers & Piers (No %, Use Bldg | 10 | 2 | 80 | 21JAN03A | 04FEB03 | 21JAN03A | 09JAN03 | -18 |

Start Date: 18NOV02
Finish Date: 23AUG04
Data Date: 27JAN03
Run Date: 20FEB08 11:23

Early Bar
Float Bar
Progress Bar
Critical Activity

ED03
As of Meeting Minutes 1/21/03
EDiS 18 Nov 2002 Schedule
with Total Float Bar Shown

Sheet 2 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 149 | Pedestals | 3 | 3 | 0 | 04FEB03 | 06FEB03 | 07APR03 | 09APR03 | 44 |
| 150 | Block Wall Below Grade | 5 | 5 | 0 | 07FEB03 | 13FEB03 | 10APR03 | 16APR03 | 44 |
| 151 | Backfill Foundations | 2 | 2 | 0 | 14FEB03 | 17FEB03 | 17APR03 | 18APR03 | 44 |
| 152 | Underslab Utilities | 10 | 10 | 0 | 18FEB03 | 03MAR03 | 21APR03 | 02MAY03 | 44 |
| 153 | Underslab Stone/Insulation | 2 | 2 | 0 | 04MAR03 | 05MAR03 | 05MAY03 | 06MAY03 | 44 |
| 154 | Slab on Grade | 10 | 10 | 0 | 06MAR03 | 19MAR03 | 07MAY03 | 20MAY03 | 44 |
| 158 | Erect Steel & Metal Deck | 11 | 11 | 0 | 10APR03* | 24APR03 | 21MAY03 | 04JUN03 | 29 |
| 166 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 24APR03 | 15MAY03 | 18JUN03 | 10JUL03 | 39 |
| 170 | Set Roof Drains & Curbs | 6 | 6 | 0 | 24APR03 | 01MAY03 | 02JUL04 | 09JUL04 | 310 |
| 161 | Set Masonry Door Frames | 4 | 4 | 0 | 24APR03 | 29APR03 | 05JUL04 | 08JUL04 | 311 |
| 156 | Slab on Metal Deck | 11 | 11 | 0 | 24APR03 | 08MAY03 | 14JUL04 | 28JUL04 | 318 |
| 155 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 24APR03 | 28APR03 | 26JUL04 | 28JUL04 | 326 |
| 162 | Exterior CMU Backup & Stair D | 6 | 6 | 0 | 29APR03 | 06MAY03 | 08JUL04 | 15JUL04 | 311 |
| 171 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 02MAY03* | 20MAY03 | 12JUL04 | 28JUL04 | 310 |
| 164 | Interior CMU Partitions | 10 | 10 | 0 | 06MAY03 | 19MAY03 | 15JUL04 | 28JUL04 | 311 |
| 159 | Erect Stair D 107 | 6 | 6 | 0 | 06MAY03 | 13MAY03 | 21JUL04 | 28JUL04 | 315 |
| 167 | Interior Metal Studs | 0 | 0 | 0 | 15MAY03* | | 10JUL03 | | 39 |
