| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float | 2003 J F M A M J J A S O N D | 2004 J F M A M J J A S O N D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Site Work** | | | | | | | | | | | |
| 44 | Mobilize for BPA Construction | 1 | 0 | 100 | 05AUG02A | 09AUG02A | 05AUG02A | 09AUG02A | | | |
| 45 | Start Construction | 0 | 0 | 100 | 08AUG02A | | 08AUG02A | | | | |
| 47 | Install Silt Fence | 1 | 0 | 100 | 09AUG02A | 09AUG02A | 09AUG02A | 09AUG02A | | | |
| 49 | Clean Out Ditch | 1 | 0 | 100 | 05SEP02A | 18SEP02A | 05SEP02A | 18SEP02A | | | |
| 50 | Strip Topsoil - Ponds & Building | 1 | 0 | 100 | 18SEP02A | 28SEP02A | 18SEP02A | 28SEP02A | | | |
| 51 | Excavate Ponds & Prep Building | 1 | 0 | 100 | 28SEP02A | 10JUN03A | 28SEP02A | 10JUN03A | | Excavate Ponds & Prep Building | |
| 52 | Install Pond Structures | 1 | 0 | 100 | 08NOV02A | 11NOV02A | 08NOV02A | 11NOV02A | | | |
| 53 | Stabilize Ponds | 1 | 0 | 100 | 15NOV02A | | 15NOV02A | | | | |
| 48 | Stabilize Construction Entrance | 1 | 0 | 100 | 26NOV02A | | 26NOV02A | | | | |
| 54 | Strip Topsoil Remainder of Site | 20 | 0 | 100 | 26NOV02A | 31MAR03A | 26NOV02A | 31MAR03A | | | |
| 57 | Install Force Main on Route 318 | 41 | 0 | 100 | 10DEC02A | | 10DEC02A | | | | |
| 56 | Install Storm Sewer System | 90 | 9 | 90 | 21JAN03A | 07AUG03 | 21JAN03A | 02AUG04 | 258 | | Install Storm Sewer Sys |
| 60-68 | Roadwork (Activities Not | 252 | 252 | 0 | 30JUN03* | 15JUN04 | 18AUG03 | 02AUG04 | 35 | | Roadwork (Activities No |
| 55 | Install Sanitary Sewer System | 60 | 60 | 0 | 30JUN03 | 19SEP03 | 14APR04 | 05JUL04 | 207 | | Install Sanitary Sewer Syste |
| 59 | Construct Pump Station | 80 | 80 | 0 | 30JUN03* | 17OCT03 | 14APR04 | 02AUG04 | 207 | | Construct Pump Station |
| 58 | Install Water Mains | 20 | 20 | 0 | 22SEP03 | 17OCT03 | 06JUL04 | 02AUG04 | 207 | | Install Water Mains |
| **Building A - Administration** | | | | | | | | | | | |
| 71 | Rain Delays | 1 | 0 | 100 | 15OCT02A | 15OCT02A | 15OCT02A | 15OCT02A | | | |
| 72 | Layout Foundations | 4 | 0 | 100 | 15NOV02A | 21NOV02A | 15NOV02A | 21NOV02A | | | |
| 73 | Footers & Piers | 15 | 0 | 100 | 21NOV02A | | 21NOV02A | | | | |
| 74 | Pedestals | 5 | 0 | 100 | 16DEC02A | | 16DEC02A | | | | |
| 75 | Block Wall Below Grade | 10 | 0 | 100 | 19DEC02A | | 19DEC02A | | | | |
| 77 | Underslab Utilities | 15 | 0 | 100 | 25JAN03A | | 25JAN03A | | | | |
| 86 | Erect Steel & Metal Deck | 11 | 0 | 100 | 13MAY03A | 06JUN03A | 13MAY03A | 06JUN03A | | Erect Steel & Metal Deck | |
| 81 | Slab on Metal Deck | 11 | 0 | 100 | 16JUN03A | | 16JUN03A | | | Slab on Metal Deck | |
| 91 | Masonry At Stair A 166 | 11 | 0 | 100 | 16JUN03A | | 16JUN03A | | | Masonry At Stair A 166 | |
| 92 | Masonry At Stair A 160 | 11 | 0 | 100 | 16JUN03A | | 16JUN03A | | | Masonry At Stair A 160 | |
| 80 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 17JUN03A | 21JUL03 | 17JUN03A | 29SEP03 | 50 | Set Fire Dampers & Sleeves | |
| 78 | Underslab Stone/Insulation | 2 | 1 | 50 | 30JUN03A | 02JUL03 | 30JUN03A | 30MAY03 | -23 | Underslab Stone/Insulation | |
| 106 | Mechanical Rough | 31 | 31 | 0 | 30JUN03A | 17SEP03 | 30JUN03A | 17OCT03 | 22 | Mechanical Rough | |
| 95 | Int CMU Partitions Per (1/10 | 47 | 47 | 0 | 30JUN03A | 29SEP03 | 30JUN03A | 03DEC03 | 47 | Int CMU Partitions Per (1/10 Paintg is Succ) | |
| 76 | Backfill Foundations | 2 | 2 | 0 | 30JUN03 | 01JUL03 | 28MAY03 | 29MAY03 | -23 | Backfill Foundations | |
| 79 | Slab on Grade | 10 | 10 | 0 | 03JUL03 | 16JUL03 | 02JUN03 | 13JUN03 | -23 | Slab on Grade | |
| 97 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 16JUL03 | 06AUG03 | 11JUL03 | 01AUG03 | -3 | Exterior Metal Stud & Sheath | |
| 1-10-114 | Install Ductwork & VAVs | 22 | 22 | 0 | 16JUL03 | 14AUG03 | 11JUL03 | 11AUG03 | -3 | Install Ductwork & VAVs | |
| 93 | Exterior CMU Backup | 4 | 4 | 0 | 16JUL03 | 21JUL03 | 25SEP03 | 30SEP03 | 51 | Exterior CMU Backup | |
| 90 | Set Masonry Door Frames | 6 | 6 | 0 | 17JUL03 | 24JUL03 | 22SEP03 | 29SEP03 | 47 | Set Masonry Door Frames | |
| 104 | Set Roof Drains & Curbs | 6 | 6 | 0 | 17JUL03 | 24JUL03 | 15DEC03 | 22DEC03 | 107 | Set Roof Drains & Curbs | |

