## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| INDIAN RIVER SCHOOL, DISTRICT, | ) |
| EDIS COMPANY, AND BECKER MORGAN | ) |
| GROUP, INC. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that I electronically filed the foregoing *Defendant EDiS Company's Answer in Opposition to Plaintiff's Motion to Compel the Deposition of Christian McCone* with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

By: /s/ Victoria K. Petrone
Victoria K. Petrone, Esquire, DE #4210