IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

**MOTION TO JOIN DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S RENEWED MOTION IN LIMINE TO STRIKE PLAINTIFF'S EXPERT REPORT AND EXCLUDE TESTIMONY**

Defendant, EDiS Company, by and through its attorneys, moves to join and adopt the Renewed Motion In Limine to Strike Plaintiff's Expert Report and Exclude Testimony filed by co-defendant, Indian River School District, and respectfully moves this Honorable Court for an Order that the PCM Report be stricken, and that the expert who prepared the report be precluded from providing any testimony at trial.

LOGAN & ASSOCIATES, LLC

  /s/ Donald L. Logan
Donald L. Logan, Esquire (DE ID 2604)
Victoria K. Petrone, Esquire (DE ID 4210)
One Corporate Commons
100 W. Commons Blvd., Suite 300
New Castle, Delaware 19720
(302) 655-8000
(302) 655-8005 (fax)
Dlogan@loganllc.com
Vpetrone@loganllc.com

Dated: March 4, 2008                                    *Attorneys for EDiS Company*