## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | ) Civil Action No.: 05-858 JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that I electronically filed the foregoing Defendant EDiS Company's *Motion to Join Defendant Indian River School District's Renewed Motion In Limine to Strike Plaintiff's Expert Report and Exclude Testimony* with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

By: /s/ Victoria K. Petrone
Victoria K. Petrone, Esquire, DE #4210