IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858 JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Paul Cottrell, Esquire, hereby certify that on this 5th day of March 2008, I electronically filed the foregoing Motion to Join Defendant Indian River School District's Second Motion in Limine to Strike Plaintiff's Expert Report and Exclude Testimony with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

Perry F. Goldlust, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
*Attorneys for Plaintiff RLI*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Donald L. Logan, Esquire
Logan & Associates, LLC
100 West Commons Blvd.
Suite 300
New Castle, DE 19720
*Attorney for EDiS Company, Inc.*

Kevin Amadio, Esquire
Venzie Phillips & Warshawer
2032 Chancellor Street
Philadelphia, PA 19103
kamadio@venzie.com

**TIGHE & COTTRELL, P.A.**

　　/s/ Paul Cottrell
Paul Cottrell (DE ID No.: 2391)
Patrick McGrory (DE ID No.: 4943)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@tighecottrell.com
*Attorneys for Becker Morgan Group, Inc.*