## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion to Compel the Deposition of Christian McCone Pursuant to Delaware Local Rule 37.1 (D.I. 124) (the "Motion"), and any responses and replies thereto, it is HEREBY ORDERED AND DECREED that said Motion is DENIED in its entirety.

 

_____
The Honorable Joseph J. Farnan, Jr.

63873 v1