IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | NO. 05-858 |
| INDIAN RIVER SCHOOL DISTRICT | : | |
| and | : | |
| EDiS COMPANY | : | JURY TRIAL DEMAND |
| and | : | |
| BECKER MORGAN GROUP, INC. | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____ 2008, upon consideration of Indian River School District's Renewed Motion in Limine to strike the expert report of Progressive Construction Management, Inc. and to preclude the testimony of Damian Cassin at trial, as well as Plaintiff's, RLI Insurance Company, Response thereto, it is hereby **ORDERED** that said Motion is **DENIED** with prejudice.  The Motions to Join Indian River School District's Renewed Motion in Limine of EDiS Company and Becker Morgan Group, Inc., are also **DENIED** with prejudice.

                                                  _____
                                                                             J.