*PCM/CASSIN EXHIBIT LIST*

| Exhibit No. | Exhibit | Page |
|---|---|---|
| 1. | 5/10/02 - IRSD internal memo re: EDiS | 4 |
| 2. | EDiS contract with IRSD | 4 |
| 3. | 7/17/02 EDiS notice to proceed to: NDK/Croll and Murphy Steel | 4 |
| 4. | 8/15/02 prime bid | 4 |
| 5. | McDaniel bid and acceptance of bid for SC-B-14 bid and authorization to proceed | 4 |
| 6. | Notice to proceed to: CTA/Bear/Tieder/Enterprise | 5 |
| 7. | Notice to proceed on 2nd K to NDK | 5 |
| 8. | Planned Perf. Schedule from IRSD | 5 |
| 9. | Steel erection start | 5 |
| 10. | Masonry erection start | 6 |
| 11. | Roofing starts | 6 |
| 12. | Start of M/P risers | 6 |
| 13. | 1/15/03 to 4/9/03 - McDaniel - no work on slabs | 6 |
| 14. | Reference to McDaniel bid schedule | 6 |
| 15. | Project schedule dates for completion of Exhibit 9, 10 and 11 | 6 |
| 16. | Edis communication with IRSD reassess project | 7 |
| 17. | First construction progress meeting | 7 |
| 18. | 9/17/02 - 2nd progress meeting | 8 |
| 19. | 11/6/02 concrete comm. preconstruction meeting | 8 |
| 20. | MEP schedule of concrete foundations | 9 |
| 21. | New schedule (any docs state this change?) | 11 |
| 22. | 10/1/02 - 3rd progress meeting | 11 |
| 23. | Ref: Croll pad and pond - 4-6 weeks | 11 |
| 24. | Ref: NDK footers | 11 |

| Exhibit No. | Exhibit | Page |
|---|---|---|
| 25. | 10/15/02 - 4th progress meeting | 11 |
| 26. | 10/16/02 - McDaniel contract issued | 11 |
| 27. | 10/24/02 - McDaniel issued marked up steel drawings | 11 |
| 28. | 10/29/02 - EDiS letters to McDaniel | 12 |
| 29. | 10/29/02 - 5th Progress meeting | 12 |
| 29a. | 11/12/02 - 6th Progress meeting | 12 |
| 30. | 11/7/02 - Exec. session meeting | 12 |
| 31. | 11/10/02 - Project schedule | 12 |
| 32. | 11/26/02 - 7th Progress meeting | 12 |
| 33. | 12/2/02 - EDiS schedule update | 13 |
| 34. | 12/10/02 8th Progress meeting | 13 |
| 35. | 1/03 - EDiS status report to IRSD | 13 |
| 36. | 1/6/03 - Building and Grounds Progress meeting | 14 |
| 37. | 1/7/03 - 10th progress meeting | 14 |
| 38. | 1/3/07 - McDaniel staffs the site | 14 |
| 39. | 12/9/02 - initial steel shop drawings | 14 |
| 40. | 1/10/03 - Project meeting | 14 |
| 41. | 1/13/03 - McDaniel reporting notes | 16 |
| 42. | 1/15/03 - EDiS - Murphy Steel app. Steel drawings | 16 |
| 43. | 1/15/03 - Plumbing inspection of Area C | 17 |
| 44. | 1/17/03 - EDiS reminds McDaniel of schedule for A&C | 17 |
| 45. | 1/21/03 - McDaniel removing top soil | 17 |
| 46. | Ref: NDK cont work in A, D & C - 11th Progress meeting (EX 51) | 17 |
| 47. | 1/03 - EDiS schedule update - 1/27/03 | 18 |
| 48. | Ref: EDiS breakout of foundation (EX 47) | 18 |

2

| Exhibit No. | Exhibit | Page |
|---|---|---|
| 49. | 1/22/03 - McDaniel job report | 18 |
| 50. | 1/27/03 - McDaniel job report | 18 |
| 51. | 1/21/03 - Project meeting | 18 |
| 52. | 1/24/03 - Baker Ingram Area E drawings and steel drawings for Area A | 18 |
| 53. | 1/27/03 and 1/29/03 - Area D & E steel drawings | 18 |
| 54. | 1/24/03 - Meeting minutes | 18 |
| 55. | 1/27/03 - Weather - need cite reference | 19 |
| 56. | 1/27/03 - EDiS - shop drawings for Area D | 20 |
| 57. | Ref: Temperature chart | 20 |
| 58. | Ref: Work underground in A - 2/3 and 2/14 | 20 |
| 59. | February 2007 - McDaniel reports (daily) | 20 |
| 60. | 2/14/03 - McDaniel daily report | 21 |
| 61. | 2/5/03 - School Superintendent meeting notes | 21 |
| 62. | 2/4/03 - 12th Progress meeting - Minutes | 21 |
| 63. | Ref: Information relay to Superintendent | 21 |
| 64. | March 2003 - EDiS - Owner Monthly Report | 21 |
| 65. | April 2003 - Monthly report | 21 |
| 66. | 3/21/03 - Foundation and building pad work | 21 |
| 67. | Ref: October 2002 - March 2003 - McDaniel labor costs (EX. 66) | 22 |
| 68. | Ref: 3/03 - EDiS - IRSD monthly project report (EX. 64) | 22 |
| 69. | 3/4/03 - 13th Progress meeting - Minutes | 22 |
| 70. | 3/18/03 - EDiS Progress meeting notes | 22 |
| 71. | Ref: NDK - footings and pieces (EX 70) | 22 |
| 72. | 3/27/03 - Meeting with NDK re: performance | 22 |
| 73. | EDiS suspension of NDK | 23 |

