IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | NO. 05-858 |
| : | |
| INDIAN RIVER SCHOOL DISTRICT, : | |
| and : | |
| EDiS COMPANY : | JURY TRIAL DEMAND |
| and : | |
| BECKER MORGAN GROUP, INC. : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that on March 14, 2008, I electronically filed the foregoing Plaintiff RLI Insurance Company's Response to Defendant Indian River School District's Renewed Motion in Limine to Strike Plaintiff's Expert Report and to Exclude Testimony with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

> James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
> jgreen@svglaw.com
> *Attorney for Indian River School District*
>
> Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
> p.cottrell@tighecottrell.com
> *Attorney for Becker Morgan Group, Inc.*
>
> Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
> dlogan@loganllc.com
> *Attorney for EDiS Company*

/s/ Perry F. Goldlust
**PERRY F. GOLDLUST (DSB #770)**
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
pgoldlust@gablawde.com
Attorneys for Plaintiff

Dated: March 14, 2008

Client/Blackburn/RLI/3-14-08 Filing/Certificate of Service