IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| vs. | : NO. 05-858-JFF |
| | : |
| INDIAN RIVER SCHOOL DISTRICT, and | : |
| EDiS COMPANY and | : JURY TRIAL DEMAND |
| BECKER MORGAN GROUP, INC. | : |
| Defendants. | : |

PROPOSED

**ORDER**

THIS MATTER having come before the Court on the Motion of Plaintiff RLI Insurance Company seeking an Order compelling the deposition of Christian McCone, an employee of Defendant EDiS Company, and the Court having considered the pleadings in support of and in opposition to this Motion, and for good cause shown;

IT IS this _____ day of _____, 2008 ORDERED that the EDiS Company will produce its employee, Christian McCone, for deposition on April ___, 2008 or such other date as counsel may agree.

BY THE COURT:

_____
J.

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Motion to Compel McCone Dep\Order.wpd