IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| vs. | : | NO. 05-858 |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, | : | |
| and | : | |
| EDiS COMPANY | : | JURY TRIAL DEMAND |
| and | : | |
| BECKER MORGAN GROUP, INC. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Perry F. Goldlust, Esquire, hereby certify that on March 20, 2008, I electronically filed the foregoing Plaintiff's Reply Brief in support of the Motion to Compel the Deposition of Christian McCone with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
jgreen@svglaw.com
***Attorney for Indian River School District***

Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
p.cottrell@tighecottrell.com
***Attorney for Becker Morgan Group, Inc.***

Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
dlogan@loganllc.com
***Attorney for EDiS Company***


    /s/ Perry F. Goldlust
**PERRY F. GOLDLUST, ESQUIRE**
***Attorney for Plaintiff RLI Insurance Company***

Dated: March 20, 2008
Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Motion to Compel McCone Dep\Certificate of Service-Reply Brief.wpd