## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY ) | Civil Action No.: 05-858-JJF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| INDIAN RIVER SCHOOL, DISTRICT, ) | |
| EDIS COMPANY, AND BECKER MORGAN ) | |
| GROUP, INC. ) | |
| Defendants. ) | |

### NOTICE FOR JOINDER DEFENDANT INDIAN RIVER SCHOOL DISTRICT'S ANSWER IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF CHRISTIAN McCONE

Defendant, Becker Morgan Group, Inc., by and through their attorneys, move to join and adopt the Answer In Opposition to the Plaintiff's Motion to Compel the Deposition of Christian McCone filed by co-defendants, Indian River School District (D.I. 126), and respectfully moves this Honorable Court for an Order denying Plaintiff's Motion to Compel the Deposition of Christian McCone.

**TIGHE & COTTRELL, P.A.**

/s/ Paul Cottrell
Paul Cottrell (DE ID No.: 2391)
Patrick McGrory (DE IS No.: 4943)
One Customs House, Suite 500
P. O. Box 1031
Wilmington, DE 19899
(302) 658-6400
p.cottrell@tighecottrell.com
*Attorney for Becker Morgan Group, Inc.*

Date: March 25, 2008