**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

### NOTICE OF APPEARANCE

TO:  Clerk of the Court
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 18901

PLEASE NOTICE THE APPEARANCE of Saagar B. Shah, Esquire as co-counsel for Plaintiff, RLI Insurance Company, in the above-referenced matter.

ABER, GOLDLUST, BAKER, & OVER

_____
SAAGAR B. SHAH (DSB #4148)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

DATED:    April 8, 2008

Of Counsel:

HARRY R. BLACKBURN, ESQUIRE
JOHN E. HILSER, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : C.A. NO. 05-858 JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 8th day of April 2008 that two true and correct copies of foregoing NOTICE OF APPEARANCE were served upon counsel for the defendants as follows:

*VIA HAND DELIVERY:*
James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
***Attorney for Indian River School District***

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
***Attorney for Becker Morgan Group, Inc.***

*VIA U.S. MAIL, POSTAGE PRE-PAID:*
Donald Logan, Esquire
Logan & Associates, LLC
One Corporate Commons
1000 West Commons Blvd., Suite 300
New Castle, DE 19720
***Attorney for Edis Company***

ABER, GOLDLUST, BAKER, & OVER

_____
SAAGAR B. SHAH (DSB #4148)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Plaintiff, RLI Insurance Company*

DATED: <u>April 8, 2008</u>

Of Counsel:

HARRY R. BLACKBURN, ESQUIRE
JOHN E. HILSER, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
(215) 985-0123

Client/Blackburn/RLI Insurance/Certificate of Service-Notice of Appearance SBS