# EXHIBIT 1

**Blackburn, DeClement**
**Associates, P.C.**   Attorneys at Law

May 21, 2008

John E. Shields, Jr.*

*Of Counsel*
*Federico Calaf-LeGrand~*

*\*also admitted to PA*

*~admitted Only to PR*

Via First Class Mail

Victoria K. Petrone, Esquire
Logan & Associates, LLC
100 W. Commons Boulevard, Suite 300
New Castle, DE 19720-2419

*Direct Dial*
*Ext. 112*
*email: jshields@bdclockburn.com*

Re:   RLI Insurance Company v. Indian River School District, et al.
      United States District Court for the District of Delaware
      Civil Action No. 1:05-cv-00858-JJF
      Our File No. 729.004

*REPLY TO:*
*MEDFORD OFFICE*

Dear Ms. Petrone:

I hope this letter finds you well.

As you know, Judge Farnan has denied our motion to take the discovery deposition of Mr. McCone. Therefore, we wish to schedule his deposition for use at the time of trial as part of RLI's affirmative claim. We have selected June 23, 2008 as the date for the deposition. Should this date present a conflict for you, please advise of other available dates in the later part of June or the beginning of July. Our office will arrange for the Court Reporter and videographer.

Thank you for your kind attention to this matter.

Very truly yours,

John E. Shields, Jr.

JES/js

cc:   Perry F. Goldlust, Esquire (Via Facsimile)
     Kevin Amadio, Esquire (Via First Class Mail)
     Paul Cottrell, Esquire (Via First Class Mail)

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\2008\Petrone V 5-21-08.wpd

# Exhibit 1

---

74 South Main Street, Medford, New Jersey 08055 (609) 654-2907 Fax: (609) 654-2908
1528 Walnut Street, 4th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
55 Simpson Avenue, Pitman, New Jersey 08071 (856) 582-6242 Fax: (856) 582-6544
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
21 West Fee Avenue, Suite D, Melbourne, Florida 32901 (321) 722-0770 Fax: (321) 722-0830

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION |
| : | NO. 05-858 |
| INDIAN RIVER SCHOOL DISTRICT : | |
| and : | |
| EDiS COMPANY : | JURY TRIAL DEMAND |
| and : | |
| BECKER MORGAN GROUP, INC. : | |
| : | |
| Defendants. : | |

## NOTICE OF DEPOSITION

To:  Victoria K. Petrone, Esquire
    **Logan & Associates, LLC**
    100 W. Commons Boulevard, Suite 300
    New Castle, DE 19720-2419
    *Attorney for EDiS Company*

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and District of Delaware Local Civil Rules, the plaintiff, RLI Insurance Company, will take the trial deposition by videotaped oral examination of **Christian McCone**, of EDiS Company, at the offices of **Aber, Goldlust, Baker & Over**, 702 King Street, Suite 600, Wilmington, DE 19899-1675 commencing at 9:30 a.m. on June 23, 2008.

The oral examination shall be before a notary public or other person authorized by law to administer oaths, for use as evidence in this case. The deposition shall be recorded by stenographic and video graphic means. The deposition will continue from day to day until completed.

                                Respectfully submitted:
                                ABER, GOLDLUST, BAKER & OVER
                                s/ Perry F. Goldlust
                                PERRY F. GOLDLUST (DSB #770)
                                702 King Street, P.O. Box 1675
                                Wilmington, DE 19899-1675
                                (302) 472-4900
                                pgoldlust@gablawde.com
                                *Attorneys for Plaintiff RLI Insurance Company*

DATE:

**Of Counsel:**
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
**BLACKBURN, DeCLEMENT & ASSOCIATES, P.C.**
74 South Main Street
Medford, NJ 08055
(609) 654-2907

Q:\RLI Surety.729\McDaniel.004\Indian River\Discovery\Notice of Dep-McCone-EDiS.wpd

2