# EXHIBIT 2

Case 1:05-cv-00858-JJF   Document 139-3   Filed 05/29/2008   Page 1 of 2

# Logan & Associates, LLC
ATTORNEYS AT LAW

One Corporate Commons
100 W. Commons Blvd, Suite 300
New Castle, DE 19720

302-325-3555
302-325-3556
vpetrone@loganllc.com

VIA EMAIL AND FIRST CLASS MAIL
May 27, 2008

John E. Shields, Jr.
Harry R. Blackburn & Associates, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102

Re:   RLI Insurance Company v. Indian River School District et al.

Dear John,

I am writing in response to your letter of May 21, 2008 and Notice of Deposition of Chris McCone. As you know, by its May 12, 2008 Order the Court denied RLI's Motion to Compel the deposition of McCone, noting that McCone was previously unavailable, but will now be available for trial. Deposition testimony can only be used at trial when the witness is unavailable. See, Fed.R.Civ.Pro. 32(a)(4), Salsman v. Witt, 466 F.2d 76, 79 (C.A.10 (Okla.) 1972) and G.E.J. Corp. v. Uranium Aire, Inc., 311 F.2d 749, 755 (C.A.9 (Ariz.) 1962). Since McCone's "trial" testimony would be inadmissible, the deposition would be nothing more than a discovery deposition which has already been disallowed by the Court.

In light of the Court's ruling, federal rules and caselaw, EDiS will not produce McCone for deposition.

Very truly yours,

LOGAN & ASSOCIATES, LLC

By: /s/ Victoria K. Petrone
Victoria K. Petrone, Esquire

cc:   (via email only)
Perry F. Goldlust, Esquire
G. Kevin Amadio, Esquire
Paul Cottrell, Esquire
Donald L. Logan, Esquire

Exhibit 2