# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | C.A. No. 05-858 JJF |
| Plaintiff, ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| INDIAN RIVER SCHOOL DISTRICT, ) | |
| EDIS COMPANY, and ) | |
| BECKER MORGAN GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Defendant Indian River School District shall present a Motion In Limine To Preclude The Trial Testimony Of Damian Cassin on July 11, 2008 at 2:00 p.m. The Motion is supported by the accompanying Motion and Opening Brief.

Respectfully Submitted,

**SEITZ, VAN OGTROP & GREEN, P.A.**

**/s/ James S. Green, Sr.**
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**jgreen@svglaw.com**
**222 Delaware Ave., Suite 1500**
**P.O. Box 68**
**Wilmington, DE 19899**
**(302) 888-0600**
**Attorneys for Defendant**

Date:  June 2, 2008          **Indian River School District**

Of Counsel:
K. Gerard Amadio, Esq.
Venzie, Phillips & Warshawer
2032 Chancellor St.
Philadelphia, PA 19103
(215) 567-3322
cc:     jjf_civil@ded.uscourts.gov

65262 v1