IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of defendant Indian River School District's Motion *in limine* to preclude the trial testimony of Damian Cassin, and the responses thereto, it is hereby ORDERED that the motion be, and hereby is, GRANTED and Damian Cassin is precluded from offering testimony as an expert at trial.

_____
J.

1