# EXHIBIT A

Sussex Central High School

SECTION 01305 - CONSTRUCTION SCHEDULE

1.   PRE-BID CONSTRUCTION SCHEDULE

   1.1   Time is a critical element of this Project. By entering a bid, the Contractor agrees to adhere to the intermediate Milestone Dates and Dates of Substantial and Final Completion established herein. The Contractor also understands that all work must be performed in an orderly and closely coordinated sequence in order to achieve the specified Milestones and Completion Dates, and the Contractor hereby agrees to perform his work in conformance with the Pre-Bid Construction Schedule established herein, or with the then current and approved Project Construction Schedule.

   1.2   The Pre-Bid Construction Schedule includes allowances for time lost due to adverse and abnormal weather conditions, other than floods, hurricanes, tornadoes, lightening and other like acts of God. The Contractor understands and agrees that the Contractor shall not be entitled to any extensions of the Contract Time, except as allowed in the General Conditions of the Contract for Construction. The Contractor further acknowledges that the Work may be required to be performed during the winter season, that conditions during this season may be adverse and abnormal, but that such conditions will not be the basis for an extension of the Contract Time.

2.   SCHEDULING OF THE WORK AFTER AWARD OF CONTRACT

   2.1   After award of Contract, or issuance of a Notice to Proceed, the Contractor will meet with the Construction Manager to review the Pre-Bid Construction Schedule, and the overall project plan for construction. Following the above review the Contractor will meet with each subcontractor and supplier to view the detailed plans for performing his Work. Following these meetings and within fourteen (14) days after award of the Contract or issuance of a Notice to Proceed, the Contractor shall prepare and submit for the Construction Manager's approval a Work Schedule providing for the expeditious, timely and practical execution of the Work. The Contractor's Work Schedule shall include activity descriptions and durations for shop drawings, fabrication, delivery and installation. If the Construction Manager so requests, the Contractor shall provide adequate explanation regarding crew sizes, production rates and similar data used to arrive at the durations and sequences.

   2.2   The Construction Manager shall review the Contractor's Work Schedule, coordinate it with the separate work by other contractors, the Owner and the Construction Manager, and after coordination, shall incorporate it into the approved Project Construction Schedule. The approved Project Construction Schedule shall be issued to the Contractor and the Contractor shall perform his Work in conformity therewith.

   2.3   The Contractor shall submit proposed schedule revisions and obtain the written approval of the Construction Manager therefore before deviating from the Project Construction Schedule.

   2.4   The Construction Manager will incorporate approved schedule revisions into the Project Construction Schedule, and shall otherwise update and revise the Project Construction Schedule as the Construction Manager, at his sole discretion, deems necessary.

3.   ADHERENCE TO THE SCHEDULE

   3.1   The Contractor shall start each part of this work on the date designated for start in the approved Project Construction Schedule unless advised by the Construction Manager that the preceding activity is ahead or behind schedule. He shall carry the work forward

CONSTRUCTION SCHEDULE                                                        01305 - 1
(PU92, Revised 2/02)

Sussex Central High School

expeditiously with adequate forces, equipment and materials, and shall complete each part of his work on or before the date designated in the approved Project Construction Schedule.

3.2   If the Construction Manager determines that the Contractor is behind schedule, the Construction Manager shall have the right to require that the Contractor take steps to accelerate his Work. Such steps shall include increases in manpower, equipment and materials as the Construction Manager may deem necessary. If the Contractor fails to comply with the Construction Manager's instructions relating to improved rate of progress, the Contractor may be held in default under the appropriate provisions of the General Conditions of the Contract.

END OF SECTION



SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV 20 JAN 02)

CONSTRUCTION

SUBSTANTIAL COMPLETION

PROJECT COMPLETE

Project: SUSSEX CENTRAL HIGH SCHOOL
Date: Thu 7/0/02

Page 2 of 2

# EXHIBIT B



Your Total Project Solution

EDiS Company

110 South Poplar Street
Suite 400
P.O. Box 2697
Wilmington, DE  19805-0697

Tel. (302) 421-5700
Fax. (302) 421-5715

www.EDiSCompany.com

## MEMO

DATE:       18 November 2002

TO:         All Contractors

FROM:       Christian McCone

RE:         Sussex Central High School
            Updated Project Construction Schedule

---

Gentlemen:

Attached is a copy of the current Project Construction Schedule for Sussex Central High School.  Please review the schedule and ensure that your work will be performed in the sequence and time frame stated.

