IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP, INC., | : |
| Defendants. | : |

### ORDER

At Wilmington, the 3rd day of June 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant EDiS Company's Motion for Summary Judgment (D.I. 88) is **GRANTED**;

2. Defendant Becker Morgan Group, Inc's Motion for Summary Judgment (D.I. 91) is **GRANTED**;

3. Defendant Indian River School District's Motion for Summary Judgment (D.I. 89) is **GRANTED**.

4. Within ten days of the date of this Order, the parties shall advise the Court of any outstanding issues that remain in light of the Court's Memorandum Opinion and Order.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE