**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| vs. | : | **NO. 05-858- JFF** |
| | : | |
| **INDIAN RIVER SCHOOL DISTRICT,** | : | |
| **EDiS COMPANY and BECKER** | : | **JURY TRIAL DEMAND** |
| **BECKER MORGAN GROUP, INC.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2008, upon consideration of Indian River School District's Motion in Limine to Preclude Damian Cassin's Expert Testimony and RLI Insurance Company's Response thereto, it is hereby Ordered that said Motion is **DENIED**.

It is further Ordered that the original report of Damian Cassin, dated July 31, 2007, is deemed moot and shall not be used or referred to by any party at trial for any reason or purpose, as the February 4, 2008 revised report supercedes the original report and that latter report shall be admitted into evidence and Mr. Cassin's trial testimony shall be consistent and in accordance with the directives set by this Court in its May 12, 2008 Memorandum Opinion.

It is further Ordered that Indian River School District shall reimburse RLI Insurance Company reasonable attorneys' fees and costs incurred in responding to this Motion.

_____
J.