IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| vs. : | NO. 05-858-JFF |
| : | |
| INDIAN RIVER SCHOOL DISTRICT, : | |
| and : | |
| EDiS COMPANY : | JURY TRIAL DEMAND |
| and : | |
| BECKER MORGAN GROUP, INC. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on this 12th day of June, 2008, I electronically filed the foregoing Plaintiff RLI Insurance Company's Response to Defendant Indian River School District's Motion in Limine to Preclude Testimony of Damian Cassin and Brief in opposition thereto with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
jgreen@svglaw.com
*Attorney for Indian River School District*

Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
p.cottrell@tighecottrell.com
*Attorney for Becker Morgan Group, Inc.*

Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
dlogan@loganllc.com
*Attorney for EDiS Company*

　/s/ Perry F. Goldlust
**PERRY F. GOLDLUST, ESQUIRE**
*Attorney for Plaintiff RLI Insurance Company*