IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 05 858 (JFF) |
| INDIAN RIVER SCHOOL DISTRICT, EDiS COMPANY and BECKER MORGAN GROUP, INC. | : | JURY TRIAL DEMAND |
| Defendants. | : | |

**PLAINTIFF RLI INSURANCE COMPANY'S NOTICE OF MOTION
TO COMPEL THE DE BENE ESSE DEPOSITION OF CHRISTIAN McCONE**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Friday, July 11, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the undersigned counsel, Perry F. Goldlust, Esquire and Harry R. Blackburn, Esquire, of the law firm of Blackburn, DeClement & Associates, P.C., will move before the United States District Court for the District of Delaware for an Order compelling the *de bene esse* trial deposition of Christian McCone, employee of EDiS Company.

In support of this application, counsel will rely upon the Brief filed with this Notice of Motion.

Respectfully submitted:

Law Offices of Perry F. Goldlust, P.A.

/s/   Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
1426 North Clayton Street
Wilmington, DE 19806

(302) 483-2000
pgoldlust@gablawde.com
*Attorneys for Plaintiff RLI Insurance Company*

DATE: June 13, 2008

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
**BLACKBURN, DeCLEMENT & ASSOCIATES, P.C.**
74 South Main Street
Medford, NJ 08055
(609) 654-2907