**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| vs. | : | NO. 05-858- JFF |
| | : | |
| **INDIAN RIVER SCHOOL DISTRICT,** | : | |
| **EDiS COMPANY and BECKER** | : | JURY TRIAL DEMAND |
| **BECKER MORGAN GROUP, INC.** | : | |
| | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

     **AND NOW**, this _____ day of _____, 2008, upon consideration of RLI Insurance Company's Motion for Limited Reargument, it is hereby Ordered that said Motion is GRANTED.

 

_____
J.