IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 05 858 (JFF) |
| INDIAN RIVER SCHOOL DISTRICT, EDiS COMPANY and BECKER MORGAN GROUP, INC. | : | JURY TRIAL DEMAND |
| Defendants. | : | |

**PLAINTIFF RLI INSURANCE COMPANY'S
NOTICE OF MOTION FOR LIMITED REARGUMENT
OF THE COURT'S MEMORANDUM OPINION DATED JUNE 3, 2008
GRANTING SUMMARY JUDGMENT TO DEFENDANT
INDIAN RIVER SCHOOL DISTRICT
ON COUNT I OF PLAINTIFF'S COMPLAINT**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Friday, July 11, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the undersigned counsel, Perry F. Goldlust, Esquire and Harry R. Blackburn, Esquire, of the law firm of Blackburn, DeClement & Associations, P.C., will move before the United States District Court for the District of Delaware for limited reargument of the Court's Memorandum Opinion, dated June 3, 2008, granting summary judgment to Defendant Indian River School District on Count I of Plaintiff's Complaint.

In support of this application, counsel will rely upon the Motion and Brief filed with this Notice of Motion.

Respectfully submitted:

                Law Offices of Perry F. Goldlust, P.A.

                /s/   Perry F. Goldlust
                PERRY F. GOLDLUST (DSB #770)
                1426 North Clayton Street
                Wilmington, DE 19806
                (302) 483-2000
                pgoldlust@gablawde.com
                *Attorneys for Plaintiff RLI Insurance Company*

DATE: June 13, 2008

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
JOHN E. SHIELDS, JR., ESQUIRE
**BLACKBURN, DeCLEMENT & ASSOCIATES, P.C.**
74 South Main Street
Medford, NJ 08055
(609) 654-2907