IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| vs. | : | NO. 05-858-JFF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, and | : | |
| EDiS COMPANY and | : | JURY TRIAL DEMAND |
| BECKER MORGAN GROUP, INC. | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Perry F. Goldlust, Esquire, hereby certify that on this 13th day of June, 2008, I electronically filed the foregoing Plaintiff RLI Insurance Company's Motion for Limited Reargument of the Court's Memorandum Opinion Dated June 3, 2008 and Brief in support thereof with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record listed below:

      James S. Green, Esquire (SEITZ, VAN OGTROP & GREEN, P.A.)
      jgreen@svglaw.com
      *Attorney for Indian River School District*

      Paul Cottrell, Esquire (TIGHE & COTTRELL, P.A.)
      p.cottrell@tighecottrell.com
      *Attorney for Becker Morgan Group, Inc.*

      Donald L. Logan, Esquire (LOGAN & ASSOCIATES, LLC)
      dlogan@loganllc.com
      *Attorney for EDiS Company*

                      /s/ Perry F. Goldlust
                      **PERRY F. GOLDLUST, ESQUIRE**
                      *Attorney for Plaintiff RLI Insurance Company*