# Blackburn, DeClement
## & Associates, P.C.   Attorneys at Law

*Harry R. Blackburn\*+~*

*Of Counsel*
*Federico Calaf-LeGrand~*

June 13, 2008

*\*Also Admitted in NJ*

*+Also Admitted in CT*

**Via CM/ECF and First Class Mail**

*~Admitted Only in PR*

Honorable Joseph J. Farnan, Jr.
United District Court for the
District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801

*Direct Dial*
*Ext. 102*
*email: hblackburn@hrblackburn.com*

REPLY TO:
MEDFORD OFFICE

    Re:  Your File No.:  163615
         Principal:  **McDaniel Plumbing & Heating, Inc.**
         Obligee:  **Indian River School District**
         Bond No.:  **SSB 365837**
         Project:  **Sussex Central High School**

         **RLI Insurance Company v. Indian River School District, et al.**
         **United States District Court for the District of Delaware**
         **Civil Action No. 1:05-cv-00858-JJF**
         **Our File No. 729.004**

Dear Judge Farnan:

      As the Court's file will reflect, this office represents RLI Insurance Company in the above-referenced matter.

      On June 3, 2008, Your Honor issued a Memorandum Opinion and a companion Order with respect to Summary Judgment Motions previously filed. Paragraph four of the Order directed the parties to provide the Court with a statement of issues unresolved by the rulings announced in the Memorandum Opinion. RLI therefore submits this letter in response to the Court's direction as to the outstanding issues.

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\2008\Judge Farnan 06-13-08.wpd
**1528 Walnut Street, 4th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124**
74 South Main Street, Medford, New Jersey 08055 (609) 654-2907 Fax: (609) 654-2908
55 Simpson Avenue, Pitman, New Jersey 08071 (856) 582-6242 Fax: (856) 582-6544
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
21 West Fee Avenue, Suite D, Melbourne, Florida 32901 (321) 722-0770 Fax: (321) 722-0830

Blackburn, DeClement
*&* Associates, P.C.
Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\2008\Judge Farnan 06-13-08.wpd
Honorable Joseph J. Farnan, Jr.
June 13, 2008
Page 2

## OUTSTANDING ISSUES

Firstly, based on Your Honor's rulings that RLI is not discharged from liability under the bond, RLI believes the following accurately reflects the Court's directive, but seeks clarification of its understanding:

(1) RLI has no affirmative case to put on since the Court has eliminated RLI's claims for discharge from the Bond;

(2) Indian River School District will now present its case in chief in support of its counterclaim as to both liability and damages;

(3) RLI will then present its rebuttal evidence consistent with all its defenses set forth in its Answer with Affirmative Defenses to the counterclaim;

(4) Indian River School District will be obligated to prove its claims of damages by a preponderance of the credible evidence; and

(5) RLI will have the right and opportunity to challenge those proofs through cross examination and to present witnesses in support of all of the defenses set forth in RLI's Answer with Affirmative Defenses to the School District's Counterclaim.

Secondly, there is RLI's Motion for Reargument, filed today, to be heard and decided.

Thirdly, there is a Motion regarding RLI's expert, Damian Cassin, filed by Indian River School District on June 2, 2008, to be heard and decided.

Fourthly, there is RLI's Motion regarding the *de bene esse* deposition of Christian McCone also filed today, to be heard and decided. All of these motions are returnable on July 11, 2008 at 2:00 p.m.

Finally, the trial date of July 21, 2008 still remains.

Blackburn, DeClement
    & Associates, P.C.

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\2008\Judge Farnan 06-13-08.wpd
Honorable Joseph J. Farnan, Jr.
June 13, 2008
Page 3

Thank you for your attention in this matter.

        Respectfully yours,

        /s/ Perry F. Goldlust
        PERRY F. GOLDLUST (DSB #770)
        PERRY F. GOLDLUST, P.A.
        1426 North Clayton Street
        Wilmington, DE 19806
        Tel:   (302) 483-2000
        Fax:  (302) 692-7484
        EM:  pgoldlust@tlclaw.net

**Of Counsel**:
HARRY R. BLACKBURN, ESQUIRE
**BLACKBURN, DeCLEMENT & ASSOCIATES, P.C.**
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel:   (215) 985-0123
EM:  hblackburn@hrblackburn.com

HRB/JS/ERL

cc:    **Via CM/ECF and First Class Mail:**
       Edward Seglias, Esquire
       Victoria K. Petrone, Esquire
       Paul Cottrell, Esquire
       Kevin G. Amadio, Esquire
       James D. Griffin, Esquire
       James S. Green, Esquire

       Timothy E. Winship, Esquire (via electronic mail)