**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 (JFF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of ___________________, 2008, upon consideration of Plaintiff's Motion for Reargument (D.I. 149) (the "Motion"), and the response thereto, it is HEREBY ORDERED AND DECREED that said Motion is DENIED in its entirety.

___________________________________
The Honorable Joseph J. Farnan, Jr.