# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | C.A. No. 05-858 (JFF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, | ) | |
| EDIS COMPANY, and | ) | |
| BECKER MORGAN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion to Compel the De Bene Esse Deposition of Christian McCone (D.I. 147) (the "Motion"), Plaintiff's Opening Brief in Support (D.I. 148), and any responses and replies thereto, it is HEREBY ORDERED AND DECREED that said Motion is DENIED in its entirety, and Defendant Indian River School District is awarded its costs and attorneys' fees incurred in responding to the Motion.

_____
The Honorable Joseph J. Farnan, Jr.