# EXHIBIT No. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI. INSURANCE COMPANY | ) Civil Action No.: 05-858-JJF |
| Plaintiff, | ) |
| vs. | ) |
| INDIAN RIVER SCHOOL, DISTRICT, EDIS COMPANY, AND BECKER MORGAN GROUP, INC. | ) |
| Defendants. | ) |

### AFFIDAVIT OF CHRISTIAN J. MCCONE

STATE OF DELAWARE    )
                     )
COUNTY OF NEW CASTLE )

I, Christian J. McCone, being duly sworn, and based on my own personal knowledge, state as follows:

1. I am 41 years old, a U.S. Citizen and a resident of the State of Delaware.

2. I am employed by EDiS Company as a project manager and I served as project manager for the Indian River School District's Sussex Central High School construction project in Georgetown, Delaware.

3. I am a Major with the United States Army Reserves. I have been a member of the Reserves since 1986.

4. I returned from deployment to Afghanistan and Kuwait on 15 November 2007. I was mobilized on 27 November 2006 for a term of 1 year. I deployed to Southwest Asia (Kuwait) on 22 January 2007. I was released from active duty on 27 November 2007. Attached

is a copy of the orders releasing me from active duty and the DD214 showing my service while deployed.

5. The Reserves policy on deployment is cyclical based on the Army Force Generation process. Units are deployed for a period of one year followed by a period of five years at home.

6. The unit that I am currently assigned is scheduled to mobilize and deploy to either Afghanistan or Iraq in 2010.

7. The Reserves policy on deployment also requires at least thirty days of training in the United States prior to deployment overseas.

8. I have been ordered to travel to Ft McCoy, Wisconsin for annual training from July 7, 2008 through July 25, 2008. I have requested a change to my orders so that I will return to Delaware by July 21, 2008 for the scheduled trial dates in this matter. I have discussed the trial situation with my commanding officer and he has agreed to release me early in order to attend the trial. My orders will be modified accordingly upon my arrival in Wisconsin.

FURTHER AFFIANT SAYETH NOT,

_____
Christian J. McCone

SWORN TO AND SUBSCRIBED before me this 26 day of June, 2008.

_____
NOTARY PUBLIC

[Notary Seal: MARIANNE CITRO SKIPSKI, MY COMMISSION EXPIRES DEC. 11, 2011, NOTARY PUBLIC, STATE OF DELAWARE]

```
                                    DEPARTMENT OF THE ARMY
ARRC-CAR-CO                    90TH REGIONAL READINESS COMMAND
                                    8000 CAMP ROBINSON ROAD
                                NORTH LITTLE ROCK, AR 72118 2205
ORDER NUMBER:  061316                                                    07 June 2008

MCCONE CHRISTIAN JOHN                      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      MAJ
19 TRILLIUM DR                             0462 TC BN      HHD (MVMT CTRL) (WSYFAA)
MAGNOLIA, DE 19962-9481                    2150 NOTTINGHAM WAY
                                           TRENTON, NJ 08619-3091
```

