IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION** |
| vs. : | **NO. 05-858-JFF** |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDiS COMPANY and BECKER** : | **NOTICE OF APPEAL** |
| **BECKER MORGAN GROUP, INC.** : | |
| : | |
| **Defendants.** : | |

Notice is hereby given that plaintiff, RLI Insurance Company, appeals to the United States Court of Appeals for the Third Circuit from the Order granting summary judgment to defendant, Indian River School District, only, entered in this action on the 3rd day of June, 2008.

**LAW OFFICES OF PERRY F. GOLDLUST, P.A.**

/s/ Perry F. Goldlust
Perry F. Goldlust, Esquire (DSB #770)
1426 North Clayton Street
Wilmington, DE 19806
Tel: (302) 483-2000
Fax: (302) 792-7484
EM: pgoldlust@tlclaw.net
*Attorneys for Plaintiff RLI Insurance Company*

Date: July 3, 2008