IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, | : |
| Defendant. | : |

### ERRATA ORDER

WHEREAS, the Court issued a Memorandum Opinion (D.I. 143) dated June 3, 2008, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the cover pages shall be amended to read as attached.

July 10, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-858-JJF |
| | : |
| INDIAN RIVER SCHOOL DISTRICT, | : |
| EDIS COMPANY, and BECKER MORGAN | : |
| GROUP | : |
| | : |
| Defendants. | : |

Harry R. Blackburn, Esquire, and John R. Shields, Junior, Esquire, of HARRY R. BLACKBURN & ASSOCIATES, P.C., Philadelphia, Pennsylvania.
Perry F. Goldlust, Esquire of ABER, GOLDLUST, BAKER, & OVER, Wilmington, Delaware.

Attorneys for Plaintiff.

Kevin Gerard Amadio, Esquire of VENZIE, PHILLIPS, & WARSHAWER, Philadelphia, Pennsylvania.
James S. Green, Esquire of SEITZ, VAN OGTROP, & GREEN, P.A., Wilmington, Delaware.

Attorneys for Defendant Indian River School District.

Donald L. Logan, Esquire and Victoria K. Petrone, Esquire of LOGAN & ASSOCIATES, LLC, Wilmington, Delaware.

Attorney for Defendant EDiS Company.

Paul Cottrell, Esquire and Patrick McGrory, Esquire of TIGHE & COTTRELL, P.A., Wilmington, Delaware.

Attorney for Defendant Becker Morgan Group, Inc.

**MEMORANDUM OPINION**

June 3, 2007
Wilmington, Delaware