IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RLI INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-858-JJF |
| INDIAN RIVER SCHOOL DISTRICT, | : |
| Defendant. | : |

### ORDER

WHEREAS, pending before the Court are Defendant's Motion in Limine to Preclude the Trial Testimony of Damian Cassin (D.I. 141) and Plaintiff's Motion to Compel the De Bene Esse Deposition of Christian McCone (D.I. 147);

WHEREAS, during a hearing before the Court on the above captioned matter held on July 11, 2008, the parties agreed to a continuance of the trial scheduled to commence Monday, July 21, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion in Limine to Preclude the Trial Testimony of Damien Cassin (D.I. 141) is **DENIED WITH LEAVE TO RENEW**.

2. Plaintiff's Motion to Compel the De Bene Esse Deposition of Christian McCone (D.I. 147) is **DENIED WITH LEAVE TO RENEW**.

July 11, 2008                                    [signature]
DATE                                             UNITED STATES DISTRICT JUDGE