# Blackburn, DeClement
## & Associates, P.C.   Attorneys at Law

July 11, 2008

*Harry R. Blackburn\*+~*

*Of Counsel*
*Federico Calaf-LeGrand~*

*\*Also Admitted in NJ*

**Via Electronic Mail**

*+Also Admitted in CT*

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

*~Admitted Only in PR*

*Direct Dial*
*Ext. 102*
email: hblackburn@hrblackburn.com

Re: *Request for Permission to Have Laptop Computer in Courtroom 4B*
Re: RLI Insurance Company v. Indian River School District, et al.
U.S. District Court for the District of Delaware
Civil Action No. 1:05-cv-00858-JJF
Our File No. 729.004

*REPLY TO:*
*MEDFORD OFFICE*

Dear Ms. Krett:

I am scheduled to appear in a trial in Courtroom 4B commencing on July 21, 2008 and ending on approximately August 1, 2008, and request permission to bring a Dell Laptop computer to Courtroom 4B to assist in preparation and/or presentation during the trial. I am aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court, as well as the United States Marshal's policy regarding electronic devices.

Sincerely,

HARRY R. BLACKBURN

HRB/ERL
cc:   **Via First Class Mail:**
David Thomas, United States Marshal
Keith Ash, Chief Court Security Officer
**Via Electronic Mail:**
Edward Seglias, Esquire
Victoria K. Petrone, Esquire
Paul Cottrell, Esquire
Kevin G. Amadio, Esquire
James D. Griffin, Esquire
James S. Green, Esquire
Perry F. Goldlust, Esquire

Q:\RLI Surety.729\McDaniel.004\Indian River\Ltr\2008\Krett, D  07-11-08.wpd
1528 Walnut Street, 4th Floor, Philadelphia, Pennsylvania 19102 (215) 985-0123 Fax: (215) 985-0124
74 South Main Street, Medford, New Jersey 08055 (609) 654-2907 Fax: (609) 654-2908
55 Simpson Avenue, Pitman, New Jersey 08071 (856) 582-6242 Fax: (856) 582-6544
361 San Francisco Street, 4th Floor, San Juan, Puerto Rico 00901 (787) 725-1004
21 West Fee Avenue, Suite D, Melbourne, Florida 32901 (321) 722-0770 Fax: (321) 722-0830