IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, Dell Laptop computers for proceedings commencing on July 21, 2008 and ending on August 1, 2008.  Counsel shall comply with the inspection provisions of the United States Marshal.

      Harry R. Blackburn, Esquire
      John E. Shields, Jr., Esquire
      Perry F. Goldlust, Esquire

_____     _____
  Date            JOSEPH J. FARNAN, JR.
               United States District Court Judge