AO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
District of Delaware

RLI INSURANCE COMPANY

V.

INDIAN RIVER SCHOOL DISTRICT et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Civil Action No. 05-858-JJF

TO: Barton Davis
RLI Insurance Company - Surety Division
9025 N. Lindbergh Drive
Peoria, IL 61615

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court for the District of Delaware - J. Caleb Boggs Federal Building 844 N. King Street, Wilmington, DE 19801 | 4B |
| | DATE AND TIME |
| | 7/21/2008 9:30 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kevin G. Amadio* | 7/8/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kevin G. Amadio, Esq., Venzie, Phillips & Warshawer, P.C., 2032 Chancellor Street, Philadelphia, PA 19103, (215) 567-3322, Pro Hac Vice Counsel for Defendant Indian River School District

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Delaware District of Delaware

Case Number: 05-858-JJF

Plaintiff:
**RLI INSURANCE COMPANY**

vs.

Defendant:
**INDIAN RIVER SCHOOL DISTRICT et al**

For:
VENZIE, PHILLIPS & WARSHAWER
2032 Chancellor Street
Philadelphia, PA  19103

Received by SECURITY SERVICES, INC. to be served on RLI INSURANCE COMPANY - SURETY DIVISION, C/O BARTON DAVIS, 9025 N. Lindbergh Drive, Peoria, IL  61615.

I, Charles L. Von Rohr, being duly sworn, depose and say that on the 10th day of July, 2008 at 4:10 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the Subpoena In A Civil Case and Testify at Trial with the date and hour of service endorsed thereon by me to Karen Malone as Attorney for Company of the within named corporation.

**Description** of Person Served:  Age: 35,  Sex: F,  Race/Skin Color: White,  Height: 5'8",  Weight: 165,  Hair: Blonde,  Glasses: N

I do hereby certify that I have no interest in the above action, I am over the age of eighteen, and I am a Certified Process Server (for Security Services, Inc. - Illinois License #117-000272) in the circuit in which it was served.

[Notary Seal: OFFICIAL SEAL / MARILYN KRE... / NOTARY PUBLIC STATE OF ILLINOIS / MY COMMISSION EXPIRES 7-31-2009]

Subscribed and Sworn to before me on the 11th day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Detective Agency Lic.#117-000272
Reg. under IL Private Detective Act of 1993

STATE OF ILLINOIS
COUNTY OF PEORIA

_____
Charles L. Von Rohr
PROCESS SERVER #129-017378

**SECURITY SERVICES, INC.**
1009 N. Sheridan Road
Peoria, IL  61606-1957
(309) 674-4321

Our Job Serial Number: 2008000803