AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

RLI INSURANCE COMPANY

V.

INDIAN RIVER SCHOOL DISTRICT, ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-858-JFF

TO:  David C. Van Der Vossen
8727 Island Pointe Drive
Hebron, Maryland 21830

☑  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br><br>844 North King Street<br>Wilmington, Delaware, 19801 | COURTROOM<br><br>4B |
| --- | --- |
| | DATE AND TIME<br>7/21/2008 9:00 am |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br><br>6/25/2008 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Perry F. Goldlust, Esquire
1426 North Clayton Street, Wilmington, Delaware 19806 (302) 483-2000

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# RETURN OF NON-SERVICE

**State of**                                          **County of**                                          **U.S. District Court Court**

Case Number: 05-858-JFF   Court Date: 7/21/2008  9:00 am

Plaintiff:
**RLI INSURANCE COMPANY**

vs.

Defendant:
**INDIAN RIVER SCHOOL DISTRICT, ET AL**

Received by BRANDYWINE PROCESS SERVERS, LTD on the 1st day of July, 2008 at 11:06 am to be served on **DAVID C VAN DER VOSSEN, 8727 ISLAND POINTE DR, HEBRON, MD 21830.**

I, Courtney Hatcher, do hereby affirm that on the **30th day of July, 2008 at 3:52 pm, I:**

**NON-SERVED** the **Subpoena** because all reasonable inquires suggest the defendant moved to an undetermined address.

**Additional Information pertaining to this Service:**
7/30/2008  3:53 pm   SERVICE WAS ATTEMPTED AT THE GIVEN ADDRESS. THE DEFENDANT WAS UNKNOWN AT THE ADDRESS GIVEN. SERVER WAS ADVISED OF A NEW ADDRESS OF 8928 MORGANS RIDGE , DELMAR, MD. SERVER ATTEMPTED THAT LOCATION ALSO AND WAS ADVISED THE DEFENDANT DID NOT LIVE THERE.

I certify under the penalties of perjury that I have no interest in the above action, I am over 18 years of age and I have proper authority in the jurisdiction in which the service was made, and I have personal knowledge of the facts set forth herein.
□

**Courtney Hatcher**
Process Server

**BRANDYWINE PROCESS SERVERS, LTD**
**2500 Delaware Ave**
**Wilmington, DE  19806**
**(800) 952-2288**

Our Job Serial Number: 2008001700

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f