

# VENZIE, PHILLIPS & WARSHAWER
ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

2032 Chancellor Street • Philadelphia, PA 19103
Phone: 215.567.3322 • Fax: 215.864.9292

Kevin Gerard Amadio, Esquire
E-mail: kamadio@venzie.com

August 6, 2008

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, Delaware 19801

    Re:    **RLI Insurance Company v. Indian River School District, et al**
             **Civil Action No. 1:05-cv-00858-JJF**

Dear Judge Farnan:

    Along with James S. Green, Sr. of Seitz, Van Ogtrop & Green, I represent defendant and counterclaim plaintiff Indian River School District ("IRSD") in this action. Counsel for plaintiff and counterclaim defendant RLI Insurance Company ("RLI") has reviewed, approved and joins in this letter.

    We are writing to the Court in compliance with the Court's July 11, 2008 Minute Entry, which continued the trial date "until December 2008 or January 2009" and directed the parties to "discuss a trial time frame and submit to the Court."

    Counsel for IRSD believes that the trial should take no more than five days. Counsel for RLI believes the trial should take five to eight days. Counsel for both parties, however, request that the trial be scheduled sometime during the last three weeks of January, 2009 and request that a final pretrial conference be scheduled about a month prior to the trial date.

    The Court's July 11th Minute Entry further directed that that the parties "discuss outstanding issues, and whatever disputes remain unresolved should be outlined to the Court in a joint letter." The parties are discussing those issues and a joint letter will be submitted when those discussions are concluded.

Website: www.venzie.com

The Honorable Joseph J. Farnan, Jr.
August 6, 2008
Page -2-

      If Your Honor has any questions, please do not hesitate to contact counsel. Thank you.

      Respectfully,

K. Gerard Amadio, Esquire
Venzie, Phillips & Warshawer
2032 Chancellor Street
Philadelphia, Pennsylvania 19103
(215) 567-3322

and

**SEITZ, VAN OGTROP & GREEN, P.A.**

<u>/s/ James S. Green, Sr.</u>
**JAMES S. GREEN, SR., ESQ. (DE0481)**
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600

Attorneys for Defendant and Counterclaimant
Indian River School District

cc:    Clerk of the Court (via CM/ECF and Hand Delivery)
       Counsel of Record (via CM/ECF)