# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2996

RLI Ins Co v. Indian River School District, et al

1-05-cv-00858

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Paul Cottrell
    Perry F. Goldlust
    James S. Green
    Donald L. Logan
    Patrick M. McGrory
    Saagar B. Shah

Dated:  August 7, 2008