**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-858-JJF |
| | ) | |
| INDIAN RIVER SCHOOL DISTRICT, EDIS COMPANY, and BECKER MORGAN GROUP | ) ) ) ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Vivian Katsantonis to represent Plaintiff RLI Insurance Company in this matter.

/s/ Perry F. Goldlust
PERRY F. GOLDLUST (DSB# 770)
Perry F. Goldlust, P.A.
1426 North Clayton Street
Wilmington, DE 19806
(302) 483-2000
pgoldlust@tlclaw.net

Date: September 10, 2008    *Counsel for Plaintiff RLI Insurance Company*

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Vivian Katsantonis, Esq., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Virginia Supreme Court (admitted 1989); U.S. Court of Appeals, Fourth Circuit (admitted 1989); U.S. District Court, Western District of Virginia (admitted 1989); District of Columbia (admitted 1992); U.S. District Court, Eastern District Court of Virginia (admitted 1992); U. S. Supreme Court (admitted 1994); U. S. Court of Appeals, Seventh Circuit (admitted 1994); U. S. District Court, Eastern District of Wisconsin (admitted 1994); U.S. Court of Appeals for the Federal Circuit (admitted 1999); U.S. Bankruptcy Court for Eastern District of Virginia (admitted 2000); and U.S. Court of Appeals, Eight Circuit (admitted 2001), U.S. District Court, District of Colorado (admitted 2006), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 10, 2008            /s/ Vivian Katsantonis
                                                    Vivian Katsantonis, Esquire
                                                    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
                                                    8405 Greensboro Drive, Suite 100
                                                    McLean, Virginia  22102
                                                    Tel: (703) 749-1000
                                                    Fax: (703) 893-8029
                                                    vkatsant@wthf.com