# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RLI INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | C.A. NO. 05-858 JJF |
| : | |
| **INDIAN RIVER SCHOOL DISTRICT,** : | |
| **EDIS COMPANY, AND** : | **JURY TRIAL DEMANDED** |
| **BECKER MORGAN GROUP, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on the 10th day of September 2008 a true and correct copy of foregoing NOTICE OF APPEARANCE were served upon counsel for the defendants as follows:

*VIA U.S. MAIL, POSTAGE PRE-PAID:*
James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorney for Indian River School District*

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Attorney for Becker Morgan Group, Inc.*

Donald Logan, Esquire
Logan & Associates, LLC
One Corporate Commons
1000 West Commons Blvd., Suite 300
New Castle, DE 19720
*Attorney for Edis Company*

/s/ Perry F. Goldlust
**PERRY F. GOLDLUST (DSB #770)**
PERRY F. GOLDLUST, P.A.
1426 North Clayton Street
Wilmington, DE 19806
T: (302) 483-2000
F: (302) 792-7484
pgoldlust@tlclaw.net
*Attorneys for Plaintiff, RLI Insurance Company*

DATED:  **September 10, 2008**

Of Counsel:

HARRY R. BLACKBURN, ESQUIRE
JOHN E. HILSER, JR., ESQUIRE
HARRY R. BLACKBURN & ASSOCIATES, P.C.
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel: (215) 985-0123

Vivian Katsantonis, Esquire
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia  22102
Tel: (703) 749-1000
Fax: (703) 893-8029
vkatsant@wthf.com