| 173 | Mechanical Rough | 21 | 21 | 0 | 15MAY03 | 12JUN03 | 01JUN04 | 29JUN04 | 272 |
| 163 | Exterior Brick Veneer | 16 | 16 | 0 | 15MAY03 | 05JUN03 | 30JUN04 | 21JUL04 | 293 |
| 169 | Install Aluminum Windows | 6 | 6 | 0 | 05JUN03 | 12JUN03 | 21JUL04 | 28JUL04 | 293 |
| 174 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 27JUN03 | 14JUL03 | 29JUN04 | 13JUL04 | 261 |
| 175 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 14JUL03 | 28JUL03 | 13JUL04 | 27JUL04 | 261 |
| 176 | Sprinkler Stand Pipe | 2 | 2 | 0 | 28JUL03 | 29JUL03 | 27JUL04 | 28JUL04 | 261 |
| **Building E - Classrooms** | | | | | | | | | |
| 180 | Footers & Piers | 10 | 10 | 0 | 05FEB03 | 18FEB03 | 10JAN03 | 23JAN03 | -18 |
| 181 | Pedestals | 3 | 3 | 0 | 12FEB03 | 14FEB03 | 21APR03 | 23APR03 | 48 |
| 182 | Block Wall Below Grade | 5 | 5 | 0 | 17FEB03 | 21FEB03 | 24APR03 | 30APR03 | 48 |
| 183 | Backfill Foundations | 2 | 2 | 0 | 24FEB03 | 25FEB03 | 01MAY03 | 02MAY03 | 48 |
| 184 | Underslab Utilities | 10 | 10 | 0 | 26FEB03 | 11MAR03 | 05MAY03 | 16MAY03 | 48 |
| 185 | Underslab Stone/Insulation | 2 | 2 | 0 | 12MAR03 | 13MAR03 | 19MAY03 | 20MAY03 | 48 |
| 186 | Slab on Grade | 10 | 10 | 0 | 14MAR03 | 27MAR03 | 21MAY03 | 03JUN03 | 48 |
| 190 | Erect Steel & Metal Deck | 11 | 11 | 0 | 24APR03* | 08MAY03 | 04JUN03 | 18JUN03 | 29 |
| 198 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 08MAY03 | 29MAY03 | 18JUN03 | 10JUL03 | 29 |
| 202 | Set Roof Drains & Curbs | 6 | 6 | 0 | 08MAY03 | 15MAY03 | 02JUL04 | 09JUL04 | 300 |
| 193 | Set Masonry Door Frames | 4 | 4 | 0 | 08MAY03 | 13MAY03 | 12JUL04 | 15JUL04 | 306 |
| 188 | Slab on Metal Deck | 11 | 11 | 0 | 08MAY03 | 22MAY03 | 14JUL04 | 28JUL04 | 308 |
| 187 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 08MAY03 | 12MAY03 | 26JUL04 | 28JUL04 | 316 |
| 194 | Exterior CMU Backup & Stair E | 7 | 7 | 0 | 13MAY03 | 21MAY03 | 15JUL04 | 23JUL04 | 306 |
| 196 | Interior CMU Partitions | 4 | 4 | 0 | 21MAY03 | 26MAY03 | 23JUL04 | 28JUL04 | 306 |