Start Date: 18NOV02  
Finish Date: 02SEP04  
Data Date: 30JUN03  
Run Date: 20FEB08 11:33  

Early Bar  
Float Bar  
Progress Bar  
Critical Activity  

RL11  

Input as of 6/30/03  

EDiS 18 Nov 2002 Schedule  

with Total Float Bar Shown  

Sheet 1 of 7  

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float | 2003 J F M A M J J A S O N D | 2004 J F M A M J J A S O N D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 | Interior Metal Studs | 0 | 0 | 0 | 06AUG03* | | 12AUG03 | | 4 | ◆ Interior Metal Studs | |
| 94 | Exterior Brick Veneer | 19 | 19 | 0 | 06AUG03 | 01SEP03 | 15SEP03 | 09OCT03 | 28 | Exterior Brick Veneer | |
| 105 | Roofing/Flashing & Sheetmetal | 17 | 17 | 0 | 06AUG03 | 28AUG03 | 23DEC03 | 14JAN04 | 99 | Roofing/Flashing & Sheetmetal | |
| 1-10-116 | DWV & Domestic Piping Rough | 10 | 10 | 0 | 07AUG03 | 20AUG03 | 04DEC03 | 17DEC03 | 85 | DWV & Domestic Piping Rough In | |
| 1-10-95 | Interior Metal Studs | 22 | 22 | 0 | 15AUG03 | 15SEP03 | 12AUG03 | 10SEP03 | -3 | Interior Metal Studs | |
| 1-10-117 | HVAC Piping Rough In | 15 | 15 | 0 | 21AUG03 | 10SEP03 | 18DEC03 | 07JAN04 | 85 | HVAC Piping Rough In | |
| 1-10-124 | Rough In Electrical Conduit | 22 | 22 | 0 | 22AUG03 | 22SEP03 | 19AUG03 | 17SEP03 | -3 | Rough In Electrical Conduit | |
| 102 | Install Curtainwall (Rev'd | 5 | 5 | 0 | 01SEP03 | 05SEP03 | 09OCT03 | 15OCT03 | 28 | Install Curtainwall (Rev'd 12/31/03) | |
| 103 | Install Aluminum Windows | 2 | 2 | 0 | 01SEP03 | 02SEP03 | 14OCT03 | 15OCT03 | 31 | Install Aluminum Windows | |
| 1-10-118 | Test Ductwork & Piping | 5 | 5 | 0 | 11SEP03 | 17SEP03 | 08JAN04 | 14JAN04 | 85 | Test Ductwork & Piping | |
| 107 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 17SEP03 | 08OCT03 | 17OCT03 | 07NOV03 | 22 | Sprinkler Rough 1st Floor | |
| 1-10-119 | Ductwork Insulation | 10 | 10 | 0 | 18SEP03 | 01OCT03 | 15JAN04 | 28JAN04 | 85 | Ductwork Insulation | |
| 1-10-99 | Hang & Tape Drywall Finish | 20 | 20 | 0 | 23SEP03 | 20OCT03 | 18SEP03 | 15OCT03 | -3 | Hang & Tape Drywall Finish | |
| 110 | Set Elevator Platform | 20 | 20 | 0 | 01OCT03* | 28OCT03 | 06JUL04 | 02AUG04 | 200 | | Set Elevator Platform |
| 108 | Sprinkler Rough 2nd Floor | 16 | 16 | 0 | 08OCT03 | 29OCT03 | 07NOV03 | 28NOV03 | 22 | Sprinkler Rough 2nd Floor | |
| 109 | Sprinkler Stand Pipe | 4 | 4 | 0 | 29OCT03 | 03NOV03 | 28NOV03 | 03DEC03 | 22 | Sprinkler Stand Pipe | |
| 12-31-152 | Painting | 30 | 30 | 0 | 04NOV03 | 15DEC03 | 04DEC03 | 14JAN04 | 22 | Painting | |
| 12-31-153 | Install Technology | 10 | 10 | 0 | 16DEC03 | 29DEC03 | 15JAN04 | 28JAN04 | 22 | | Install Technology |
| 12-31-154 | Acoustical Ceiling | 30 | 30 | 0 | 30DEC03 | 09FEB04 | 29JAN04 | 10MAR04 | 22 | | Acoustical Ceiling |
| 12-31-156 | Flooring First Floor | 25 | 25 | 0 | 10FEB04 | 15MAR04 | 11MAR04 | 14APR04 | 22 | | Flooring First Floor |
| 12-31-129 | Install GRDs | 10 | 10 | 0 | 10FEB04 | 23FEB04 | 20MAY04 | 02JUN04 | 72 | | Install GRDs |
| 12-31-157 | Flooring Second Floor | 15 | 15 | 0 | 16MAR04* | 05APR04 | 15APR04 | 05MAY04 | 22 | | Flooring Second Floor |
| 12-31-149 | Casework & Lockers | 20 | 20 | 0 | 06APR04 | 03MAY04 | 06MAY04 | 02JUN04 | 22 | | Casework & Lockers |
| 12-31-158 | Install Casework | 10 | 10 | 0 | 06APR04 | 19APR04 | 06MAY04 | 19MAY04 | 22 | | Install Casework |
| **Building C - Classrooms** | | | | | | | | | | | |
| 116 | Footers & Piers | 10 | 0 | 100 | 09JAN03A | 15APR03A | 09JAN03A | 15APR03A | | | |
| 120 | Underslab Utilities | 10 | 0 | 100 | 09JAN03A | 03APR03A | 09JAN03A | 03APR03A | | | |
| 117 | Pedestals | 3 | 0 | 100 | 21JAN03A | 15APR03A | 21JAN03A | 15APR03A | | | |
| 118 | Block Wall Below Grade | 5 | 0 | 100 | 23JAN03A | 15APR03A | 23JAN03A | 15APR03A | | | |
| 122 | Slab on Grade | 10 | 0 | 100 | 19MAY03A | 02JUN03A | 19MAY03A | 02JUN03A | | Slab on Grade | |
| 126 | Erect Steel & Metal Deck | 11 | 5 | 55 | 12JUN03A | 23JUL03 | 12JUN03A | 20JUN03 | -23 | Erect Steel & Metal Deck | |
| 2-7-176 | Install Ductwork & VAVs | 20 | 18 | 10 | 27JUN03A | 01SEP03 | 27JUN03A | 04FEB04 | 112 | Install Ductwork & VAVs | |
| 134 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 30JUN03A | 28AUG03 | 30JUN03A | 09SEP03 | 8 | Exterior Metal Stud & Sheath | |
| 121 | Underslab Stone/Insulation | 1 | 0 | 100 | 30JUN03A | 30JUN03A | 30JUN03A | 30JUN03A | | Underslab Stone/Insulation | |
| 119 | Backfill Foundations | 2 | 2 | 0 | 30JUN03 | 01JUL03 | 12JUN03 | 13JUN03 | -12 | Backfill Foundations | |
| 124 | Slab on Metal Deck | 11 | 11 | 0 | 23JUL03 | 06AUG03 | 04AUG03 | 18AUG03 | 8 | Slab on Metal Deck | |
| 129 | Set Masonry Door Frames | 4 | 4 | 0 | 23JUL03 | 28JUL03 | 07AUG03 | 12AUG03 | 11 | Set Masonry Door Frames | |
| 138 | Set Roof Drains & Curbs | 5 | 5 | 0 | 23JUL03* | 29JUL03 | 19JAN04 | 23JAN04 | 128 | Set Roof Drains & Curbs | |
| 123 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 23JUL03 | 25JUL03 | 03FEB04 | 05FEB04 | 139 | Set Fire Dampers & Sleeves | |