3

| Exhibit No. | Exhibit | Page |
|---|---|---|
| 74. | Ref: Active interference (EX 72 & 73) | 23 |
| 75. | 4/1/03 - 15th Progress meeting | 23 |
| 76. | Ref: Cite to doc showing "unwillingness" (EX 75) | 26 |
| 77. | 4/15/03 - 16th Project meeting | 27 |
| 78. | 4/22/03 - McDaniel letter to EDiS | 27 |
| 79. | 4/23/03 - McDaniel - Completes F wing work | 27 |
| 80. | 5/1/07 - Murphy RFI #25 | 27 |
| 81. | 5/2/03 - RFI 26 | 27 |
| 82. | 5/5/03 - EDiS confirms NDK affecting McDaniel | 27 |
| 83. | McDaniel noting continued failure of NDK | 28 |
| 84. | 5/7/03 - EDiS response to McDaniel's notice | 28 |
| 85. | 5/8/03 - McDaniel response to EDiS | 28 |
| 86. | 5/7/03 - McDaniel response to EDiS | 30 |
| 87. | 5/27/03 - 19th Progress meeting | 30 |
| 88. | 4/29/03 - 17th Project meeting | 30 |
| 89. | 5/13/03 - 18th Project meeting | 30 |
| 90. | 5/12/03 - Superintendent meeting - minutes | 30 |
| 91. | EDiS 5/03 monthly report | 30 |
| 92. | 5/27/03 - McDaniel tests Area F | 30 |
| 93. | EDiS assess of impact - Progress Meeting 20 | 31 |
| 94. | 5/13/03 - Building and ground meeting minutes | 31 |
| 95. | 6/3/03 - McDaniel Note | 32 |
| 96. | Ref: 6/4/03 test - Area F Kitchen | 32 |
| 97. | Ref: 06/09/03 - McDaniel installation of gas pipes | 32 |
| 98. | Ref: 06/10/03 - Underground Area F complete | 32 |
| 99. | Ref: 06/13/03 - Slab pour Area E | 32 |

4

| 100. | Ref: 06/11/03 - Area F Underground Complete (EX 98) | 32 |
|---|---|---|
| 101. | Ref: 06/10/03 - McDaniel cannot start in B or continue A | 32 |
| 102. | 06/24/03 - Project Meeting #20 | 32 |
| 103. | Ref: Croll not on job (EX 102) | 32 |
| 104. | Ref: 06/26/03 - McDaniel reporting that began duct installation | 32 |
| 105. | Ref: 07/03/03 - C & D steel decking | 33 |
| 106. | Ref: 07/07/03 - McDaniel C wing floor work | 33 |
| 107. | Ref: 07/08/03 - Gas hanger in C | 33 |
| 108. | Ref: 07/07/03 - Project Meeting #21 | 33 |
| 109. | Ref: 07/11/03 - Daily report - McDaniel | 33 |
| 110. | Ref: 07/15/03 - C area gas mains | 33 |
| 111. | Ref: 07/16/03 - McDaniel work in A and C | 34 |
| 112. | Ref: 07/21/03 to 08/04/03 - Work not completed by NDK | 34 |
| 113. | Ref: Mason's delayed completion of F (EX 112) | 34 |
| 114. | Ref: 07/25/03 - Ductwork in C | 34 |
| 115. | Project Meeting #22 minutes | 34 |
| 116. | 07/03 Report (MPH 08.TLP) | 34 |
| 117. | 08/04/03 - Schedule look ahead | 37 |
| 118. | 08/05/03 - EDIS CPM Schedule update #23 | 38 |
| 119. | 08/11/03 - "A" Bldg Steel - B & G Meeting minutes | 38 |
| 120. | EDIS 08-13-03 directive to subcontractors | 39 |
| 121. | 08/19/03 - Project Meeting #24 | 39 |
| 122. | Ref: F & B areas under construction (EX 121) | 39 |
| 123. | 08/20/03 - EDIS notice of McDaniel | 39 |
| 124. | 05/24/03 - Report and schedule | 40 |
| 125. | Ref: 08/04/03 - plumbing inspection - F & B | 40 |
| 126. | EDIS 08/03 monthly progress report | 40 |