In accordance with Section 01305 – Construction Schedule, paragraph 2.3, any proposed schedule revisions should be submitted in writing to the Construction Manager.  Written approval is required before deviating from the schedule.

If you have any question please feel free to call me at (302) 421-2973.

Sincerely,

Christian J. McCone
Project Manager

Encl.

cc: IRSD, G. Weer, BMG, S. Carpenter, EDiS, M. VandeMark

EDIS Company    ☎ 421-5715    Nov. 18, 2002    6:34 PM    3/10

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REVISED NOV 02)

| ID | Name | Responsible | Start | Finish | Act Start | Act Finish |
|----|------|-------------|-------|--------|-----------|------------|
| | PRE-CONSTRUCTION | | | | | |
| 41 | CONSTRUCTION | | | | | |
| 42 | | | | | | |
| 1 | MOBILIZE FOR BPA CONSTRUCTI | | Mon 8/5/02 | Fri 8/30/02 | Mon 8/5/02 | NA |
| | START CONSTRUCTION BPA | | Mon 8/5/02 | Fri 8/30/02 | Mon 8/5/02 | Fri 8/30/02 |
| | SITEWORK | | Fri 6/8/02 | Fri 6/18/03 | Fri 6/8/02 | NA |
| 47 | INSTALL SILT FENCE | AP CROLL | Fri 6/8/02 | Fri 6/8/02 | Fri 6/8/02 | Fri 6/8/02 |
| 44 | STABILIZED CONST ENTRANCE | AP CROLL | Wed 6/20/02 | Fri 6/8/02 | Wed 6/20/02 | Fri 6/8/02 |
| 45 | CLEAN OUT DITCH | AP CROLL | Thu 6/5/02 | Mon 9/16/02 | Thu 6/5/02 | Fri 6/8/02 |
| 48 | STRIP TOP SOIL, POND B & BLDG | AP CROLL | Wed 9/18/02 | Thu 9/26/02 | Wed 9/18/02 | NA |
| 80 | EXCAVATE PONDS A PREP BLDG PA | AP CROLL | Thu 9/26/02 | Wed 10/2/02 | Thu 9/26/02 | NA |
| 81 | INSTALL POND STRUCTURES | AP CROLL | Fri 11/8/02 | Thu 11/14/02 | NA | NA |
| 82 | STABILIZE PONDS | AP CROLL | Fri 11/15/02 | Fri 12/13/02 | NA | NA |
| 83 | STRIP TOP SOIL - REMAINDER OF SITE | AP CROLL | Mon 3/10/03 | Fri 3/7/03 | NA | NA |
| 84 | INSTALL FORCE MAIN ON ROUTE 31 | AP CROLL | Mon 10/14/02 | Fri 3/13/03 | NA | NA |
| 85 | INSTALL SANITARY SEWER SYSTEM | AP CROLL | Mon 1/27/03 | Fri 1/24/03 | NA | NA |
| 86 | INSTALL STORM SEWER SYSTEM | AP CROLL | Wed 10/2/02 | Thu 6/26/02 | NA | NA |
| 87 | INSTALL WATER MAINS | AP CROLL | Mon 10/14/02 | Mon 12/9/02 | NA | NA |
| 88 | CONSTRUCT PUMP STATION | AP CROLL | Tue 4/7/03 | Fri 4/4/03 | NA | NA |
| | ROADWORK | AP CROLL | Mon 5/19/03 | Wed 5/21/04 | NA | NA |
| | AREA A - ADMIN | | Mon 9/23/02 | Tue 10/25/03 | Mon 9/23/02 | NA |
| | CONCRETE | AP CROLL | Tue 10/15/02 | Wed 3/5/03 | Tue 10/15/02 | NA |
| 73 | BANDBEAMS | | Tue 10/15/02 | Tue 10/14/02 | Tue 10/15/02 | NA |
| 74 | LAYOUT FOUNDATIONS | NDK | Fri 11/1/02 | Thu 11/7/02 | Fri 11/1/02 | NA |
| 75 | FOOTERS & PIERS | NDK | Fri 11/2/02 | Thu 12/7/02 | Fri 12/7/02 | NA |
| 74 | PEDESTALS | NDK | Tue 12/3/02 | Mon 6/9/02 | Tue 12/3/02 | NA |
| 76 | BLOCK WALLS BELOW GRADE | ENTERPRISE | Fri 12/20/02 | Thu 12/2/02 | NA | NA |
| 77 | BACKFILL FOUNDATIONS | NDK | Fri 12/20/02 | Mon 12/2/02 | NA | NA |
| 78 | UNDERSLAB UTILITIES | MECHELEC | Tue 12/3/02 | Wed 1/1/03 | NA | NA |
| 79 | UNDERSLAB STABILIZATION | NDK/ENTER | Thu 11/28/02 | Wed 1/7/03 | NA | NA |
| 79 | SLAB-ON-GRADE | NDK | Thu 11/15/02 | Wed 1/29/03 | NA | NA |
| 80 | SET PRECAST PLANTERS AND SLEEVES | MECHELEC | Fri 2/21/03 | NA | NA | NA |