YOU ARE ORDERED TO ANNUAL TRAINING [AT] FOR THE PERIOD INDICATED. UPON COMPLETION OF THE PERIOD OF AT, UNLESS SOONER RELIEVED OR EXTENDED BY PROPER AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED AT AND BE RELEASED FROM SUCH DUTY.

```
    PERIOD: 19 DUTY DAY(S)
    REPORT TO: FT. MCCOY,  WISCONSIN
    TIME/DATE:  NOT LATER THAN  07:00 HRS  2008/07/07        [VOCO DATE:  2008/05/30]
    ATTACHED TO:
    PURPOSE:  INDIV AT 12 DAYS OR MORE (AB/BB) - PATRIOT WARRIOR 08 - UNIT ECT
ADD'L INSTRUCTIONS:    DA FORM 5960 RECERTIFIED  2008/02/09
    FAILURE TO COMPLY WITH THIS ORDER VIOLATES UCMJ.
    IF YOU CANNOT PERFORM THIS DUTY, NOTIFY YOUR UNIT IMMEDIATELY.
    LODGING SUCCESS AREA CALL 1-800-GOARMY1 FOR LODGING.
    DUTY IS OUTSIDE OF COMMUTING DISTANCE.
    GOVERNMENT QUARTERS ARE NOT AVAILABLE OR DIRECTED.
    GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
    USE OF COMM TRAVEL OFFC (CTO) IS MANDATORY FOR COMM TRANSPORTATION
    RENTAL CAR IS AUTHORIZED.
    NO TRAVEL ADVANCE OR TRAVEL CARD NEEDED
    EXCESS BAGGAGE IS AUTHORIZED UP TO 66 LBS.
    ORDER MUST BE PAID BY 45 DAYS AFTER TRAVEL OR ORDER WILL BE REVOKED
    THIS IS NOT A PERSTEMPO EVENT
    TRANSPORTATION UTILIZES CENTRALLY BILLED ACCOUNT (CBA)
    TRAVEL VOUCHER MUST BE SUBMITTED THROUGH UNIT ADMINISTRATOR
ASED:    1901/01/01
FOR ARMY USE AUTH: 10 USC      HOR: SAME AS SNL
ACCOUNTING CLASSIFICATION For FY 2008:
    2182070 24-2453 1A1102A0 1198/MCC68490613160/R6XEAB 012152        $       4098.87
    2182070 24-2453 1A1102A0 1199/MCC68490613160/R6XEAB 012152        $        897.18
    2182070 24-2453 1A1102A0 1250/MCC68490613160/R6XEAB 012152        $        313.56
    2182070 24-2453 1A1102A0 21T1/MCC68490613160/R6XEAB 012152        $       1398.00
    2182070 24-2453 1A1103A0 21T2/MCC68490613160/R6XEAB 012152        $       1005.00
                                                         Total $             7,712.61

PERFORMANCE FACTORS:    PART - 1          MDS - 19       FMGR - CA     UUC -
PPN: NA   COMP: USAR    FORMAT: 260       SECURITY CLEARANCE REQUIRED: N   PEBD: 1987/12/24
AT TRNG DAYS: 26        ADT TRNG DAYS: 3  ADTS TRNG DAYS: 0              ADOS-RC DAYS: 0
```

DISTRIBUTION:
1 INDIVIDUAL
1 UNIT OF ASSIGNMENT
1 RECORD SET

| OFFICIAL |
| --- |
| 90TH RRC |

FOR THE COMMANDER
WALTER D DODD
COL, GS
DEPUTY CHIEF OF STAFF, G8

PROGRAM CODE: 1220          RFO NUMBER: 068160
FUND MGR: CA - 1A 77 SUST BDE INDIV AT

COMPLETION OF CERTIFICATION BELOW IS REQUIRED ON ALL TOURS OF DUTY TO RECEIVE/MAINTAIN PAYMENT. I CERTIFY THAT I HAVE COMPLIED WITH THE ABOVE ORDER/AMENDMENTS. I HEREBY CLAIM ANY AMOUNT DUE ME. THE STATEMENTS ON THIS FORM ARE TRUE AND COMPLETE. IF A FEDERAL EMPLOYEE, I CERTIFY THAT I HAVE APPLIED FOR THE APPROPRIATE LEAVE. INCLUSIVE DATES OF DUTY PERFORMED ARE _____ TO _____ (INCLUDING TRAVEL) A DD FORM 1351-2 WILL/WILL NOT BE SUBMITTED FOR THIS CLAIM.

SOLDIER'S PRINTED NAME                  CERTIFYING OFFICIAL'S PRINTED NAME

SOLDIER'S SIGNATURE/DATE                CERTIFYING OFFICIAL'S SIGNATURE/DATE

PENALTY: The penalty for willfully making a false claim is: A maximum fine of $10,000 or maximum imprisonment of 5 years or both (U.S. Code, Title 18, Sec 287).

The Certifying Officer must have personal knowledge or documentation supporting the fact that the duty was satisfactorily performed.

DEPARTMENT OF THE ARMY
CAMP SHELBY JOINT FORCES TRAINING CENTER
CAMP SHELBY, MISSISSIPPI  39407-5500

ORDERS 318-0023                                                      14 November 2007

MCCONE, CHRISTIAN JOHN 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 MAJ 1188 MIL OCEAN TML, (W8J9AA)

You are released from active duty, not by reason of physical disability, and assigned as indicated on the date immediately following release from active duty. Any temporary appointments held are terminated on your effective date of release from active duty.

Effective date:  27 November 2007
Assigned to:  1188 MIL OCEAN TML
Terminal date of Reserve obligation:  Not applicable
Additional instructions:  a.  Transitional Health Care Benefits:
   (1) Soldier is not entitled to separation pay IAW 10 USC 1174.
   (2) Expiration medical: 25 May 2008
   (3) For information on benefits and services see the Army Career and Alumni
   Program (ACAP) office, Army Community Services (ACS) office and/or your
   military personnel office.
   b.  Soldier is eligible for Transitional Health Care under 10 USC, Section
   1145 until 25 May 2008.
   c.  Individual was ordered to active duty in support of Operation Enduring
   Freedom.  d.  Soldier is authorized 12 days transition leave.  Individual
   will depart on leave 20071116.  Transition leave will end on 20071127.  e.
   Will proceed date: 20071115.  f.  SPD: lbk1  g.  Official travel
   arrangements purchased through a commercial travel office (travel) agency not
   under contract to the government is not reimbursable.  h.  Government
   transportation authorized from Camp Shelby, MS to Home of Record or PLEAD.
   i.  Reimbursement of authorized checked baggage on commercial flights
   weighing more than 50 lbs to a max of 70 lbs per bag authorized as excess
   baggage.  j.  2182010.0000 01-1100 P2W2C00 11**/12** VFRE F3203 5570 S12120