Start Date: 18NOV02
Finish Date: 23AUG04
Data Date: 27JAN03
Run Date: 20FEB08 11:23

Early Bar
Float Bar
Progress Bar
Critical Activity

ED03
As of Meeting Minutes 1/21/03
EDiS 18 Nov 2002 Schedule
with Total Float Bar Shown

Sheet 3 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 199 | Interior Metal Studs | 0 | 0 | 0 | 29MAY03* | | 10JUL03 | | 29 |
| 205 | Mechanical Rough | 21 | 21 | 0 | 29MAY03 | 26JUN03 | 01JUN04 | 29JUN04 | 262 |
| 195 | Exterior Brick Veneer | 20 | 20 | 0 | 29MAY03 | 25JUN03 | 15JUN04 | 12JUL04 | 272 |
| 203 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 25JUN03* | 14JUL03 | 12JUL04 | 28JUL04 | 272 |
| 201 | Install Aluminum Windows | 6 | 6 | 0 | 25JUN03 | 02JUL03 | 21JUL04 | 28JUL04 | 279 |
| 206 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 26JUN03 | 11JUL03 | 29JUN04 | 13JUL04 | 262 |
| 207 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 11JUL03 | 25JUL03 | 13JUL04 | 27JUL04 | 262 |
| 208 | Sprinkler Stand Pipe | 2 | 2 | 0 | 25JUL03 | 28JUL03 | 27JUL04 | 28JUL04 | 262 |
| **Building F - Gym/Cafe/Mech** | | | | | | | | | |
| 213 | Footers & Piers | 15 | 15 | 0 | 19FEB03 | 11MAR03 | 24JAN03 | 13FEB03 | -18 |
| 214 | Pedestals | 7 | 7 | 0 | 26FEB03 | 06MAR03 | 06FEB03 | 14FEB03 | -14 |
| 215 | Block Wall Below Grade | 10 | 10 | 0 | 05MAR03 | 18MAR03 | 13FEB03 | 26FEB03 | -14 |
| 216 | Backfill Foundations | 4 | 4 | 0 | 19MAR03 | 24MAR03 | 27FEB03 | 04MAR03 | -14 |
| 217 | Underslab Utilities | 20 | 20 | 0 | 24MAR03 | 18APR03 | 04MAR03 | 31MAR03 | -14 |
| 218 | Underslab Stone/Insulation | 5 | 5 | 0 | 21APR03 | 25APR03 | 01APR03 | 07APR03 | -14 |
| 219 | Slab on Grade | 15 | 15 | 0 | 28APR03 | 16MAY03 | 08APR03 | 28APR03 | -14 |
| 222 | Erect Steel & Metal Deck | 11 | 11 | 0 | 19MAY03* | 02JUN03 | 29APR03 | 13MAY03 | -14 |
| 229 | Exterior Metal Stud & Sheath | 3 | 3 | 0 | 02JUN03 | 04JUN03 | 08JUL03 | 10JUL03 | 25 |
| 224 | Set Masonry Door Frames | 6 | 6 | 0 | 02JUN03 | 09JUN03 | 01APR04 | 08APR04 | 217 |
| 236 | Mechanical Rough | 31 | 31 | 0 | 02JUN03 | 15JUL03 | 03MAY04 | 14JUN04 | 239 |
| 233 | Set Roof Drains & Curbs | 6 | 6 | 0 | 02JUN03 | 09JUN03 | 07JUN04 | 14JUN04 | 264 |
| 220 | Slab on Metal Deck | 6 | 6 | 0 | 02JUN03 | 09JUN03 | 21JUL04 | 28JUL04 | 296 |
| 230 | Interior Metal Studs | 0 | 0 | 0 | 04JUN03* | | 10JUL03 | | 25 |
| 225 | Exterior CMU Backup | 19 | 19 | 0 | 09JUN03 | 03JUL03 | 08APR04 | 04MAY04 | 217 |
| 226 | Exterior Brick Veneer | 31 | 31 | 0 | 03JUL03 | 15AUG03 | 04MAY04 | 15JUN04 | 217 |
| 227 | Interior CMU Partitions | 27 | 27 | 0 | 03JUL03 | 11AUG03 | 22JUN04 | 28JUL04 | 252 |
| 237 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 15JUL03 | 05AUG03 | 14JUN04 | 05JUL04 | 239 |
| 239 | Sprinkler Stand Pipe | 2 | 2 | 0 | 06AUG03 | 07AUG03 | 06JUL04 | 07JUL04 | 239 |
| 240 | Mechanical Room Piping | 16 | 16 | 0 | 07AUG03 | 28AUG03 | 07JUL04 | 28JUL04 | 239 |
| 234 | Roofing/Flashing & Sheetmetal | 32 | 32 | 0 | 15AUG03* | 29SEP03 | 15JUN04 | 28JUL04 | 217 |
| 232 | Install Curtainwall/Windows | 16 | 16 | 0 | 15AUG03 | 05SEP03 | 07JUL04 | 28JUL04 | 233 |
| **Building B - Auditorium-VoAg** | | | | | | | | | |
| 243 | Footers & Piers | 15 | 15 | 0 | 12MAR03 | 01APR03 | 14FEB03 | 06MAR03 | -18 |
| 244 | Pedestals | 7 | 7 | 0 | 19MAR03 | 27MAR03 | 21FEB03 | 03MAR03 | -18 |
| 245 | Block Wall Below Grade | 12 | 12 | 0 | 24MAR03 | 08APR03 | 26FEB03 | 13MAR03 | -18 |
| 246 | Backfill Foundations | 3 | 3 | 0 | 09APR03 | 11APR03 | 14MAR03 | 18MAR03 | -18 |
| 247 | Underslab Utilities | 15 | 15 | 0 | 14APR03 | 02MAY03 | 19MAR03 | 08APR03 | -18 |
| 248 | Underslab Stone/Insulation | 10 | 10 | 0 | 05MAY03 | 16MAY03 | 09APR03 | 22APR03 | -18 |
| 249 | Slab on Grade | 15 | 15 | 0 | 19MAY03 | 06JUN03 | 23APR03 | 13MAY03 | -18 |