| Start Date | 18NOV02 | | | Early Bar | RL11 | | | Sheet 2 of 7 | |
|---|---|---|---|---|---|---|---|---|---|
| Finish Date | 02SEP04 | | | Float Bar | | Input as of 6/30/03 | | Date | Revision | Checked | Approved |
| Data Date | 30JUN03 | | | Progress Bar | | EDiS 18 Nov 2002 Schedule | | | |
| Run Date | 20FEB08 11:33 | | | Critical Activity | | with Total Float Bar Shown | | | |
| © Primavera Systems, Inc. | | | | | | | | | |

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 130 | Exterior CMU Backup & Stair C | 6 | 6 | 0 | 28JUL03 | 04AUG03 | 12AUG03 | 19AUG03 | 11 |
| 127 | Erect Stair C | 6 | 6 | 0 | 04AUG03 | 11AUG03 | 01SEP03 | 08SEP03 | 20 |
| 132 | Interior CMU Partitions | 4 | 4 | 0 | 04AUG03 | 07AUG03 | 06FEB04 | 11FEB04 | 134 |
| 2-7-178 | DWV/Domestic/Gas Piping | 10 | 10 | 0 | 11AUG03 | 22AUG03 | 08JAN04 | 21JAN04 | 108 |
| 2-7-180 | HVAC Piping Rough In | 10 | 10 | 0 | 25AUG03 | 05SEP03 | 22JAN04 | 04FEB04 | 108 |
| 131 | Exterior Brick Veneer | 22 | 22 | 0 | 28AUG03 | 26SEP03 | 09SEP03 | 08OCT03 | 8 |
| 141 | Mechanical Rough | 21 | 21 | 0 | 28AUG03 | 25SEP03 | 17DEC03 | 14JAN04 | 79 |
| 135 | Interior Metal Studs | 0 | 0 | 0 | 28AUG03* | | 03AUG04 | | 244 |
| 2-7-181 | Test Ductwork & Piping | 5 | 5 | 0 | 08SEP03 | 12SEP03 | 05FEB04 | 11FEB04 | 108 |
| 2-7-183 | Interior Metal Studs | 10 | 10 | 0 | 16SEP03 | 29SEP03 | 18SEP03 | 01OCT03 | 2 |
| 2-7-188 | Rough In Electrical Conduit | 15 | 15 | 0 | 23SEP03 | 13OCT03 | 25SEP03 | 15OCT03 | 2 |
| 142 | Sprinkler Rough 1st Floor | 13 | 13 | 0 | 25SEP03* | 13OCT03 | 14JAN04 | 30JAN04 | 79 |
| 137 | Install Aluminum Windows | 6 | 6 | 0 | 26SEP03 | 03OCT03 | 08OCT03 | 15OCT03 | 8 |
| 139 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 26SEP03 | 14OCT03 | 26JAN04 | 11FEB04 | 86 |
| 144 | Sprinkler Stand Pipe | 2 | 2 | 0 | 13OCT03 | 14OCT03 | 30JAN04 | 02FEB04 | 79 |
| 143 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 13OCT03 | 27OCT03 | 11FEB04 | 25FEB04 | 87 |
| 2-7-182 | Ductwork Insulation | 10 | 10 | 0 | 15OCT03 | 28OCT03 | 12FEB04 | 25FEB04 | 86 |
| 2-7-184 | Hang & Finish Drywall | 10 | 10 | 0 | 21OCT03 | 03NOV03 | 16OCT03 | 29OCT03 | -3 |
| 12-31-231 | Painting | 10 | 10 | 0 | 04NOV03 | 17NOV03 | 12FEB04 | 25FEB04 | 72 |
| 12-31-234 | Acoustical Ceiling | 10 | 10 | 0 | 18NOV03 | 01DEC03 | 26FEB04 | 10MAR04 | 72 |
| 12-31-236 | Install Science & Casework | 20 | 20 | 0 | 18NOV03 | 15DEC03 | 26FEB04 | 24MAR04 | 72 |
| 12-31-216 | Install Light Fixtures | 10 | 10 | 0 | 02DEC03 | 15DEC03 | 11MAR04 | 24MAR04 | 72 |
| 12-31-233 | Install Technology | 10 | 10 | 0 | 02DEC03 | 15DEC03 | 20MAY04 | 02JUN04 | 122 |
| 12-31-209 | Install GRDs | 5 | 5 | 0 | 02DEC03 | 08DEC03 | 27MAY04 | 02JUN04 | 127 |
| 12-31-208 | Setting Plumbing Fixtures | 10 | 10 | 0 | 16DEC03 | 29DEC03 | 25MAR04 | 07APR04 | 72 |
| 12-31-227 | Millwork & Lockers | 25 | 25 | 0 | 16DEC03 | 19JAN04 | 25MAR04 | 28APR04 | 72 |
| 12-31-232 | Install Plastic Casework | 5 | 5 | 0 | 16DEC03 | 22DEC03 | 22APR04 | 28APR04 | 92 |
| 12-31-238 | Flooring First Floor | 5 | 5 | 0 | 20JAN04 | 26JAN04 | 29APR04 | 05MAY04 | 72 |
| 12-31-239 | Flooring Second Floor | 10 | 10 | 0 | 27JAN04 | 09FEB04 | 06MAY04 | 19MAY04 | 72 |
| 12-31-229 | Install Doors & Hardware | 10 | 10 | 0 | 10FEB04 | 23FEB04 | 20MAY04 | 02JUN04 | 72 |
| 12-31-237 | Window Treatment | 2 | 2 | 0 | 10FEB04 | 11FEB04 | 01JUN04 | 02JUN04 | 80 |
| **Building D - Classrooms** | | | | | | | | | |
| 152 | Underslab Utilities | 10 | 0 | 100 | 15JAN03A | 04APR03A | 15JAN03A | 04APR03A | |
| 148 | Footers & Piers | 10 | 0 | 100 | 21JAN03A | 02MAY03A | 21JAN03A | 02MAY03A | |
| 149 | Pedestals | 3 | 0 | 100 | 24JAN03A | 02MAY03A | 24JAN03A | 02MAY03A | |
| 150 | Block Wall Below Grade | 5 | 0 | 100 | 26JAN03A | 02MAY03A | 26JAN03A | 02MAY03A | |
| 153 | Underslab Stone/Insulation | 2 | 0 | 100 | 12MAY03A | 26MAY03A | 12MAY03A | 26MAY03A | |
| 154 | Slab on Grade | 10 | 0 | 100 | 26MAY03A | 11JUN03A | 26MAY03A | 11JUN03A | |
| 158 | Erect Steel & Metal Deck | 11 | 6 | 46 | 27JUN03A | 30JUL03 | 27JUN03A | 27JUN03 | -23 |

Start Date: 18NOV02
Finish Date: 02SEP04
Data Date: 30JUN03
Run Date: 20FEB08 11:33

© Primavera Systems, Inc.

Early Bar / Float Bar / Progress Bar / Critical Activity

RL11

Input as of 6/30/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 3 of 7

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float | 2003 / 2004 Gantt |
|---|---|---|---|---|---|---|---|---|---|---|
| 151 | Backfill Foundations | 2 | 2 | 0 | 30JUN03 | 01JUL03 | 18JUN03 | 19JUN03 | -8 | Backfill Foundations |
| 156 | Slab on Metal Deck | 11 | 11 | 0 | 30JUL03 | 13AUG03 | 10SEP03 | 24SEP03 | 30 | Slab on Metal Deck |
| 166 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 30JUL03 | 20AUG03 | 10SEP03 | 01OCT03 | 30 | Exterior Metal Stud & Sheath |
| 155 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 30JUL03 | 01AUG03 | 10OCT03 | 14OCT03 | 52 | Set Fire Dampers & Sleeves |
| 161 | Set Masonry Door Frames | 4 | 4 | 0 | 30JUL03 | 04AUG03 | 06FEB04 | 11FEB04 | 137 | Set Masonry Door Frames |
| 2-7-237 | Install Ductwork & VAVs | 20 | 20 | 0 | 30JUL03 | 26AUG03 | 25FEB04 | 23MAR04 | 150 | Install Ductwork & VAVs |
| 170 | Set Roof Drains & Curbs | 6 | 6 | 0 | 30JUL03 | 06AUG03 | 26FEB04 | 04MAR04 | 151 | Set Roof Drains & Curbs |
| 2-7-239 | DWV/Domestic/Gas Rough In | 10 | 10 | 0 | 01AUG03 | 14AUG03 | 11FEB04 | 24FEB04 | 138 | DWV/Domestic/Gas Rough In |
| 162 | Exterior CMU Backup& Stair D | 6 | 6 | 0 | 04AUG03 | 11AUG03 | 11FEB04 | 18FEB04 | 137 | Exterior CMU Backup& Stair D 107 |
| 171 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 07AUG03* | 25AUG03 | 05MAR04 | 23MAR04 | 151 | Roofing/Flashing & Sheetmetal |
| 164 | Interior CMU Partitions | 10 | 10 | 0 | 11AUG03 | 22AUG03 | 18FEB04 | 02MAR04 | 137 | Interior CMU Partitions |
| 2-7-240 | HVAC Piping Rough In | 15 | 15 | 0 | 15AUG03 | 04SEP03 | 25FEB04 | 16MAR04 | 138 | HVAC Piping Rough In |
| 163 | Exterior Brick Veneer | 16 | 16 | 0 | 20AUG03 | 10SEP03 | 15OCT03 | 05NOV03 | 40 | Exterior Brick Veneer |
| 173 | Mechanical Rough | 21 | 21 | 0 | 20AUG03 | 17SEP03 | 05JAN04 | 02FEB04 | 98 | Mechanical Rough |
| 167 | Interior Metal Studs | 0 | 0 | 0 | 20AUG03* |  | 03AUG04 |  | 250 | Interior Metal Studs |
| 2-7-241 | Test Ductwork & Piping | 5 | 5 | 0 | 05SEP03 | 11SEP03 | 17MAR04 | 23MAR04 | 138 | Test Ductwork & Piping |
| 169 | Install Aluminum Windows | 6 | 6 | 0 | 10SEP03 | 17SEP03 | 05NOV03 | 12NOV03 | 40 | Install Aluminum Windows |
| 2-7-242 | Ductwork Insulation | 10 | 10 | 0 | 12SEP03 | 25SEP03 | 24MAR04 | 06APR04 | 138 | Ductwork Insulation |
| 2-7-223 | Interior Metal Studs | 10 | 10 | 0 | 30SEP03 | 13OCT03 | 02OCT03 | 15OCT03 | 2 | Interior Metal Studs |
| 2-7-248 | Rough In Electrical Conduit | 15 | 15 | 0 | 07OCT03 | 27OCT03 | 09OCT03 | 29OCT03 | 2 | Rough In Electrical Conduit |
| 174 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 14OCT03 | 28OCT03 | 02FEB04 | 16FEB04 | 79 | Sprinkler Rough 1st Floor |
| 175 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 28OCT03 | 11NOV03 | 16FEB04 | 01MAR04 | 79 | Sprinkler Rough 2nd Floor |
| 2-7-224 | Hang & Finish Drywall | 10 | 10 | 0 | 04NOV03 | 17NOV03 | 30OCT03 | 12NOV03 | -3 | Hang & Finish Drywall |
| 176 | Sprinkler Stand Pipe | 2 | 2 | 0 | 11NOV03 | 12NOV03 | 01MAR04 | 02MAR04 | 79 | Sprinkler Stand Pipe |
| 12-31-313 | Painting | 15 | 15 | 0 | 18NOV03 | 08DEC03 | 03MAR04 | 23MAR04 | 76 | Painting |
| 12-31-314 | Install Technology | 10 | 10 | 0 | 09DEC03 | 22DEC03 | 24MAR04 | 06APR04 | 76 | Install Technology |
| 12-31-308 | Millwork & Lockers | 25 | 25 | 0 | 09DEC03 | 12JAN04 | 29APR04 | 02JUN04 | 102 | Millwork & Lockers |
| 12-31-315 | Acoustical Ceiling | 15 | 15 | 0 | 23DEC03 | 12JAN04 | 07APR04 | 27APR04 | 76 | Acoustical Ceiling |
| 12-31-290 | Setting Plumbing Fixtures | 10 | 10 | 0 | 30DEC03 | 12JAN04 | 08APR04 | 21APR04 | 72 | Setting Plumbing Fixtures |
| 12-31-316 | Install Projection Screen | 2 | 2 | 0 | 13JAN04 | 14JAN04 | 28APR04 | 29APR04 | 76 | Install Projection Screen |
| 12-31-288 | Install Light Fixtures | 5 | 5 | 0 | 13JAN04 | 19JAN04 | 27MAY04 | 02JUN04 | 97 | Install Light Fixtures |
| 12-31-291 | Install GRDs | 5 | 5 | 0 | 13JAN04 | 19JAN04 | 27MAY04 | 02JUN04 | 97 | Install GRDs |
| 12-31-317 | Install Window Treatments | 2 | 2 | 0 | 15JAN04 | 16JAN04 | 30APR04 | 03MAY04 | 76 | Install Window Treatments |
| 12-31-318 | Flooring First Floor | 10 | 10 | 0 | 19JAN04 | 30JAN04 | 04MAY04 | 17MAY04 | 76 | Flooring First Floor |
| 12-31-319 | Flooring Second Floor | 7 | 7 | 0 | 02FEB04 | 10FEB04 | 18MAY04 | 26MAY04 | 76 | Flooring Second Floor |
| 12-31-311 | Install Doors & Hardware | 10 | 10 | 0 | 02FEB04 | 13FEB04 | 20MAY04 | 02JUN04 | 78 | Install Doors & Hardware |
| 12-31-320 | Install Casework | 5 | 5 | 0 | 11FEB04 | 17FEB04 | 27MAY04 | 02JUN04 | 76 | Install Casework |
| **Building E - Classrooms** | | | | | | | | | | |
| 181 | Pedestals | 3 | 0 | 100 | 02FEB03A | 15APR03A | 02FEB03A | 15APR03A | | |

Start Date: 18NOV02
Finish Date: 02SEP04
Data Date: 30JUN03
Run Date: 20FEB08 11:33

Early Bar / Float Bar / Progress Bar / Critical Activity

RL11

Input as of 6/30/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 4 of 7

| Date | Revision | Checked | Approved |
|---|---|---|---|
|  |  |  |  |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 180 | Footers & Piers | 10 | 0 | 100 | 04FEB03A | 15APR03A | 04FEB03A | 15APR03A | |
| 184 | Underslab Utilities | 10 | 0 | 100 | 14MAR03A | 14APR03A | 14MAR03A | 14APR03A | |
| 182 | Block Wall Below Grade | 5 | 0 | 100 | 08APR03A | 15APR03A | 08APR03A | 15APR03A | |
| 185 | Underslab Stone/Insulation | 2 | 0 | 100 | 12MAY03A | 26MAY03A | 12MAY03A | 26MAY03A | |
| 183 | Backfill Foundations | 2 | 0 | 100 | 21MAY03A | 12JUN03A | 21MAY03A | 12JUN03A | |
| 186 | Slab on Grade | 10 | 0 | 100 | 13JUN03A | 13JUN03A | 13JUN03A | 13JUN03A | |
| 190 | Erect Steel & Metal Deck | 11 | 6 | 46 | 30JUN03A | 06AUG03 | 30JUN03A | 04JUL03 | -23 |
| 198 | Exterior Metal Stud & Sheath | 16 | 16 | 0 | 06AUG03 | 27AUG03 | 24SEP03 | 15OCT03 | 35 |
| 12-31-364 | Install Ductwork & VAVs (Tie | 20 | 20 | 0 | 06AUG03 | 02SEP03 | 02MAR04 | 29MAR04 | 149 |
| 202 | Set Roof Drains & Curbs | 6 | 6 | 0 | 06AUG03 | 13AUG03 | 07JUL04 | 14JUL04 | 241 |
| 193 | Set Masonry Door Frames | 4 | 4 | 0 | 06AUG03 | 11AUG03 | 13JUL04 | 16JUL04 | 245 |
| 188 | Slab on Metal Deck | 11 | 11 | 0 | 06AUG03 | 20AUG03 | 19JUL04 | 02AUG04 | 249 |
| 187 | Set Fire Dampers & Sleeves | 3 | 3 | 0 | 06AUG03 | 08AUG03 | 29JUL04 | 02AUG04 | 257 |
| 12-31-365 | DWV/Domestic/Gas Rough In | 10 | 10 | 0 | 08AUG03 | 21AUG03 | 17FEB04 | 01MAR04 | 137 |
| 194 | Exterior CMU Backup& Stair E | 7 | 7 | 0 | 11AUG03 | 19AUG03 | 16JUL04 | 26JUL04 | 245 |
| 191 | Erect Stair E 105 | 6 | 6 | 0 | 19AUG03 | 26AUG03 | 26JUL04 | 02AUG04 | 245 |
| 196 | Interior CMU Partitions | 4 | 4 | 0 | 19AUG03 | 22AUG03 | 28JUL04 | 02AUG04 | 247 |
| 12-31-366 | HVAC Piping Rough In | 10 | 10 | 0 | 22AUG03 | 04SEP03 | 02MAR04 | 15MAR04 | 137 |
| 199 | Interior Metal Studs | 0 | 0 | 0 | 27AUG03* | | 16OCT03 | | 36 |
| 195 | Exterior Brick Veneer | 20 | 20 | 0 | 27AUG03 | 23SEP03 | 06NOV03 | 03DEC03 | 51 |
| 205 | Mechanical Rough | 21 | 21 | 0 | 27AUG03 | 24SEP03 | 07JUN04 | 04JUL04 | 203 |
| 12-31-367 | Test Ductwork & Piping | 10 | 10 | 0 | 05SEP03 | 18SEP03 | 16MAR04 | 29MAR04 | 137 |
| 12-31-368 | Ductwork Insulation | 10 | 10 | 0 | 19SEP03 | 02OCT03 | 30MAR04 | 12APR04 | 137 |
| 201 | Install Aluminum Windows | 6 | 6 | 0 | 23SEP03 | 30SEP03 | 03DEC03 | 10DEC03 | 51 |
| 203 | Roofing/Flashing & Sheetmetal | 13 | 13 | 0 | 23SEP03* | 09OCT03 | 15JUL04 | 02AUG04 | 213 |
| 206 | Sprinkler Rough 1st Floor | 11 | 11 | 0 | 24SEP03 | 08OCT03 | 04JUL04 | 16JUL04 | 203 |
| 207 | Sprinkler Rough 2nd Floor | 11 | 11 | 0 | 08OCT03 | 22OCT03 | 16JUL04 | 30JUL04 | 203 |
| 12-31-??1 | Interior Metal Studs | 10 | 10 | 0 | 14OCT03 | 27OCT03 | 16OCT03 | 29OCT03 | 2 |
| 12-31-??2 | Rough In Electrical Conduit | 15 | 15 | 0 | 21OCT03 | 10NOV03 | 23OCT03 | 12NOV03 | 2 |
| 208 | Sprinkler Stand Pipe | 2 | 2 | 0 | 22OCT03 | 23OCT03 | 30JUL04 | 02AUG04 | 203 |
| 12-31-348 | Hang & Finish Drywall | 20 | 20 | 0 | 18NOV03 | 15DEC03 | 13NOV03 | 10DEC03 | -3 |
| 12-31-392 | Painting | 15 | 15 | 0 | 16DEC03 | 05JAN04 | 16MAR04 | 05APR04 | 65 |
| 12-31-393 | Install Technology | 5 | 5 | 0 | 06JAN04 | 12JAN04 | 06APR04 | 12APR04 | 65 |
| 12-31-346 | Millwork & Lockers | 20 | 20 | 0 | 06JAN04 | 02FEB04 | 06MAY04 | 02JUN04 | 87 |
| 12-31-394 | Acoustical Ceiling | 15 | 15 | 0 | 13JAN04 | 02FEB04 | 13APR04 | 03MAY04 | 65 |
| 12-31-378 | Setting Plumbing Fixtures | 10 | 10 | 0 | 13JAN04 | 26JAN04 | 22APR04 | 05MAY04 | 72 |
| 12-31-397 | Flooring First Floor | 10 | 10 | 0 | 03FEB04 | 16FEB04 | 04MAY04 | 17MAY04 | 65 |
| 12-31-377 | Install Light Fixtures | 10 | 10 | 0 | 03FEB04 | 16FEB04 | 20MAY04 | 02JUN04 | 77 |
| 12-31-371 | Install GRDs | 5 | 5 | 0 | 03FEB04 | 09FEB04 | 27MAY04 | 02JUN04 | 82 |

| | | |
|---|---|---|
| Start Date | 18NOV02 | |
| Finish Date | 02SEP04 | |
| Data Date | 30JUN03 | |
| Run Date | 20FEB08 11:33 | |

Early Bar
Float Bar
Progress Bar
Critical Activity

RL11

Input as of 6/30/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 5 of 7

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float |
|---|---|---|---|---|---|---|---|---|---|
| 12-31-395 | Install Projection Screen | 2 | 2 | 0 | 03FEB04 | 04FEB04 | 28MAY04 | 31MAY04 | 83 |
| 12-31-396 | Install Window Treatments | 2 | 2 | 0 | 05FEB04 | 06FEB04 | 01JUN04 | 02JUN04 | 83 |
| 12-31-398 | Flooring Second Floor | 7 | 7 | 0 | 17FEB04 | 25FEB04 | 18MAY04 | 26MAY04 | 65 |
| 12-31-390 | Install Doors & Hardware | 5 | 5 | 0 | 17FEB04 | 23FEB04 | 27MAY04 | 02JUN04 | 72 |
| 12-31-399 | Install Casework | 5 | 5 | 0 | 26FEB04 | 03MAR04 | 27MAY04 | 02JUN04 | 65 |
| **Building F - Gym/Cafe/Mech** | | | | | | | | | |
| 213 | Footers & Piers | 15 | 0 | 100 | 05MAY03A | 26MAY03A | 05MAY03A | 26MAY03A | |
| 214 | Pedestals | 7 | 0 | 100 | 07MAY03A | 26MAY03A | 07MAY03A | 26MAY03A | |
| 215 | Block Wall Below Grade | 10 | 0 | 100 | 12MAY03A | 30MAY03A | 12MAY03A | 30MAY03A | |
| 217 | Underslab Utilities | 20 | 0 | 100 | 13MAY03A | | 13MAY03A | | |
| 216 | Backfill Foundations | 4 | 4 | 0 | 30JUN03 | 03JUL03 | 27JUN03 | 02JUL03 | -1 |
| 218 | Underslab Stone/Insulation | 5 | 5 | 0 | 04JUL03 | 10JUL03 | 03JUL03 | 09JUL03 | -1 |
| 219 | Slab on Grade | 15 | 15 | 0 | 11JUL03 | 31JUL03 | 10JUL03 | 30JUL03 | -1 |
| 222 | Erect Steel & Metal Deck | 11 | 11 | 0 | 02SEP03 | 16SEP03 | 31JUL03 | 14AUG03 | -23 |
| 220 | Slab on Metal Deck | 6 | 6 | 0 | 16SEP03 | 23SEP03 | 14AUG03 | 21AUG03 | -23 |
| 224 | Set Masonry Door Frames | 6 | 6 | 0 | 16SEP03 | 23SEP03 | 14AUG03 | 21AUG03 | -23 |
| 233 | Set Roof Drains & Curbs | 6 | 6 | 0 | 16SEP03 | 23SEP03 | 20OCT03 | 27OCT03 | 24 |
| 229 | Exterior Metal Stud & Sheath | 3 | 3 | 0 | 16SEP03 | 18SEP03 | 28OCT03 | 30OCT03 | 30 |
| 236 | Mechanical Rough | 31 | 31 | 0 | 16SEP03 | 28OCT03 | 10NOV03 | 22DEC03 | 39 |
| 12-31-428 | Mechanical Rough In | 20 | 20 | 0 | 16SEP03 | 13OCT03 | 01APR04 | 28APR04 | 142 |
| 225 | Exterior CMU Backup | 19 | 19 | 0 | 23SEP03 | 17OCT03 | 21AUG03 | 16SEP03 | -23 |
| 226 | Exterior Brick Veneer | 31 | 31 | 0 | 17OCT03 | 28NOV03 | 16SEP03 | 28OCT03 | -23 |
| 227 | Interior CMU Partitions | 27 | 27 | 0 | 17OCT03 | 24NOV03 | 23SEP03 | 29OCT03 | -18 |
| 237 | Sprinkler Rough 1st Floor | 16 | 16 | 0 | 28OCT03 | 18NOV03 | 22DEC03 | 12JAN04 | 39 |
| 239 | Sprinkler Stand Pipe | 2 | 2 | 0 | 19NOV03 | 20NOV03 | 13JAN04 | 14JAN04 | 39 |
| 240 | Mechanical Room Piping | 16 | 16 | 0 | 20NOV03 | 11DEC03 | 14JAN04 | 04FEB04 | 39 |
| 230 | Interior Metal Studs (Tie from 227 | 0 | 0 | 0 | 25NOV03* | | 30OCT03 | | -18 |
| 12-31-419 | Interior Metal Studs | 20 | 20 | 0 | 25NOV03 | 22DEC03 | 30OCT03 | 26NOV03 | -18 |
| 234 | Roofing/Flashing & Sheetmetal | 32 | 32 | 0 | 28NOV03* | 12JAN04 | 28OCT03 | 10DEC03 | -23 |
| 232 | Install Curtainwall/Windows | 16 | 16 | 0 | 28NOV03 | 19DEC03 | 03DEC03 | 24DEC03 | 3 |
| 12-31-XX4 | Rough In Elect Conduit (Tie from | 15 | 15 | 0 | 02DEC03 | 22DEC03 | 06NOV03 | 26NOV03 | -18 |
| 12-31-420 | Hang & Finish Drywall | 10 | 10 | 0 | 13JAN04 | 26JAN04 | 11DEC03 | 24DEC03 | -23 |
| 12-31-456 | Painting | 20 | 20 | 0 | 27JAN04 | 23FEB04 | 05FEB04 | 03MAR04 | 7 |
| 12-31-459 | Gym Equipment | 15 | 15 | 0 | 24FEB04 | 15MAR04 | 04MAR04 | 24MAR04 | 7 |
| 12-31-457 | Install Technology | 5 | 5 | 0 | 24FEB04 | 01MAR04 | 22APR04 | 28APR04 | 42 |
| 12-31-432 | Set Plumbing Fixtures (add tie | 10 | 10 | 0 | 24FEB04 | 08MAR04 | 06MAY04 | 19MAY04 | 52 |
| 12-31-464 | VCT/SV Flooring | 10 | 10 | 0 | 24FEB04 | 08MAR04 | 06MAY04 | 19MAY04 | 52 |
| 12-31-458 | Acoustical Ceiling | 15 | 15 | 0 | 02MAR04 | 22MAR04 | 29APR04 | 19MAY04 | 42 |
| 12-31-466 | Gym Wood Flooring | 30 | 30 | 0 | 16MAR04 | 26APR04 | 25MAR04 | 05MAY04 | 7 |

Start Date: 18NOV02
Finish Date: 02SEP04
Data Date: 30JUN03
Run Date: 20FEB08 11:33

Early Bar / Float Bar / Progress Bar / Critical Activity

RL11

Input as of 6/30/03

EDiS 18 Nov 2002 Schedule
with Total Float Bar Shown

Sheet 6 of 7

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Late Start | Late Finish | Total Float | 2003 J F M A M J J A S O N D | 2004 J F M A M J J A S O N D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-440 | Install Light Fixtures | 10 | 10 | 0 | 23MAR04 | 05APR04 | 20MAY04 | 02JUN04 | 42 | | Install Light Fixtures |
| 12-31-433 | Install GRDs | 5 | 5 | 0 | 23MAR04 | 29MAR04 | 27MAY04 | 02JUN04 | 47 | | Install GRDs |
| 12-31-461 | Gym Bleachers | 20 | 20 | 0 | 27APR04 | 24MAY04 | 06MAY04 | 02JUN04 | 7 | | Gym Bleachers |
| 12-31-454 | Operable Partitions | 10 | 10 | 0 | 27APR04 | 10MAY04 | 20MAY04 | 02JUN04 | 17 | | Operable Partitions |
| 12-31-453 | Millwork & Lockers | 5 | 5 | 0 | 27APR04 | 03MAY04 | 27MAY04 | 02JUN04 | 22 | | Millwork & Lockers |
| **Building B - Auditorium-VoAg** | | | | | | | | | | | |
| 243 | Footers & Piers | 15 | 0 | 100 | 20MAY03A | | 20MAY03A | | | Footers & Piers | |
| 244 | Pedestals | 7 | 0 | 100 | 21MAY03A | | 21MAY03A | | | Pedestals | |
| 245 | Block Wall Below Grade | 12 | 0 | 100 | 26MAY03A | | 26MAY03A | | | Block Wall Below Grade | |
| 247 | Underslab Utilities | 15 | 4 | 73 | 17JUN03A | 08JUL03 | 17JUN03A | 22AUG03 | 33 | Underslab Utilities | |
| 246 | Backfill Foundations | 3 | 3 | 0 | 30JUN03 | 02JUL03 | 14AUG03 | 18AUG03 | 33 | Backfill Foundations | |
| 248 | Underslab Stone/Insulation | 10 | 10 | 0 | 09JUL03 | 22JUL03 | 25AUG03 | 05SEP03 | 33 | Underslab Stone/Insulation | |
| 249 | Slab on Grade | 15 | 15 | 0 | 23JUL03 | 12AUG03 | 08SEP03 | 26SEP03 | 33 | Slab on Grade | |
| 252 | Erect Steel & Metal Deck | 10 | 10 | 0 | 17SEP03 | 30SEP03 | 29SEP03 | 10OCT03 | 8 | Erect Steel & Metal Deck | |
| 254 | Set Masonry Door Frames | 5 | 5 | 0 | 01OCT03 | 07OCT03 | 13OCT03 | 17OCT03 | 8 | Set Masonry Door Frames | |
| 263 | Set Roof Drains & Curbs | 5 | 5 | 0 | 01OCT03 | 07OCT03 | 24NOV03 | 28NOV03 | 38 | Set Roof Drains & Curbs | |
| 259 | Exterior Metal Stud & Sheath | 2 | 2 | 0 | 01OCT03 | 02OCT03 | 26NOV03 | 27NOV03 | 40 | Exterior Metal Stud & Sheath | |
| 251 | Slab on Metal Deck | 5 | 5 | 0 | 01OCT03 | 07OCT03 | 03DEC03 | 09DEC03 | 45 | Slab on Metal Deck | |
| 266 | Mechanical Rough | 30 | 30 | 0 | 01OCT03 | 11NOV03 | 23DEC03 | 02FEB04 | 59 | Mechanical Rough | |
| 260 | Interior Metal Studs | 0 | 0 | 0 | 02OCT03* | | 27NOV03 | | 40 | Interior Metal Studs | |
| 255 | Exterior CMU Backup | 14 | 14 | 0 | 08OCT03 | 27OCT03 | 20OCT03 | 06NOV03 | 8 | Exterior CMU Backup | |
| 256 | Exterior Brick Veneer | 16 | 16 | 0 | 28OCT03 | 18NOV03 | 07NOV03 | 28NOV03 | 8 | Exterior Brick Veneer | |
| 257 | Interior CMU Partitions | 31 | 31 | 0 | 28OCT03 | 09DEC03 | 10DEC03 | 21JAN04 | 31 | Interior CMU Partitions | |
| 267 | Sprinkler Rough 1st Floor | 30 | 30 | 0 | 12NOV03 | 23DEC03 | 03FEB04 | 15MAR04 | 59 | Sprinkler Rough 1st Floor | |
| 262 | Install Curtainwall/Windows | 18 | 18 | 0 | 19NOV03 | 12DEC03 | 01DEC03 | 24DEC03 | 8 | Install Curtainwall/Windows | |
| 264 | Roofing/Flashing & Sheetmetal | 18 | 18 | 0 | 19NOV03* | 12DEC03 | 01DEC03 | 24DEC03 | 8 | Roofing/Flashing & Sheetmetal | |
| 12-31-483 | Interior Metal Studs | 20 | 20 | 0 | 23DEC03 | 19JAN04 | 27NOV03 | 24DEC03 | -18 | Interior Metal Studs | |
| 268 | Sprinkler Stand Pipe | 2 | 2 | 0 | 24DEC03 | 25DEC03 | 16MAR04 | 17MAR04 | 59 | Sprinkler Stand Pipe | |
| 12-31-486 | Hang & Finish Drywall | 20 | 20 | 0 | 27JAN04 | 23FEB04 | 25DEC03 | 21JAN04 | -23 | | Hang & Finish Drywall |
| 12-31-514 | Painting | 30 | 30 | 0 | 24FEB04 | 05APR04 | 22JAN04 | 03MAR04 | -23 | | Painting |
| 12-31-515 | Install Technology | 10 | 10 | 0 | 06APR04 | 19APR04 | 04MAR04 | 17MAR04 | -23 | | Install Technology |
| 12-31-498 | Set Plumbing Fitures | 10 | 10 | 0 | 06APR04 | 19APR04 | 20MAY04 | 02JUN04 | 32 | | Set Plumbing Fitures |
| 12-31-517 | Theatre Rigging | 25 | 25 | 0 | 06APR04 | 10MAY04 | 16JUN04 | 19JUL04 | 51 | | Theatre Rigging |
| 12-31-516 | Acoustical Ceiling | 20 | 20 | 0 | 20APR04 | 17MAY04 | 18MAR04 | 14APR04 | -23 | | Acoustical Ceiling |
| 12-31-518 | Stage Flooring | 10 | 10 | 0 | 11MAY04 | 24MAY04 | 20JUL04 | 02AUG04 | 51 | | Stage Flooring |
| 12-31-519 | Flooring | 35 | 35 | 0 | 18MAY04 | 04JUL04 | 15APR04 | 02JUN04 | -23 | | Flooring |
| **Generalized Performance** | | | | | | | | | | | |
| 277 | Substantial Completion | 0 | 0 | 0 | | 04JUL04 | | 02JUN04 | -23 | | Substantial Completion |
| 278 | Final Punchlist & Move In | 44 | 44 | 0 | 05JUL04 | 02SEP04 | 03JUN04 | 02AUG04 | -23 | | Final Punchlist & Move In |

Start Date: 18NOV02
Finish Date: 02SEP04
Data Date: 30JUN03
Run Date: 20FEB08 11:33

Early Bar
Float Bar
Progress Bar
Critical Activity

RL11

Input as of 6/30/03

EDiS 18 Nov 2002 Schedule

with Total Float Bar Shown

Sheet 7 of 7

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

© Primavera Systems, Inc.