| 127. | Ref: 08/13/03 - EDIS letter to roofing company | 41 |
|------|------------------------------------------------|----|
| 128. | Ref: 09/02/03 - Project Meeting #25 | 42 |
| 129. | 09/03 EDIS monthly status report | 42 |
| 130. | Ref: 09/08/03 - Bldg & Grd Meeting minutes | 43 |
| 131. | Ref: EDIS/IRSD unwillingness | 43 |
| 132. | Ref: 09/16/03 - Project Meeting #26 | 43 |
| 133. | Ref: 09/27/03 - McDaniel Daily Report | 44 |
| 134. | Ref: 09/30/03 - Project Meeting #27 | 44 |
| 135. | Ref: No roofing work as of 09/11/03 (27.3.6) (EX 134) | 44 |
| 136. | Ref: impact to McDaniel is performed | 45 |
| 137. | 09/22/03 to 09/29/03 - McDaniel Daily Job Report | 45 |
| 138. | Ref: 10/14/03 - Project Meeting minutes #28 | 45 |
| 139. | Ref: CTA not attending meeting 28.3.6 (EX 138) | 46 |
| 140. | Ref: 10/16/03 - McDaniel Daily Report | 46 |
| 141. | Ref: 10/30/03 - Baseline schedule update | 46 |
| 142. | Ref: 11/03/03 - McDaniel note of ?? | 47 |
| 143. | Ref: masonry start | 47 |
| 144. | Ref: 11/03/03 - Meeting minutes with schedule | 48 |
| 145. | Ref: 09/18/03 - Schedule update | 48 |
| 146. | Ref: 11/03/03 - Monthly Project Report for 10/03 | 49 |
| 147. | McDaniel's November Daily Reports | 49 |
| 148. | Ref: 11/30/03 - Concrete in B Bldg (EX 147) | 50 |
| 149. | Ref: impact schedule - which one (EX 147) | 51 |
| 150. | 12/09/03 - CRMM #32 | 53 |
| 151. | McDaniel Daily Reports - see PCM report for dates - Dec. | 53 |
| 152. | Ref: CTA unable to roof (EX 151) | 53 |
| 153. | 01/04 - McDaniel Daily reports | 53 |

| 154. | 01/04 to 02/03/04 - Progress meeting 34 re roof issues | 53 |
|---|---|---|
| 155. | Ref: C, E. & D roofing progress (EX 154) | 54 |
| 156. | Ref: A roof complete 03/02/04 (EX 154) | 54 |
| 157. | Ref: F & B in progress (EX 154) | 54 |
| 158. | Ref: Roofing to complete 07/01/03 (EX 154) | 54 |
| 159. | Ref: 01/06/04 - Winter reports - various dates (EX 154) | 55 |
| 160. | Ref: McDaniel schedule reference (EX 154) | 56 |
| 161. | Ref: roof issues (EX 154) | 56 |
| 162. | Ref: EDIS assertion that McDaniel is sole impact on schedule (EX 154) | 56 |
| 163. | 01/20/04 - Project Meeting #35 | 56 |
| 164. | Ref: McDaniel termination (EX 163) | 57 |
| 165. | Ref: 02/03/04 - Project Meeting #36 | 57 |
| 166. | Ref: 02/09/04 - B & G meeting minutes | 58 |
| 167. | Ref: 02/10/04 - Monthly status report | 58 |
| 168. | Ref: 01/28/04 - Finishes commence (EX 167) | 58 |
| 169. | Ref: McDaniel crew size 01/03 to 06/03 (EX 167) | 58 |
| 170. | Ref: A D E F & B issues (EX 167) | 59 |
| 171. | Ref: 02/25/04 - McDaniel Daily Report | 59 |
| 172. | Ref: 02/10/04 - Progress Meeting report | 59 |
| 173. | Ref: 02/17/04 - Progress Meeting report #37 | 60 |
| 174. | Ref: 03/02/04 - Progress Meeting report #38 | 61 |
| 175. | Ref: 03/08/04 - Building and Grounds meeting minutes | 62 |
| 176. | Ref: Project Meeting #39 with attached schedule | 62 |
| 177. | Ref: 03/16/04 - Meeting #39 | 62 |
| 178. | Ref: 03/30/04 - issues | 63 |
| 179. | Ref: 03/30/04 - Meeting #40 | 63 |

| 180. | Ref: 04/13/04 - Masonry in B E & F Proj Mtg 41 | 63 |
| 181. | Ref: EDIS continued 12 week impact (EX 180) | 64 |
| 182. | Ref: B roof complete 06/04 (EX 180) | 64 |
| 183. | Ref: 04/02/04 - Items in chart | 65 |
| 184. | Ref: 04/27/04 - Progress Meeting #42 | 65 |
| 185. | Ref: Items listed from various meetings | 67 |
| 186. | Ref: 05/13/04 - IRSD reference - Executive Meeting #28 | 67 |
| 187. | Ref: 05/17/04 - walk thru | 67 |
| 188. | Ref: items listed in chart (EX 187) | 67 |
| 189. | Ref: 06/21/04 - EDIS note payment behind schedule | 67 |
| 190. | 06/21/04 - EDIS Monthly Project Report | 68 |
| 191. | Ref: Job meeting notes on completion of building (EX 190) | 68 |
| 192. | Ref: CTA roofing performance (EX 190) | 69 |
| 193. | Items listed in chart (EX 190) | 70 |
| 194. | Ref: 07/12/04 - Building and Grounds report | 70 |
| 195. | Ref: 07/20/04 - EDIS meeting notes | 70 |
| 196. | Ref: 07/20/04 - Monthly status and items in chart | 70 |
| 197. | Ref: 08/09/04 - Building and Grounds meeting | 70 |
| 198. | Ref: Croll, NDK and CTA unable to reclaim schedule | 71 |
| 199. | 08/09 to 08/18 meeting notes | 72 |
| 200. | IRSD Executive Committee meeting | 72 |
| 201. | 03/16/04 Progress Meeting | 73 |
| 202. | 05/17/04 - A & S to EDIS | 73 |
| 203. | 05/24/04 0 Progress meeting | 73 |
| 204. | Review of alt. pipe and duct layout | 73 |
| 205. | 06/21/04 Monthly Progress report | 73 |
| 206. | 07/06/04 - Progress Meeting #47 | 73 |

| 207. | 07/12/04 - Building and Grounds meeting | 74 |
|---|---|---|
| 208. | 08/18/04 - EDIS report | 74 |
| 209. | Ref: Biweekly progress meeting notes (EX 208) | 74 |
| 210. | Ref: for McDaniel crew size chart (EX 208) | 74 |
| 211. | Ref: McDaniel/management team breakdown (EX 208) | 75 |
| 212. | Ref: McDaniel suing majority of AHU online (EX 208) | 75 |
| 213. | RLI 07/27/04 letter to IRSD | 76 |
| 214. | EDIS' response to RLI | 76 |
| 215. | EDIS notices to McDaniel | 76 |
| 216. | Ref: McDaniel noted deviations (EX 215) | 76 |
| 217. | Zimmer begins work in mech. penthouse | 77 |
| 218. | Ref: Zimmer "subsidizing" McDaniel work (EX 217) | 77 |
| 219. | 08/27/04 - EDIS to McDaniel - out of PH | 77 |
| 220. | 08/30/04 - EDIS to IRSD | 77 |
| 221. | 08/31/04 - A/S and Zimmer tour PH | 77 |
| 222. | 09/08/04 - IRSD - Zimmer response for PH | 77 |
| 223. | List of work attached | 77 |
| 224. | IRSD legal counsel letter | 78 |
| 225. | 11/18/04 Meeting | 78 |
| 226. | Ref: Penthouse piping work | 78 |
| 227. | F & B delays | 78 |
| 228. | Boilers online | 78 |
| 229. | Ref: Zimmer work on boiler on 09/04 update | 79 |
| 230. | Ductwork status | 79 |
| 231. | EDIS 09/04 monthly report | 79 |
| 232. | 09/08 - 14/04 updated construction | 79 |
| 233. | 09/13/04 executive meeting | 79 |

| 234. | Ref: "illogical response" from EDIS/IRSD | 79 |
|---|---|---|
| 235. | 08/27/04 - Zimmer to PH | 79 |
| 236. | 09/08/04 - owner consid of termination | 79 |
| 237. | Ref: McDaniel crew to 5 man | 79 |
| 238. | Ref: Zimmer actions in PH | 79 |
| 239. | 10/11/04 - BMG rec - term. McDaniel | 79 |
| 240. | Ref: Zimmer in PH and F mech | 80 |
| 241. | 09/16/04 - EDIS to McDaniel | 80 |
| 242. | October 13th, 2003 Rev 3, OCT03 schedule update | 81 |
| 243. | Schedule RL21 | 82 |
| 244. | PDF File #3 | 94 |
| 245 | PRX RL 11 | 97 |
| 246. | RLI #13 | 99 |
| 247. | PRX RL 15 | 101 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Q:\RLI Surety.729\McDaniel.004\Indian River\PCM-Cassin Exhibit List.wpd