EDIS Company    ☎ 421-5715    Mon Nov. 18, 2002   06:34 PM    4/10

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV 18 NOV-02)

Project: SUSSEX CENTRAL HIGH SCHOOL
Date: Mon 11/18/02

| ID | Description | Responsible | Start | Finish | Act Start | Act Finish |
|---|---|---|---|---|---|---|
| | SUSSEX CENTRAL HIGH SCHOOL | | | | | |
| 81 | ELEVATOR/HOLE/CAD/HD | HDK | Wed 2/19/03 | Wed 3/5/03 | NA | NA |
| 82 | DRILL ELEVATOR HOLE/CAD/HD | DEL & DV | Fri 1/22/02 | Mon 5/12/02 | NA | NA |
| 83 | STRUCTURAL STEEL | | Mon 9/23/02 | Wed 5/7/03 | Mon 6/23/02 | NA |
| 84 | STEEL SHOP DWGS | MURPHY | Fri 12/2/02 | Mon 6/12/02 | Mon 9/24/02 | NA |
| 85 | FABRICATE STEEL | MURPHY | Mon 11/14/02 | Fri 12/12/02 | NA | NA |
| 86 | ERECT STRUC STEEL & METAL C | MURPHY | Wed 2/5/03 | Fri 12/13/02 | NA | NA |
| 87 | ERECT STAIR A/HD | MURPHY | Wed 2/19/03 | Wed 2/19/03 | NA | NA |
| 88 | ERECT STAIR B/HD | MURPHY | Wed 4/2/03 | Wed 5/7/03 | NA | NA |
| 89 | MASONRY | | Wed 2/19/03 | Tue 5/27/03 | NA | NA |
| 90 | SET MASONRY DOOR FRAMES | BRICE | Wed 3/26/03 | Wed 2/26/03 | NA | NA |
| 91 | MASONRY AT STAIR A/HD | ENTERPRISE | Wed 3/5/03 | Wed 3/5/03 | NA | NA |
| 92 | MASONRY AT STAIR A/HD | ENTERPRISE | Wed 4/1/03 | Wed 4/1/03 | NA | NA |
| 93 | EXTERIOR CMU/BACKUP | ENTERPRISE | Wed 3/5/03 | Mon 3/24/03 | NA | NA |
| 94 | EXTERIOR BRICK VENEER | ENTERPRISE | Wed 3/26/03 | Wed 4/2/03 | NA | NA |
| 95 | INTERIOR CMU PARTITIONS | ENTERPRISE | Mon 3/24/03 | Thu 5/27/03 | NA | NA |
| 96 | FRAMING & DRYWALL | | Wed 3/26/03 | Wed 3/26/03 | NA | NA |
| 97 | EXTERIOR METAL STUDS & SHEATH | HDK | Wed 3/5/03 | Wed 3/26/03 | NA | NA |
| 98 | INTERIOR METAL STUDS | HDK | Wed 3/26/03 | Tue 4/22/03 | NA | NA |
| 99 | WINDOWS & ROOFING | | Mon 1/20/02 | Tue 4/22/03 | NA | NA |
| 100 | WINDOW SHOP DRAWINGS | SERV GLASS | Mon 12/2/02 | Wed 1/1/03 | NA | NA |
| 101 | FABRICATE ALUMINUM | SERV GLASS | Thu 4/3/03 | Tue 4/22/03 | NA | NA |
| 102 | INSTALL CURTAIN WALL | SERV GLASS | Mon 4/2/03 | Tue 4/22/03 | NA | NA |
| 103 | INSTALL ALUMINUM WINDOWS | SERV GLASS | Mon 4/21/03 | Tue 4/22/03 | NA | NA |
| 104 | ROOFING FRAMING/SHEET METAL | MCDANIEL | Wed 3/26/03 | Thu 4/17/03 | NA | NA |
| 105 | SET ROOF DRAINS & CURBS | MCDANIEL | Wed 3/26/03 | Wed 4/2/03 | NA | NA |
| 106 | MECH/ELEC/FIRE SPR. | | Wed 3/26/03 | Mon 6/23/03 | NA | NA |
| 107 | MECHANICAL ROUGH-IN | MCDANIEL | Wed 3/27/03 | Wed 6/25/03 | NA | NA |
| 108 | SPRINKLER ROUGH-IN - 1ST FLR | BEAR | Wed 4/7/03 | Wed 4/7/03 | NA | NA |
| 109 | SPRINKLER ROUGH-IN - 2ND FLR | BEAR | Wed 4/7/03 | Wed 4/7/03 | NA | NA |
| 110 | STANDPIPE | BEAR | Wed 4/23/03 | Wed 4/23/03 | NA | NA |
| 111 | ELEVATOR | | Wed 10/1/03 | Tue 12/23/03 | NA | NA |
| 112 | SET PLATFORM | | Wed 10/1/03 | Wed 10/1/03 | NA | NA |
| 113 | | | Tue 12/23/03 | Tue 12/23/03 | NA | NA |

EDIS Company    ☎ 421-5715    Nov. 18, 2002  06:34 PM    5/10

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV 15/NOV 02)

| Task Name | Responsible | Start | Finish | Act Start | Act Finish |
|---|---|---|---|---|---|
| AREA C - CLASSROOMS | | Fri 12/1/02 | Wed 6/25/03 | NA | NA |
| CONCRETE | | Fri 12/1/02 | Wed 3/18/03 | NA | NA |
| FOOTERS & PIERS | NDK | Fri 12/1/02 | Thu 12/5/02 | NA | NA |
| PEDESTALS | NDK | Fri 12/6/02 | Tue 12/10/02 | NA | NA |
| BLOCK WALLS BELOW GRADE | ENTERPRISE | Wed 12/11/02 | Tue 12/17/02 | NA | NA |
| BACKFILL FOUNDATIONS | NDK | Wed 12/18/02 | Thu 12/19/02 | NA | NA |
| UNDERSLAB UTILITIES | IE | Fri 1/10/03 | Thu 1/16/03 | NA | NA |
| UNDERSLAB STONE/INSULATION/VAPOR BARRIER | MECH/ELEC | Fri 1/17/03 | Mon 1/20/03 | NA | NA |
| SLAB-ON-GRADE | NDK | Tue 1/21/03 | Mon 2/3/03 | NA | NA |
| SET FIRE DAMPERS AND SLEEVES | MECH/ELEC | Wed 2/5/03 | Fri 2/7/03 | NA | NA |
| SLAB-ON-METAL DECK | NDK | Wed 3/5/03 | Wed 3/18/03 | NA | NA |
| STRUCTURAL STEEL | | Wed 2/19/03 | Mon 3/24/03 | NA | NA |
| ERECT STRUC STEEL & METAL DECK | MURPHY | Wed 2/19/03 | Mon 3/24/03 | NA | NA |
| ERECT STAIR Cans | MURPHY | Mon 3/3/03 | Mon 3/24/03 | NA | NA |
| MASONRY | | Wed 3/5/03 | Tue 5/26/03 | NA | NA |
| SET MASONRY FRAMES | BRIGGS | Wed 3/5/03 | Mon 3/10/03 | NA | NA |
| EXT CMU BACKUP & BRICK VENEER | ENTERPRISE | Mon 5/5/03 | Mon 5/17/03 | NA | NA |
| EXTERIOR BRICK VENEER | ENTERPRISE | Mon 4/7/03 | Tue 5/6/03 | NA | NA |
| INTERIOR CMU PARTITIONS | ENTERPRISE | Mon 5/1/03 | Thu 5/8/03 | NA | NA |
| FRAMING & DRYWALL | | Mon 3/17/03 | Mon 4/7/03 | NA | NA |
| EXTERIOR METAL STUDS & SHEATHING | NDK | Mon 3/17/03 | Mon 6/7/03 | NA | NA |
| INTERIOR METAL STUDS | NDK | Mon 4/7/03 | Tue 4/7/03 | NA | NA |
| WINDOWS & ROOFING | | Tue 4/28/03 | Thu 5/22/03 | NA | NA |
| INSTALL ALUMINUM WINDOWS | STRY GLASS | Tue 4/8/03 | Tue 6/1/03 | NA | NA |
| SET ROOF DRAINS & CURBS | MC DANIEL | Tue 4/8/03 | Mon 4/14/03 | NA | NA |
| ROOF/INSULATION/MEMBRANE | CTA ROOFING | Thu 5/8/03 | Thu 5/22/03 | NA | NA |
| MECHANICAL/PLUMBING SPR. | | Mon 3/17/03 | Fri 7/11/03 | NA | NA |
| MECHANICAL/ROUGH-IN | RICHARDS | Mon 5/5/03 | Mon 5/26/03 | NA | NA |
| SPRINKLER ROUGH-IN - 1ST FLR | BEAR | Wed 5/28/03 | Wed 6/1/03 | NA | NA |
| SPRINKLER ROUGH-IN - 2ND FLR | BEAR | Wed 6/11/03 | Wed 6/17/03 | NA | NA |
| STANDPIPE | BEAR | Thu 6/1/03 | Thu 6/17/03 | NA | NA |
| AREA D - CLASSROOMS | | Fri 12/1/02 | Fri 7/11/03 | NA | NA |



Project: SUSSEX CENTRAL HIGH SCHOOL
Date: Nov 18 02 02

Page 3 of 6

EDIS Company

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV B UPDATE)

| ID | Name | Responsible | Start | Finish | Act Start | Act Finish | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONCRETE | | Fri 1/24/03 | Wed 4/2/03 | | | | | | | | | | | | |
| | FOOTERS & PIERS | NDK | Fri 1/24/03 | Thu 1/30/03 | NA | NA | NA | | | | | | | | | |
| | PEDESTALS | NDK | Fri 1/31/03 | Tue 2/4/03 | NA | NA | NA | | | | | | | | | |
| | BLOCK WALLS BELOW GRADE | ENTERPRISE | Wed 1/8/03 | Tue 1/14/03 | NA | NA | NA | | | | | | | | | |
| | BACKFILL FOUNDATIONS | NDK | Wed 1/15/03 | Thu 1/16/03 | NA | NA | NA | | | | | | | | | |
| | UNDERSLAB UTILITIES | MECH/ELEC | Fri 1/17/03 | Thu 1/30/03 | NA | NA | NA | | | | | | | | | |
| | UNDERSLAB STONE/INSULATION/VB/WATER | NDK | Fri 1/31/03 | Mon 2/3/03 | NA | NA | NA | | | | | | | | | |
| | SLAB-ON-GRADE | NDK | Tue 2/4/03 | Mon 2/17/03 | NA | NA | NA | | | | | | | | | |
| | SET FIRE DAMPERS AND SLEEVES | MICHAEL | Wed 3/19/03 | Fri 3/21/03 | NA | NA | NA | | | | | | | | | |
| | SLAB-ON METAL DECK | NDK | Wed 3/26/03 | Wed 4/2/03 | NA | NA | NA | | | | | | | | | |
| | STRUCTURAL STEEL | | Wed 3/5/03 | Mon 4/7/03 | NA | NA | NA | | | | | | | | | |
| | ERECT STRUC. STEEL & METAL C MURPHY | MURPHY | Wed 3/5/03 | Wed 3/26/03 | NA | NA | NA | | | | | | | | | |
| | ERECT STAIRS H/R | MURPHY | Mon 4/3/03 | Mon 4/7/03 | NA | NA | NA | | | | | | | | | |
| | MASONRY | | Wed 3/19/03 | Wed 4/30/03 | NA | NA | NA | | | | | | | | | |
| | SET MASONRY FRAMES | SINCO | Wed 3/19/03 | Mon 3/24/03 | NA | NA | NA | | | | | | | | | |
| | EXT CMU BACKUP & STAIRS H/R | ENTERPRISE | Wed 3/26/03 | Mon 3/31/03 | NA | NA | NA | | | | | | | | | |
| | EXTERIOR BRICK VENEER | ENTERPRISE | Wed 4/9/03 | Wed 4/30/03 | NA | NA | NA | | | | | | | | | |
| | INTERIOR CMU PARTITIONS | ENTERPRISE | Mon 3/31/03 | Fri 4/11/03 | NA | NA | NA | | | | | | | | | |
| | FRAMING & DRYWALL | | Wed 3/19/03 | Wed 4/30/03 | NA | NA | NA | | | | | | | | | |
| | EXTERIOR METAL STUDS & SHEA NDK | NDK | Wed 3/19/03 | Wed 4/9/03 | NA | NA | NA | | | | | | | | | |
| | INTERIOR METAL STUDS | NDK | Wed 4/9/03 | Wed 4/30/03 | NA | NA | NA | | | | | | | | | |
| | WINDOWS & ROOFING | | Wed 3/19/03 | Fri 5/16/03 | NA | NA | NA | | | | | | | | | |
| | INSTALL ALUMINUM WINDOWS | EGR GLASS | Wed 4/23/03 | Wed 4/30/03 | NA | NA | NA | | | | | | | | | |
| | SET ROOF DRAINS & CURBS | MC DANIEL | Wed 3/19/03 | Wed 3/26/03 | NA | NA | NA | | | | | | | | | |
| | ROOFING/FLASHING/INSULATION | GPA ROOFING | Wed 4/30/03 | Fri 5/16/03 | NA | NA | NA | | | | | | | | | |
| | MECH/ELEC/FIRE SPR. | | Wed 4/9/03 | Fri 7/11/03 | NA | NA | NA | | | | | | | | | |
| | MECHANICAL ROUGH | MECHANICAL | Wed 4/9/03 | Wed 6/7/03 | NA | NA | NA | | | | | | | | | |
| | SPRINKLER ROUGH - 1ST FLR | BEAR | Thu 4/8/03 | Thu 4/24/03 | NA | NA | NA | | | | | | | | | |
| | SPRINKLER ROUGH - 2ND FLR | BEAR | Thu 4/8/03 | Thu 7/10/03 | NA | NA | NA | | | | | | | | | |
| | STANDPIPE | BEAR | Thu 7/10/03 | Fri 7/11/03 | NA | NA | NA | | | | | | | | | |
| | AREA E - CLASSROOMS | | Fri 1/10/03 | Thu 6/19/03 | NA | NA | NA | | | | | | | | | |
| | CONCRETE | | Fri 1/10/03 | Wed 4/16/03 | | | | | | | | | | | | |

Task   Critical Task   Progress   Milestone   Summary   Rolled Up Task   Rolled Up Critical Task

EDIS Company   421 67/15   Tue Nov. 18, 2002 06:34 PM   7/10

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV 16 NOV 02)

| ID | Task Name | Responsible | Start | Finish | Act Start | Act Finish |
|---|---|---|---|---|---|---|
| 180 | FOOTERS & PIERS | NDK | Fri 1/17/03 | Thu 4/10/03 | NA | NA |
| 181 | PEDESTALS | NDK | Fri 1/17/03 | Tue 1/21/03 | NA | NA |
| 182 | BLOCK WALLS BELOW GRADE | ENTERPRISE | Wed 1/22/03 | Tue 1/28/03 | NA | NA |
| 183 | BACKFILL FOUNDATIONS | NDK | Wed 1/29/03 | Thu 1/30/03 | NA | NA |
| 184 | UNDERSLAB UTILITIES | MECH/ELEC | Fri 1/31/03 | Thu 2/13/03 | NA | NA |
| 185 | UNDERSLAB BTG/INSULATION/VAPOR/ENTER. | NDK | Fri 2/14/03 | Mon 2/17/03 | NA | NA |
| 186 | SLAB-ON-GRADE | NDK | Tue 2/18/03 | Mon 3/3/03 | NA | NA |
| 187 | SET FIRE DAMPERS AND SLEEVES | MECH/ELEC | Wed 4/2/03 | Fri 4/4/03 | NA | NA |
| 188 | SLAB-ON-METAL DECK | NDK | Wed 4/16/03 | Wed 4/16/03 | NA | NA |
| 189 | STRUCTURAL DECK | | Wed 3/19/03 | Tue 4/22/03 | NA | NA |
| 190 | ERECT STRUC STEEL & METAL DECK | MURPHY | Wed 3/19/03 | Wed 4/16/03 | NA | NA |
| 191 | ERECT STAIR ENCL | MURPHY | Tue 4/15/03 | Tue 4/22/03 | NA | NA |
| 192 | MASONRY | | Wed 4/2/03 | Mon 6/2/03 | NA | NA |
| 193 | SET MASONRY FRAMES | ENTERPRISE | Wed 4/2/03 | Tue 4/8/03 | NA | NA |
| 194 | EXT CMU/CAVITY/AIR BARRIER/etc. | ENTERPRISE | Mon 4/28/03 | Tue 4/15/03 | NA | NA |
| 195 | EXTERIOR BRICK VENEER | ENTERPRISE | Wed 4/23/03 | Tue 5/20/03 | NA | NA |
| 196 | INTERIOR CMU PARTITIONS | ENTERPRISE | Wed 4/23/03 | Tue 5/20/03 | NA | NA |
| 197 | FRAMING & DRYWALL | | Tue 4/15/03 | Fri 6/6/03 | NA | NA |
| 198 | EXTERIOR METAL STUDS & SHEATHING | NDK | Wed 4/23/03 | Wed 4/30/03 | NA | NA |
| 199 | INTERIOR METAL STUDS | NDK | Wed 4/23/03 | Wed 4/23/03 | NA | NA |
| 200 | WINDOWS & ROOFING | | Wed 4/23/03 | Thu 6/5/03 | NA | NA |
| 201 | INSTALL ALUMINUM WINDOWS | SERV GLASS | Tue 5/20/03 | Tue 5/27/03 | NA | NA |
| 202 | SET ROOF DRAINS & CURBS | MC DANIEL | Wed 4/23/03 | Wed 4/9/03 | NA | NA |
| 203 | ROOFING/FLASHING/SHEETMETAL | CTA ROOFING | Tue 5/6/03 | Thu 6/5/03 | NA | NA |
| 204 | MICHELLE/FIRE SPR. | | Wed 4/23/03 | Thu 6/19/03 | NA | NA |
| 205 | MECHANICAL ROUGH-IN | MC DANIEL | Wed 4/23/03 | Wed 5/21/03 | NA | NA |
| 206 | SPRINKLER ROUGH-IN - 1ST FLR | EGAR | Wed 6/4/03 | Tue 6/10/03 | NA | NA |
| 207 | SPRINKLER ROUGH-IN - 2ND FLR | EGAR | Wed 6/11/03 | Wed 6/18/03 | NA | NA |
| 208 | STANDPIPE | EGAR | Thu 6/19/03 | Thu 6/19/03 | NA | NA |
| 209 | MICHELLE/FIRE SPR. | | Wed 4/23/03 | Wed 4/23/03 | NA | NA |
| 210 | CONCRETE | | Mon 1/27/03 | Mon 8/18/03 | NA | NA |
| 211 | | SPRINKLER ROUGH-IN - 2ND FLR | Mon 1/27/02 | Tue 5/27/03 | NA | NA |
| 212 | KITCHEN ROUGH-IN SHOP DRAWING ESSMAR | | Mon 1/27/02 | Fri 1/17/02 | NA | NA |
| 213 | AREA F - GYM/CAFE/MECH | | | | | |

Project: SUSSEX CENTRAL HIGH SCHOOL
Date: Mon 11/18/02

Page 5 of 6

EDIS Company

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REV 18 ROYCE)

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
REV 14 REVISED



| ID | Name | Responsibility | Start | Finish | Act Start | Act Finish |
|---|---|---|---|---|---|---|
| 246 | BACKFILL FOUNDATIONS | NDK | Fri 8/14/03 | Tue 8/26/03 | | |
| 247 | UNDERSLAB UTILITIES | MECH/ELEC | Wed 5/7/03 | Tue 6/3/03 | | |
| 248 | UNDERSLAB STONE/INSULATION | NDK/MENCH/ELEC | Wed 6/4/03 | Tue 6/10/03 | | |
| 249 | SLAB-ON-GRADE | NDK | Wed 4/23/03 | Tue 4/22/03 | | |
| 250 | SLAB-ON-METAL DECK | NDK | Wed 5/28/03 | Tue 6/10/03 | NA | NA |
| 251 | STRUCTURAL STEEL | | Wed 5/14/03 | Tue 6/27/03 | NA | NA |
| 252 | ERECT STRUC. STEEL & METAL DECK | J MURPHY | Wed 5/14/03 | Tue 6/27/03 | NA | NA |
| 253 | MASONRY | | Wed 4/30/03 | Tue 8/5/03 | NA | NA |
| 254 | SET MASONRY FRAMES | BRICCS | Wed 7/23/03 | Tue 8/5/03 | NA | NA |
| 255 | EXTERIOR CMU BACKUP | ENTERPRISE | Wed 6/4/03 | Tue 6/24/03 | NA | NA |
| 256 | EXTERIOR BRICK/VENEER | ENTERPRISE | Wed 5/14/03 | Mon 6/23/03 | NA | NA |
| 257 | INTERIOR CMU PARTITIONS | ENTERPRISE | Tue 6/24/03 | Tue 7/1/03 | NA | NA |
| 258 | FRAMING & DRYWALL | | Wed 6/25/03 | Thu 6/26/03 | NA | NA |
| 259 | EXTERIOR METAL STUDS & SHEATHING | NDK | Wed 6/4/03 | Tue 6/10/03 | NA | NA |
| 260 | INTERIOR METAL STUDS | NDK | Thu 6/25/03 | Thu 6/26/03 | NA | NA |
| 261 | WINDOWS & ROOFING | | Wed 5/28/03 | Fri 8/1/03 | NA | NA |
| 262 | INSTALL CURTAINWALL/WINDOWS | SERV GLASS | Wed 7/16/03 | Tue 7/29/03 | NA | NA |
| 263 | SET ROOF DRAINS & CURBS | MC DANIEL | Wed 5/21/03 | Tue 6/3/03 | NA | NA |
| 264 | ROOFING/FLASHING/SHEETMETAL | CTA ROOFING | Fri 6/6/03 | Fri 8/1/03 | NA | NA |
| 265 | STANDPIPE | BEAR | Wed 5/21/03 | Thu 5/22/03 | NA | NA |
| 266 | SPRINKLER ROUGH-IN - 1ST FLR | BEAR | Wed 7/9/03 | Tue 9/9/03 | NA | NA |
| 267 | MECHANICAL ROOM | MC DANIEL | Wed 5/28/03 | Tue 7/8/03 | NA | NA |
| 268 | MECH/ELEC/FIRE SPRL | | Wed 5/28/03 | Thu 8/21/03 | NA | NA |
| 269 | INSTALL CURTAINWALL/WINDOWS | MC DANIEL | Tue 4/15/03 | Fri 5/2/03 | NA | NA |
| 270 | CARPENTRY & GENERAL WORK | BRIGGS | Tue 4/15/03 | Fri 5/2/03 | NA | NA |
| 271 | INTERIOR METAL STUDS & DRYWALL | NDK | Thu 7/10/03 | Thu 5/7/04 | NA | NA |
| 272 | FIRE PUMP BUILDING | | Tue 4/7/03 | Tue 4/7/03 | NA | NA |
| 274 | STARTUP/TEST | BEAR | Wed 5/21/03 | Thu 5/22/03 | | |
| 275 | MECHANICAL & PLUMBING | MC DANIEL | Fri 12/13/02 | Thu 4/22/04 | | |
| 276 | ELECTRICAL | TIEGER | Thu 7/31/03 | Fri 5/28/04 | | |
| 277 | FINISHES | | Fri 5/23/04 | Fri 5/28/04 | | |
| 278 | ELECTRICAL | EDIS | Fri 5/28/04 | Fri 5/28/04 | | |
| 279 | SUBSTANTIAL COMPLETION | EDIS | Mon 5/31/04 | Mon 7/26/04 | NA | NA |
| 277 | FINAL PUNCHLIST AND MOVE IN | | Fri 5/28/04 | Fri 7/26/04 | NA | NA |

Task    Critical Task    Progress    Milestone    Summary    Rolled Up Task    Rolled Up Critical Task

SUSSEX CENTRAL HIGH SCHOOL
MASTER SCHEDULE
(REVISED)

| ID | Name | Resp | Start | Finish | Act Start | Act Finish |
|----|------|------|-------|--------|-----------|------------|
| 278 | PROJECT COMPLETE | EDIS | Mon 5/2/04 | Mon 5/2/04 | NA | NA |

Project: SUSSEX CENTRAL HIGH SCHOOL
Date:

Task / Critical Task / Progress / Milestone / Summary / Rolled Up Task / Rolled Up

Page 8 of 8