FOR ARMY USE
HOR:  MAGNOLIA DE US
Place EAD or OAD:  DECATUR GA US
MDC:  PM08
Comp:  RESERVE
PEBD:  Not applicable
Format:  523

FOR THE COMMANDER:

```
                              ********************
                              *  OFFICIAL        *
                              *  DA, MCS         *
                              *  CAMP SHELBY, MS *
                              ********************
                              TIMOTHY S DAMICO
                              LTC, AV
                              DIRECTOR, DPCA
```

DISTRIBUTION:
MAJ MCCONE (5)
Cdr 1188 MIL OCEAN TML, (W8J9AA) (1)
1- HQ STATE ARNG

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

### CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MCCONE, CHRISTIAN JOHN | ARMY/USAR/TC | 166 58 6849 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| MAJ | O04 | 19660708 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| DECATUR, GEORGIA | 19 TRILLIUM DR MAGNOLIA DELAWARE 19962-9481 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 1188 MIL OCEAN TML AR | CAMP SHELBY, MS 39407 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| 99TH RRC | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 88D MOTOR/RAIL TRANS - 10 YRS 3 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2006 | 11 | 27 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 11 | 27 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 00 | 01 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 08 | 28 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0000 | 09 | 20 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2002 | 06 | 15 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| BRONZE STAR MEDAL//ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (3RD AWARD)//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (4TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//AFGHANISTAN CAMPAIGN MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//CONT IN BLOCK 18 | NONE//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS
DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN KUWAIT/AFGHANISTAN 20070123-20071127//ITEM 12B ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION ENDURING FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//PDMRA TAKEN=6DAYS//CONT FROM BLOCK 13 //OVERSEAS SERVICE RIBBON//ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON//ARMED FORCES RESERVE MEDAL W/M DEVICE//ARMED FORCES RESERVE MEDAL WITH 20 YEAR DEVICE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 19 TRILLIUM DR MAGNOLIA DELAWARE 19962-9481 | JOAN MCCONE 19 TRILLIUM DR MAGNOLIA DELAWARE 19962-9481 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | DE | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| /s/ | JAMES B. DAVIS, CPT |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 2-25A | LBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) CJM |
|---|---|
| NONE | |

DD FORM 214-AUTOMATED, FEB 2000   PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC   MEMBER - 4

```
                    DEPARTMENT OF THE ARMY
          HEADQUARTERS, 310TH THEATER ARMY AREA COMMAND
                       8831 FARRAR ROAD
                 FT BELVOIR, VIRGINIA  22060-5101

ORDERS 050-3                                    19 February 1999


MCCONE CHRISTIAN JOHN              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    CPT
19 TRILLIUM DRIVE                  55TH SC(MMC)  ( WVFCAA )
MAGNOLIA DE 19962-0000             FORT BELVOIR VA 22060-5101


You are reassigned in the reserve as shown below.

Released From:  55TH SC(MMC)  ( WVFCAA )
                8831 FARRAR ROAD
                FORT BELVOIR VA  22060-5101

Reason:         TPU VOLUNTARY REASSIGNMENT
Assigned To:    421 TC DET (WYGTAA)
                FLEMING GODWIN USAR CENTE
                DOVER DE  19903-0917

Effective Date: 01 April 1999
Additional instructions: POSN 9992 PARA       LINE       DMOS 88D00 DMOSQ Q



FOR ARMY USE:
Auth: AR 140-10
Asgd to mgt dsg: NA
Basic Br:  NA
Con Br:  NA
Con speciality:  NA
Prog specialty:  NA
Format:  450


FOR THE COMMANDER:

                         **************************
                         *        OFFICIAL        *
                         *      310TH TAACOM      *
                         **************************

                         MARTIN R. JOHNSON
                         COL, AG, USAR
                         ADJUTANT GENERAL

DISTRIBUTION:
1-INDIV
1-DCSPER
1-SIDPERS
1-GAINING UNIT
1-LOSING UNIT
1-310TH TAACOM
```