Start Date: 18NOV02
Finish Date: 23AUG04
Data Date: 27JAN03
Run Date: 20FEB08 11:23

Early Bar
Float Bar
Progress Bar
Critical Activity

ED03
As of Meeting Minutes 1/21/03
EDiS 18 Nov 2002 Schedule
with Total Float Bar Shown

Sheet 4 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 252 | Erect Steel & Metal Deck | 10 | 10 | 0 | 09JUN03 | 20JUN03 | 14MAY03 | 27MAY03 | -18 |
| 259 | Exterior Metal Stud & Sheath | 2 | 2 | 0 | 23JUN03 | 24JUN03 | 28MAY03 | 29MAY03 | -18 |
| 266 | Mechanical Rough | 30 | 30 | 0 | 23JUN03 | 04AUG03 | 04MAY04 | 14JUN04 | 225 |
| 254 | Set Masonry Door Frames | 5 | 5 | 0 | 23JUN03 | 27JUN03 | 17MAY04 | 21MAY04 | 234 |
| 263 | Set Roof Drains & Curbs | 5 | 5 | 0 | 23JUN03 | 27JUN03 | 28JUN04 | 02JUL04 | 264 |
| 251 | Slab on Metal Deck | 5 | 5 | 0 | 23JUN03 | 27JUN03 | 22JUL04 | 28JUL04 | 282 |
| 260 | Interior Metal Studs | 0 | 0 | 0 | 24JUN03* | | 29MAY03 | | -18 |
| 255 | Exterior CMU Backup | 14 | 14 | 0 | 30JUN03 | 18JUL03 | 24MAY04 | 10JUN04 | 234 |
| 256 | Exterior Brick Veneer | 16 | 16 | 0 | 21JUL03 | 11AUG03 | 11JUN04 | 02JUL04 | 234 |
| 257 | Interior CMU Partitions | 31 | 31 | 0 | 21JUL03 | 01SEP03 | 16JUN04 | 28JUL04 | 237 |
| 267 | Sprinkler Rough 1st Floor | 30 | 30 | 0 | 05AUG03 | 15SEP03 | 15JUN04 | 26JUL04 | 225 |
| 262 | Install Curtainwall/Windows | 18 | 18 | 0 | 12AUG03 | 04SEP03 | 05JUL04 | 28JUL04 | 234 |
| 264 | Roofing/Flashing & Sheetmetal | 18 | 18 | 0 | 12AUG03* | 04SEP03 | 05JUL04 | 28JUL04 | 234 |
| 268 | Sprinkler Stand Pipe | 2 | 2 | 0 | 16SEP03 | 17SEP03 | 27JUL04 | 28JUL04 | 225 |
| **Fire Pump House** | | | | | | | | | |
| 270 | Fire Pump Building | 0 | 0 | 0 | 01APR03* | | 29JUL04 | | 346 |
| **Generalized Performance** | | | | | | | | | |
| 273 | Carpentry & General Works | 293 | 293 | 0 | 15APR03* | 28MAY04 | 15APR03 | 28MAY04 | 0 |
| 272 | Interior Metal Studs & Drywall | 182 | 182 | 0 | 05AUG03* | 14APR04 | 10JUL03 | 19MAR04 | -18 |
| 276 | Finishes | 217 | 217 | 0 | 26AUG03 | 23JUN04 | 31JUL03 | 28MAY04 | -18 |
| 277 | Substantial Completion | 0 | 0 | 0 | | 23JUN04 | | 28MAY04 | -18 |
| 278 | Final Punchlist & Move In | 43 | 43 | 0 | 24JUN04* | 23AUG04 | 31MAY04 | 28JUL04 | -18 |

Start Date: 18NOV02
Finish Date: 23AUG04
Data Date: 27JAN03
Run Date: 20FEB08 11:23

© Primavera Systems, Inc.

Early Bar
Float Bar
Progress Bar
Critical Activity

ED03

As of Meeting Minutes 1/21/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 5 of 5

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |